# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI, ET AL, | |
| *Plaintiffs*, | Civil Action No. |
| v. | |
| YALE UNIVERSITY AND MICHAEL A. PEEL, | |
| *Defendants*. | August 9, 2016 |

## MOTION ON BEHALF OF PLAINTIFFS FOR ADMISSION OF ATTORNEY <u>HEATHER LEA PRO HAC VICE</u>

The undersigned attorney for Plaintiffs Joseph Vellali, Nancy S. Lowers, Jan M. Taschner, Ranay P. Cirillo, James Mancini, and Tara Heard and all those similarly situated (the "Plaintiffs") respectfully moves this Court, pursuant to Local Rule 83.1(d) of the Local Civil Rules of the United States District Court for the District of Connecticut, for the admission of Attorney Heather Lea as a visiting lawyer to represent Plaintiffs in the above-captioned action, and in support of this motion states:

1. Attorney Lea's office address is as follows:

   Heather Lea
   Schlichter Bogard & Denton, LLP
   100 South Fourth Street, Ste. 1200
   St. Louis, MO 63102
   Phone: (314) 621-6115
   Fax: (314) 621-5934
   E-mail: hlea@uselaws.com

2. Attorney Lea is a member in good standing of the bars of the States of Missouri, No. 49872, and Illinois, No. 6276614.

3. Attorney Lea has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

4. Attorney Lea has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5. The purpose of this motion is to make it possible for Attorney Lea to represent the Plaintiffs with respect to the subject matter of the above-captioned litigation. The granting of this motion will not require modification to any scheduling order entered pursuant to Fed.R.Civ.P. 16(b) or of any deadlines in this case established by the standing order on scheduling of civil cases.

6. The undersigned counsel, Stuart M. Katz, Esq. of Cohen and Wolf, P.C., 1115 Broad Street, Bridgeport, Connecticut 06604, and/or other attorneys of Cohen and Wolf, P.C. who have appeared or who may appear herein, shall serve as local counsel for the Plaintiffs upon whom service of all papers may be made in accordance with Local Rule 83.1.

7. No previous motions have been filed with respect to the admission of Attorney Lea *pro hac vice* in this action.

8. The payment of the fee of $75.00 to the Clerk of this Court accompanies this motion.

9. Attorney Lea's affidavit pursuant to Local Rule 83.1(d) accompanies this Motion.

WHEREFORE, the above-named Plaintiffs respectfully requests that Attorney Lea be admitted as a visiting lawyer and granted permission to represent the above-named Plaintiffs in this action as counsel *pro hac vice*.

        **THE PLAINTIFFS**,
        JOSEPH VELLALI, NANCY S. LOWERS,
        JAN M. TASCHNER, RANAY P. CIRILLO,
        JAMES MANCINI, AND TARA HEARD

        By: /s/ Stuart M. Katz
           Stuart M. Katz (ct12088)
           Cohen and Wolf, P.C.
           1115 Broad Street
           Bridgeport, CT 06604
           Tel. (203) 368-0211
           Fax (203) 337-5505
           E-Mail: skatz@cohenandwolf.com

## CERTIFICATION OF SERVICE

    I hereby certify that on August 9, 2016, a copy of the foregoing Motion on Behalf of Plaintiffs for Admission of Attorney Heather Lea Pro Hac Vice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                        /s/ Stuart M. Katz
                                                         Stuart M. Katz