**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JOSEPH VELLALI, ET AL,<br><br>*Plaintiffs,*<br><br>v.<br><br>YALE UNIVERSITY AND MICHAEL A. PEEL,<br><br>*Defendants.* | Civil Action No.<br><br><br><br>August 9, 2016 |

AFFIDAVIT OF HEATHER LEA

STATE OF MISSOURI )
) ss:
COUNTY OF ST. LOUIS )

I, Heather Lea, Esq., under penalty of perjury, state as follows:

1. I am an attorney with the law firm of Schlichter, Bogard & Denton, LLP with an office located at 100 South Fourth Street, Ste. 1200, St. Louis, MO 63102. Telephone No.: (314) 621-6115. Fax No.: (314) 621-5934. E-mail: hlea@uselaws.com.

2. I am a member in good standing of the bars of the States of Missouri, No. 49872, and Illinois, No. 6276614.

3. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

4. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for

admission to practice before this Court or any other court, while facing a disciplinary complaint.

5. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. I have been representing the Plaintiffs with regard to this action and am familiar with the legal and factual issues relevant to this case.

7. I hereby designate Stuart M. Katz, Esq., of Cohen and Wolf, P.C., 1115 Broad Street, Bridgeport, Connecticut 06604, and/or other attorneys of Cohen and Wolf, P.C. who have appeared or who may appear herein, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

Heather Lea

Subscribed and sworn to be before me this 9th day of August, 2016.

Notary Public

BARBARA A. RODERICK
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: December 15, 2018
Commission Number: 14425986