# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| Joseph Vellali, et al. | |
| *Plaintiff* | |
| v. | Case No.   16-cv-1345-AWT |
| Yale University, et al. | |
| *Defendant* | |

## Identification of Initial Discovery Protocol for Employment Cases

To: The Clerk of Court and all parties of record

The Initial Discovery Protocol does not apply to this case.

Date: 8/16/2016

/s/ Jerome J. Schlichter

*Attorney's signature*

Jerome J. Schlichter, phv01476

*Printed name and bar number*

**Schlichter Bogard & Denton, LLP**
**100 S. 4th Street, Ste. 1200**
**St. Louis, MO 63102**

*Address*

jschlichter@uselaws.com

*E-mail address*

(314) 621-6115

*Telephone number*

(314) 621-5934

*FAX number*

Rev. 1/28/13