IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI, NANCY S. LOWERS, JAN M. TASCHNER, RANAY P. CIRILLO, JAMES MANCINI, and TARA HEARD, individually and as representatives of a class of participants and beneficiaries on behalf of the Yale University Retirement Account Plan,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>YALE UNIVERSITY and MICHAEL A. PEEL,<br><br>   *Defendants*. | Civil Action No. 3:16-cv-01345-AWT<br><br><br><br><br><br><br><br>Hon. Alvin W. Thompson |

**DEFENDANTS' MOTION TO CLARIFY OR TO
EXTEND THE TIME TO RESPOND TO THE COMPLAINT**

Defendants Yale University and Michael A. Peel ("Defendants") respectfully move this Court to clarify or to extend the time to respond to the Complaint.

In support of this motion, Defendants state as follows:

1. This action was filed on August 9, 2016. On that date, this Court entered an Order on Pretrial Deadlines (Doc. No. 9), specifying that "[a]ll motions to dismiss based on the pleadings shall be filed within 90 days after the filing of the complaint." The docket entry accompanying the order specifies: "Motions to Dismiss due on 11/9/2016."

2. Defendants were served personally on August 18, 2016. The subpoena directs Defendants to answer the Complaint within 21 days—*i.e.*, by September 8, 2016.

1

3. In view of the tension between the September 8 and November 9 deadlines, given that a motion asserting a defense under Fed. R. Civ. P. 12(b) must be made before answering a complaint, Defendants asked Plaintiffs to consent to a November 9 deadline for any response to the Complaint.

4. Without specifying a reason, Plaintiffs replied that they would not consent to a November 9 deadline but would agree to extend the time to respond to the Complaint until October 17, 2016.

5. Defendants therefore request that the Court clarify whether the Order on Pretrial Deadlines was intended to extend the deadline for responding to the Complaint until November 9, 2016. If the deadline has not already been extended, Defendants respectfully request that the Court enter an order extending the deadline for responding to the Complaint until October 17, 2016, the latest date as to which Plaintiffs will consent.

6. Good cause exists to extend the time to respond to the Complaint, as the Complaint, at 69 pages, is unusually lengthy. Moreover, the undersigned counsel have only recently been retained to handle this matter, and both in-house and outside counsel have conflicting professional and personal obligations.

7. This request is not made for purposes of delay. Defendants have not previously requested to extend this deadline.

Dated: August 31, 2016						Respectfully submitted,


								By: */s/ James C. Williams*
								Brian D. Netter (*pro hac* pending)
								Michelle N. Webster (*pro hac* pending)
								MAYER BROWN LLP
								1999 K Street, N.W.
								Washington, D.C. 20006-1101
								Telephone:  (202) 263-3000
								Facsimile:  (202) 263-3300

								Nancy G. Ross (*pro hac* pending)
								James C. Williams (ct23292)
								MAYER BROWN LLP
								71 South Wacker Drive
								Chicago, Illinois 60606-4637
								Telephone: (312) 782-0600
								Facsimile: (312) 701-7711

								*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 31, 2016, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice to all counsel of record of the filing.

By: */s/ James C. Williams*
James C. Williams
