IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI *et al.*,<br><br>    *Plaintiffs*,<br>v.<br><br>YALE UNIVERSITY *et al.*,<br><br>    *Defendants*. | Civil Action No. 3:16-cv-01345-AWT<br><br>October 14, 2016 |

**PLAINTIFFS' CONSENT MOTION TO WITHDRAW NAMED PLAINTIFFS TARA HEARD AND RANAY CIRILLO**

Plaintiffs respectfully request that plaintiffs Tara Heard and Ranay Cirillo be withdrawn as named plaintiffs in this action. Plaintiffs have conferred with Defendants' counsel and they do not object to the relief requested herein.

In support of this motion, Plaintiffs state the following:

1.  Plaintiffs filed their complaint on August 9, 2016, asserting breach of fiduciary duty under the Employee Retirement Income Security Act ("ERISA"), individually and as representatives of a class of participants and beneficiaries of the Yale University Retirement Account Plan. Doc. 1; 29 U.S.C. §§1109(a), 1132(a)(2), (a)(3).

2.  Plaintiffs request that plaintiffs Heard and Cirillo be withdrawn as named plaintiffs in this lawsuit.

3.  The withdrawal of plaintiffs Heard and Cirillo will have no unfair effect on Defendants, in that the remaining named plaintiffs intend to pursue the same claims as a class action on behalf of all participants and beneficiaries of the Plan.

4. Defendants will not suffer any prejudice from the litigation they have conducted to date.

5. Plaintiffs Heard and Cirillo are not indispensable parties to this action and their withdrawal will not affect the rights or standing of the proposed class of plan participants.

6. Plaintiffs Joseph Vellali, Nancy Lowers, Jan Taschner, and James Mancini, also current or former participants, will continue their role as named plaintiffs and seek to represent the class of participants in the Plan.

7. Plaintiffs request that the withdrawal of plaintiffs Heard and Cirillo relates only to their service as named plaintiffs and does not exclude them as individual class members in any class that may be certified by this Court.

Respectfully submitted,

By: /s/ Troy A. Doles
Troy A. Doles (phv02336)
SCHLICHTER, BOGARD & DENTON, LLP
Jerome J. Schlichter (phv01476)
100 South Fourth Street; Suite 1200
St. Louis, Missouri 63102
Tel: (314) 621-6115; Facsimile: (314) 621-5934
tdoles@uselaws.com
jschlichter@uselaws.com

Stuart M. Katz (ct12088)
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
Tel: (203) 368-0211; Facsimile: (203) 337-5505
skatz@cohenandwolf.com

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I certify that, on October 14, 2016, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice to all counsel of record of the filing.

By: /s/ Troy A. Doles
Troy A. Doles