IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI, et al.,<br><br>      *Plaintiffs*,<br><br>v.<br><br>YALE UNIVERSITY, et al.,<br><br>      *Defendants.* | Civil Action No. 3:16-cv-01345-AWT<br><br><br>Hon. Alvin W. Thompson |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6), Defendants Yale University and Michael Peel respectfully move to dismiss the Complaint with prejudice for lack of jurisdiction and for failure to state a claim upon which relief may be granted.

This motion is based upon the supporting memorandum of law, the Declaration of Hugh Penney and the exhibits thereto, and other materials subject to judicial notice or incorporated by reference into the Complaint.

Dated: October 17, 2016

Nancy G. Ross (ct14373)
James C. Williams (ct23292)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

Respectfully submitted,

*/s/ Brian D. Netter*
Brian D. Netter (phv08476)
  bnetter@mayerbrown.com
Michelle N. Webster (phv08475)
Travis Crum (phv08550)
Matthew A. Waring (phv08551)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

*Attorneys for Defendants*

ORAL ARGUMENT REQUESTED

## CERTIFICATE OF SERVICE

  I hereby certify that, on October 17, 2016, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

                /s/ *Brian D. Netter*
                Brian D. Netter