IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI, et al.,<br><br>   *Plaintiffs,*<br><br>v.<br><br>YALE UNIVERSITY, et al.,<br><br>   *Defendants.* | Civil Action No. 3:16-cv-01345-AWT<br><br>Hon. Alvin W. Thompson |

### DECLARATION OF HUGH K. PENNEY

I, Hugh K. Penney, declare pursuant to 28 U.S.C. § 1746 that the factual statements set forth below are true and correct to the best of my knowledge, information, and belief based on my personal experience and my review of relevant documents maintained by Yale University. If called and sworn as a witness, I would competently testify to these facts. I respectfully submit this declaration in support of Defendants' Motion to Dismiss.

1. I am employed by Yale University as Senior Director, Compensation and Benefits. As part of my job responsibilities, I am familiar with the operation of the Yale University Retirement Account Plan (the "Plan") and with documents related thereto.

2. As plan sponsor of the Yale University Retirement Account Plan (the "Plan"), the University has access to a database that confirms whether individuals are participants in the Plan.

3. According to the plan sponsor database, plaintiff Tara Heard is not now and never has been a participant in the Plan.

4.   Likewise, plaintiff Ranay Cirillo is not now and never has been a participant in the Plan.

5.   Attached hereto as Exhibit A is a true and correct copy of the Yale University Retirement Account Plan, amended and restated effective as of July 1, 2015, which is available at http://your.yale.edu/sites/default/files/yurap_plan_document_06_30_2016_signed.pdf.

6.   Attached hereto as Exhibit B is a true and correct copy of the Summary Plan Description for the Plan, effective July 1, 2016, which is available at http://your.yale.edu/sites/default/files/2016_yurap_spd_v1_06-23-16.sf_.final_.pdf.

7.   Attached hereto as Exhibit C is a true and correct copy of the Annual Report/Report of Employee Benefit Plan (Form 5500) for the Plan for the fiscal plan year beginning July 1, 2013, and ending June 30, 2014, which was filed with the U.S. Department of Labor on April 13, 2015.

8.   Attached hereto as Exhibit D is a true and correct copy of the 2016 Plan and Investment Notice for the Plan which is available at https://www.tiaa.org/public/pdf/obiee/102373_Plan_Investment_Notice.pdf.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 17, 2016, in New Haven, Connecticut.

_____
Hugh K. Penney

## CERTIFICATE OF SERVICE

I hereby certify that, on October 17, 2016, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

/s/ *Brian D. Netter*
Brian D. Netter