# EXHIBIT D

# Plan and Investment Notice

## YALE UNIVERSITY MATCHING RETIREMENT PLAN

Your participation in your employer's retirement plan is the first step to ensuring adequate retirement income. The purpose of this Plan and Investment Notice is to help you make informed decisions when managing your retirement account. It contains important information regarding your plan's services, investments and expenses. **While no action is required at this time**, please review the notice and file it with your other retirement plan documents for future reference.

## Section I: Summary of Plan Services and Costs

This section provides important information to assist you in making decisions related to your participation in your employer's plan. It outlines the services available under this plan, explains your right to select the investments for your account, and any fees and plan restrictions that may apply.

## Section II: Investment Options Comparative Chart

This section is designed to make it easier for you to compare investments that align with your retirement goals. It provides detailed information about your plan's investment options, including long-term performance and expenses.

1

SECTION I

# Summary of Plan Services and Costs

TIAA has been selected to provide retirement services and investment options to employees in the plan. There are costs associated with these services and investments, some of which may be paid by you. In addition to explaining how to direct your investments, this section details the administrative and individual expenses associated with your plan.

## RIGHT TO DIRECT INVESTMENTS

You may specify how your future contributions to the retirement plan are invested or make changes to existing investments in your plan as described in the Summary Plan Document. These changes can be made:

1.  Online by visiting **TIAA.org**

2.  By phone at **855-250-5424**, Monday - Friday 8 a.m. to 10 p.m. and Saturday, 9 a.m. to 6 p.m. (ET)

## RESTRICTIONS

Changes to existing investments usually take place at the close of the business day if a change is requested prior to 4:00 p.m. (ET). Refer to Section II: Investment Options Comparative Chart for investment-specific restrictions.

## ADDITIONAL RIGHTS AND PRIVILEGES

Certain investments that you may hold may give you the opportunity to vote on proposals. If and when such opportunities arise, you will receive a notice with the instructions on how to take advantage of what is being offered.

## INVESTMENT OPTIONS

A variety of investment options are available in the plan. Please refer to Section II: Investment Options Comparative Chart for a current list of investment options available to you. Additional information, as well as up-to-date investment performance, is available online at TIAA.org/planinvestmentoptions. After entering your plan ID, 102375, you'll be directed to plan and investment information.

## COST OF PLAN SERVICES

There are three categories of services provided to your plan:

## 1. GENERAL ADMINISTRATIVE SERVICES

General administrative services include recordkeeping, legal, accounting, consulting, investment advisory and other plan administration services. Some of the expenses for general administrative services are fixed and other expenses such as legal or accounting may vary from year to year. These costs are allocated to each participant in a uniform way.

Other than your specific investment services fees, your plan has no additional

administrative expenses paid to TIAA.

## 2. SPECIFIC INVESTMENT SERVICES

Each investment offered within the plan charges a fee for managing the investment and for associated services. This is referred to as the expense ratio and is paid by all participants in that investment in proportion to the amount of their investment. The specific expense ratio for each plan designated investment option is listed in Section II: Investment Options Comparative Chart.

## 3. PERSONALIZED SERVICES

Personalized services provide access to a number of plan features and investments that you pay for, only if you use them. The personalized services used most often are:

| | |
|---|---|
| Retirement plan loan | The cost to you based upon the difference between what you earn on collateral and what you pay in interest |
| Qualified Domestic Relations Orders (QDRO) | No charge |
| Sales Charges, Purchase, Withdrawal And Redemption Fees For Certain Investments | Certain charges may apply. See Section II: Investment Options Comparative Chart or the prospectus for applicable charges. |

2

SECTION II

# Investment Options Comparative Chart

Your plan offers a variety of professionally managed investments. One of the benefits of the plan is that you get to decide how your contributions are invested. When making investment decisions, you should keep in mind how long you have until retirement, your tolerance for risk, how this retirement plan fits into your overall financial picture, and the impact of fees. The information on the following pages will help you compare the investment options and make more informed decisions about your retirement plan.

## Part A – Performance and Fee Information

Part A consists of performance and fee information for your plan's investment options. It shows you how well the investments have performed in the past as well as any fees and expenses you will pay if you invest in a particular option.

For more information on the impact of fees and expenses associated with your plan, refer to Section I: Summary of Plan Services and Costs or visit the DOL's website at www.dol.gov/ebsa/publications/401k_employee.html. Fees are only one of many factors to consider when making an investment decision.

## Part B – Annuity Income Information

Part B contains information about the annuity options available within your employer's retirement plan.

## Part A. Performance and Fee Information

The following chart lists your plan's investment options whose value may change based on market fluctuations. When evaluating performance of your variable investment options, you should consider comparing the returns of each investment to an appropriate benchmark, which is included in the chart. A benchmark is a generally accepted unmanaged group of securities whose performance is used as a standard point of reference to measure and compare investment gains or losses for variable return investments. Keep in mind that you may not invest in the benchmark indexes which are shown for comparative purposes only. For investments that use a blend of stocks and bonds to limit risk, such as Target Date or Multi-Asset funds, a difference from the benchmark may be due to a difference in the proportion of stocks to bonds in the fund when compared to the benchmark. Benchmark information for fixed-return investments is not provided in this chart. Past performance does not indicate how an investment will perform in the future.

For the most up-to-date information about your investment options, prospectuses for available TIAA investments and other helpful resources, visit TIAA.org/planinvestmentoptions. After entering your plan ID, 102375,  you'll be directed to plan and investment information.

Visit **tiaa.org** for information and resources to help you make informed decisions. To request additional plan information or a paper copy of information available online, free of charge, contact TIAA at 855 250-2454 or write to us at TIAA, P.O. Box 1259 ,  Charlotte, NC, 28201.

| INVESTMENT OPTIONS COMPARATIVE CHART | SECTION II |

# Table 1 – Variable Return Investment Performance as of March 31, 2016

| Investment Name / *Benchmark* | Morningstar Category | Ticker Symbol | Inception Date | Average Annual Total Returns/Benchmark | | | Total Annual Operating Expenses (%/Per $1000) | | Shareholder Fees & Restrictions |
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| **Equities** | | | | | | | | | |
| **Mutual Fund** | | | | | | | | | |
| **Vanguard Emerging Markets Stock Index Fund Institutional** | Diversified Emerging Mkts | VEMIX | 06/22/2000 | -12.61% | -4.11% | 2.88% | 0.12% $1.20 | 0.12% $1.20 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *MSCI Emerging Markets Index* | | | | -12.03% | -4.13% | 3.02% | | | |
| **Vanguard Pacific Stock Index Fund Admiral** | Diversified Pacific/Asia | VPADX | 08/13/2001 | -7.09% | 2.78% | 1.35% | 0.12% $1.20 | 0.12% $1.20 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *MSCI Pacific Index (NR USD)* | | | | -7.95% | 2.81% | 1.32% | | | |
| **Vanguard Energy Fund Admiral** | Equity Energy | VGELX | 11/12/2001 | -13.94% | -5.53% | 1.40% | 0.31% $3.10 | 0.31% $3.10 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *S&P 1500 Energy Index* | | | | -16.81% | -3.12% | 3.18% | | | |
| **Vanguard Precious Metals and Mining Fund Investor** | Equity Precious Metals | VGPMX | 05/23/1984 | -3.59% | -18.37% | -5.24% | 0.29% $2.90 | 0.29% $2.90 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *S&P 500 Index* | | | | 1.78% | 11.58% | 7.01% | | | |
| **Vanguard European Stock Index Fund Institutional** | Europe Stock | VESIX | 05/15/2000 | -7.78% | 2.48% | 2.41% | 0.09% $0.90 | 0.09% $0.90 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *MSCI Europe Index (NR USD)* | | | | -8.44% | 2.07% | 2.05% | | | |
| **TIAA-CREF International Equity Fund Institutional** | Foreign Large Blend | TIIEX | 07/01/1999 | -8.67% | 2.34% | 2.13% | 0.49% $4.90 | 0.49% $4.90 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *MSCI EAFE Index* | | | | -8.27% | 2.29% | 1.80% | Contractual Cap Exp: 02/28/2017 | | |

