IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI *et al.*, | |
| *Plaintiffs*, | Civil Action No. 3:16-cv-01345-AWT |
| v. | |
| YALE UNIVERSITY *et al.*, | October 20, 2016 |
| *Defendants*. | |

**PLAINTIFFS' CONSENT MOTION TO EXTEND THE TIME TO RESPOND TO MOTION TO DISMISS**

Under Local Civil Rule 7(b) and Fed. R. Civ. P. 6(b), Plaintiffs move this Court for an extension of time related to Plaintiffs' response to Defendants' motion to dismiss or to file an amended complaint as of right. Plaintiffs have conferred with Defendants' counsel and they do not object to the relief requested herein. Plaintiffs have not filed any previous extension of time as to this deadline. In support of this motion, Plaintiffs state the following:

1. Plaintiffs filed their complaint on August 9, 2016, asserting breach of fiduciary duty under the Employee Retirement Income Security Act ("ERISA"), individually and as representatives of a class of participants and beneficiaries of the Yale University Retirement Account Plan. Doc. 1; 29 U.S.C. §§1109(a), 1132(a)(2), (a)(3).

2. On October 17, 2016, Defendants filed their motion to dismiss the complaint. Doc. 52.

3. Under Local Civil Rule 7(a) and Fed. R. Civ. P. 6(b), Plaintiffs' response to Defendants' motion to dismiss is currently due on November 7, 2016. Plaintiffs are contemplating amending their complaint as of right, which would moot the pending motion to dismiss. The current deadline for Plaintiffs to make such amendment is November 7, 2016. Fed.R.Civ.P. 15(a)(1)(B); Fed.R.Civ.P. 6(b).

4. Should Plaintiffs decide to respond to the motion to dismiss or to file an amended complaint, Plaintiffs require additional time to prepare their responsive pleading given the complexity of the issues raised in Defendants' motion.

5. The parties have conferred about these deadlines. Defendants consent to an extension to December 9, 2016 for Plaintiffs to respond to the pending motion to dismiss or to amend their complaint as of right.

Accordingly, Plaintiffs respectfully request that the Court approve the following deadlines/schedule:

**December 9, 2016:**   Plaintiffs will file either a response to the pending motion to dismiss or an amended complaint as of right.

Respectfully submitted,


By: /s/ Troy A. Doles
    Troy A. Doles (phv02336)
    SCHLICHTER, BOGARD & DENTON, LLP
    Jerome J. Schlichter (phv01476)
    100 South Fourth Street, Suite 1200
    St. Louis, Missouri 63102
    Tel: (314) 621-6115; Facsimile: (314) 621-5934
    tdoles@uselaws.com
    jschlichter@uselaws.com

    Stuart M. Katz (ct12088)
    Cohen and Wolf, P.C.
    1115 Broad Street
    Bridgeport, CT 06604
    Tel: (203) 368-0211; Facsimile: (203) 337-5505
    skatz@cohenandwolf.com

    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that, on October 20, 2016, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice to all counsel of record of the filing.

By: /s/ Troy A. Doles
Troy A. Doles
