IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI, NANCY S. LOWERS, JAN M. TASCHNER, and JAMES MANCINI, individually and as representatives of a class of participants and beneficiaries on behalf of the Yale University Retirement Account Plan,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>YALE UNIVERSITY, MICHAEL A. PEEL, and THE RETIREMENT PLAN FIDUCIARY COMMITTEE,<br><br>      *Defendants*. | Civil Action No. 3:16-cv-01345-AWT<br><br>Hon. Alvin W. Thompson |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS'
AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6), Defendants Yale University, Michael A. Peel, and the Retirement Plan Fiduciary Committee respectfully move to dismiss Plaintiffs' Amended Complaint with prejudice for failure to state a claim upon which relief may be granted and pursuant to the applicable statute of limitations, 29 U.S.C. § 1113.

The motion is based upon the supporting memorandum of law, the Declaration of Hugh K. Penney and the exhibits thereto, and other materials subject to judicial notice or incorporated by reference into the Amended Complaint.

                                            By:   */s/ Brian D. Netter*
                                                    Brian D. Netter

Dated: January 23, 2017                                  Respectfully submitted,

Nancy G. Ross (ct14373)                                  Brian D. Netter (phv08476)
James C. Williams (ct23292)                                 bnetter@mayerbrown.com
MAYER BROWN LLP                                          Michelle N. Webster (phv08475)
71 South Wacker Drive                                    Travis Crum (phv08550)
Chicago, Illinois 60606-4637                             Matthew A. Waring (phv08551)
Telephone: (312) 782-0600                                MAYER BROWN LLP
Facsimile: (312) 701-7711                                1999 K Street NW
                                                         Washington, DC 20006-1101
                                                         Telephone: (202) 263-3000
                                                         Facsimile: (202) 263-3300

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 23, 2017, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

By: /s/ *Brian D. Netter*
Brian D. Netter