IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI, et al.,<br><br>   *Plaintiffs,*<br><br>v.<br><br>YALE UNIVERSITY, et al.,<br><br>   *Defendants.* | Civil Action No. 3:16-cv-01345-AWT<br><br>Hon. Alvin W. Thompson |

### DECLARATION OF HUGH K. PENNEY

I, Hugh K. Penney, declare pursuant to 28 U.S.C. § 1746 that the factual statements set forth below are true and correct to the best of my knowledge, information, and belief based on my personal experience and my review of relevant documents maintained by Yale University. If called and sworn as a witness, I would competently testify to these facts. I respectfully submit this declaration in support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint.

1. I am employed by Yale University as Senior Director, Compensation and Benefits. As part of my job responsibilities, I am familiar with the operation of the Yale University Retirement Account Plan (the "Plan") and the documents related hereto.

2. Attached hereto as Exhibit A is a true and correct copy of the TIAA Annuity Contract for Plaintiff Joseph Vellali.

3. Attached hereto as Exhibit B is a true and correct copy of the Annual

Report/Report of Employee Benefit Plan (Form 5500) for the Plan for the fiscal plan year beginning July 1, 2009 and ending June 30, 2010, which was filed with the U.S. Department of Labor on April 15, 2011.

4. Attached hereto as Exhibit C is a true and correct copy of the Summary Plan Description for the Plan effective July 1, 2016, which is available at http://your.yale.edu/sites/default/files/2016_yurap_spd_v1_06-23-16.sf_.final_.pdf.

5. Attached hereto as Exhibit D is a true and correct copy of the 2016 Plan and Investment Notice for the Plan which is available at https://tiaa.org/public/pdf/obiee/102373_Plan_Investment_Notice.pdf.

6. Attached hereto as Exhibit E is a true and correct copy of the October 14, 2011 notice to participants of changes to the fees and share class for specific TIAA funds offered to the Plan.

7. Attached hereto as Exhibit F is the true and correct copy of the June 2013 notice to participants of changes to the fees and share class for specific Vanguard funds offered to the Plan.

8. Attached hereto as Exhibit G is the true and correct copy of the August 2014 notice to participants of changes to the fees and share class for specific Vanguard funds offered to the Plan.

8. Attached hereto as Exhibit H is the true and correct copy of the July 22, 2016 notice to participants of changes to the fees and share class for specific TIAA funds offered to the Plan.

9. Attached hereto as Exhibit I is a true and correct copy of the Annual

Report/Report of Employee Benefit Plan (Form 5500) for the Plan for the fiscal plan year beginning July 1, 2014 and ending June 30, 2015, which was filed with the U.S. Department of Labor on April 12, 2016.

    10.    Attached hereto as Exhibit J is a true and correct copy of the TIAA Annuity Contract for Plaintiff Jan Taschner.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 23, 2017, in New Haven, Connecticut.

                                                                               _/s/ Hugh K. Penney_
                                                                               Hugh K. Penney

## CERTIFICATE OF SERVICE

I hereby certify that, on January 23, 2017, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

By: /s/ *Brian D. Netter*
Brian D. Netter