| Investment Name / *Benchmark* | Morningstar Category | Ticker Symbol | Inception Date | Average Annual Total Returns/Benchmark | | | Total Annual Operating Expenses (%/Per $1000) | | Shareholder Fees & Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| TIAA-CREF International Equity Index Fund Institutional | Foreign Large Blend | TCIEX | 10/01/2002 | -8.21% | 2.44% | 1.91% | 0.06% $0.60 | 0.06% $0.60 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *MSCI EAFE Index* | | | | -8.27% | 2.29% | 1.80% | Contractual Cap Exp: 02/28/2017 | | |
| Vanguard Developed Markets Index Fund Admiral | Foreign Large Blend | VTMGX | 08/17/1999 | -7.35% | 2.52% | 2.05% | 0.09% $0.90 | 0.09% $0.90 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *MSCI AC World Ex USA Index* | | | | -9.19% | 0.31% | 1.94% | | | |
| Vanguard Total International Stock Index Fund Institutional | Foreign Large Blend | VTSNX | 11/29/2010 | -8.13% | 0.71% | 2.54% | 0.10% $1.00 | 0.10% $1.00 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *MSCI AC World Ex USA Index* | | | | -9.19% | 0.31% | 2.25% | | | |
| Vanguard International Growth Fund Admiral | Foreign Large Growth | VWILX | 08/13/2001 | -7.62% | 2.66% | 3.60% | 0.34% $3.40 | 0.34% $3.40 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *MSCI All Country World Excluding-U.S. Index (GR)* | | | | -8.78% | 0.76% | 2.39% | | | |
| Vanguard International Value Fund Investor | Foreign Large Value | VTRIX | 05/16/1983 | -10.66% | 1.34% | 1.64% | 0.46% $4.60 | 0.46% $4.60 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *MSCI All Country World Excluding-U.S. Index (GR)* | | | | -8.78% | 0.76% | 2.39% | | | |
| Vanguard International Explorer Fund Investor | Foreign Small/Mid Blend | VINEX | 11/04/1996 | -0.80% | 4.46% | 3.98% | 0.42% $4.20 | 0.42% $4.20 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *S&P EPAC Small Cap Index* | | | | 2.78% | 5.93% | 4.47% | | | |
| Vanguard Health Care Fund Admiral | Health | VGHAX | 11/12/2001 | -6.29% | 17.91% | 11.14% | 0.29% $2.90 | 0.29% $2.90 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *S&P 1500 Health Care Index* | | | | -5.09% | 17.54% | 10.15% | | | |
| TIAA-CREF Equity Index Fund Institutional | Large Blend | TIEIX | 07/01/1999 | -0.34% | 10.99% | 6.88% | 0.05% $0.50 | 0.05% $0.50 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |

| Investment Name / Benchmark | Morningstar Category | Ticker Symbol | Inception Date | Average Annual Total Returns/Benchmark | | | Total Annual Operating Expenses (%/Per $1000) | | Shareholder Fees & Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| *Russell 3000 Index* | | | | -0.34% | 11.01% | 6.90% | Contractual Cap Exp: 02/28/2017 | | |
| **TIAA-CREF S&P 500 Index Fund Institutional** | Large Blend | TISPX | 10/01/2002 | 1.76% | 11.50% | 6.95% | 0.06% $0.60 | 0.06% $0.60 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *S&P 500 Index* | | | | 1.78% | 11.58% | 7.01% | Contractual Cap Exp: 02/28/2017 | | |
| **TIAA-CREF Social Choice Equity Fund Institutional** | Large Blend | TISCX | 07/01/1999 | -1.52% | 10.05% | 6.50% | 0.18% $1.80 | 0.18% $1.80 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 3000 Index* | | | | -0.34% | 11.01% | 6.90% | Contractual Cap Exp: 02/28/2017 | | |
| **Vanguard Dividend Growth Fund Investor** | Large Blend | VDIGX | 05/15/1992 | 4.66% | 12.33% | 8.70% | 0.32% $3.20 | 0.32% $3.20 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 1000 Index* | | | | 0.50% | 11.35% | 7.06% | | | |
| **Vanguard FTSE Social Index Fund Investor** | Large Blend | VFTSX | 05/31/2000 | -1.26% | 12.23% | 5.88% | 0.25% $2.50 | 0.25% $2.50 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 1000 Index* | | | | 0.50% | 11.35% | 7.06% | | | |
| **Vanguard Growth and Income Fund Admiral** | Large Blend | VGIAX | 05/14/2001 | 1.88% | 12.10% | 6.44% | 0.23% $2.30 | 0.23% $2.30 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *S&P 500 Index* | | | | 1.78% | 11.58% | 7.01% | | | |
| **Vanguard Institutional Index Fund Institutional** | Large Blend | VINIX | 07/31/1990 | 1.77% | 11.55% | 7.01% | 0.04% $0.40 | 0.04% $0.40 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *S&P 500 Index* | | | | 1.78% | 11.58% | 7.01% | | | |
| **Vanguard Large Cap Index Fund Admiral** | Large Blend | VLCAX | 02/02/2004 | 0.74% | 11.29% | 7.12% | 0.09% $0.90 | 0.09% $0.90 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *CRSP U.S. Large Cap Index* | | | | 0.85% | 11.30% | 7.08% | | | |
| **Vanguard Total Stock Market Index Fund Institutional** | Large Blend | VITSX | 07/07/1997 | -0.44% | 11.00% | 7.06% | 0.04% $0.40 | 0.04% $0.40 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |

**INVESTMENT OPTIONS COMPARATIVE CHART**                                                                                    **SECTION II**

| Investment Name / Benchmark | Morningstar Category | Ticker Symbol | Inception Date | Average Annual Total Returns/Benchmark | | | Total Annual Operating Expenses (%/Per $1000) | | Shareholder Fees & Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| *CRSP U.S. Total Market Index* | | | | -0.45% | 10.95% | 7.08% | | | |
| **TIAA-CREF Growth & Income Fund Institutional** | Large Growth | TIGRX | 07/01/1999 | -0.96% | 11.26% | 8.49% | 0.43% $4.30 | 0.43% $4.30 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *S&P 500 Index* | | | | 1.78% | 11.58% | 7.01% | Contractual Cap Exp: 02/28/2017 | | |
| **TIAA-CREF Large-Cap Growth Index Fund Institutional** | Large Growth | TILIX | 10/01/2002 | 2.46% | 12.30% | 8.20% | 0.06% $0.60 | 0.06% $0.60 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 1000 Growth Index* | | | | 2.52% | 12.38% | 8.28% | Contractual Cap Exp: 02/28/2017 | | |
| **Vanguard Capital Opportunity Fund Admiral** | Large Growth | VHCAX | 11/12/2001 | -4.68% | 12.25% | 8.35% | 0.38% $3.80 | 0.38% $3.80 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell Midcap Growth Index* | | | | -4.75% | 9.99% | 7.43% | | | |
| **Vanguard Diversified Equity Fund Investor** | Large Growth | VDEQX | 06/10/2005 | -3.53% | 10.25% | 6.26% | 0.40% $4.00 | 0.40% $4.00 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *MSCI U.S. Broad Market Index (GR USD)* | | | | -0.36% | 11.07% | 7.08% | | | |
| **Vanguard Growth Index Fund Institutional** | Large Growth | VIGIX | 05/14/1998 | 0.23% | 12.12% | 8.15% | 0.08% $0.80 | 0.08% $0.80 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *CRSP US Large Cap Growth TR USD* | | | | 0.28% | 11.46% | 7.91% | | | |
| **Vanguard Morgan Growth Fund Admiral** | Large Growth | VMRAX | 05/14/2001 | 0.32% | 10.78% | 7.07% | 0.27% $2.70 | 0.27% $2.70 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 3000 Growth Index* | | | | 1.34% | 12.00% | 8.09% | | | |
| **Vanguard PRIMECAP Core Fund Investor** | Large Growth | VPCCX | 12/09/2004 | -1.32% | 12.01% | 8.59% | 0.47% $4.70 | 0.47% $4.70 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *MSCI U.S. Prime Market 750 Index* | | | | 0.69% | 11.42% | 7.19% | | | |

7

| Investment Name / Benchmark | Morningstar Category | Ticker Symbol | Inception Date | Average Annual Total Returns/Benchmark | | | Total Annual Operating Expenses (%/Per $1000) | | Shareholder Fees & Restrictions |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| **Vanguard PRIMECAP Fund Admiral** | Large Growth | VPMAX | 11/12/2001 | -1.59% | 12.49% | 8.65% | 0.34% $3.40 | 0.34% $3.40 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *S&P 500 Index* | | | | 1.78% | 11.58% | 7.01% | | | |
| **Vanguard U.S. Growth Fund Admiral** | Large Growth | VWUAX | 08/13/2001 | 0.33% | 12.39% | 7.05% | 0.33% $3.30 | 0.33% $3.30 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 1000 Growth Index* | | | | 2.52% | 12.38% | 8.28% | | | |
| **TIAA-CREF Large-Cap Value Fund Institutional** | Large Value | TRLIX | 10/01/2002 | -5.18% | 8.53% | 5.30% | 0.42% $4.20 | 0.42% $4.20 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 1000 Value Index* | | | | -1.54% | 10.25% | 5.72% | Contractual Cap Exp: 02/28/2017 | | |
| **TIAA-CREF Large-Cap Value Index Fund Institutional** | Large Value | TILVX | 10/01/2002 | -1.51% | 10.18% | 5.66% | 0.06% $0.60 | 0.06% $0.60 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 1000 Value Index* | | | | -1.54% | 10.25% | 5.72% | Contractual Cap Exp: 02/28/2017 | | |
| **Vanguard Equity Income Fund Admiral** | Large Value | VEIRX | 08/13/2001 | 4.48% | 12.30% | 7.92% | 0.17% $1.70 | 0.17% $1.70 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 1000 Value Index* | | | | -1.54% | 10.25% | 5.72% | | | |
| **Vanguard U.S. Value Fund Investor** | Large Value | VUVLX | 06/29/2000 | -2.22% | 11.30% | 5.60% | 0.26% $2.60 | 0.26% $2.60 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 3000 Value Index* | | | | -2.05% | 9.95% | 5.60% | | | |
| **Vanguard Value Index Fund Institutional** | Large Value | VIVIX | 07/02/1998 | 1.34% | 10.56% | 6.12% | 0.08% $0.80 | 0.08% $0.80 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *CRSP US Large Cap Value TR USD* | | | | 1.34% | 11.04% | 6.26% | | | |
| **Vanguard Windsor Fund Admiral** | Large Value | VWNEX | 11/12/2001 | -6.67% | 9.57% | 5.42% | 0.29% $2.90 | 0.29% $2.90 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 1000 Value Index* | | | | -1.54% | 10.25% | 5.72% | | | |

| INVESTMENT OPTIONS COMPARATIVE CHART | | | | | | | | SECTION II |

| Investment Name / Benchmark | Morningstar Category | Ticker Symbol | Inception Date | Average Annual Total Returns/Benchmark | | | Total Annual Operating Expenses (%/Per $1000) | | Shareholder Fees & Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| **Vanguard Windsor II Fund Admiral** | Large Value | VWNAX | 05/14/2001 | -2.87% | 9.75% | 5.87% | 0.26% $2.60 | 0.26% $2.60 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 1000 Value Index* | | | | -1.54% | 10.25% | 5.72% | | | |
| **Vanguard Capital Value Fund Investor** | Mid-Cap Blend | VCVLX | 12/17/2001 | -17.65% | 4.79% | 4.77% | 0.50% $5.00 | 0.50% $5.00 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 3000 Value Index* | | | | -2.05% | 9.95% | 5.60% | | | |
| **Vanguard Extended Market Index Fund Institutional** | Mid-Cap Blend | VIEIX | 07/07/1997 | -8.92% | 8.50% | 6.73% | 0.08% $0.80 | 0.08% $0.80 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *S&P Completion Index* | | | | -9.05% | 8.39% | 6.59% | | | |
| **Vanguard Mid-Cap Index Fund Institutional** | Mid-Cap Blend | VMCIX | 05/21/1998 | -4.26% | 10.05% | 7.27% | 0.08% $0.80 | 0.08% $0.80 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *CRSP U.S. Mid Cap Index* | | | | -4.27% | 10.37% | 7.35% | | | |
| **Vanguard Strategic Equity Fund Investor** | Mid-Cap Blend | VSEQX | 08/14/1995 | -5.85% | 11.60% | 6.25% | 0.21% $2.10 | 0.21% $2.10 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell Midcap Index* | | | | -4.04% | 10.30% | 7.45% | | | |
| **TIAA-CREF Mid-Cap Growth Fund Institutional** | Mid-Cap Growth | TRPWX | 10/01/2002 | -9.57% | 7.65% | 6.39% | 0.47% $4.70 | 0.47% $4.70 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell Midcap Growth Index* | | | | -4.75% | 9.99% | 7.43% | Contractual Cap Exp: 02/28/2017 | | |
| **Vanguard Mid-Cap Growth Fund Investor** | Mid-Cap Growth | VMGRX | 12/31/1997 | -8.76% | 9.23% | 7.29% | 0.43% $4.30 | 0.43% $4.30 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell Midcap Growth Index* | | | | -4.75% | 9.99% | 7.43% | | | |
| **TIAA-CREF Mid-Cap Value Fund Institutional** | Mid-Cap Value | TIMVX | 10/01/2002 | -5.86% | 9.07% | 6.90% | 0.42% $4.20 | 0.42% $4.20 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell Midcap Value Index* | | | | -3.39% | 10.52% | 7.23% | Contractual Cap Exp: 02/28/2017 | | |

**INVESTMENT OPTIONS COMPARATIVE CHART**                                                                    SECTION II

| Investment Name / Benchmark | Morningstar Category | Ticker Symbol | Inception Date | Average Annual Total Returns/Benchmark | | | Total Annual Operating Expenses (%/Per $1000) | | Shareholder Fees & Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| **Vanguard Selected Value Fund Investor** | Mid-Cap Value | VASVX | 02/15/1996 | -3.87% | 9.86% | 7.59% | 0.39% $3.90 | 0.39% $3.90 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell Midcap Value Index* | | | | -3.39% | 10.52% | 7.23% | | | |
| **TIAA-CREF Real Estate Securities Fund Institutional** | Real Estate | TIREX | 10/01/2002 | 3.76% | 11.25% | 6.03% | 0.52% $5.20 | 0.52% $5.20 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *FTSE NAREIT All Equity REITs Index* | | | | 4.66% | 11.56% | 6.52% | Contractual Cap Exp: 07/31/2016 | | |
| **Vanguard REIT Index Fund Institutional** | Real Estate | VGSNX | 12/02/2003 | 3.94% | 11.77% | 6.76% | 0.10% $1.00 | 0.10% $1.00 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *MSCI U.S. REIT Index* | | | | 4.05% | 11.85% | 6.49% | | | |
| **TIAA-CREF Small-Cap Blend Index Fund Institutional** | Small Blend | TISBX | 10/01/2002 | -9.48% | 7.43% | 5.37% | 0.06% $0.60 | 0.06% $0.60 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 2000 Index* | | | | -9.76% | 7.20% | 5.26% | Contractual Cap Exp: 02/28/2017 | | |
| **Vanguard Small-Cap Index Fund Institutional** | Small Blend | VSCIX | 07/07/1997 | -7.13% | 8.81% | 6.85% | 0.08% $0.80 | 0.08% $0.80 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *CRSP U.S. Small Cap Index* | | | | -7.16% | 9.03% | 7.33% | | | |
| **TIAA-CREF Small-Cap Equity Fund Institutional** | Small Growth | TISEX | 10/01/2002 | -7.21% | 8.12% | 5.43% | 0.42% $4.20 | 0.42% $4.20 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 2000 Index* | | | | -9.76% | 7.20% | 5.26% | Contractual Cap Exp: 02/28/2017 | | |
| **Vanguard Explorer Fund Admiral** | Small Growth | VEXRX | 11/12/2001 | -10.96% | 8.06% | 5.68% | 0.35% $3.50 | 0.35% $3.50 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 2500 Growth Index* | | | | -9.57% | 8.77% | 7.00% | | | |
| **Vanguard Small-Cap Growth Index Fund Institutional** | Small Growth | VSGIX | 05/24/2000 | -10.04% | 7.59% | 6.84% | 0.08% $0.80 | 0.08% $0.80 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |

**INVESTMENT OPTIONS COMPARATIVE CHART**                                                                                      SECTION II

| Investment Name / Benchmark | Morningstar Category | Ticker Symbol | Inception Date | Average Annual Total Returns/Benchmark | | | Total Annual Operating Expenses (%/Per $1000) | | Shareholder Fees & Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| *CRSP US Small Cap Growth TR USD* | | | | -10.13% | 6.89% | 6.48% | | | |
| **Vanguard Small-Cap Value Index Fund Institutional** | Small Value | VSIIX | 12/07/1999 | -4.66% | 9.70% | 6.57% | 0.08% $0.80 | 0.08% $0.80 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *CRSP US Small Cap Value TR USD* | | | | -4.65% | 10.84% | 8.16% | | | |
| **Vanguard Global Equity Fund Investor** | World Stock | VHGEX | 08/14/1995 | -4.08% | 6.61% | 4.20% | 0.57% $5.70 | 0.57% $5.70 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *MSCI All Country World Index (NR USD)* | | | | -4.34% | 5.22% | 4.08% | | | |
| **Variable Annuity** | | | | | | | | | |
| **CREF Equity Index Account R3** | Large Blend | QCEQIX | 04/24/2015 | -0.53% | 10.64% | 6.52% | 0.29% $2.90 | 0.29% $2.90 | Round Trip: If a round trip is made within 60 calendar days, exchanges into the same account will be restricted for 90 calendar days. |
| *Russell 3000 Index* | | | | -0.34% | 11.01% | 6.90% | | | |
| **CREF Stock Account R3** | Large Blend | QCSTIX | 04/24/2015 | -3.33% | 7.39% | 5.16% | 0.37% $3.70 | 0.37% $3.70 | Round Trip: If a round trip is made within 60 calendar days, exchanges into the same account will be restricted for 90 calendar days. |
| *Russell 3000 Index* | | | | -0.34% | 11.01% | 6.90% | | | |
| **CREF Growth Account R3** | Large Growth | QCGRIX | 04/24/2015 | 0.39% | 12.14% | 7.87% | 0.32% $3.20 | 0.32% $3.20 | Round Trip: If a round trip is made within 60 calendar days, exchanges into the same account will be restricted for 90 calendar days. |
| *Russell 1000 Growth Index* | | | | 2.52% | 12.38% | 8.28% | | | |
| **CREF Global Equities Account R3** | World Stock | QCGLIX | 04/24/2015 | -4.95% | 6.30% | 4.11% | 0.38% $3.80 | 0.38% $3.80 | Round Trip: If a round trip is made within 60 calendar days, exchanges into the same account will be restricted for 90 calendar days. |
| *MSCI World Index* | | | | -3.45% | 6.51% | 4.27% | | | |
| **Fixed Income** | | | | | | | | | |
| **Mutual Fund** | | | | | | | | | |
| **Vanguard Intermediate-Term Investment-Grade Fund Admiral** | Corporate Bond | VFIDX | 02/12/2001 | 2.90% | 5.08% | 5.91% | 0.10% $1.00 | 0.10% $1.00 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |

11

**SECTION II**

| Investment Name / Benchmark | Morningstar Category | Ticker Symbol | Inception Date | Average Annual Total Returns/Benchmark | | | Total Annual Operating Expenses (%/Per $1000) | | Shareholder Fees & Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| *Barclays U.S. 5-10 Year Government/Credit Bond Index* | | | | 2.08% | 5.57% | 6.32% | | | |
| **Vanguard Long-Term Investment-Grade Fund Admiral** | Corporate Bond | VWETX | 02/12/2001 | 1.40% | 8.81% | 7.67% | 0.12% $1.20 | 0.12% $1.20 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Barclays U.S. Long Government/Credit A+ Long Index* | | | | 1.30% | 8.38% | 7.12% | | | |
| **Vanguard High-Yield Corporate Fund Admiral** | High Yield Bond | VWEAX | 11/12/2001 | -1.02% | 5.56% | 6.22% | 0.13% $1.30 | 0.13% $1.30 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Barclays U.S. Corporate High Yield Index* | | | | -3.69% | 4.93% | 7.01% | | | |
| **Vanguard Inflation-Protected Securities Fund Institutional** | Inflation-Protected Bond | VIPIX | 12/12/2003 | 1.55% | 3.02% | 4.53% | 0.07% $0.70 | 0.07% $0.70 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Barclays U.S. Treasury Inflation Protected Securities (TIPS) Index (Series-L)* | | | | 1.51% | 3.02% | 4.62% | | | |
| **Vanguard GNMA Fund Admiral** | Intermediate Government | VFIJX | 02/12/2001 | 2.32% | 3.46% | 4.93% | 0.11% $1.10 | 0.11% $1.10 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Barclays U.S. GNMA Bond Index* | | | | 2.40% | 3.28% | 4.85% | | | |
| **Vanguard Intermediate-Term Treasury Fund Admiral** | Intermediate Government | VFIUX | 02/12/2001 | 3.18% | 3.81% | 5.22% | 0.10% $1.00 | 0.10% $1.00 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Barclays U.S. Government Index* | | | | 2.37% | 3.42% | 4.52% | | | |
| **Vanguard Intermediate-Term Bond Index Fund Institutional** | Intermediate-Term Bond | VBIMX | 01/26/2006 | 2.89% | 5.20% | 6.08% | 0.07% $0.70 | 0.07% $0.70 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Barclays U.S. 5-10 Year Government/Credit Float Adjusted Index* | | | | 2.89% | 5.19% | | | | |

**INVESTMENT OPTIONS COMPARATIVE CHART**                                                                                                                       **SECTION II**

| Investment Name / Benchmark | Morningstar Category | Ticker Symbol | Inception Date | Average Annual Total Returns/Benchmark | | | Total Annual Operating Expenses (%/Per $1000) | | Shareholder Fees & Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| **Vanguard Total Bond Market Index Fund Institutional** | Intermediate-Term Bond | VBTIX | 09/18/1995 | 1.83% | 3.72% | 4.89% | 0.06% $0.60 | 0.06% $0.60 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Barclays U.S. Aggregate Float Adjusted Index* | | | | 1.88% | 3.80% | | | | |
| **Vanguard Long-Term Treasury Fund Admiral** | Long Government | VUSUX | 02/12/2001 | 2.67% | 9.58% | 7.83% | 0.10% $1.00 | 0.10% $1.00 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Barclays Long U.S. Treasury Index* | | | | 2.77% | 9.67% | 7.97% | | | |
| **Vanguard Long-Term Bond Index Fund Investor** | Long-Term Bond | VBLTX | 03/01/1994 | 0.31% | 8.43% | 7.51% | 0.20% $2.00 | 0.20% $2.00 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Barclays U.S. Long Government/Credit Index* | | | | 0.39% | 8.51% | 7.57% | | | |
| **Vanguard Short-Term Federal Fund Admiral** | Short Government | VSGDX | 02/12/2001 | 1.48% | 1.48% | 3.23% | 0.10% $1.00 | 0.10% $1.00 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Barclays U.S. 1-5 Year Government Index* | | | | 1.60% | 1.53% | 3.20% | | | |
| **Vanguard Short-Term Treasury Fund Admiral** | Short Government | VFIRX | 02/13/2001 | 1.26% | 1.17% | 2.83% | 0.10% $1.00 | 0.10% $1.00 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Barclays U.S. 1-5 Year Government Index* | | | | 1.60% | 1.53% | 3.20% | | | |
| **Vanguard Short-Term Bond Index Fund Investor** | Short-Term Bond | VBISX | 03/01/1994 | 1.45% | 1.69% | 3.32% | 0.20% $2.00 | 0.20% $2.00 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Barclays U.S. 1-5 Year Government/Credit Float Adjusted Index* | | | | 1.62% | 1.88% | | | | |
| **Vanguard Short-Term Investment Grade Fund Institutional** | Short-Term Bond | VFSIX | 09/30/1997 | 1.89% | 2.39% | 3.72% | 0.07% $0.70 | 0.07% $0.70 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Barclays U.S. 1-5 Year Government/Credit Index* | | | | 1.65% | 2.73% | 4.24% | | | |
| **Variable Annuity** | | | | | | | | | |

| Investment Name / Benchmark | Morningstar Category | Ticker Symbol | Inception Date | Average Annual Total Returns/Benchmark | | | Total Annual Operating Expenses (%/Per $1000) | | Shareholder Fees & Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| **CREF Inflation-Linked Bond Account R3** | Inflation-Protected Bond | QCILIX | 04/24/2015 | 0.81% | 2.57% | 4.14% | 0.32% $3.20 | 0.32% $3.20 | Round Trip: If a round trip is made within 60 calendar days, exchanges into the same account will be restricted for 90 calendar days. |
| *Barclays U.S. Treasury Inflation Protected Securities (TIPS) Index (Series-L)* | | | | 1.51% | 3.02% | 4.62% | | | |
| **CREF Bond Market Account R3** | Intermediate-Term Bond | QCBMIX | 04/24/2015 | 1.86% | 3.69% | 4.47% | 0.37% $3.70 | 0.37% $3.70 | Round Trip: If a round trip is made within 60 calendar days, exchanges into the same account will be restricted for 90 calendar days. |
| *Barclays U.S. Aggregate Bond Index* | | | | 1.96% | 3.78% | 4.90% | | | |
| **Money Market** | | | | | | | | | |
| **Mutual Fund** | | | | | | | | | |
| **Vanguard Treasury Money Market Fund Investor** 7-day current annualized yield 0.27% as of 03/31/2016 7-day effective annualized yield 0.27% as of 03/31/2016 | Money Market-Taxable | VUSXX | 12/14/1992 | 0.07% | 0.02% | 1.08% | 0.09% $0.90 | 0.09% $0.90 | Contributions and Transfers in not allowed. |
| *BofA Merrill Lynch 3 Month LIBOR Constant Maturity Index* | | | | 0.33% | 0.32% | 1.63% | | | |
| **Vanguard Federal Money Market Fund Investor** 7-day current annualized yield 0.30% as of 03/31/2016 7-day effective annualized yield 0.30% as of 03/31/2016 | Money Market-Taxable | VMFXX | 07/13/1981 | 0.10% | 0.03% | 1.18% | 0.11% $1.10 | 0.11% $1.10 | Contributions and Transfers in not allowed. |
| *Citi 3-Month Treasury Bill Index* | | | | 0.08% | 0.06% | 1.07% | | | |
| **Vanguard Prime Money Market Fund Admiral** 7-day current annualized yield 0.48% as of 03/31/2016 7-day effective annualized yield 0.48% as of 03/31/2016 | Money Market-Taxable | VMRXX | 10/03/1989 | 0.20% | 0.11% | 1.34% | 0.10% $1.00 | 0.10% $1.00 | |
| *Citi 3-Month Treasury Bill Index* | | | | 0.08% | 0.06% | 1.07% | | | |
| **Variable Annuity** | | | | | | | | | |

14

**INVESTMENT OPTIONS COMPARATIVE CHART**                                                                              **SECTION II**

| Investment Name / Benchmark | Morningstar Category | Ticker Symbol | Inception Date | Average Annual Total Returns/Benchmark | | | Total Annual Operating Expenses (%/Per $1000) | | Shareholder Fees & Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| CREF Money Market Account R3 <br> 7-day current annualized yield 0.25% as of 03/29/2016 <br> 7-day effective annualized yield 0.25% as of 03/29/2016 | Money Market-Taxable | QCMMIX | 04/24/2015 | 0.02% | 0.00% | 1.10% | 0.32% $3.20 | 0.32% $3.20 | |
| *iMoneyNet Money Fund Averages-All Taxable* | | | | 0.04% | 0.02% | 1.04% | | | |

**Multi-Asset**

**Mutual Fund**

| Investment Name / Benchmark | Morningstar Category | Ticker Symbol | Inception Date | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | Shareholder Fees & Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| Vanguard LifeStrategy Growth Fund Investor | Aggressive Allocation | VASGX | 09/30/1994 | -2.32% | 6.78% | 4.98% | 0.15% $1.50 | 0.15% $1.50 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Dow Jones U.S. Total Stock Market Index* | | | | -0.43% | 10.97% | 7.00% | | | |
| Vanguard LifeStrategy Conservative Growth Fund Investor | Conservative Allocation | VSCGX | 09/30/1994 | 0.02% | 5.21% | 4.82% | 0.13% $1.30 | 0.13% $1.30 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Barclays U.S. Aggregate Bond Index* | | | | 1.96% | 3.78% | 4.90% | | | |
| Vanguard LifeStrategy Income Fund Investor | Conservative Allocation | VASIX | 09/30/1994 | 1.03% | 4.35% | 4.60% | 0.12% $1.20 | 0.12% $1.20 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Barclays U.S. Aggregate Bond Index* | | | | 1.96% | 3.78% | 4.90% | | | |
| Vanguard Wellesley Income Fund Admiral | Conservative Allocation | VWIAX | 05/14/2001 | 3.89% | 7.90% | 7.35% | 0.16% $1.60 | 0.16% $1.60 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Morningstar Mod Conservative Target Risk Index* | | | | 0.35% | 4.73% | 5.12% | | | |
| Vanguard Convertible Securities Fund Investor | Convertibles | VCVSX | 06/17/1986 | -8.05% | 3.64% | 5.52% | 0.38% $3.80 | 0.38% $3.80 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *BofAML All Convertible All Qualities* | | | | -7.30% | 6.25% | 5.96% | | | |
| Vanguard Balanced Index Fund Institutional | Moderate Allocation | VBAIX | 12/01/2000 | 0.71% | 8.31% | 6.55% | 0.08% $0.80 | 0.08% $0.80 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |

15

| Investment Name / Benchmark | Morningstar Category | Ticker Symbol | Inception Date | Average Annual Total Returns/Benchmark | | | Total Annual Operating Expenses (%/Per $1000) | | Shareholder Fees & Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| *Morningstar Moderately Aggressive Target Risk Index* | | | | -2.62% | 5.94% | 5.47% | | | |
| **Vanguard LifeStrategy Moderate Growth Fund Investor** | Moderate Allocation | VSMGX | 09/30/1994 | -1.06% | 6.15% | 5.08% | 0.14% $1.40 | 0.14% $1.40 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Barclays U.S. Aggregate Bond Index* | | | | 1.96% | 3.78% | 4.90% | | | |
| **Vanguard STAR Fund - Balanced Option Investor** | Moderate Allocation | VGSTX | 03/29/1985 | -2.14% | 7.06% | 5.77% | 0.34% $3.40 | 0.34% $3.40 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Morningstar Moderately Aggressive Target Risk Index* | | | | -2.62% | 5.94% | 5.47% | | | |
| **Vanguard Wellington Fund Admiral** | Moderate Allocation | VWENX | 05/14/2001 | 1.20% | 8.59% | 7.25% | 0.18% $1.80 | 0.18% $1.80 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *S&P 500 Index* | | | | 1.78% | 11.58% | 7.01% | | | |
| **TIAA-CREF Lifecycle Retirement Income Fund Institutional** | Retirement Income | TLRIX | 11/30/2007 | -0.71% | 5.45% | 4.36% | 0.51% $5.10 | 0.36% $3.60 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Barclays U.S. Aggregate Bond Index* | | | | 1.96% | 3.78% | 4.47% | Contractual Waiver Exp: 09/30/2016 | | |
| **Vanguard Target Retirement Income Fund Investor** | Retirement Income | VTINX | 10/27/2003 | 0.41% | 4.95% | 5.22% | 0.14% $1.40 | 0.14% $1.40 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Barclays U.S. Aggregate Bond Index* | | | | 1.96% | 3.78% | 4.90% | | | |
| **TIAA-CREF Lifecycle 2010 Fund Institutional** | Target Date 2000-2010 | TCTIX | 01/17/2007 | -0.87% | 5.74% | 4.95% | 0.49% $4.90 | 0.37% $3.70 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Barclays U.S. Aggregate Bond Index* | | | | 1.96% | 3.78% | 4.90% | Contractual Waiver Exp: 09/30/2016 | | |
| **Vanguard Target Retirement 2010 Fund Investor** | Target Date 2000-2010 | VTENX | 06/07/2006 | 0.14% | 5.45% | 5.42% | 0.14% $1.40 | 0.14% $1.40 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *MSCI U.S. Broad Market Index (GR USD)* | | | | -0.36% | 11.07% | 7.59% | | | |

**INVESTMENT OPTIONS COMPARATIVE CHART**                                                                 **SECTION II**

| Investment Name / *Benchmark* | Morningstar Category | Ticker Symbol | Inception Date | Average Annual Total Returns/Benchmark | | | Total Annual Operating Expenses (%/Per $1000) | | Shareholder Fees & Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| **TIAA-CREF Lifecycle 2015 Fund Institutional** | Target Date 2011-2015 | TCNIX | 01/17/2007 | -1.23% | 5.98% | 4.96% | 0.50% $5.00 | 0.38% $3.80 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 3000 Index* | | | | -0.34% | 11.01% | 6.90% | Contractual Waiver Exp: 09/30/2016 | | |
| **Vanguard Target Retirement 2015 Fund Investor** | Target Date 2011-2015 | VTXVX | 10/27/2003 | -0.59% | 6.02% | 5.30% | 0.14% $1.40 | 0.14% $1.40 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *MSCI U.S. Broad Market Index (GR USD)* | | | | -0.36% | 11.07% | 7.08% | | | |
| **TIAA-CREF Lifecycle 2020 Fund Institutional** | Target Date 2016-2020 | TCWIX | 01/17/2007 | -1.61% | 6.33% | 4.91% | 0.51% $5.10 | 0.39% $3.90 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 3000 Index* | | | | -0.34% | 11.01% | 6.90% | Contractual Waiver Exp: 09/30/2016 | | |
| **Vanguard Target Retirement 2020 Fund Investor** | Target Date 2016-2020 | VTWNX | 06/07/2006 | -1.12% | 6.45% | 5.77% | 0.14% $1.40 | 0.14% $1.40 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *MSCI U.S. Broad Market Index (GR USD)* | | | | -0.36% | 11.07% | 7.59% | | | |
| **TIAA-CREF Lifecycle 2025 Fund Institutional** | Target Date 2021-2025 | TCYIX | 01/17/2007 | -2.15% | 6.62% | 4.87% | 0.53% $5.30 | 0.41% $4.10 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 3000 Index* | | | | -0.34% | 11.01% | 6.90% | Contractual Waiver Exp: 09/30/2016 | | |
| **Vanguard Target Retirement 2025 Fund Investor** | Target Date 2021-2025 | VTTVX | 10/27/2003 | -1.53% | 6.70% | 5.37% | 0.15% $1.50 | 0.15% $1.50 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *MSCI U.S. Broad Market Index (GR USD)* | | | | -0.36% | 11.07% | 7.08% | | | |
| **TIAA-CREF Lifecycle 2030 Fund Institutional** | Target Date 2026-2030 | TCRIX | 01/17/2007 | -2.64% | 6.89% | 4.79% | 0.54% $5.40 | 0.42% $4.20 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 3000 Index* | | | | -0.34% | 11.01% | 6.90% | Contractual Waiver Exp: 09/30/2016 | | |
| **Vanguard Target Retirement 2030 Fund Investor** | Target Date 2026-2030 | VTHRX | 06/07/2006 | -2.01% | 6.93% | 5.78% | 0.15% $1.50 | 0.15% $1.50 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |

**INVESTMENT OPTIONS COMPARATIVE CHART**        SECTION II

| Investment Name / Benchmark | Morningstar Category | Ticker Symbol | Inception Date | Average Annual Total Returns/Benchmark | | | Total Annual Operating Expenses (%/Per $1000) | | Shareholder Fees & Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| *MSCI U.S. Broad Market Index (GR USD)* | | | | -0.36% | 11.07% | 7.59% | | | |
| **TIAA-CREF Lifecycle 2035 Fund Institutional** | Target Date 2031-2035 | TCIIX | 01/17/2007 | -3.06% | 7.09% | 4.88% | 0.55% $5.50 | 0.43% $4.30 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 3000 Index* | | | | -0.34% | 11.01% | 6.90% | Contractual Waiver Exp: 09/30/2016 | | |
| **Vanguard Target Retirement 2035 Fund Investor** | Target Date 2031-2035 | VTTHX | 10/27/2003 | -2.50% | 7.14% | 5.40% | 0.15% $1.50 | 0.15% $1.50 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *MSCI U.S. Broad Market Index (GR USD)* | | | | -0.36% | 11.07% | 7.08% | | | |
| **TIAA-CREF Lifecycle 2040 Fund Institutional** | Target Date 2036-2040 | TCOIX | 01/17/2007 | -3.66% | 7.22% | 5.06% | 0.56% $5.60 | 0.44% $4.40 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 3000 Index* | | | | -0.34% | 11.01% | 6.90% | Contractual Waiver Exp: 09/30/2016 | | |
| **Vanguard Target Retirement 2040 Fund Investor** | Target Date 2036-2040 | VFORX | 06/07/2006 | -3.07% | 7.28% | 5.89% | 0.16% $1.60 | 0.16% $1.60 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *MSCI U.S. Broad Market Index (GR USD)* | | | | -0.36% | 11.07% | 7.59% | | | |
| **TIAA-CREF Lifecycle 2045 Fund Institutional** | Target Date 2041-2045 | TTFIX | 11/30/2007 | -3.75% | 7.20% | 3.69% | 0.57% $5.70 | 0.44% $4.40 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 3000 Index* | | | | -0.34% | 11.01% | 6.40% | Contractual Waiver Exp: 09/30/2016 | | |
| **Vanguard Target Retirement 2045 Fund Investor** | Target Date 2041-2045 | VTIVX | 10/27/2003 | -3.14% | 7.27% | 5.48% | 0.16% $1.60 | 0.16% $1.60 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *MSCI U.S. Broad Market Index (GR USD)* | | | | -0.36% | 11.07% | 7.08% | | | |
| **TIAA-CREF Lifecycle 2050 Fund Institutional** | Target Date 2046-2050 | TFTIX | 11/30/2007 | -3.71% | 7.22% | 3.67% | 0.57% $5.70 | 0.44% $4.40 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 3000 Index* | | | | -0.34% | 11.01% | 6.40% | Contractual Waiver Exp: 09/30/2016 | | |

| Investment Name / *Benchmark* | Morningstar Category | Ticker Symbol | Inception Date | Average Annual Total Returns/Benchmark | | | Total Annual Operating Expenses (%/Per $1000) | | Shareholder Fees & Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 Yr. | 5 Yr. | 10 Yr. or Since Inception | Gross | Net | |
| **Vanguard Target Retirement 2050 Fund Investor** | Target Date 2046-2050 | VFIFX | 06/07/2006 | -3.10% | 7.26% | 5.93% | 0.16% $1.60 | 0.16% $1.60 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *MSCI U.S. Broad Market Index (GR USD)* | | | | -0.36% | 11.07% | 7.59% | | | |
| **TIAA-CREF Lifecycle 2055 Fund Institutional** | Target Date 2051+ | TTRIX | 04/29/2011 | -3.58% | - | 6.65% | 0.65% $6.50 | 0.44% $4.40 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *Russell 3000 Index* | | | | -0.34% | | 10.53% | Contractual Waiver Exp: 09/30/2016 | | |
| **Vanguard Target Retirement 2055 Fund Investor** | Target Date 2051+ | VFFVX | 08/18/2010 | -3.25% | 7.28% | 10.08% | 0.16% $1.60 | 0.16% $1.60 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *MSCI U.S. Broad Market Index (GR USD)* | | | | -0.36% | 11.07% | 14.22% | | | |
| **Vanguard Target Retirement 2060 Fund Investor** | Target Date 2051+ | VTTSX | 01/19/2012 | -3.22% | - | 9.46% | 0.16% $1.60 | 0.16% $1.60 | Round Trip: You cannot exchange into the fund within 30 calendar days of exchanging out of the fund. |
| *MSCI U.S. Broad Market Index (GR USD)* | | | | -0.36% | | 13.39% | | | |
| **Variable Annuity** | | | | | | | | | |
| **CREF Social Choice Account R3** | Moderate Allocation | QCSCIX | 04/24/2015 | -1.03% | 6.63% | 5.29% | 0.33% $3.30 | 0.33% $3.30 | Round Trip: If a round trip is made within 60 calendar days, exchanges into the same account will be restricted for 90 calendar days. |
| *Russell 3000 Index* | | | | -0.34% | 11.01% | 6.90% | | | |
| **Real Estate** | | | | | | | | | |
| **Variable Annuity** | | | | | | | | | |
| **TIAA Real Estate Account** | N/A | QREARX | 10/02/1995 | 7.02% | 10.27% | 4.09% | 0.87% $8.70 | 0.87% $8.70 | Transfers out: Limit 1 per quarter. Limitations may apply to any transaction resulting in a balance > $150,000. |
| *S&P 500 Index* | | | | 1.78% | 11.58% | 7.01% | | | |

Table 1 shows fee and expense information for the investment options listed including the Total Annual Operating Expenses expressed as a percentage and a dollar amount based upon a $1,000 accumulation both as net and gross of expenses. Total Annual Operating Expenses is a measure of what it costs to operate an investment, expressed as a percentage of its assets, as a dollar amount or in basis points. These are costs the investor pays through a reduction in the investment's rate of return.

# Table 2 – Fixed Return Investments

The following chart lists the plan's investment options that have a fixed or stated rate of return.

| Name/Type/Option | Return | Term | Additional Information |
|---|---|---|---|
| **Guaranteed Annuity** | | | |
| TIAA Traditional-Group Retirement Annuity | 4.00% | Through 02/28/2017 | The current rate shown applies to premiums remitted during the month of April 2016 and will be credited through 2/28/2017. This rate is subject to change in subsequent months. Up-to-date rate of return information is available on your plan-specific website noted above or at 800-842-2733.<br><br>TIAA Traditional guarantees your principal and a minimum annual interest rate. The guaranteed minimum interest rate is 3.00%, and is effective while the funds remain in the contract. The account also offers the opportunity for additional amounts in excess of the guaranteed minimum interest rate. When declared, additional amounts remain in effect for the twelve-month period that begins each March 1 for accumulating annuities and January 1 for payout annuities. Additional amounts are not guaranteed for the future years. All guarantees are subject to TIAA's claims paying ability.<br><br>TIAA Traditional is designed primarily to help meet your long-term retirement income needs; it is not a short-term savings vehicle. Therefore, some contracts require that benefits are paid in installments over time and/or may impose surrender charges on certain withdrawals. TIAA has rewarded participants who save in contracts where benefits are paid in installments over time instead of in an immediate lump-sum by crediting higher interest rates, typically 0.50% to 0.75% higher. Higher rates will lead to higher account balances and more retirement income for you.<br><br>For Group Retirement Annuity (GRA) contracts, and subject to the terms of your employer's plan, lump-sum withdrawals are available from the TIAA Traditional account only within 120 days after termination of employment and are subject to a 2.5% surrender charge. All other withdrawals and transfers from the account must be paid in ten annual installments. After termination of employment additional income options may be available including income for life, income for a fixed period, interest-only payments and IRS required minimum distributions. |
| TIAA Traditional-Group Supplemental Retirement Annuity | 3.25% | Through 02/28/2017 | The current rate shown applies to premiums remitted during the month of April 2016 and will be credited through 2/28/2017. This rate is subject to change in subsequent months. Up-to-date rate of return information is available on your plan-specific website noted above or at 800-842-2733.<br><br>TIAA Traditional guarantees your principal and a minimum annual interest rate. The guaranteed minimum interest rate is 3.00%, and is effective while the funds remain in the contract. The account also offers the opportunity for additional amounts in excess of the guaranteed minimum interest rate. When declared, additional amounts remain in effect for the twelve-month period that begins each March 1 for accumulating annuities and January 1 for payout annuities. Additional amounts are not guaranteed for the future years. All guarantees are subject to TIAA's claims paying ability.<br><br>For Group Supplemental Retirement Annuity (GSRA) contracts, and subject to the terms of your employer's plan, lump-sum withdrawals and transfers are available from the TIAA Traditional account without any restrictions or charges. After termination of employment additional income options may be available including income for life, income for a fixed period of time, and IRS required minimum distribution payments. |

# Part B. Annuity Information

The information below focuses on the annuity options under the plan. Annuities are insurance contracts that allow you to receive a guaranteed stream of payments at regular intervals, usually beginning when you retire and lasting for your entire life. Annuities are issued by insurance companies. Guarantees of an insurance company are subject to its long-term financial strength and claims-paying ability.

## TIAA Traditional Annuity Lifetime Income Option

### OBJECTIVES / GOALS

To provide a guaranteed stable stream of income for your life and, if you choose, the life of an annuity partner. A TIAA Traditional Annuity provides income stability by providing a minimum guaranteed interest rate as well as the potential for additional interest. TIAA Traditional can be part of a diversified retirement portfolio that may include stocks (equities), bonds (fixed income), real estate, and money market investments. Electing a life annuity is just one of many payout options available under the TIAA Traditional Annuity.

### PRICING FACTORS

The amount of your lifetime income is dependent upon many factors including:

- The type of annuity selected (single life, joint life, with or without guaranteed minimum periods), and your selection of either the standard or graded benefit method.
- The amount of accumulations converted to a life annuity.
- Your age and, if applicable, the age of your annuity partner.
- The projected returns of the TIAA Traditional Annuity.

Under no circumstances will you receive less than the guaranteed amount of income required under the annuity contracts. To learn more about investments that offer lifetime annuity income, please access the web link provided in the Performance and Fee Information section.

### RESTRICTIONS / FEES

- You may not begin a one-life annuity after you attain age 90, nor may you begin a two-life annuity after you or your annuity partner attains age 90.
- Subject to contract terms, if your accumulation is less than $5,000 on your annuity starting date, TIAA may choose instead to pay your accumulations to you in a single sum.
- If your TIAA annuity payment would be less than $100, TIAA has the right to change the payment frequency which would result in a payment of $100 or more.
- Once you have elected a lifetime annuity, your election is irrevocable.

## TIAA Real Estate and CREF Variable Annuity Lifetime Income Options

### OBJECTIVES / GOALS

To provide a variable stream of income for your life and, if you choose, the life of an annuity partner. This lifetime annuity provides a variable income that you cannot outlive. A variable annuity can be part of a diversified retirement portfolio that may include guaranteed, stocks (equities), bonds (fixed income), real estate, and money market investments. Electing a life annuity is just one of many payout options available.

### PRICING FACTORS

The amount of your lifetime income is dependent upon many factors including:

- The type of annuity selected (single life, joint life, with or without guaranteed minimum periods).
- The amount of accumulations converted to a life annuity.
- Your age and, if applicable, the age of your annuity partner.
- The investment performance of the variable annuity account your annuity is based upon.

Variable annuity accounts don't guarantee a minimum income. Income fluctuates based on market performance and is directly tied to the accounts' investment returns. A 4% annual investment return is assumed. Generally, if the actual return in a given year is greater than 4% the amount of annuity income will increase; if it is less than 4%, the income will decrease. To learn more about investments that offer lifetime annuity income, please access the web link provided in the Performance and Fee Information section.

### RESTRICTIONS / FEES

- You may not begin a one-life annuity after you attain age 90, nor may you begin a two-life annuity after you or your annuity partner attains age 90.
- Subject to contract terms, if your accumulation is less than $5,000 on your annuity starting date, TIAA may choose instead to pay your accumulations to you in a single sum.
- If your annuity payment would be less than $100, TIAA has the right to change the payment frequency which would result in a payment of $100 or more.
- Once you have elected a lifetime annuity, your election is irrevocable.
- Upon annuitization of CREF accumulations, the expenses associated with CREF will be the same as the R3 Class regardless of the CREF Class prior to annuitization. The R3 Class has the lowest expense of all the CREF Classes.

Please visit www.tiaa-cref.org/public/support/help/glossary/index.html for a glossary of investment terms relevant to the investment options under this plan.

Fees and expenses are only one of many factors to consider when you decide to invest in an option. You may also want to think about whether an investment in a particular option, along with your other investments, will help you achieve your financial goals. The cumulative effect of fees and expenses can substantially reduce the growth of your retirement savings. Visit the Department of Labor's website for an example showing the long-term effect of fees and expenses at www.dol.gov/ebsa/publications/401k_employee.html.

**TIAA important additional information:**
The returns quoted represent past performance, which is no guarantee of future results. Returns and the principal value of your investment will fluctuate. Current performance may be higher or lower than that shown, and you may have a gain or a loss when you redeem your investments. Expense ratios shown are based on the most recent information available, but may not reflect all updates. Please consult the most recent prospectus or offering document for more detailed information.

Variable return investments (mutual funds and/or variable annuities) are offered through your plan sponsor's retirement plan. Funds are offered at that day's net asset value (NAV), and the performance is displayed accordingly. Performance at NAV does not reflect sales charges, which are waived through your retirement plan. If included, the sales charges would have reduced the performance as quoted.

If a variable return investment option includes performance for periods beyond its inception date that performance is based on the performance of an older share class of the investment option. Such performance has not been restated to reflect expense differences between the two classes. If expense differences had been reflected, performance for these periods would be lower or higher than stated.

TIAA provides information on restrictions on recordkept investment options, as well as performance and product information for all proprietary investment options. TIAA assumes no responsibility for damages or losses arising from the use of such information, and has not independently verified the accuracy or completeness of such information.

Data Provided by Morningstar, Inc. © 2016 Morningstar, Inc. All Rights Reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information. Neither TIAA nor its affiliates has independently verified the accuracy or completeness of this information.

The Morningstar Category classifies an investment option based on its investment style as measured by underlying portfolio holdings (portfolio statistics and compositions over the past three years). If the investment option is new and has no portfolio, Morningstar estimates where it will fall before assigning a more permanent category. When necessary, Morningstar may change a category assignment based on current information.

There are inherent risks in investing in variable return investments including loss of principal. Please read the prospectus and carefully consider the investment objectives, risks, charges and expenses before investing.

© 2016 Teachers Insurance and Annuity Association of America-College Retirement Equities Fund (TIAA-CREF), 730 Third Avenue, New York, NY 10017

