# EXHIBIT A

2626158

This package contains exact reprints of the original contracts issued to you and includes any subsequently issued endorsements.  Therefore, any changes made to your contract information after these were issued do not appear in this reprint, but are reflected in our corporate records.

If you have any questions, please call us at 800 842-2776 Monday to Friday from 8 am to 10 pm and Saturday from 9 am to 6 pm ET.

023019201611190324382626158000001

TMOMN
SGRD

TIAA

TIAA-CREF
P.O. Box 1289
Charlotte, NC 28201-1289

JOSEPH F VELLALI



# Teachers Insurance and Annuity Association
### 730 Third Avenue, New York, N.Y. 10017-3206
### Telephone:  800-842-2733

# Group Supplemental Retirement Annuity Certificate

*Annuitant:*    Vellali, Joseph F

*Certificate number:*    ███96E-4

*Date of Issue:*   05 01 2008

This certificate states the rights that you, the annuitant, have under a Group Supplemental Retirement  Annuity contract (the Contract) issued by Teachers Insurance and Annuity Association of America (TIAA) to your employer, the contractholder. PLEASE READ YOUR CERTIFICATE. IT IS  IMPORTANT.

## GENERAL DESCRIPTION

All  premiums for this certificate must be remitted under the terms  of  your employer plan.  You may allocate your TIAA premiums  between the Traditional Annuity  and  the  Real  Estate  Account.  Your rights under this certificate are subject to the vesting provisions of your employer plan.

**Traditional Annuity.**  Each premium allocated to the Traditional Annuity buys  a  definite  amount  of  lifetime income for you, based on the rate schedule in effect for your certificate at the  time the premium is paid.  Your Traditional  Annuity  accumulation will  be  credited with a guaranteed interest rate, and may  also  be  credited with additional amounts declared by TIAA.

**Real  Estate  Account.**  Each  premium allocated to the Real Estate Account buys  a  number  of  accumulation units.  **Your Real Estate Account accumulation is  not  guaranteed,  and  may  increase  or  decrease depending on investment results. Neither earnings nor the value of your invested principal in the Real Estate  Account are guaranteed, and the value of the units you own may at any time be more or less than you paid for them. Accumulations in the Real Estate Account are not covered by an insurance guaranty fund or other solvency protection arrangement because under this certificate  the risk is borne by the certificateholder.**

Subject to the terms of your employer plan, you may withdraw all or  part  of  your  available  accumulation before beginning to receive annuity income.  You may transfer between your  available Traditional Annuity accumulation and  your Real Estate Account accumulation, or from either of  those accumulations to your companion CREF certificate.  Withdrawals and transfers from the Traditional Annuity are subject to the withdrawal charges, if  any,  specified  in your certificate's rate schedule. TIAA can establish new rate schedules in the future, but any such changes would not affect benefits purchased before the change.

When you are ready to start receiving your income, you may, in accordance  with  the  terms  of  your  employer plan,  choose an option from  among those described in your certificate.  If you die before  you  start  receiving your income, your accumulation less any  outstanding loan balance will provide a death benefit for your beneficiary.

If your employer plan provides for loans,  you may  be  permitted  to borrow from your available Traditional Annuity accumulation, subject to restrictions which may  be  imposed  by your employer and/or TIAA.  **Loans will not be available from your Real Estate Account accumulation.**

**30-Day Right to Examine Your Certificate.**  You  have  30  days  from  the  day  you receive this certificate to examine it and to cancel it if you decide not  to keep it.  If you decide to  cancel  this certificate, send it and your request to TIAA at the address shown above.  Upon receipt of such request,  TIAA  will refund  all  premiums allocated to the Traditional Annuity and the accumulated value of  all premiums allocated to  the  Real  Estate Account as of the date you mailed or delivered your request to us. Any premium taxes and expense  charges deducted from premiums will also  be  refunded.  As of that date, this certificate will then be  void  and  no benefits will be provided under it. If this certificate was issued as a result of a transfer from another contract or certificate issued  by TIAA or CREF,  the  refund will be reinstated  in such contract or certificate as  of  the date of cancellation.

*This certificate cannot be assigned.*

If  you  have  any  questions  about  your certificate or need  help  to  resolve  a  problem,  you  can  contact us at the address or phone number above.

*Chairman, President and*
*Chief Executive Officer*

### Group Flexible Premium
### Deferred Annuity
### Fixed and Variable Accumulations

## Your TIAA Group Supplemental Retirement Annuity Certificate

## INDEX OF PROVISIONS

**Section**

Accumulation
- Definition ................................................1
- Real Estate Account...................................39
- Traditional Annuity..................................36
Accumulation Units
- Definition................................................38
- Number of...............................................42
Additional Amounts........................................37
Annuity Starting Date
- Definition ................................................2
- Required Beginning..................................22
Assignment - Void and of no effect ..................76
Available Traditional Annuity Accumulation.......3
Benefits
- Based on Incorrect Data............................84
- Requests for ............................................87
Business Day ..................................................5
Claims of Creditors
- Protection Against....................................77
Commuted Value ............................................6
Companion CREF Certificate...........................31
Consideration................................................29
Contestability ...............................................30
Contract
- Consists of...............................................29
Correspondence with us..................................87
Death Benefit
- Amount of Payments.................................50
- Beneficiary...............................................4
- Definition.................................................7
- Methods of Payment.................................49
- Naming Your Beneficiary..........................48
- Payment of...............................................47
- Payments after Death of Beneficiary..........51
Elections and Changes - Procedure for..............80
Employer........................................................8
Employer Plan.................................................9
ERISA..........................................................10
Funding Vehicle.............................................11
General Account.............................................12
Income Benefit
- Amount of Payments.................................46
- Definition................................................13
- Options....................................................44
- Payments during a Guaranteed Period.......45
- Starting Payments.....................................43
Internal Transfers
- Amount....................................................53
- Availability..............................................52
- Crediting..................................................56
- Definition................................................14
- Effective Date...........................................54
- Systematic................................................55
IRC...............................................................15
Lapse or Forfeiture
- Protection against.....................................35

**Section**

Laws and Regulations
- Compliance with.......................................86
Loans
- Amount of................................................63
- Availability..............................................62
- Definition.................................................16
- Loan Collateral.........................................17
- Loan Default.............................................68
- Loan Interest Rate.....................................64
- Reference Interest Rate..............................65
- Modification of Additional Amounts....37,62
- Outstanding Loan Balance..........................18
- Repayments..............................................67
- Term........................................................66
Lump-sum Benefit
- Amount....................................................60
- Availability of...........................................57
- Definition.................................................19
- Effective Date...........................................58
- Payment of...............................................59
- Systematic Withdrawals.............................61
Net Investment Factor.....................................40
Non-Forfeiture of Benefits...............................78
Payee............................................................20
Payment to an Estate, Trustee, etc....................82
Premiums
- Allocation of............................................33
- Payment of...............................................32
- Taxes.......................................................34
Proof of Survival............................................85
Rate Schedule
- Benefits Bought under...............................89
- Change of.................................................88
- Definition.................................................21
Real Estate Account
- Deletion of...............................................74
Report of Accumulation...................................75
Restrictions on Distributions
- IRC Section 401(k)....................................71
- IRC Section 403(b)....................................72
Second Annuitant............................................23
Separate Account
- Charge.....................................................41
- Definition.................................................24
- Insulation of.............................................73
Service of Process upon TIAA..........................83
Spouse's Rights
- Definition.................................................25
- Right to Benefits.......................................69
- Waiver of Rights.......................................70
Surrender charge............................................26
Tax-Free Rollover
- Right to....................................................81
Traditional Annuity........................................27
Valuation Day and Valuation Period..................28
Vesting..........................................................79

## Your TIAA Group Supplemental Retirement Annuity Certificate

### PART A: ANNUITANT DATA

*Annuitant:*   Vellali, Joseph F

*Social Security Number:*   ON FILE

*Date Of Birth:*   ████1960

*Date Of Issue:*   05 01 2008

*Annuity Starting Date:*   04 01 2025

*Certificate Number:*   ████96E-4

*Companion CREF Certificate Number:*   ████96E-2

*Contractholder:*   YALE UNIVERSITY

*Group Supplemental Retirement Annuity Contract No:*   ████████1001

The Contract under which this Certificate was issued was made and delivered in the State of Connecticut. The validity and effect of all rights and duties under the Contract are governed by the laws there in force.

New Loans will not be available when the Reference Interest Rate, as defined in Section 65, exceeds the applicable Special Loan Interest Rate Limit, if any is shown below. The Special Loan Interest Rate Limit is: none.

**Your TIAA Group Supplemental Retirement Annuity Certificate**

**This page has been left blank intentionally.**

**TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA
(TIAA)**

730 Third Avenue, New York, N.Y. 10017-3206
Telephone:  800-842-2733

**Endorsement to Your TIAA Group Deferred Annuity Certificate**

Effective Date: Later of Date of Issue or December 29, 2011,
and as part of endorsement END-G1000.6-ACC, END-G1000.7-ACC, END-G1250.1-ACC
or END-G1251.1-ACC, if such an endorsement applies.

This endorsement is part of your certificate with TIAA.  Please read this endorsement and attach it to your certificate.

*The definition of **valuation day** is replaced with the following:*

A **valuation day** is any day that the New York Stock Exchange is open for trading. Valuation days end as of the close of all U.S. national exchanges where securities or other investments of the Separate Account(s) are principally traded. A **valuation period** is the time from the end of a valuation day to the end of the next valuation day.

*Your certificate is modified as follows:*

Notwithstanding any other provision in your certificate, no transaction available to you may be made effective on a day that is not a business day, except as follows: when a business day is the last day of a calendar month, annuity income payments and annuity death benefit payment methods may begin on the next day even when it is a non-business day.

*Roger W. Ferguson, Jr.*
*President and*
*Chief Executive Officer*

**TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA**
**(TIAA)**
730 Third Avenue, New York, N.Y. 10017-3206
Telephone: 800-842-2733

**Endorsement to Your TIAA Deferred Annuity Certificate**

Effective Date: Date of issue, and as part of endorsement END-G1000.6-ACC or
END-G1250.1-ACC, if such endorsement applies

This endorsement is part of your certificate with TIAA. It adds a provision to your certificate, as
follows:

An **internal funding vehicle transfer** is the movement of accumulations among or between any of
the following:

i.     your Traditional Annuity accumulation
ii.    your Real Estate Account accumulation
iii.   your Investment Account accumulation
iv.    your companion CREF certificate
v.     any other funding vehicle accumulation you may have which is administered by TIAA
       or CREF on the same record-keeping system as this certificate.

However, an internal funding vehicle transfer does not include any of the following:

•      Systematic withdrawals and transfers (SWATs)
•      Automatic rebalances
•      Any transaction arising from a TIAA sponsored advice product or service
•      Transfer Payout Annuity (TPA) payments directed to the Real Estate Account.

You may not apply internal funding vehicle transfers to your Real Estate Account accumulation if
after giving effect to such transfer the total value of your Real Estate Account accumulation under
this certificate and any other TIAA annuity contract or certificate issued to you would exceed a
threshold amount of $150,000.  Any internal funding vehicle transfer which cannot be applied
pursuant to this rule will be rejected in its entirety and we will communicate such rejection to
you. If, as of the effective date of this endorsement, the total value of your Real Estate Account
accumulation under this certificate and any other TIAA annuity contract or certificate issued to
you already exceeds the threshold amount, you will not be required to reduce such accumulation
to a level at or below the threshold.

The Real Estate Account accumulation unit values used in applying this provision will be those
calculated as of the valuation day preceding the day on which the proposed transfer is to be effective.
For the purpose of this provision, the total value of your Real Estate Account accumulation will
include the value of any pending internal funding vehicle transfers into your Real Estate Account
accumulation under any TIAA annuity contracts or certificates issued to you.

E010

**Endorsement to Your TIAA Certificate**

TIAA reserves the right in the future to increase or decrease the threshold dollar amount associated with this provision. However, the threshold amount will never be less than $100,000. If, as of the effective date of such a change in the threshold amount, the total value of your Real Estate Account accumulation under this certificate and any other TIAA annuity contract or certificate issued to you already exceeds the new threshold amount, you will not be required to reduce such accumulation to a level at or below the new threshold. TIAA also reserves the right in the future to include among the restricted transactions any of the categories currently excluded above or to include any categories of transactions associated with services that may be introduced in the future. Any such future changes will only affect transactions with effective dates on or after the effective date of such change. You will be given at least two months advance written notice of any such change.

Nothing in this endorsement shall be construed to limit TIAA's right to stop accepting premiums and/or internal transfers at any time.

*President and*
*Chief Executive Officer*

**Teachers Insurance and Annuity Association of America**
730 Third Avenue, New York, NY 10017-3206
Telephone: 800-842-2733

**Endorsement to your Deferred Annuity Certificate**

Effective Date:  Attached at issue

Please read this endorsement and attach it to your certificate. This endorsement changes your certificate and becomes part of it. It does not take away any of the rights established under your certificate.

The purpose of this endorsement is to change your certificate to allow for accumulations under Roth 401(k) and Roth 403(b) plans.

*The following  provision is added to your certificate*:

**Roth Accounting.** Notwithstanding any other provision in your certificate, all amounts added to or deducted from your accumulation will be accounted for separately to the extent required by IRC Section 402A, or any successor section governing Roth 401(k) and/or Roth 403(b) amounts. If there is a change in IRC Section 402A, this provision shall be construed as referring to such section as changed.

*The* Right to a Tax-Free Rollover *provision is replaced with the following:*

**Right to a Tax-Free Rollover**.  If you or your surviving spouse (or your spouse or former spouse as an alternate payee under a "qualified domestic relations order," as defined in the IRC) receive a distribution from your certificate which qualifies as an eligible rollover distribution under IRC Section 402(c)(4), any portion of it may be paid as a direct rollover to an eligible retirement plan.

An eligible retirement plan is, to the extent permitted by law:

- for accumulations accounted for as Roth 401(k) or Roth 403(b) accumulations, a plan satisfying the requirements of IRC Section 402A(c)(3)(A); and
- for all other accumulations, a plan satisfying the requirements of IRC Section 401(a), 403(a), 403(b), 408, or to the extent that the plan sponsor is a state or local government, Section 457(b).

Retirement plans eligible for such rollovers may, in the future, be changed by law. If such changes become effective, your certificate will be governed by the laws and regulations then applicable.

*E. Laverne Jones*

*Vice President and*
*Corporate Secretary*

*Herbert M. Allison*

*Chairman, President and*
*Chief Executive Officer*

TIAA-ROTH-GRP-END

## Your TIAA Group Supplemental Retirement Annuity Certificate

## PART B: TERMS USED IN THIS CERTIFICATE

1.    Your **accumulation** is equal to the sum of your Traditional Annuity accumulation (described in Part D) and your Real Estate Account accumulation (described in Part E). Your accumulation will provide the benefits described in your certificate.

2.    Your **annuity starting date** is the date as of which you begin to receive income benefits from your accumulation under this certificate. Your scheduled annuity starting date is shown on page 3. You may change your annuity starting date, as explained in section 43. You must begin to receive benefits no later than your required beginning date, as described in section 22.

3.    Your **available Traditional Annuity accumulation** is your Traditional Annuity accumulation less the loan collateral for any outstanding loans under this certificate.

4.    **Beneficiaries** are persons you name, in a form satisfactory to TIAA as explained in section 48, to receive the death benefit if you die before your annuity starting date.

5.    A **business day** is any day that the New York Stock Exchange is open for trading. A business day ends at 4:00 P.M. Eastern time, or when trading closes on the New York Stock Exchange, if earlier.

6.    The **commuted** (discounted) **value** is a one-sum amount paid in lieu of a  series of payments that are not contingent upon the survival of an annuitant. It is less than the total of those payments, because future interest, included when computing the series of payments, will not be earned if payment is to be made in one sum. The commuted value of future payments is therefore the sum of those payments less the interest from the date of commutation to the date each payment would have been made. The same interest rate or rates used in computing the benefit payments will be used to determine the commuted value.

7.    The **death benefit** is the current value of your accumulation less any outstanding loan balance under this certificate at your death. It will be paid to your beneficiary under one of the methods set forth in Part G if you die before your annuity starting date.

8.    Your **employer** is the organization named as contractholder on page 3, even if you separate from the service of such employer after the date of issue.

9.    An **employer plan** is a plan satisfying the requirements of IRC Section 401(a), 401(k), 403(a), 403(b), 415(m), 457, or any other section providing similar benefits for employees.

10.    **ERISA** is the Employee Retirement Income Security Act of 1974, as amended.

## Your TIAA Group Supplemental Retirement Annuity Certificate

11.    A **funding vehicle** is an annuity contract, custodial account, or trust designated to receive contributions under an employer plan.

12.    The **general account** consists of all of TIAA's assets other than those in separate accounts.

13.    The **income benefit** is the periodic amount payable to you under one of the income options set forth in Part F. The first payment will be payable as of your annuity starting date.

14.    An **internal transfer** is the movement of accumulations between your Traditional Annuity accumulation and your Real Estate Account accumulation, or between this certificate and your companion CREF certificate. The provisions concerning internal transfers are set forth in Part H.

15.    The **IRC** is the Internal Revenue Code of 1986, as amended. All references to any section of the IRC shall be deemed to refer not only to such section but also to any amendment thereof and any successor statutory provisions.

16.    **Loans.**  You may be allowed to borrow from your available Traditional Annuity accumulation under the certificate. Loans, where allowed, must be repaid in substantially level payments (subject to changes in the loan interest rate) over a specified term. The provisions concerning loans are set forth in Part J.

17.    The **loan collateral** for a loan under this certificate is the portion of your Traditional Annuity accumulation equal to 110% of the outstanding loan balance and must be maintained in the Traditional Annuity accumulation under this certificate at all times. The loan collateral will not be available to provide income, death, or lump-sum benefits, or other distributions while the loan remains unpaid.

18.    The **outstanding loan balance** for a loan under this certificate is the unpaid amount of the loan and accrued interest thereon.

19.    A **lump-sum benefit** is a withdrawal in a single sum of all or part of your available Traditional Annuity accumulation or your Real Estate Account accumulation. The amount of a lump-sum benefit paid will be the amount withdrawn, less any surrender charge assessed against the amount withdrawn from your available Traditional Annuity accumulation in accordance with the applicable rate schedule or schedules. The provisions concerning lump-sum benefits are set forth in Part I.

20.    The **payee** is a person named to receive any periodic payments or amounts due under an income option or method of payment of the death benefit:

## Your TIAA Group Supplemental Retirement Annuity Certificate

A) after your death, if the income option that had been chosen was a one-life annuity with a guaranteed period, the fixed period annuity, or the minimum distribution annuity;

B) after the death of both you and your second annuitant, if the income option that had been chosen was a two-life annuity with a guaranteed period; or

C) after the death of a beneficiary, if the death benefit payment method that had been chosen was a one-life annuity with a guaranteed period, a fixed-period annuity, or the minimum distribution annuity.

21. The **rate schedule** sets forth the bases for computing the Traditional Annuity accumulation and any benefits and distributions arising from it. To the extent permitted by law, TIAA may change the rate schedule, after no less than three months' notice to you, for any premiums, additional amounts, or internal transfers applied to the Traditional Annuity accumulation after the change. No change of rate schedule will affect benefits bought by premiums, additional amounts, or internal transfers applied to the Traditional Annuity accumulation prior to the change.

22. Your **required beginning date** is the latest date on which you can begin to receive your accumulation in accordance with the rules of the IRC and the terms of your employer plan. Generally, it is the April 1 following the calendar year in which you attain 70 1/2 or, if later, the April 1 following the calendar year in which you retire.

23. The **second annuitant** is the person you name, if you choose to receive your income under a two-life annuity, to receive an income for life if he or she survives you. You may name your spouse or any other person eligible under TIAA's practices then in effect, to be a second annuitant, subject to the rights of your spouse, if any, as described in Part K.

24. **Separate account.** All premiums and internal transfers credited to the Real Estate Account become part of a separate account. The Real Estate Account is designated as "VA-2" and was established by TIAA in accordance with New York law to provide benefits under this certificate and other contracts. The assets and liabilities of separate account VA-2 are segregated from the assets and liabilities of the general account, and from the assets and liabilities of any other TIAA separate account.

25. **Spouse's rights.** If you are married and all or part of your accumulation is attributable to contributions made under an employer plan subject to ERISA, then your spouse is entitled to benefits, as described in Park K.

26. A **surrender charge** will be assessed against the portion of your Traditional Annuity accumulation withdrawn or transferred to provide any lump-sum benefit, internal transfer, rollover, and any portion of the loan collateral used to foreclose on all or part of any loan default or unpaid loan, as shown in the rate schedule.

## Your TIAA Group Supplemental Retirement Annuity Certificate

27.   The **Traditional Annuity** refers to the guaranteed annuity benefits under your certificate. Each premium allocated to the Traditional Annuity under your certificate buys a definite amount of lifetime income for you, based on the rate schedule in effect for your certificate at the time the premium is paid.

28.   A **valuation day** is any business day, as well as the last calendar day of each month. A **valuation period** is the time from the end of a valuation day to the end of the next valuation day.

## PART C: CONTRACT AND PREMIUMS

29.   **The contract** (including this certificate) constitutes the entire contract between TIAA and the contractholder, and the provisions therein alone will govern with respect to the rights and obligations of TIAA, the contractholder, and you. The payment of premiums is the consideration for the contract. We have issued this certificate in return for premiums paid on your behalf.

The contract may be amended by agreement of TIAA and the contractholder without the consent of any other person, provided that such change does not reduce any benefit purchased under the contract up to that time. Any endorsement or amendment of this certificate, waiver of any of its provisions, or change in rate schedule will be valid only if in writing and signed by an executive officer of TIAA.

30.   **Contestability.** The contract is incontestable.

31.   **Companion CREF certificate.** The College Retirement Equities Fund (CREF) is a companion organization to TIAA. CREF issued a companion CREF Group Supplemental Retirement Unit-Annuity certificate to you when you received this certificate. The certificate number is shown on page 3.

32.   **Premiums** for this certificate must be remitted under the terms of your employer plan. Premiums may be stopped at any time without notice to TIAA and then resumed without payment of any past due premium or penalty of any kind.

TIAA reserves the right to limit to $300,000 the total premiums paid on this certificate and any other TIAA annuity contract on your life in any twelve-month period. TIAA reserves the right to stop accepting premiums under the contract at any time. TIAA will not accept premiums paid on your behalf after your annuity starting date or prior death. Premiums will be credited to your certificate as of the end of the business day in which they are received by TIAA at the location that TIAA will designate by prior written notice.

Elective deferral contributions made to your TIAA or CREF contracts or certificates may not exceed the annual limits on elective deferrals described in section 402(g) of the IRC, or as otherwise permitted by law. TIAA will refund the accumulated value of all excess premiums made to this certificate, as required by law.

## Your TIAA Group Supplemental Retirement Annuity Certificate

33.    **Allocation of premiums.** You allocate premiums between the Traditional Annuity and the Real Estate Account. If you allocate premiums to the Traditional Annuity they increase your Traditional Annuity accumulation. If you allocate premiums to the Real Estate Account, they purchase accumulation units in the Real Estate Account. You may change your allocation for future premiums at any time. TIAA will allocate your premiums according to the most recent valid instructions we have received from you in a form acceptable to TIAA. Your employer plan may limit your right to allocate premiums to the Traditional Annuity and/or to the Real Estate Account.

   TIAA may stop accepting premiums to the Real Estate Account at any time.

34.    **Premium taxes.** If state or local government premium taxes are incurred, they will be deducted from your certificate accumulation, to the extent permitted by law.

35.    **Unconditional protection against lapse or forfeiture.** Your certificate will not lapse after the first premium has been paid. No additional premiums are required.

## PART D: TRADITIONAL ANNUITY ACCUMULATION

36.    Your **Traditional Annuity accumulation** is equal to:

   A)    all premiums allocated to the Traditional Annuity under your certificate; plus

   B)    interest credited at the guaranteed interest rate set forth in the rate schedule; plus

   C)    any additional amounts credited to the Traditional Annuity under your certificate; plus

   D)    any internal transfers to the Traditional Annuity under your certificate; less

   E)    any premium taxes incurred by TIAA for your Traditional Annuity accumulation; less

   F)    the amount of any lump-sum benefits, rollovers, and internal transfers paid from the Traditional Annuity; less

   G)    any charges for expenses and contingencies set forth in the rate schedule; less

   H)    any amount applied to provide income or death benefits; less

   I)    any surrender charge assessed; less

   J)    upon foreclosure by TIAA, the amount of any loan default including any accrued interest thereon, or unpaid loan.

37.    **Additional amounts.** TIAA may credit additional amounts to your Traditional Annuity accumulation. TIAA does not guarantee that there will be additional amounts. TIAA will determine at least annually if additional amounts will be credited.

## Your TIAA Group Supplemental Retirement Annuity Certificate

Any additional amounts credited to your Traditional Annuity accumulation will buy benefits for you based on the rate schedule in effect on the day the additional amounts are credited. Additional amounts may also be paid with any Traditional Annuity benefits payable to you or your beneficiary.

Any additional amounts credited to your Traditional Annuity accumulation will be credited under a schedule of additional amount rates declared by TIAA. For a Traditional Annuity accumulation in force as of the effective date of such a schedule, the additional amount rates will not be modified for a period of twelve months following the schedule's effective date. For any premiums, any additional amounts, and any internal transfers applied to the Traditional Annuity during the twelve-month period described in the preceding sentence, TIAA may declare additional amounts at rates which remain in effect through the end of such twelve-month period. Thereafter, any additional amount rates declared for such premiums, additional amounts and internal transfers will remain in effect for periods of twelve months or more. The presence of an outstanding loan balance under the certificate may affect the additional amounts credited to you.

## PART E: REAL ESTATE ACCOUNT ACCUMULATION AND UNITS

38.    **Accumulation unit.**  The value of one accumulation unit is calculated at the end of each valuation day. The value of an accumulation unit is equal to the previous day's value multiplied by the net investment factor for the Real Estate Account.

39.    Your **Real Estate Account accumulation** is equal to the number of accumulation units you own multiplied by the value of one accumulation unit. Real Estate Account accumulations are variable and are not guaranteed; they may increase or decrease depending on investment results.

40.    The **net investment factor** for the Real Estate Account for a valuation period is based on the amount of accrued real estate net operating income, dividends, interest and other income during the current period, a deduction of the separate account charge, both realized and unrealized capital gains and losses incurred, and other accounting adjustments during the current period. The precise formula for the net investment factor is A divided by B, as follows:

A)    The value of the Real Estate Account's net assets at the end of the current valuation period, less any premiums received during the current period.

B)    The value of the Real Estate Account's net assets at the end of the previous valuation period, plus the net effect of transactions (e.g. internal transfers, benefit payments) made at the start of the current valuation period.

## Your TIAA Group Supplemental Retirement Annuity Certificate

41. The **separate account charge** covers mortality and expense risk, liquidity risk, and administrative and investment advisory services. TIAA, at its discretion, can increase or decrease the separate account charge. The separate account charge is guaranteed not to exceed 2.50% per year of net assets.

42. **Number of accumulation units.** Each premium and each internal transfer applied to the Real Estate Account on your behalf buys a number of accumulation units equal to the amount of the premium or internal transfer divided by the value of one accumulation unit as of the end of the business day in which the premium or internal transfer is credited. The number of accumulation units under your certificate will be decreased by any premium taxes incurred by TIAA for your Real Estate Account accumulation and by the application of any accumulation units to any benefits or internal transfers paid from the Real Estate Account accumulation under your certificate. Such transactions will decrease the number of accumulation units under your certificate by an amount equal to the dollar value of the transaction divided by the value of one accumulation unit as of the end of the valuation day on which the transaction becomes effective.

## PART F: YOUR INCOME BENEFIT

43. **Starting your income benefit.** Your annuity starting date may not be earlier than the earliest date allowed under your employer plan, nor later than your required beginning date. Payment of your income benefit will begin as of the annuity starting date you have chosen, if you are then living and:

    A)    you have chosen one of the income options set forth in section 44;

    B)    if you choose a one-life annuity, we have received proof of your age;

    C)    if you choose a two-life annuity, we have received proof of your age and the age of your second annuitant;

    D)    if you choose the minimum distribution annuity, we have received proof of your age and the age of the calculation beneficiary you name, if any; and

    E)    if your accumulation is subject to the ERISA requirements described in Part K, we have received any required waiver of spouse's rights or proof that you are not married.

If the requirements of this section have not been completed by the annuity starting date you have chosen, the annuity starting date will be deferred to a date after these requirements have been completed, or if earlier, to your required beginning date. You may not begin a one-life annuity after you attain age 90, nor may you begin a two-life annuity after you or your second annuitant attain age 90. If your accumulation is less than $5,000 on your annuity starting date, TIAA may choose instead to pay your accumulation to you in a single sum.

## Your TIAA Group Supplemental Retirement Annuity Certificate

At any time before you start to receive your income benefit, you may change your annuity starting date to a date after the change, by written notice to TIAA as explained in section 80.

44. **Income options** are the ways in which you may have your income benefit paid to you. The minimum distribution option is available from your Traditional Annuity and Real Estate Account accumulations. The other income options are available from your Traditional Annuity accumulation only. You can transfer some or all of your Real Estate Account accumulation to your Traditional Annuity accumulation to receive benefits under an income option available from the Traditional Annuity. Also, you may transfer some or all of your Real Estate Account accumulation to your companion CREF certificate, as described in section 53, to receive benefits under an income option available under that certificate.

Ⅴ You may choose the option you want any time before your annuity starting date. You may change your choice any time before payments begin, but once they have begun, the election to begin receiving benefits is irrevocable and no change can be made. Any choice of option or change of such choice must be made by written notice to TIAA as explained in section 80.

Your right to elect an option or change such election may be limited in accordance with section 86 and Part L. If your accumulation is subject to ERISA, your choice of an income option is subject to the rights of your spouse, if any, to benefits as explained in Part K. The availability of certain income options may be restricted by the IRC and by the terms of your employer plan.

If you separate from service with your employer, we may distribute your accumulation to you, in accordance with the terms of your employer plan. If the plan administrator for your employer plan or his or her designee notifies us that distribution from your certificate must begin under the minimum distribution rules of federal tax law, we will begin income benefits under the income option selected by your plan administrator.

The following are the income options from which you may choose. All of them provide an income for you, some provide that payments will continue for the lifetime of a second annuitant and some provide that payments will continue in any event during a guaranteed or fixed period as explained in section 45. The periodic amount paid to you or a surviving second annuitant depends on which of these options you choose.

**One-life annuity.** A payment will be made to you each month for as long as you live. You may include a guaranteed period of 10, 15 or 20 years. If you do not include a guaranteed period, all payments will cease at your death. If you include a guaranteed period and you die before the end of that period, monthly payments will continue until the end of that period and then cease.

**Two-life annuity.** A payment will be made to you each month for as long as you live. After your death, a payment will be made each month to the second annuitant you have named, for as long as he or she survives you. You cannot

**Your TIAA Group Supplemental Retirement Annuity Certificate**

change your choice of second annuitant after your payments begin. You may include a guaranteed period of 10, 15 or 20 years. If you do not include a guaranteed period, all payments will cease when you and your second annuitant have both died. You may choose from among the following forms of two-life annuity.

> **Full benefit to survivor.**  At the death of either you or your second annuitant, the full amount of the monthly payments that would have been paid if you both had lived will continue to be paid to the survivor. If you include a guaranteed period and you and your second annuitant both die before the end of the period chosen, the full amount of the monthly payments that would have been paid if you both had lived will continue to be paid until the end of that period and then cease.

> **Two-thirds benefit to survivor.**  At the death of either you or your second annuitant, two-thirds of the monthly payments that would have been paid if you both had lived will continue to be paid to the survivor. If you include a guaranteed period and you and your second annuitant both die before the end of the period chosen, two-thirds of the monthly payments that would have been paid if you both had lived will continue to be paid until the end of that period and then cease.

> **Half benefit to second annuitant.**  The full monthly income will continue to be paid as long as you live. After your death, if your second annuitant survives you, one-half of the monthly payments that would have been paid if you had lived will continue to be paid to your second annuitant. If you include a guaranteed period and you and your second annuitant both die before the end of the period chosen, one-half of the monthly payments that would have been paid if you had lived will continue to be paid until the end of that period and then cease.

**Fixed-period annuity.**  A payment of principal and interest will be made to you each month for a fixed period you choose that is not less than 5 nor more than 30 years. At the end of the period chosen all the principal and interest credited will have been paid out. If you die before the end of the period chosen, the monthly payments will continue until the end of that period and then cease.

**Minimum distribution annuity.**  This income option enables you to limit your distribution to the minimum distribution requirements of federal tax law. Payments will be made to you from your accumulation until your accumulation is entirely paid out, or until your prior death. This option may not provide income that lasts for your entire lifetime.

## Your TIAA Group Supplemental Retirement Annuity Certificate

If, under this income option, you die before your entire accumulation has been paid out, a death benefit equal to your remaining accumulation will be paid to the person or persons you name when electing this option.

This income option is only available on or after your required beginning date. The value of the accumulation placed under this option must be at least $10,000.

**Automatic election provision.** If on your required beginning date, you have not met the requirements for starting your income benefit described in section 43, you will be deemed to have chosen the form of benefit distribution, if any, specified by the terms of your employer plan, if such form of benefit is available under this certificate. Otherwise, you will be deemed to have chosen a one-life annuity if you are then single, or the "half benefit to second annuitant" form of the two-life annuity if you are then married, each with a 10-year guaranteed period, if allowed under federal tax law.

45. **Post-mortem payments during a guaranteed or fixed period.** Any periodic payments or other amounts remaining due after your death and the death of your second annuitant, if any, during a guaranteed or fixed period will be paid to the payee named to receive them. You name the payee at the time you choose the income option, as described in section 80. You may later change the named payee. If you choose a two-life annuity, your surviving second annuitant may change the named payees after your death, unless you direct otherwise.

A payee may choose to receive in one sum the commuted value of any remaining periodic payments that do not involve life contingencies, unless you direct otherwise. If no payee was named to receive these payments, or if no one so named is then living, we will pay the remaining payments due or the commuted value of the remaining periodic payments in one sum to your estate, or to the estate of the last survivor of you and your second annuitant if you chose a two-life annuity.

If a payee receiving payments during a guaranteed or fixed period option dies while payments remain due, the commuted value of any remaining payments due to that person will be paid to any other surviving payee that you (or your second annuitant) had named to receive them. If no payee so named is then living, the commuted value will be paid to the estate of the last payee who was receiving these benefit payments.

46. The **amount of your periodic income benefit** as of your annuity starting date will be determined by:

A)     the amount of your available Traditional Annuity accumulation;

B)     if you choose the minimum distribution annuity, the amount of your Real Estate Account accumulation;

C)     the rate schedule or schedules under which any premiums, additional amounts and internal transfers were applied to your Traditional Annuity accumulation;

D)     the income option you choose;

## Your TIAA Group Supplemental Retirement Annuity Certificate

E)     if you choose a one-life annuity, your age;

F)     if you choose a two-life annuity, your age and your second annuitant's age; and

G)     if you choose the minimum distribution annuity, your age and the age of the calculation beneficiary you name under the minimum distribution annuity, if applicable.

If your income benefit would be less than $100 a month, TIAA will have the right to change to quarterly, semi-annual or annual payments, whichever will result in payments of $100 or more and the shortest interval between payments.

## PART G: DEATH BENEFIT

47.     **Payment of the death benefit.** If you die before your annuity starting date, the death benefit will be payable to your beneficiary. We must receive the following in a form acceptable to TIAA before any death benefit will be paid:

A)     proof of your death;

B)     the choice of a method of payment as provided in section 49; and

C)     proof of the beneficiary's age if the method of payment chosen is the one-life annuity or the minimum distribution annuity.

Payment under the single-sum payment method will be made as of the date we receive these items; payment under any other method of payment will start no later than the first day of the month after we have received these items.

48.     **Naming your beneficiary.** Beneficiaries are persons you name to receive the death benefit if you die before your annuity starting date. At any time before your annuity starting date, you may name, change, add or delete your beneficiaries by written notice to TIAA, as explained in section 80. If your accumulation is subject to ERISA, then your right to name a beneficiary for the death benefit is subject to the rights of your spouse, if any, as described in Part K.

You can name two "classes" of beneficiaries, primary and contingent, which set the order of payment. At your death, your beneficiaries are the surviving primary beneficiary or beneficiaries you named. If no primary beneficiary survives you, your beneficiaries are the surviving contingent beneficiary or beneficiaries you named.

If a class contains more than one person, the death benefit will be paid in equal shares to the then living persons in the class, unless you've explicitly provided otherwise. For example, if you name your spouse as primary beneficiary and your "children" as contingent beneficiaries, your spouse would receive the death benefit if he or she survived you. But if your spouse did not survive you, then your surviving children would receive the death benefit in equal shares. The share of any named beneficiary in a class who does not survive will be allocated in equal shares to the

## Your TIAA Group Supplemental Retirement Annuity Certificate

beneficiaries in such class who do survive, even if you've provided for these beneficiaries to receive unequal shares.

The death benefit will be paid to your estate in one sum if you name your estate as beneficiary, if none of the beneficiaries you have named is alive at the time of your death, or if at your death you had never named a beneficiary. If distributions to a named beneficiary are barred by operation of law, the death benefit will be paid to your estate.

If at your death any distribution of the death benefit would be in conflict with any rights of your spouse under law that were not previously waived, TIAA will pay the death benefit in accordance with your spouse's rights, as described in section 69.

49.   **Methods of payment** are the ways in which your beneficiary may receive the death benefit. The minimum distribution annuity and single-sum payment methods are available from your Traditional Annuity and Real Estate Account accumulations. The other methods are available from the Traditional Annuity only. Your beneficiary can, however, transfer some or all of your Real Estate Account accumulation to the Traditional Annuity in order to receive that portion of the death benefit under a method of payment available from the Traditional Annuity. Your beneficiary can also transfer some or all of your accumulation to CREF in order to receive that portion of the death benefit under a method of payment offered by CREF. Such transfer can be for all of your accumulation, or for any part thereof not less than $1,000.

You may choose the method of payment and change your choice at any time before payments begin. After your death, your beneficiary may change the method chosen by you, if you so provide. If you do not choose a method of payment, your beneficiary will make the choice when he or she becomes entitled to payments. If the amount of the death benefit due to any one beneficiary is less than $5,000, TIAA may change the method of payment for the portion of the death benefit payable to that beneficiary to the single-sum payment method. The right to elect a method or change such election may be limited in accordance with section 86.

A beneficiary may not begin to receive the death benefit under the one-life annuity method after he or she attains age 90. If you die before your annuity starting date and have chosen the one-life annuity method for a beneficiary who has attained age 90, he or she must choose another method. Any choice of method or change of such choice must be made by written notice to TIAA, as explained in section 80.

Generally, the distribution of the death benefit under any method of payment must be made over the lifetime of your beneficiary or over a period not to exceed your beneficiary's life expectancy.

The distribution of the death benefit under a method of payment must be made in such a form and begin at such date as meets the requirements of the IRC and the regulations thereunder. If such method of payment has not been chosen to begin by that date, payments will be made to your beneficiary under the form of distribution, if any, specified by the terms of your employer plan, if such form of distribution is available under this certificate. Otherwise, we will elect a method of payment in accordance with the requirements of the IRC and any regulations thereunder. The following are the methods of payment:

## Your TIAA Group Supplemental Retirement Annuity Certificate

**Single-sum payment.**  The death benefit will be paid to your beneficiary in one sum.

**One-life annuity.**  A payment will be made to your beneficiary each month for life. A guaranteed period of 10, 15 or 20 years may be included. If a guaranteed period isn't included, all payments will cease at the death of your beneficiary. If a guaranteed period is included and your beneficiary dies before the end of that period, monthly payments will continue until the end of that period and then cease, as explained in section 51.

**Fixed-period annuity.**  A payment will be made to your beneficiary each month for a fixed period of not less than 5 nor more than 30 years, as chosen. At the end of the period chosen, the entire death benefit will have been paid out. If your beneficiary dies before the end of the period chosen, the monthly payments will continue until the end of that period and then cease, as explained in section 51.

**Minimum distribution annuity.**  This method enables your beneficiary to limit his or her distribution to the minimum distribution requirements of federal tax law. Payments are made from your accumulation in each year that a distribution is required, until your accumulation is entirely paid out or until your beneficiary dies. This method may not provide income for your beneficiary that lasts for his or her entire lifetime. If your beneficiary dies before the entire accumulation has been paid out, the remaining accumulation will be paid in one sum to the payee named to receive it. The value of the death benefit placed under this method must be at least $10,000.

50.   The **amount of death benefit payments** will be determined as of the date payments are to begin by:

    A)    the amount of your Traditional Annuity accumulation less the outstanding loan balance for any outstanding loan;

    B)    if the method chosen is the minimum distribution annuity, the amount of your Real Estate Account accumulation;

    C)    the rate schedule or schedules under which any premiums, additional amounts and internal transfers were applied to your Traditional Annuity accumulation;

    D)    the method of payment chosen for the death benefit; and

    E)    if the method chosen is the one-life annuity or the minimum distribution annuity, the age of your beneficiary.

If any method chosen would result in payments of less than $100 a month, TIAA will have the right to require a change in choice that will result in payments of at least $100 a month.

**Your TIAA Group Supplemental Retirement Annuity Certificate**

51.   **Payments after the death of a beneficiary.**  Any periodic payments or other amounts remaining due after the death of your beneficiary during a guaranteed or fixed period will be paid to the payee named by you or your beneficiary to receive them, by written notice to TIAA as explained in section 80. The commuted value of these payments may be paid in one sum unless we are directed otherwise.

   If no payee has been named to receive these payments, or if no one so named is living at the death of your beneficiary, the commuted value will be paid in one sum to your beneficiary's estate.

   If a payee receiving these payments dies before the end of the guaranteed or fixed period, the commuted value of any payments still due that person will be paid to any other payee named to receive it. If no one has been so named, the commuted value will be paid to the estate of the last payee who was receiving these payments.

   If your beneficiary dies while any part of the death benefit is held by TIAA under the minimum distribution annuity, that amount will be paid in one sum to the payee you or your beneficiary have named to receive it. If no such person survives your beneficiary, the death benefit will be paid in one sum to your beneficiary's estate.

## PART H: INTERNAL TRANSFERS

52.   **Availability of internal transfers.**  You may transfer between your available Traditional Annuity accumulation and your Real Estate Account accumulation. In addition, you may transfer all or part of your available Traditional Annuity accumulation or your Real Estate Account accumulation to your companion CREF certificate. If you have an accumulation in your companion CREF certificate, you may transfer from that certificate to this certificate.  TIAA reserves the right to limit internal transfers from each of your available Traditional Annuity accumulation and your Real Estate Account accumulation to not more than one in a calendar quarter. TIAA reserves the right to stop accepting internal transfers to the Traditional Annuity and/or internal transfers to the Real Estate Account at any time. Any internal transfer to or from CREF is subject to the terms of your companion CREF certificate and CREF's Rules of the Fund. Your employer plan may limit your right to transfer to the Traditional Annuity, Real Estate Account and/or to a CREF account.

53.   **Amount of internal transfer.** You can transfer all of your available Traditional Annuity accumulation or your Real Estate Account accumulation, or any part of either account not less than $1,000. If you choose to transfer from your available Traditional Annuity accumulation, the amount to be transferred will be reduced by any surrender charge in accordance with the applicable rate schedule or schedules.

   An internal transfer reduces the accumulation from which it is paid by the amount transferred, including any surrender charge. If you transfer from your available Traditional Annuity accumulation and different rate schedules apply to different parts of the accumulation, the reduction will be allocated among the parts on a pro rata basis.

## Your TIAA Group Supplemental Retirement Annuity Certificate

54.   **Effective date of internal transfer.**  An internal transfer will be effective as of the end of the business day in which we receive your written request for an internal transfer. You may defer the effective date of the internal transfer until any valuation day following the date on which we receive your request. TIAA will determine all values as of the end of the effective date. You can't revoke a request for an internal transfer after its effective date.

55.   **Systematic transfers.**  You may elect to have transfers made on a systematic basis. Systematic transfers may be made semi-monthly, monthly, quarterly, semi-annually or annually. Semi-monthly transfers are made twice a month, with the second payment scheduled 14 days after the first payment. You choose which day the transfer will be made, except that if the date of a scheduled transfer is not a business day, the transfer will be made on the following business day. Transfers will continue until you tell us to stop or your available Traditional Annuity accumulation or Real Estate Account accumulation is insufficient to support the transfer. Systematic transfers are subject to all the provisions described above for transfers, except that a reduced minimum amount of $100 applies to such transfers.

56.   **Crediting internal transfers.**  Internal transfers to your Traditional Annuity accumulation are credited to the Traditional Annuity as of the end of the effective date of the internal transfer. Internal transfers to your Real Estate Account accumulation purchase accumulation units as of the end of the effective date of the internal transfer.

## PART I: LUMP-SUM BENEFITS

57.   **Availability of the lump-sum benefit.**  You may, subject to the limits described below, withdraw as a lump-sum benefit all of your available Traditional Annuity accumulation or Real Estate Account accumulation, or any part thereof not less than $1,000. TIAA reserves the right to limit lump-sum benefits from each of your available Traditional Annuity accumulation and your Real Estate Account accumulation to not more than one in a calendar quarter. A lump-sum benefit will not be available before the earliest date permitted under your employer plan. The portion of your accumulation available to you as a lump-sum benefit may be limited by your employer plan.

   If you are married and some or all of your accumulation is subject to ERISA, your right to receive a lump-sum benefit is subject to the rights of your spouse as described in Part K.

   Federal tax law may restrict distributions, as described in Part L.

58.   **Effective date of a lump-sum benefit.**  Any choice of lump-sum benefit must be made by written notice to TIAA on or before the day your income benefits begin, as explained in section 80. A lump-sum benefit will be effective as of the business day on which we receive, in a form acceptable to TIAA:

## Your TIAA Group Supplemental Retirement Annuity Certificate

A)    your request for a lump-sum benefit; and

B)    if your accumulation is subject to the ERISA requirements described in Part K, a waiver of spouse's rights or proof that you are not married.

You may choose to defer the effective date of the lump-sum benefit until any valuation day following the date on which we receive the above requirements. TIAA will determine all values as of the end of the effective date. You can't revoke a request for a lump-sum benefit after its effective date.

TIAA may defer the payment of a Traditional Annuity lump-sum benefit for up to six months.

**59.**    **Payment of a lump-sum benefit.**  A lump-sum benefit may be paid:

A)    to you as a cash withdrawal;

B)    to another funding vehicle as a direct transfer under federal tax law; or

C)    to a TIAA IRA contract, a CREF IRA certificate, or to a funding vehicle whether or not it is offered by TIAA or CREF, as a tax-free rollover as permitted in section 81.

**60.**    **Amount of a lump-sum benefit.**  If you choose a lump-sum benefit from your available Traditional Annuity accumulation, we will pay the portion of your Traditional Annuity accumulation you choose, less any surrender charge in accordance with the applicable rate schedule or schedules. If you choose a lump-sum benefit from your Real Estate Account accumulation, we will pay the portion of your Real Estate Account accumulation you choose.

Payment of a lump-sum benefit reduces the accumulation from which it is paid by the amount chosen, including any surrender charge. If you choose a lump-sum benefit from your available Traditional Annuity accumulation and different rate schedules apply to different parts of your accumulation, the reduction will be allocated among the parts on a pro-rata basis.

**61.**    **Systematic withdrawals.**   You may elect to have lump-sum benefits made on a systematic basis. Systematic withdrawals may be made semi-monthly, monthly, quarterly, semi-annually or annually. Semi-monthly withdrawals are made twice a month, with the second payment scheduled 14 days after the first payment. You choose which day the lump-sum benefit will be paid, except that if the date of a scheduled lump-sum benefit is not a business day, it will be paid on the following business day. Withdrawals will continue until you tell us to stop or until the portion of your available Traditional Annuity accumulation or your Real Estate Account accumulation is insufficient to support the benefit. Systematic withdrawals are subject to all the provisions described above for lump-sum benefits, except that a reduced minimum amount of $100 applies.

## Your TIAA Group Supplemental Retirement Annuity Certificate

### PART J: LOANS

62.  **Availability of loans.** If your employer plan provides for loans, you may, at any time prior to the annuity starting date, apply for a loan using your available Traditional Annuity accumulation as collateral. All loan applications must be made in writing using TIAA's loan agreement form, as explained in section 80. A loan will be made subject to receipt of:

A)  your completed loan agreement form; and
B)  if your accumulation is subject to the ERISA requirements described in Part K, a waiver of spouse's rights or proof that you are not married.

You may defer the effective date of the loan until the last day of the month following the date on which we receive the above requirements. We may defer the effective date of any loan for up to six months after receipt of all required documents.

The availability of new loans will automatically cease, without advance notice, whenever the reference interest rate exceeds the applicable special loan interest rate limit shown on page 3. We reserve the right, upon 30 days' written notice to you, to change the special loan interest rate limit shown on page 3. In addition, we have the unilateral right, upon 30 days' written notice to you, to discontinue the availability of new loans under the contract:

1)  if loan provisions are eliminated from your employer plan;
2)  if new regulatory or statutory developments materially impact the ability of TIAA to offer loans; or
3)  for any other reason approved by the insurance supervisory official of the jurisdiction in which the contract is issued.

We will notify you in writing if loans become available after such discontinuance. Loans will be made subject to the terms of the TIAA loan agreement and the applicable requirements of ERISA and the IRC.

The presence of an outstanding loan balance under the certificate may affect the additional amounts credited to you.

63.  The **amount of a loan** cannot be less than $1,000, nor more than the excess of 90% of your Traditional Annuity accumulation under this certificate over the outstanding loan balance for any other loans from this certificate. The amount of a loan may also be reduced by any amount in default, including accrued interest, on loans from any of your employer's plans, to the extent required by law.

In no event, however, can the amount of a loan, when added to the outstanding balance of all other loans from any of your employer's plans, exceed the least of A), B) or C) below:

A)  $50,000 reduced by the excess (if any) of:

## Your TIAA Group Supplemental Retirement Annuity Certificate

    (1)    the highest outstanding balance of loans from any of your employer's plans during the one year period ending on the day before the date on which the loan is to be made; over

    (2)    the outstanding balance of loans from any of your employer's plans on the date on which the loan is to be made;

B)    50% of the present value of your vested accrued benefit under any of your employer's plans; or

C)    45% of the value of your accumulation under this certificate and any companion Group Supplemental Retirement Annuity Certificate issued by the College Retirement Equities Fund.

In determining the amount of a loan, all IRC Section 403(b) plans of your employer, all qualified IRC Section 401(a) or 403(a) plans of your employer, and all government plans of your employer, whether or not qualified, shall be treated as one plan, and all such plans of any related employers under IRC Section 414(b), (c) or (m) shall be taken into account.

64.    The **loan interest rate** applicable to the outstanding loan balance is an adjustable rate that will be set by TIAA. The initial loan interest rate will not exceed the reference interest rate as defined in section 65.

    The loan interest rate will be subject to the adjustment process indicated below at the intervals stated in the loan agreement. Such intervals will not be more frequent than quarterly, nor less frequent than annually. If, as of the adjustment date, the then-current reference interest rate is at least 1/2% per year higher or lower than the loan interest rate then applicable to your outstanding loan balance, the loan interest rate on your outstanding loan balance will be set equal to the then-current reference interest rate. Otherwise the loan interest rate on your outstanding loan balance will remain unchanged.

    A statement of the initial loan interest rate will be given to you at the time the loan is made. Thereafter we will notify you at least ten days in advance of any change in the loan interest rate. Such notice will include in substance the provisions of this section and section 65, and will specify the frequency at which the interest rate is to be determined, as permitted by law.

65.    The **reference interest rate** is the greater of:

A)    the Published Monthly Average for the calendar month ending two months before the date on which the loan interest rate is determined; and

B)    the interest rate to be credited before the annuity starting date or your prior death, as stated in the applicable rate schedule, plus one percent per year.

    The Published Monthly Average is the Monthly Average Corporates yield shown in Moody's Corporate Bond Yield Averages published by Moody's Investors Service

## Your TIAA Group Supplemental Retirement Annuity Certificate

Inc., or any successor thereto. If the Moody's Corporate Bond Yield Averages-Monthly Average Corporates yield is no longer published, a substantially similar average will be chosen by TIAA, subject to any requisite approval of the insurance supervisory official of the jurisdiction in which the contract is issued.

You may contact TIAA to find out the current reference interest rate.

66.     The **term of the loan** may be for any whole number of years, not to exceed five years. If the purpose of the loan is to purchase a dwelling unit to be used as your principal residence within a reasonable time, determined at the time the loan is made, the term may be any whole number of years, not to exceed ten years. In no event may the term extend beyond your required beginning date.

67.     **Repayments** of a loan are due at intervals stated in the loan agreement, but no less frequently than quarterly.

Whenever the loan interest rate is adjusted in accordance with section 64, the amount of the repayment will be recalculated to be that amount which would pay off the outstanding loan balance at the then-current loan interest rate in equal installments over the remaining term of the loan.

Repayments received by TIAA at its home office after the due date will result in an interest charge which will accrue at the loan interest rate from the due date until the date the repayment is received by TIAA at its home office. Interest accrued on late repayments will be due as part of the next quarterly repayment. Late interest accrued on the final repayment will be billed and is due immediately.

Plan contributions or other insurance or annuity premiums received by TIAA on your behalf will not be credited as a loan repayment under this certificate.

Prepayments of all or part of the loan may be made at any time and will reduce the outstanding loan balance. If the outstanding loan balance for any loan has not been repaid as of the annuity starting date, at your prior death, or at the time you request a withdrawal of your entire available Traditional Annuity accumulation as a lump-sum benefit prior to your annuity starting date, TIAA may foreclose on such unpaid loan as follows:

A)     As of the annuity starting date, TIAA may first foreclose on such unpaid loan by reducing the loan collateral portion of your accumulation by the amount of the outstanding loan balance and by the amount of any applicable surrender charge.

B)     As of the date of your death before the annuity starting date, TIAA will first foreclose on such unpaid loan by reducing the loan collateral portion of your accumulation by the amount of the outstanding loan balance.

C)     As of the date you choose to withdraw all of your available Traditional Annuity accumulation as a lump-sum benefit before the annuity starting date, to the extent permitted under the restrictions described in Part L, TIAA may first foreclose on such unpaid loan by reducing the loan

## Your TIAA Group Supplemental Retirement Annuity Certificate

collateral portion of your accumulation by the amount of the outstanding loan balance and by the amount of any applicable surrender charge.

When different rate schedules apply to different parts of your accumulation, any such reduction will be allocated among the parts on a pro rata basis. The remainder of your accumulation will then be used by TIAA to provide your income, death, or lump-sum benefit.

68.    **Loan default.**   Any repayment that is not received by TIAA at its home office on or before the default date as stated in the Loan Agreement, will be in default. To the extent required by law, a single defaulted repayment may cause the entire outstanding loan balance to be in default.  The amount in default will be foreclosed upon to the extent permitted under the restrictions described in Part L. Upon foreclosure, TIAA will deduct, from the loan collateral portion of your accumulation, the loan default amount. When different rate schedules apply to different parts of your accumulation, the deduction will be allocated among the parts on a pro-rata basis.  The loan default amount is the sum of:

A)    the amount in default; plus

B)    interest accrued on the amount in default to the date of default or foreclosure, if later; plus

C)    the applicable surrender charge.

The outstanding loan balance will be reduced by the loan default amount on which TIAA foreclosed.

The amount in default that cannot be foreclosed upon will continue to accrue interest at the loan interest rate, until such time as TIAA may foreclose on it.

The amount of any loan default amount will be considered a distribution to you for income tax purposes, and will be reported as such to the extent required by law, which may change in the future.

TIAA assumes no responsibility for any adverse tax consequences of defaults on loan repayments. TIAA makes no representations or guarantees as to the effect any loan may have on your tax liability.

## PART K: SPOUSE'S RIGHTS TO BENEFITS

69.    **Spouse's rights to benefits.**   If you are married, and all or part of your accumulation is attributable to contributions made under an employer plan subject to ERISA, then, only to the extent required by the IRC or ERISA, your rights to choose certain benefits are restricted by the rights of your spouse to benefits as follows:

## Your TIAA Group Supplemental Retirement Annuity Certificate

**Spouse's survivor retirement benefit.**  If you are married on your annuity starting date, your income benefit must be paid under a two-life annuity with your spouse as second annuitant.

**Spouse's survivor death benefit.**  If you die before your annuity starting date and your spouse survives you, the payment of the death benefit to your named beneficiary is subject to your spouse's right to receive a death benefit of one-half of any part of your accumulation attributable to contributions made under a plan subject to ERISA.

Your spouse may consent to a waiver of his or her rights to these benefits, as explained in section 70.

70.    **Waiver of spouse's rights.**  If you are married, your spouse must consent to a waiver of his or her rights to survivor benefits before you can choose:

A)    an income option other than a two-life annuity with your spouse as second annuitant; or

B)    beneficiaries who are not your spouse for more than half of the death benefit; or

C)    a lump-sum benefit; or

D)    a loan.

In order to waive the rights to spousal survivor benefits, we must receive, in a form satisfactory to TIAA, your spouse's consent, or a satisfactory verification that your spouse cannot be located. A waiver of rights with respect to an income option or a lump-sum benefit must be made in accordance with the IRC and ERISA. A waiver of the survivor death benefit may not be effective if it is made prior to the earlier of the plan year in which you reach age 35 or your separation from service of your employer.

Verification of your marital status may be required, in a form satisfactory to TIAA, for purposes of establishing your spouse's rights to benefits or a waiver of these rights. You may revoke a waiver of your spouse's rights to benefits at any time during your lifetime. Your spouse may not revoke a consent after the consent has been given.

## PART L: RESTRICTIONS ON DISTRIBUTIONS AND INCOME BENEFITS

71.    **IRC Section 401(k) plans.**  IRC Section 401(k) prohibits the distribution of the portion of your accumulation attributable to premiums paid as elective deferrals, except as a tax-free transfer to another funding vehicle, until you:

A)    attain age 59 1/2, in the case of a profit-sharing plan;

B)    have a severance from employment with respect to the employer under whose plan the aforementioned portion is attributable;

## Your TIAA Group Supplemental Retirement Annuity Certificate

C)   die;

D)   become disabled within the meaning of IRC Section 72(m)(7);

E)   encounter financial "hardship" within the meaning of IRC Section 401(k);

or, if earlier, upon the occurrence of any of the events described in IRC Section 401(k)(10).

In the case of hardship, IRC Section 401(k) requires that any earnings credited after December 31, 1988 be unavailable for distribution.

Any request for an early withdrawal due to disability, hardship, or severance from employment must be submitted with evidence of the disability, hardship, or severance from employment on forms satisfactory to TIAA and not inconsistent with applicable law.

72.   **IRC Section 403(b) plans.**   IRC Section 403(b) limits distributions from your certificate. In general, IRC Section 403(b) prohibits the distribution to you of the portion of your accumulation equal to:

A)   amounts attributable to funds transferred to this certificate from a custodial account established under IRC Section 403(b)(7); plus

B)   amounts attributable to premiums paid to an IRC Section 403(b)(1) annuity contract as elective deferrals under a salary reduction agreement (within the meaning of IRC Section 403(b)(11)); less

C)   the value, if any, of the amounts described in B) determined as of December 31, 1988.

until you:

(1)   reach age 59 1/2;

(2)   have a severance from employment with respect to the employer under whose plan the aforementioned portion is attributable;

(3)   die;

(4)   become disabled within the meaning of IRC Section 72(m)(7); or

(5)   encounter financial "hardship" within the meaning of IRC Section 403(b).

In the case of hardship, IRC Section 403(b) generally requires that any earnings credited after December 31, 1988 and any contributions paid after December 31, 1988 to a custodial account established under IRC Section 403(b)(7) that are not elective deferrals under a salary reduction agreement, will not be available for distribution.

Any request for an early withdrawal due to disability, hardship, or severance from employment must be submitted with evidence of the disability, hardship, or severance from employment on forms satisfactory to TIAA and must not be inconsistent with applicable law.

## Your TIAA Group Supplemental Retirement Annuity Certificate

## PART M: GENERAL PROVISIONS

73. **Insulation of the separate account.**  TIAA owns the assets in separate account VA-2. To the extent permitted by law, the assets of the separate account will not be charged with liabilities arising out of any other business TIAA may conduct. All income, investment gains and investment losses of the separate account, whether or not realized, will be credited to or charged against only that account without regard to TIAA's other income, gains or losses.

74. **Deletion of the Real Estate Account.**  TIAA may delete the Real Estate Account. If you own accumulation units in the Real Estate Account and it is deleted, you must transfer them to your Traditional Annuity accumulation or to your companion CREF certificate. If you don't tell us where to transfer your accumulation units, we'll transfer them to the CREF Money Market Account under your companion CREF certificate.

75. **Report of accumulation.**  At least once each year, we will provide you with a report for your certificate showing the value of your accumulation (death benefit) as of a date specified in the report.

76. **No assignment or transfer.**  Neither you nor any other person may assign, pledge, or transfer ownership of this certificate or any benefits under its terms. Any such action will be void and of no effect.

77. **Protection against claims of creditors.**  The benefits and rights accruing to you or any other person under this certificate are exempt from the claims of creditors or legal process to the fullest extent permitted by law.

78. **Non-forfeiture of benefits.**  Amounts payable under this certificate will not be less than the minimum required as of the date of issue by any statute of the state or other jurisdiction in which this certificate is delivered. Your accumulation and any benefits purchased cannot be forfeited under this certificate, however, your accumulation is subject to the loan repayment requirements described in section 67.

79. **Vesting.**  Subject to your employer plan, the right to receive and exercise every benefit, option, right and privilege conferred by this certificate may not be immediately vested in you. In that case, your right to receive and exercise such benefits, options, rights and privileges will commence on your vesting date as determined in accordance with your employer plan.

80. **Procedure for elections and changes.**  You (or your beneficiaries after your death) have to make any choice or changes available under your certificate in a form acceptable to TIAA at our home office in New York, NY, or at another location that we designate. If you (or your beneficiaries after your death) send us a notice changing your beneficiaries or other persons named to receive payments, it will take effect as of the date it was

## Your TIAA Group Supplemental Retirement Annuity Certificate

signed even if you (or any other signer) then die before the notice actually reaches TIAA. Any other notice will take effect as of the date TIAA receives it. If TIAA takes any action in good faith before receiving the notice, we won't be subject to liability even if our acts were contrary to what you told us in the notice.

81. **Right to a tax-free rollover.** If you or your surviving spouse (or your spouse or former spouse as an alternate payee under a "qualified domestic relations order," as defined in the IRC) receive a distribution from your certificate which qualifies as an eligible rollover distribution under IRC Section 402(c)(4), any portion of it may be paid as a direct rollover to an eligible retirement plan. An eligible retirement plan is, to the extent permitted by law, a plan satisfying the requirements of IRC Section 401(a), 403(a), 403(b), 408 and to the extent that the plan sponsor is a state or local government, Section 457(b).

Retirement plans eligible for such rollovers may, in the future, be changed by law. If such changes become effective, your certificate will be governed by the laws and regulations then applicable.

82. **Payment to an estate, trustee, etc.** TIAA reserves the right to pay in one sum the commuted value of any benefits due an estate, corporation, partnership, trustee or other entity that isn't a natural person. TIAA won't be responsible for the acts or neglects of any executor, trustee, guardian, or other third party receiving payments under the contract.

If you designate a trustee of a trust as beneficiary, TIAA is not obliged to inquire into the terms of the underlying trust or any will.

If death benefits become payable to the designated trustee of a testamentary trust, but:

A) no qualified trustee makes claim for the benefits within nine months after your death; or

B) evidence satisfactory to TIAA is presented at any time within such nine-month period that no trustee can qualify to receive the benefits due,

payment will be made to the successor beneficiaries, if any are designated and survive you; otherwise payment will be made to the executors or administrators of your estate.

If benefits become payable to an *inter-vivos* trustee (the person appointed to execute a trust created during an individual's lifetime), but the trust is not in effect or there is no qualified trustee, payment will be made to the successor beneficiaries, if any are designated and survive you; otherwise payment will be made to the executors or administrators of your estate.

Payment to any trustee, successor beneficiary, executor, or administrator, as provided for above, shall fully satisfy TIAA's payment obligations under this certificate to the extent of such payment.

## Your TIAA Group Supplemental Retirement Annuity Certificate

83.  **Service of process upon TIAA.**  We will accept service of process in any action or suit against us on this certificate in any court of competent jurisdiction in the United States or Puerto Rico provided such process is properly made. We will also accept such process sent to us by registered mail if the plaintiff is a resident of the jurisdiction in which the action or suit is brought. This section does not waive any of our rights, including the right to remove such action or suit to another court.

84.  **Benefits based on incorrect data.**  If the amount of benefits is determined by data as to a person's age or any other factor that is incorrect, benefits will be recalculated on the basis of the correct data. Any amounts underpaid by TIAA on the basis of the incorrect data will be paid at the time the correction is made. Any amounts overpaid by TIAA on the basis of the incorrect data will be charged against the payments due after the correction is made.

85.  **Proof of survival.**  TIAA reserves the right to require satisfactory proof that anyone named to receive benefits under the terms of your certificate is alive on the date any benefit payment is due. If this proof is not received after it has been requested in writing, TIAA will have the right to make reduced payments or to withhold payments entirely until such proof is received.  If under a two-life annuity TIAA has overpaid benefits because of a death of which we were not notified, subsequent payments will be reduced or withheld until the amount of the overpayment has been recovered.

86.  **Compliance with laws and regulations.**  TIAA will administer your certificate to comply with the restrictions of all laws and regulations pertaining to the terms and conditions of your certificate. You cannot elect any benefit or exercise any right under your certificate if the election of that benefit or exercise of that right is prohibited under an applicable state or federal law or regulation.

      The choice of income option, annuity starting date, beneficiary or second annuitant, method of payment of the death benefit, and the availability of internal transfers, lump-sum benefits, and loans as set forth in this certificate are subject to the applicable restrictions, distribution requirements, and incidental benefit requirements of ERISA and the IRC, and any rulings and regulations issued under ERISA and the IRC.

87.  **Correspondence and requests for benefits.**  No notice, application, form, or request for benefits will be deemed to be received by us unless it is received at our home office in New York, NY, or at another location that we designate. All benefits are payable at our home office in New York, NY, or at another location that we designate. If you have any questions about the contract, your certificate, or inquiries about our service, or if you need help to resolve a problem, you can contact us at the address or phone number below.

TIAA
730 Third Avenue
New York, NY 10017-3206
Telephone:  800 842-2733

## Your TIAA Group Supplemental Retirement Annuity Certificate

## PART N: RATE SCHEDULE

88.  **Change of rate schedule.**  We may, at any time and from time to time, substitute a new rate schedule for the one in your current certificate. A new rate schedule will apply only to benefits arising from any premiums, additional amounts, and internal transfers applied to the Traditional Annuity while such rate schedule is in effect. Any change in the rate schedule will not affect the amount of benefits purchased prior to the change by any premiums, additional amounts, and internal transfers applied to the Traditional Annuity. Any change in the interest rate credited before your annuity starting date or your prior death is subject to the minimum rate specified in the applicable state nonforfeiture law, if any, or if none, the applicable National Association of Insurance Commissioners model nonforfeiture law. Any change in the charge for expenses or contingencies, or in the surrender charge, must comply with any applicable state nonforfeiture law. A change in the rate schedule will be made only after we have given you and the contractholder three months' written notice of the change. Any such change will also be made to all other Group Supplemental Retirement Annuity certificates written on this certificate form and delivered in the jurisdiction shown on page 3. Any new rate schedule will specify:

   A)  the charges for expenses and contingencies;
   B)  the interest rates and the mortality bases used for determining benefits arising from amounts applied to the Traditional Annuity; and
   C)  any applicable surrender charges on lump-sum benefits and internal transfers arising from amounts applied to the Traditional Annuity and on the amount of loan collateral used to foreclose on all or part of a loan default or unpaid loan.

89.  **Rate schedule.**  The benefits bought by any premiums, additional amounts and internal transfers applied to the Traditional Annuity while this rate schedule is in effect will be computed on this basis:

   (1)  no deduction for expenses or contingencies, except for any premium taxes incurred by TIAA for your certificate;
   (2)  interest at the effective annual rate of 3% from the end of the day on which the premium, additional amount or internal transfer is credited to your annuity starting date or the date death benefits begin, and at the effective annual rate of 2 1/2% thereafter; and
   (3)  mortality according to the Annuity 2000 Mortality Table (Merged Gender Mod C).

   These rates cease to apply to any Traditional Annuity accumulations that you transfer to the Real Estate Account or to your companion CREF certificate.

## Your TIAA Group Supplemental Retirement Annuity Certificate

A **surrender charge** of 0% will be assessed against any of the following paid from the portion of your Traditional Annuity accumulation arising from premiums, additional amounts and internal transfers applied to the Traditional Annuity while this rate schedule is in effect:

A)   lump-sum benefits paid to you as a cash withdrawal;

B)   lump-sum benefits paid to another funding vehicle as a direct transfer under federal tax law;

C)   internal transfers; and

D)   the amount of loan collateral used to foreclose on all or part of a loan default or unpaid loan (as described in Part J).

**Betterment of rates.**  When you or your beneficiary begin benefits under a one-life or two-life annuity, we will compute any benefits provided by the portion of your Traditional Annuity accumulation resulting from amounts applied to the Traditional Annuity while this rate schedule is in effect on the basis stated above, or, if it produces a larger guaranteed benefit, on the basis then in use for any single premium immediate annuities offered by TIAA.

## Your TIAA Group Supplemental Retirement Annuity Certificate

<table>
<tr>
<td colspan="10" align="center"><b>Guaranteed Annual Amount of Income Benefits under a<br>One-Life Annuity with 10-Year Guaranteed Period Purchased<br>by a Single Premium of $100 Credited to the Traditional Annuity</b><br>One-twelfth of the amount shown is payable each month</td>
</tr>
<tr>
<td>Age Attained When Premium is Paid*</td>
<td colspan="3" align="center">Annuity Beginning at</td>
<td>Age Attained When Premium is Paid</td>
<td colspan="3" align="center">Annuity Beginning at</td>
<td>Age Attained When Premium is Paid*</td>
<td colspan="3" align="center">Annuity Beginning at</td>
</tr>
<tr>
<td></td>
<td>Age 60</td>
<td>Age 65</td>
<td>Age 70</td>
<td></td>
<td>Age 60</td>
<td>Age 65</td>
<td>Age 70</td>
<td></td>
<td>Age 60</td>
<td>Age 65</td>
<td>Age 70</td>
</tr>
<tr><td>20</td><td>$14.27</td><td>$18.10</td><td>$23.30</td><td>37</td><td>$8.63</td><td>$10.95</td><td>$14.10</td><td>54</td><td>$5.22</td><td>$6.62</td><td>$8.53</td></tr>
<tr><td>21</td><td>13.85</td><td>17.57</td><td>22.62</td><td>38</td><td>8.38</td><td>10.63</td><td>13.69</td><td>55</td><td>5.07</td><td>6.43</td><td>8.28</td></tr>
<tr><td>22</td><td>13.45</td><td>17.06</td><td>21.96</td><td>39</td><td>8.14</td><td>10.32</td><td>13.29</td><td>56</td><td>4.92</td><td>6.24</td><td>8.04</td></tr>
<tr><td>23</td><td>13.06</td><td>16.56</td><td>21.32</td><td>40</td><td>7.90</td><td>10.02</td><td>12.90</td><td>57</td><td>4.78</td><td>6.06</td><td>7.81</td></tr>
<tr><td>24</td><td>12.68</td><td>16.08</td><td>20.70</td><td>41</td><td>7.67</td><td>9.73</td><td>12.52</td><td>58</td><td>4.64</td><td>5.89</td><td>7.58</td></tr>
<tr><td>25</td><td>12.31</td><td>15.61</td><td>20.10</td><td>42</td><td>7.45</td><td>9.44</td><td>12.16</td><td>59</td><td>4.51</td><td>5.71</td><td>7.36</td></tr>
<tr><td>26</td><td>11.95</td><td>15.15</td><td>19.51</td><td>43</td><td>7.23</td><td>9.17</td><td>11.81</td><td>60</td><td>4.37</td><td>5.55</td><td>7.14</td></tr>
<tr><td>27</td><td>11.60</td><td>14.71</td><td>18.94</td><td>44</td><td>7.02</td><td>8.90</td><td>11.46</td><td>61</td><td></td><td>5.39</td><td>6.93</td></tr>
<tr><td>28</td><td>11.26</td><td>14.28</td><td>18.39</td><td>45</td><td>6.81</td><td>8.64</td><td>11.13</td><td>62</td><td></td><td>5.23</td><td>6.73</td></tr>
<tr><td>29</td><td>10.94</td><td>13.87</td><td>17.86</td><td>46</td><td>6.62</td><td>8.39</td><td>10.80</td><td>63</td><td></td><td>5.08</td><td>6.54</td></tr>
<tr><td>30</td><td>10.62</td><td>13.46</td><td>17.34</td><td>47</td><td>6.42</td><td>8.15</td><td>10.49</td><td>64</td><td></td><td>4.93</td><td>6.35</td></tr>
<tr><td>31</td><td>10.31</td><td>13.07</td><td>16.83</td><td>48</td><td>6.24</td><td>7.91</td><td>10.18</td><td>65</td><td></td><td>4.79</td><td>6.16</td></tr>
<tr><td>32</td><td>10.01</td><td>12.69</td><td>16.34</td><td>49</td><td>6.05</td><td>7.68</td><td>9.89</td><td>66</td><td></td><td></td><td>5.98</td></tr>
<tr><td>33</td><td>9.72</td><td>12.32</td><td>15.87</td><td>50</td><td>5.88</td><td>7.46</td><td>9.60</td><td>67</td><td></td><td></td><td>5.81</td></tr>
<tr><td>34</td><td>9.43</td><td>11.96</td><td>15.40</td><td>51</td><td>5.71</td><td>7.24</td><td>9.32</td><td>68</td><td></td><td></td><td>5.64</td></tr>
<tr><td>35</td><td>9.16</td><td>11.61</td><td>14.96</td><td>52</td><td>5.54</td><td>7.03</td><td>9.05</td><td>69</td><td></td><td></td><td>5.47</td></tr>
<tr><td>36</td><td>8.89</td><td>11.28</td><td>14.52</td><td>53</td><td>5.38</td><td>6.82</td><td>8.78</td><td>70</td><td></td><td></td><td>5.31</td></tr>
</table>

The yearly payments shown above are those that result from a premium of $100 paid or credited to the Traditional Annuity when you have reached an age shown in the "Age Attained" column, but have not passed that birthday by as much as one month. All ages used in computing benefits are calculated in completed years and months. Payments at ages other than those shown, and under other income options, are computed on the basis stated in the rate schedule. For premiums other than $100, payments will be proportionate.

\* Premiums are considered to be paid, and will be credited to your certificate, as of the end of the business day on which they are received.

**Group Flexible Premium**
**Deferred Annuity**
**Fixed and Variable Accumulations**

# College Retirement Equities Fund

**730 Third Avenue, New York, N.Y. 10017-3206**
**Telephone: 800-842-2733**

## Group Supplemental Retirement Unit-Annuity Certificate

*Participant:*   Vellali, Joseph F

*Certificate Number:*   ████96E-2

*Date of Issue:*   05 01 2008

This is to certify that you, as the owner (participant), of this certificate are entitled to participate in the benefits of College Retirement Equities Fund (CREF) under the provisions of a Group Supplemental Retirement Annuity Contract issued to your employer, the contractholder. PLEASE READ YOUR CERTIFICATE. IT IS IMPORTANT.

### GENERAL DESCRIPTION

All premiums for this certificate must be remitted under the terms of your employer plan. You may allocate your CREF premiums to one or more of the CREF accounts described in your certificate. Each premium allocated to a CREF account purchases a number of accumulation units representing your share in the CREF account. **Accumulations in CREF accounts are not guaranteed and may increase or decrease depending primarily on investment results.** Your rights under this certificate are subject to the vesting provisions of your employer plan.

You may, in accordance with the terms of your employer plan, convert your accumulation units to an income of annuity units in one or more of the CREF accounts. When you are ready to start receiving your income, you may, in accordance with the terms of your employer plan, choose an option from among those described in your certificate. If you die before you start receiving your income, your accumulation will provide a death benefit for your beneficiary.

In accordance with the terms of your employer plan, you may withdraw all or part of your accumulation before starting to receive income and you may transfer all or part of your accumulation among the CREF accounts or to your companion TIAA certificate.

**30-Day Right to Examine Your Certificate.** You have 30 days from the day you receive this certificate to examine it and to cancel it if you decide not to keep it. If you decide to cancel this certificate, send it and your request to CREF at the address shown above. Upon receipt of such request, CREF will refund the accumulated value of all premiums as of the date you mailed or delivered your request to us, plus premium taxes (if any) deducted from premiums paid. As of that date, this certificate will then be void and no benefits will be provided under it. If this certificate was issued as a result of a transfer from another contract or certificate issued by TIAA or CREF, the refund will be reinstated in such contract or certificate as of the date of cancellation.

*This certificate does not guarantee any fixed-dollar benefits. It cannot be assigned and it does not provide for loans.*

If you have any questions about your certificate or need help to resolve a problem, you can contact us at the address or phone number above.

*President and Chief*
*Executive Officer*

**Group Flexible Premium**
**Deferred Variable Unit-Annuity**

## Your CREF Group Supplemental Retirement Unit-Annuity Certificate

### INDEX OF PROVISIONS

| | Section |
|---|---|
| Accounts | |
| - Definition. | 1 |
| - Deletion of | 60 |
| Accumulation - Definition | 3 |
| Accumulation Units | 2 |
| Annuity Benefit | |
| - Annuity Unit | 5 |
| - Unit-Annuity | 24 |
| Annuity Starting Date | |
| - Definition | 4 |
| - Required Beginning | 20 |
| Assignment - Void and of No Effect | 57 |
| Benefits | |
| - Based on Incorrect Data | 65 |
| - Requests for | 68 |
| Business Day | 7 |
| Claims of Creditors | |
| - Protection Against | 58 |
| Commuted Value - Definition | 8 |
| Companion TIAA Certificate | 28 |
| Consideration | 26 |
| Contestability | 27 |
| Contract | |
| - Consists of | 26 |
| Correspondence with us | 68 |
| Death Benefit | |
| - Beneficiary | 6 |
| - Definition | 9 |
| - Internal Transfers and Switches Available to a Beneficiary | 43 |
| - Methods of Payment | 40 |
| - Naming Your Beneficiary | 39 |
| - Number of Annuity Units | 41 |
| - Payment of | 38 |
| - Payments after Death of Beneficiary | 42 |
| Elections and Changes | |
| - Procedure | 61 |
| Employer | 10 |
| Employer Plan | 11 |
| ERISA | 12 |
| Funding Vehicle | 13 |
| Income Benefit | |
| - Definition | 14 |
| - Internal Transfers and Switches under a Unit-Annuity | 37 |

| | Section |
|---|---|
| - Number of Annuity Units | 36 |
| - Options | 34 |
| - Payments during a guaranteed or fixed period | 35 |
| - Starting Payments | 33 |
| Income Change Method | 15 |
| Internal Transfers | |
| - Crediting | 46 |
| - Definition | 16 |
| - Payment of | 44 |
| - To a TIAA Payout Annuity | 47 |
| IRC | 17 |
| Lapse or Forfeiture | |
| - Protection Against | 32 |
| Laws and Regulations | |
| - Compliance with | 67 |
| Lump-sum Benefit | |
| - Availability of | 48 |
| - Definition | 18 |
| - Effective Date | 49 |
| - Payment of | 50 |
| - Systematic withdrawals | 51 |
| Non-Forfeiture of Benefits | 59 |
| Payee | 19 |
| Payment to an Estate, Trustee, etc. | 63 |
| Premiums | |
| - Allocation of | 30 |
| - Payment of | 29 |
| - Taxes | 31 |
| Proof of Survival | 66 |
| Report of Accumulation | 56 |
| Restrictions on Distributions | |
| - IRC Section 401(k) | 54 |
| - IRC Section 403(b) | 55 |
| Rules of the Fund - Definition | 21 |
| Second Participant | 22 |
| Service of Process upon CREF | 64 |
| Spouse's Rights | |
| - Definition | 23 |
| - Right to Benefits | 52 |
| - Waiver of Rights | 53 |
| Tax-Free Rollover | |
| - Right to | 62 |
| Valuation Day | 25 |
| Vesting | 59 |

**Your CREF Group Supplemental Retirement Unit-Annuity Certificate**

## PART A: PARTICIPANT DATA

*Participant:*   Vellali, Joseph F

*Social Security Number:*   ON FILE

*Date of Birth:*   ██1960

*Issue Date:*   05 01 2008

*Annuity Starting Date:*   04 01 2025

*Certificate Number:*   ██96E-2

*Companion TIAA Certificate Number:*   ██96E-4

*Contractholder:*   YALE UNIVERSITY

*Group Supplemental Retirement Unit-Annuity Contract No:*   ██████1001

The Contract under which this Certificate was issued was made and delivered in the State of New York. The validity and effect of all rights and duties under the Contract are governed by the laws there in force.

**Your CREF Group Supplemental Retirement Unit-Annuity Certificate**

**This page has been left blank intentionally.**

**COLLEGE RETIREMENT EQUITIES FUND**
**(CREF)**
730 Third Avenue, New York,  N.Y. 10017-3206
Telephone:  800-842-2733

**Endorsement to Your CREF Deferred Annuity Certificate**

Effective Date: April 24, 2015

This endorsement amends and is part of your certificate ████96E2 with CREF.

In accordance with the CREF Rules of the Fund, as of the effective date of this endorsement, each CREF Account has multiple expense classes ("class").  Such class or classes under which any CREF contract or certificate participates within each CREF Account is determined in accordance with criteria established by CREF and is governed by the CREF Rules of the Fund.

The accumulation under your certificate is currently assigned to class R3.

Annuity units under all CREF payout annuities are currently assigned to class R3.

Accumulation unit value(s) and annuity unit value(s) of an Account are determined by your assigned class(es).

CREF reserves the right to change the class with which the value of any accumulation units and/or annuity units under this certificate is associated.

*Roger W. Ferguson, Jr.*
*President and*
*Chief Executive Officer*

# COLLEGE RETIREMENT EQUITIES FUND
## (CREF)
730 Third Avenue, New York, N.Y. 10017-3206
Telephone:  800-842-2733

## Endorsement to Your CREF Group Deferred Unit-Annuity Certificate

Effective Date: Later of Date of Issue or December 29, 2011

This endorsement is part of your certificate with CREF.  Please read this endorsement and attach it to your certificate.

*Your certificate is modified as follows:*

Notwithstanding any other provision in your certificate, no transaction available to you may be made effective on a day that is not a business day, except as follows: when a business day is the last day of a calendar month, annuity income payments and annuity death benefit payment methods may begin on the next day even when it is a non-business day.

*Roger W. Ferguson, Jr.*
*President and*
*Chief Executive Officer*

**College Retirement Equities Fund**
730 Third Avenue, New York, NY 10017-3206
Telephone: 800-842-2733

**Endorsement to your Deferred Unit-Annuity Certificate**

Effective Date: Attached at issue

Please read this endorsement and attach it to your certificate. The purpose of this endorsement is to clarify the provisions of your certificate pertaining to the payment of death benefits. It does not take away any of the rights established under your certificate.

The value of any death benefit payments made under your certificate will be determined, in accordance with the Rules of the Fund, based on the value of the accumulation units to be paid, or converted to a unit-annuity, as of the date such payment or conversion is to be effective.

*President and*
*Chief Executive Officer*

GCREF-DA-DB-END

**College Retirement Equities Fund**
730 Third Avenue, New York, NY 10017-3206
Telephone: 800-842-2733

**Endorsement to your Deferred Unit-Annuity Certificate**

Effective Date: Attached at issue

Please read this endorsement and attach it to your certificate. This endorsement changes your certificate and becomes part of it. It does not take away any of the rights established under your certificate.

The purpose of this endorsement is to change your certificate to allow for accumulations under Roth 401(k) and Roth 403(b) plans.

*The following provision is added to your certificate:*

**Roth Accounting.** Notwithstanding any other provision in your certificate, all amounts added to or deducted from your accumulation will be accounted for separately to the extent required by IRC Section 402A, or any successor section governing Roth 401(k) and/or Roth 403(b) amounts. If there is a change in IRC Section 402A, this provision shall be construed as referring to such section as changed.

*The* Right to a Tax-Free Rollover *provision is replaced with the following:*

**Right to a Tax-Free Rollover.** If you or your surviving spouse (or your spouse or former spouse as an alternate payee under a "qualified domestic relations order," as defined in the IRC) receive a distribution from your certificate which qualifies as an eligible rollover distribution under IRC Section 402(c)(4), any portion of it may be paid as a direct rollover to an eligible retirement plan.

An eligible retirement plan is, to the extent permitted by law:
- for accumulations accounted for as Roth 401(k) or Roth 403(b) accumulations,
  a plan satisfying the requirements of IRC Section 402A(c)(3)(A); and
- for all other accumulations,
  a plan satisfying the requirements of IRC Section 401(a), 403(a), 403(b), 408, or to the extent that the plan sponsor is a state or local government, Section 457(b).

Retirement plans eligible for such rollovers may, in the future, be changed by law. If such changes become effective, your certificate will be governed by the laws and regulations then applicable.

*President and*
*Chief Executive Officer*

## Your CREF Group Supplemental Retirement Unit-Annuity Certificate

## PART B: TERMS USED IN THIS CERTIFICATE

1.  **Accounts.** CREF maintains the following investment accounts, each with its own distinct investment portfolio:

> The **CREF Stock Account** maintains a broadly diversified portfolio consisting primarily of common stocks.

> The **CREF Global Equities Account** maintains a broadly diversified portfolio consisting primarily of foreign and domestic common stocks.

> The **CREF Equity Index Account** maintains a portfolio consisting primarily of domestic stocks selected to track the overall U.S. stock market.

> The **CREF Growth Account** maintains a portfolio consisting primarily of common stocks that we believe present the opportunity for exceptional growth.

> The **CREF Social Choice Account** maintains a portfolio consisting primarily of common stocks, investment grade fixed income securities, and short-term debt securities.

> The **CREF Money Market Account** maintains a portfolio consisting primarily of short-term debt securities and money market instruments.

> The **CREF Bond Market Account** maintains a portfolio consisting primarily of investment grade fixed income securities.

> The **CREF Inflation-Linked Bond Account** maintains a portfolio consisting primarily of inflation-indexed bonds issued by the U.S. Government and its agencies, foreign governments and corporate entities.

In the future, CREF may establish other accounts with other investment portfolios, and may delete accounts as described in section 60.

2.  **Accumulation units.** Each CREF account maintains a separate accumulation unit value. The current value of each account's accumulation unit is based on the market value of that account's investments, and will be determined in accordance with the Rules of the Fund. The number of your accumulation units in any account under your certificate will be increased and decreased in accordance with the Rules of the Fund. The number will be increased if:

> A)   you allocate premiums to that account under your certificate; or
> B)   you transfer to that account under your certificate from another CREF account or from your companion TIAA certificate;

**Your CREF Group Supplemental Retirement Unit-Annuity Certificate**

and the number will be decreased if:

C)    any premium taxes are deducted for that account;

D)    any accumulation units from that account are applied to the payment of income benefits or death benefits;

E)    you elect a lump-sum benefit paid from that account; or

F)    you elect an internal transfer from that account.

3.    Your **accumulation** is equal to the sum of the value of all of your accumulation units in all of the accounts under your certificate. Your accumulation will provide the benefits described in your certificate.

4.    Your **annuity starting date** is the date you exchange accumulation units for annuity units in order to provide unit-annuity payments, or the date you apply your accumulation units to a minimum distribution annuity. Your scheduled annuity starting date is shown on page 3. You may change your annuity starting date, as explained in section 33. You must begin to receive benefits no later than your required beginning date, as described in section 20.

5.    An **annuity unit** is the unit of payment for all unit-annuity benefits. The value of an annuity unit changes from time to time to reflect the investment, mortality and expense experience of the account. There is a separate and distinct annuity unit value for each income change method within each CREF account. The value of each annuity unit is determined, using actuarial methods, in accordance with the Rules of the Fund.

6.    **Beneficiaries** are persons you name, in a form satisfactory to CREF as explained in section 39, to receive the death benefit if you die before your annuity starting date.

7.    A **business day** is any day that the New York Stock Exchange is open for trading. A business day ends at 4:00 P.M. Eastern time, or when trading closes on the New York Stock Exchange, if earlier.

8.    The **commuted** (discounted) **value** is a one-sum amount paid in lieu of a series of payments that are not contingent upon the survival of a participant. The commuted value of a series of payments of annuity units is computed in accordance with the Rules of the Fund, in which it is referred to as the present value.

9.    The **death benefit** is the current value of your accumulation under this certificate at your death. It will be paid to your beneficiary under one of the methods set forth in Part E if you die before your annuity starting date.

10.    Your **employer** is the organization named as contractholder on page 3, even if you separate from the service of such employer after the date of issue.

## Your CREF Group Supplemental Retirement Unit-Annuity Certificate

11. An **employer plan** is a plan satisfying the requirements of IRC Section 401(a), 401(k), 403(a), 403(b), 415(m), 457, or any other section providing similar benefits for employees.

12. **ERISA** is the Employee Retirement Income Security Act of 1974, as amended.

13. A **funding vehicle** is an annuity contract, custodial account, or trust designated to receive contributions under an employer plan.

14. The **income benefit** is the variable income payable to you under one of the income options set forth in Part D. The first payment will be payable as of your annuity starting date.

15. **Income change method.**  Unit-annuity payments are determined under one of two income change methods. Under the annual income change method, the amount of each unit-annuity payment is revalued once each year. Under the monthly income change method, the amount of each unit-annuity payment is revalued every month. The revaluation dates are defined in the Rules of the Fund.

16. An **internal transfer** is the movement of accumulations between CREF accounts, or between this certificate and your companion TIAA certificate. The provisions concerning internal transfers are set forth in Part F.

17. The **IRC** is the Internal Revenue Code of 1986, as amended. All references to any section of the IRC shall be deemed to refer not only to such section but also to any amendment thereof and any successor statutory provisions.

18. A **lump-sum benefit** is a withdrawal in a single sum of all or part of your accumulation. The provisions concerning lump-sum benefits are set forth in Part G.

19. The **payee** is a person named to receive any periodic payments or amounts due under an income option or method of payment of the death benefit:

   A) after your death, if the income option that had been chosen was a one-life unit-annuity with a guaranteed period, the fixed-period unit-annuity, or the minimum distribution annuity;

   B) after the death of both you and your second participant, if the income option that had been chosen was a two-life unit-annuity with a guaranteed period; or

   C) after the death of a beneficiary, if the death benefit payment method that had been chosen was a one-life unit-annuity with a guaranteed period, a fixed-period unit-annuity, or the minimum distribution annuity.

20. Your **required beginning date** is the latest date on which you can begin to receive your accumulation in accordance with the rules of the IRC and the terms of your employer

## Your CREF Group Supplemental Retirement Unit-Annuity Certificate

plan.  Generally, it is the April 1 following the calendar year in which you attain 70 1/2 or, if later, the April 1 following the calendar year in which you retire.

21.  The **Rules of the Fund** govern all matters affecting the interest of anyone participating in CREF to the extent such matters are not specifically provided in this certificate. The Board of Trustees of CREF may amend the Rules of the Fund from time to time. Amendments to such Rules are effective only when approved by the Superintendent of Insurance of the State of New York as not being unfair, unjust, inequitable or prejudicial to the interest of anyone participating in CREF. A copy of the Rules of the Fund was furnished to you when this certificate was issued; you will be notified of all amendments to the Rules.

22.  The **second participant** is the person you name, if you choose to receive your income under a two-life unit-annuity, to receive an income for life if he or she survives you. You may name your spouse or any other person eligible under CREF's practices then in effect, to be a second participant, subject to the rights of your spouse, if any, as described in Part H.

23.  **Spouse's rights.**  If you are married and all or part of your accumulation is attributable to contributions made under an employer plan subject to ERISA, then your spouse is entitled to benefits, as described in Part H.

24.  A **unit-annuity** is a series of periodic payments based on a specified number of annuity units payable at a stated payment frequency. Each unit-annuity payment is equal to the then-current value of one annuity unit multiplied by the number of annuity units payable. The value of each annuity unit will change either once each year or once each month according to the income change method you select. A CREF unit-annuity may be comprised of annuity units payable under one or both income change methods from one or more CREF accounts.  The number of annuity units to be paid and their then-current value will be determined in accordance with the Rules of the Fund using actuarial methods. A unit-annuity benefit may be elected as described in Parts D and E.

25.  A **valuation day** is a day on which the dollar values of the accumulation units in the CREF accounts are established. The procedure for determining valuation days is contained in the Rules of the Fund.

## PART C: CONTRACT AND PREMIUMS

26.  **The contract** (including this certificate) constitutes the entire contract between CREF and the contractholder, and the provisions therein alone will govern with respect to the rights and obligations of CREF, the contractholder, and you. The payment of premiums is the consideration for the contract. We have issued this certificate in return for premiums paid on your behalf.

## Your CREF Group Supplemental Retirement Unit-Annuity Certificate

The contract may be amended by agreement of CREF and the contractholder without the consent of any other person, provided that such change does not reduce the number of your accumulation units or the number of annuity units purchased for you under the contract up to that time. Any endorsement or amendment of this certificate or waiver of any of its provisions will be valid only if in writing and signed by an executive officer of CREF.

27. **Contestability.** The contract is incontestable.

28. **Companion TIAA certificate.** Teachers Insurance and Annuity Association (TIAA) is a companion organization to CREF. TIAA issued a companion TIAA Group Supplemental Retirement Annuity certificate to you when you received this certificate. The certificate number is shown on page 3.

29. **Premiums** for this certificate must be remitted under the terms of your employer plan. Premiums may be stopped at any time without notice to CREF and then resumed without payment of any past due premium or penalty of any kind.

CREF reserves the right to stop accepting premiums under the contract at any time. CREF will not accept premiums paid on your behalf after your annuity starting date or prior death. Premiums will be credited to your certificate as of the end of the business day in which they are received by CREF at the location that CREF will designate by prior written notice.

Elective deferral contributions made to your TIAA or CREF contracts or certificates may not exceed the annual limits on elective deferrals described in section 402(g) of the IRC, or as otherwise permitted by law. CREF will refund the accumulated value of all excess premiums made to this certificate, as required by law.

30. **Allocation of premiums.** You allocate premiums among the CREF accounts. You may change your allocation for future premiums at any time. We will allocate your premiums according to the most recent valid instructions we have received from you in a form acceptable to CREF. If no valid allocation instructions have been received, all premiums will be allocated to the CREF Money Market Account.

Your employer plan may limit your right to allocate premiums remitted under that plan to any account other than the CREF Stock Account and the CREF Money Market Account.

31. **Premium taxes.** If state or local government premium taxes are incurred, they will be deducted from your certificate accumulation, to the extent permitted by law.

32. **Unconditional protection against lapse.** Your certificate will not lapse after the first premium has been paid. No additional premiums are required.

**Your CREF Group Supplemental Retirement Unit-Annuity Certificate**

## PART D: YOUR INCOME BENEFIT

33. **Starting your income benefit.**  Your annuity starting date may not be earlier than the earliest date allowed under your employer plan, nor later than your required beginning date. Payment of your income benefit will begin as of the annuity starting date you have chosen, if you are then living and:

   A)   you have chosen one of the income options set forth in section 34;

   B)   if you choose a one-life unit-annuity, we have received proof of your age;

   C)   if you choose a two-life unit-annuity, we have received proof of your age and the age of your second participant;

   D)   if you choose the minimum distribution annuity, we have received proof of your age and the age of the calculation beneficiary you name, if any; and

   E)   if your accumulation is subject to the ERISA requirements described in Part H, we have received any required waiver of spouse's rights or proof that you are not married.

   If the requirements of this section have not been completed by the annuity starting date you have chosen, the annuity starting date will be deferred to a date after these requirements have been completed, or if earlier, to your required beginning date. You may not begin a one-life unit-annuity after you attain age 90, nor may you begin a two-life unit-annuity after you or your second participant attain age 90. If your accumulation is less than $5,000 on your annuity starting date, CREF may choose instead to pay your accumulation to you in a single sum.

   At any time before you start to receive your income benefit, you may change your annuity starting date to a date after the change, by written notice to CREF as explained in section 61.

34. **Income options** are the ways in which you may have your income benefit paid to you. You may choose the option you want any time before your annuity starting date. You may change your choice any time before payments begin, but once they have begun, the election to begin receiving benefits is irrevocable and no change can be made. Any choice of option or change of such choice must be made by written notice to CREF as explained in section 61.

   Your right to elect an option or change such election may be limited in accordance with section 67. If your accumulation is subject to ERISA, your choice of an income option is subject to the rights of your spouse, if any, to benefits as explained in Part H. The availability of certain income options may be restricted by the IRC and by the terms of your employer plan.

   If you separate from service with your employer, we may distribute your accumulation to you, in accordance with the terms of your employer plan. If the plan administrator for your employer plan or his or her designee notifies us that distribution

## Your CREF Group Supplemental Retirement Unit-Annuity Certificate

from your certificate must begin under the minimum distribution rules of federal tax law, we will begin income benefits under the income option selected by your plan administrator.

The following are the income options from which you may choose. All of them provide an income for you, some provide that payments will continue for the lifetime of a second participant and some provide that payments will continue in any event during a guaranteed or fixed period as explained in section 35. The periodic amount paid to you or a surviving second participant depends on which of these options you choose.

**One-life unit-annuity.**  A payment will be made to you each month for as long as you live. You may include a guaranteed period of 10, 15 or 20 years. If you do not include a guaranteed period, all payments will cease at your death. If you include a guaranteed period and you die before the end of that period, monthly payments will continue until the end of that period and then cease.

**Two-life unit-annuity.**  A payment will be made to you each month for as long as you live. After your death, a payment will be made each month to the second participant you have named, for as long as he or she survives you. You cannot change your choice of second participant after your payments begin. You may include a guaranteed period of 10, 15 or 20 years. If you do not include a guaranteed period, all payments will cease when you and your second participant have both died. You may choose from among the following forms of two-life unit-annuity.

**Full benefit to survivor.**  At the death of either you or your second participant, the full number of annuity units that would have been paid if you both had lived will continue to be paid to the survivor. If you include a guaranteed period and you and your second participant both die before the end of the period chosen, the full number of annuity units that would have been paid if you both had lived will continue to be paid until the end of that period and then cease.

**Two-thirds benefit to survivor.**  At the death of either you or your second participant, two-thirds of the number of annuity units that would have been paid if you both had lived will continue to be paid to the survivor. If you include a guaranteed period and you and your second participant both die before the end of the period chosen, two-thirds of the number of annuity units that would have been paid if you both had lived will continue to be paid until the end of that period and then cease.

**Half benefit to second participant.**  The full number of annuity units will continue to be paid as long as you live. After your death, if your second participant survives you, one-half of the number of annuity units that

## Your CREF Group Supplemental Retirement Unit-Annuity Certificate

would have been paid if you had lived will continue to be paid to your second participant. If you include a guaranteed period and you and your second participant both die before the end of the period chosen, one-half of the number of annuity units that would have been paid if you had lived will continue to be paid until the end of that period and then cease.

**Fixed-period unit-annuity.**  A payment will be made to you each month for a fixed period you choose that is not less than 5 nor more than 30 years. At the end of the period chosen, no further payments will be made. If you die before the end of the period chosen, the monthly payments will continue until the end of that period and then cease.

**Minimum distribution annuity.**  This income option enables you to limit your distribution to the minimum distribution requirements of federal tax law. Payments will be made to you from your accumulation until your accumulation is entirely paid out, or until your prior death. This option may not provide income that lasts for your entire lifetime.

If, under this income option, you die before your entire accumulation has been paid out, a death benefit equal to your remaining accumulation will be paid to the person or persons you name when electing this option.

This income option is only available on or after your required beginning date.  The value of the accumulation placed under this option must be at least $10,000.

**Automatic election provision.**  If on your required beginning date, you have not met the requirements for starting your income benefit described in section 33, you will be deemed to have chosen the form of benefit distribution, if any, specified by the terms of your employer plan, if such form of benefit is available under this certificate. Otherwise, you will be deemed to have chosen a one-life unit-annuity if you are then single, or the "half benefit to second participant" form of the two-life unit-annuity if you are then married, each with a 10-year guaranteed period, if allowed under federal tax law.

35.  **Post-mortem payments during a guaranteed or fixed period.**  Any periodic payments or other amounts remaining due after your death and the death of your second participant, if any, during a guaranteed or fixed period will be paid to the payee named to receive them. You name the payee at the time you choose the income option, as described in section 61. You may later change the named payee. If you choose a two-life unit-annuity, your surviving second participant may change the named payees after your death, unless you direct otherwise.

A payee may choose to receive in one sum the commuted value of any remaining periodic payments that do not involve life contingencies, unless you direct otherwise. If no payee was named to receive these payments, or if no one so named is then living, we will pay the remaining payments due or the commuted value of the remaining

## Your CREF Group Supplemental Retirement Unit-Annuity Certificate

periodic payments in one sum to your estate, or to the estate of the last survivor of you and your second participant if you chose a two-life unit-annuity.

If a payee receiving payments during a guaranteed or fixed period option dies while payments remain due, the commuted value of any remaining payments due to that person will be paid to any other surviving payee that you (or your second participant) had named to receive them. If no payee so named is then living, the commuted value will be paid to the estate of the last payee who was receiving these benefit payments.

36.   The **number of annuity units** payable under each income change method in each account will be determined as of your annuity starting date, in accordance with the Rules of the Fund, on the basis of:

   A)   the value of your accumulation units in that account under your certificate;

   B)   the income option you choose;

   C)   if you choose a one-life unit-annuity, your age;

   D)   if you choose a two-life unit-annuity, your age and your second participant's age; and

   E)   the value of that account's annuity unit for the income change method selected.

   G)   if you choose the minimum distribution annuity, your age and the age of the calculation beneficiary you name under the minimum distribution annuity, if applicable.

If your initial income benefit would be less than $100 a month, CREF will have the right to change to quarterly, semi-annual or annual payments, whichever will result in an initial payment of $100 or more and the shortest interval between payments.

The number of annuity units payable from an account will change to reflect any internal transfers or switches you elect, as described in the Rules of the Fund.

37.   **Internal transfers and switches under a unit-annuity.**   After your annuity starting date, at least once in each calendar year you will have the opportunity to:

   A)   transfer annuity units payable from one CREF account into annuity units payable from another CREF account;

   B)   transfer annuity units payable from one CREF account to receive future income under a comparable TIAA annuity;

   C)   switch annuity units payable under one income change method to the other income change method in the same CREF account.

Contracts and certificates are comparable if they are being paid under the same income option, and have the same participant (annuitant), second participant (second annuitant) if any, and remaining guaranteed period.

## Your CREF Group Supplemental Retirement Unit-Annuity Certificate

The right to transfer or switch is subject to the availability of the unit-annuity or the income change method under the accounts, as described in section 60. Any internal transfer to TIAA is subject to the terms of the comparable TIAA certificate.

## PART E: DEATH BENEFIT

38. **Payment of the death benefit.**  If you die before your annuity starting date, the death benefit will be payable to your beneficiary. We must receive the following in a form acceptable to CREF before any death benefit will be paid:

   A)     proof of your death;
   B)     the choice of a method of payment as provided in section 40; and
   C)     proof of the beneficiary's age if the method of payment chosen is the one-life unit-annuity or the minimum distribution annuity.

   Payment under the single-sum payment method will be made as of the date we receive these items; payment under any other method of payment will start no later than the first day of the month after we have received these items.

39. **Naming your beneficiary.**  Beneficiaries are persons you name to receive the death benefit if you die before your annuity starting date. At any time before your annuity starting date, you may name, change, add or delete your beneficiaries by written notice to CREF as explained in section 61. If your accumulation is subject to ERISA, then your right to name a beneficiary for the death benefit is subject to the rights of your spouse, if any, as described in Part H.

   You can name two "classes" of beneficiaries, primary and contingent, which set the order of payment. At your death, your beneficiaries are the surviving primary beneficiary or beneficiaries you named. If no primary beneficiary survives you, your beneficiaries are the surviving contingent beneficiary or beneficiaries you named.

   If a class contains more than one person, the death benefit will be paid in equal shares to the then living persons in the class, unless you've explicitly provided otherwise. For example, if you name your spouse as primary beneficiary and your "children" as contingent beneficiaries, your spouse would receive the death benefit if he or she survived you. But if your spouse did not survive you, then your surviving children would receive the death benefit in equal shares. The share of any named beneficiary in a class who does not survive will be allocated in equal shares to the beneficiaries in such class who do survive, even if you've provided for these beneficiaries to receive unequal shares.

   The death benefit will be paid to your estate in one sum if you name your estate as beneficiary, if none of the beneficiaries you have named is alive at the time of your death, or if at your death you had never named a beneficiary. If distributions to a named beneficiary are barred by operation of law, the death benefit will be paid to your estate.

**Your CREF Group Supplemental Retirement Unit-Annuity Certificate**

If at your death any distribution of the death benefit would be in conflict with any rights of your spouse under law that were not previously waived, CREF will pay the death benefit in accordance with your spouse's rights, as described in section 52.

40. **Methods of payment** are the ways in which your beneficiary may receive the death benefit. You may choose the method of payment and change your choice at any time before payments begin. After your death, your beneficiary may change the method chosen by you, if you so provide. If you do not choose a method of payment, your beneficiary will make the choice when he or she becomes entitled to payments. If the amount of the death benefit due to any one beneficiary is less than $5,000, CREF may change the method of payment for the portion of the death benefit payable to that beneficiary to the single-sum payment method. The right to elect a method or change such election may be limited in accordance with section 67.

A beneficiary may not begin to receive the death benefit under the one-life unit-annuity method after he or she attains age 90. If you die before your annuity starting date and have chosen the one-life unit-annuity method for a beneficiary who has attained age 90, he or she must choose another method. Your beneficiary can transfer all or part of your accumulation to TIAA in order to receive that portion of the death benefit under a method of payment offered by TIAA. Such transfer can be for all of an accumulation or for any part thereof not less than $1,000. Any choice of method or change of such choice must be made by written notice to CREF, as explained in section 61.

Generally, the distribution of the death benefit under any method of payment must be made over the lifetime of your beneficiary or over a period not to exceed your beneficiary's life expectancy.

The distribution of the death benefit under a method of payment must be made in such a form and begin at such date as meets the requirements of the IRC and the regulations thereunder. If such method of payment has not been chosen to begin by that date, payments will be made to your beneficiary under the form of distribution, if any, specified by the terms of your employer plan, if such form of distribution is available under this certificate. Otherwise, we will elect a method of payment in accordance with the requirements of the IRC and any regulations thereunder. The following are the methods of payment:

**Single-sum payment.** The death benefit will be paid to your beneficiary in one sum.

**One-life unit-annuity.** A payment will be made to your beneficiary each month for life. A guaranteed period of 10, 15 or 20 years may be included. If a guaranteed period isn't included, all payments will cease at the death of your beneficiary. If a guaranteed period is included and your beneficiary dies before the end of that period, monthly payments will continue until the end of that period and then cease, as explained in section 42.

**Your CREF Group Supplemental Retirement Unit-Annuity Certificate**

**Fixed-period unit-annuity.** A payment will be made to your beneficiary each month for a fixed period of not less than 5 nor more than 30 years, as chosen. At the end of the period chosen, the entire death benefit will have been paid out. If your beneficiary dies before the end of the period chosen, the monthly payments will continue until the end of that period and then cease, as explained in section 42.

**Minimum distribution annuity.** This method enables your beneficiary to limit his or her distribution to the minimum distribution requirements of federal tax law. Payments are made from your accumulation in each year that a distribution is required, until your accumulation is entirely paid out or until your beneficiary dies. This method may not provide income for your beneficiary that lasts for his or her entire lifetime. If your beneficiary dies before the entire accumulation has been paid out, the remaining accumulation will be paid in one sum to the payee named to receive it. The value of the death benefit placed under this method must be at least $10,000.

41. The **number of annuity units payable to a beneficiary** from each account under each income change method will be determined as of the date the unit-annuity begins, in accordance with the Rules of the Fund, on the basis of:

A) the value of your accumulation units in that account under your certificate;

B) the method of payment chosen for the death benefit;

C) if the method chosen is the one-life unit-annuity, the age of your beneficiary; and

D) the value of that account's annuity unit for the income change method selected.

The number of annuity units payable from an account will change to reflect any internal transfers or switches a beneficiary elects as described in the Rules of the Fund. If any method chosen would result in an initial payment of less than $100 a month, CREF will have the right to require a change in choice that will result in an initial payment of at least $100.

42. **Payments after the death of a beneficiary.** Any periodic payments or other amounts remaining due after the death of your beneficiary during a guaranteed or fixed period will be paid to the payee named by you or your beneficiary to receive them, by written notice to CREF as explained in section 61. The commuted value of these payments may be paid in one sum unless we are directed otherwise.

If no payee has been named to receive these payments, or if no one so named is living at the death of your beneficiary, the commuted value will be paid in one sum to your beneficiary's estate.

**Your CREF Group Supplemental Retirement Unit-Annuity Certificate**

If a payee receiving these payments dies before the end of the guaranteed or fixed period, the commuted value of any payments still due that person will be paid to any other payee named to receive it. If no one has been so named, the commuted value will be paid to the estate of the last payee who was receiving these payments.

If your beneficiary dies while any part of the death benefit is held by CREF under the minimum distribution annuity, that amount will be paid in one sum to the payee you or your beneficiary have named to receive it. If no such person survives your beneficiary, the death benefit will be paid in one sum to your beneficiary's estate.

43.   **Internal transfers and switches available to a beneficiary.**   If your beneficiary is receiving unit-annuity income under this certificate from a death benefit method, he or she will have the same opportunity to transfer or switch as you would have had under an income option, as described in section 37.

## PART F: INTERNAL TRANSFERS

44.   **Internal transfers.**   You may transfer all or part of your accumulation units from a CREF account under your certificate to purchase accumulation units in one of the other CREF accounts under your certificate, or to your companion TIAA certificate.   If you have an accumulation in your companion TIAA certificate, you may transfer from that certificate to this certificate. You may transfer your entire accumulation in a CREF account, or any part thereof not less than $1,000. Any internal transfer to or from TIAA is subject to the terms of your companion TIAA certificate. CREF reserves the right to limit internal transfers from each account to not more than one in a calendar quarter.

Your employer plan may limit your right to transfer to an account other than the CREF Stock Account or the CREF Money Market Account.

An internal transfer will be effective as of the end of the business day in which we receive your written request for an internal transfer. You may defer the effective date of the internal transfer until any valuation day following the date on which we receive your request.   CREF will determine all values as of the end of the effective date. You can't revoke a request for an internal transfer after its effective date.

45.   **Systematic transfers.**   You may elect to have transfers made on a systematic basis. Systematic transfers may be made semi-monthly, monthly, quarterly, semi-annually or annually. Semi-monthly transfers are made twice a month, with the second payment scheduled 14 days after the first payment. You choose which day the transfer will be made, except that if the date of a scheduled transfer is not a business day, the transfer will be made on the following business day. Transfers will continue until you tell us to stop or your accumulation in the selected account is insufficient to support the transfer. Systematic transfers are subject to all the provisions described above for transfers, except that a reduced minimum amount of $100 applies to such transfers.

**Your CREF Group Supplemental Retirement Unit-Annuity Certificate**

46. **Crediting internal transfers.**   Internal transfers to a CREF account purchase accumulation units as of the end of the effective date of the internal transfer, in accordance with the Rules of the Fund.

47. **Internal transfer to begin income from TIAA.**   You may transfer all or part of your accumulation units from a CREF account under your certificate to TIAA to purchase a guaranteed lifetime annuity income with benefits beginning immediately.   Such transfers may be made at any time on or before your annuity starting date. The guaranteed benefit for the TIAA certificate will be determined on whichever of these bases produces the largest guaranteed payments:

    A)     (1)     interest at the effective annual rate of 2%;

            (2)     mortality according to the Annuity 2000 mortality table (TIAA Merged Gender Mod A), with ages set back one year for each completed year between January 1, 1997 and the effective date of the internal transfer; and

            (3)     a charge of 3.5% for expenses and contingencies;

    B)     the basis applicable to internal transfers to the Traditional Annuity under your companion TIAA certificate on the effective date of the internal transfer; or

    C)     the interest rate, mortality table, and charge for contingencies and expenses in use for any individual single premium immediate annuities being offered by TIAA when the payments start.

## PART G: LUMP-SUM BENEFITS

48. **Availability of the lump-sum benefit.**   You may, subject to the limits described below, withdraw as a lump-sum benefit all or part of a specified account's accumulation units. CREF reserves the right to limit lump-sum benefits from each account to not more than one per calendar quarter. If you choose the lump-sum benefit, we will pay your accumulation, or any part thereof not less than $1,000. A lump-sum benefit will not be available before the earliest date permitted under your employer plan. The portion of your accumulation available to you as a lump-sum benefit may be limited by your employer plan.

       If you are married and some or all of your accumulation is subject to ERISA, your right to receive a lump-sum benefit is subject to the rights of your spouse as described in Part H.

       Federal tax law may restrict distributions, as described in Part I.

49. **Effective date of a lump-sum benefit.**   Any choice of lump-sum benefit must be made by written notice to CREF on or before the day your income benefits begin, as explained

**Your CREF Group Supplemental Retirement Unit-Annuity Certificate**

in section 61. A lump-sum benefit will be effective as of the business day on which we receive, in a form acceptable to CREF:

A)   your request for a lump-sum benefit; and

B)   if your accumulation is subject to the ERISA requirements described in Part H, a waiver of spouse's rights or proof that you are not married.

You may choose to defer the effective date of the lump-sum benefit until any valuation day following the date on which we receive the above requirements. CREF will determine all values as of the end of the effective date in accordance with the Rules of the Fund. You can't revoke a request for a lump-sum benefit after its effective date.

50.   **Payment of a lump-sum benefit.**   A lump-sum benefit may be paid:

A)   to you as a cash withdrawal;

B)   to another funding vehicle as a direct transfer under federal tax law; or

C)   to a TIAA IRA contract, a CREF IRA certificate, or to a vehicle whether or not it is offered by CREF or TIAA, as a tax-free rollover, as permitted in section 62.

51.   **Systematic withdrawals.**   You may elect to have lump-sum benefits made on a systematic basis. Systematic withdrawals may be made semi-monthly, monthly, quarterly, semi-annually or annually. Semi-monthly withdrawals are made twice a month, with the second payment scheduled 14 days after the first payment. You choose which day the lump-sum benefit will be paid, except that if the date of a scheduled lump-sum benefit is not a business day, it will be paid on the following business day. Withdrawals will continue until you tell us to stop or until the portion of your accumulation available for withdrawal in the selected account is insufficient to support the benefit. Systematic withdrawals are subject to all the provisions described above for lump-sum benefits, except that a reduced minimum amount of $100 applies.

## PART H: SPOUSE'S RIGHTS TO BENEFITS

52.   **Spouse's rights to benefits.**   If you are married, and all or part of your accumulation is attributable to contributions made under an employer plan subject to ERISA, then, only to the extent required by the IRC or ERISA, your rights to choose certain benefits are restricted by the rights of your spouse to benefits as follows:

**Spouse's survivor retirement benefit.**   If you are married on your annuity starting date, your income benefit must be paid under a two-life unit-annuity with your spouse as second participant.

## Your CREF Group Supplemental Retirement Unit-Annuity Certificate

**Spouse's survivor death benefit.** If you die before your annuity starting date and your spouse survives you, the payment of the death benefit to your named beneficiary is subject to your spouse's right to receive a death benefit of one-half of any part of your accumulation attributable to contributions made under a plan subject to ERISA.

Your spouse may consent to a waiver of his or her rights to these benefits, as explained in section 53.

53.   **Waiver of spouse's rights.** If you are married, your spouse must consent to a waiver of his or her rights to survivor benefits before you can choose:

A)    an income option other than a two-life unit-annuity with your spouse as second participant; or

B)    beneficiaries who are not your spouse for more than half of the death benefit; or

C)    a lump-sum benefit.

In order to waive the rights to spousal survivor benefits, we must receive, in a form satisfactory to CREF, your spouse's consent, or a satisfactory verification that your spouse cannot be located. A waiver of rights with respect to an income option or a lump-sum benefit must be made in accordance with the IRC and ERISA. A waiver of the survivor death benefit may not be effective if it is made prior to the earlier of the plan year in which you reach age 35 or your separation from service of your employer.

Verification of your marital status may be required, in a form satisfactory to CREF, for purposes of establishing your spouse's rights to benefits or a waiver of these rights. You may revoke a waiver of your spouse's rights to benefits at any time during your lifetime. Your spouse may not revoke a consent after the consent has been given.

### PART I: RESTRICTIONS ON DISTRIBUTIONS AND INCOME BENEFITS

54.   **IRC Section 401(k) plans.** IRC Section 401(k) prohibits the distribution of the portion of your accumulation attributable to premiums paid as elective deferrals, except as a tax-free transfer to another funding vehicle, until you:

A)    attain age 59 1/2, in the case of a profit-sharing plan;

B)    have a severance from employment with respect to the employer under whose plan the aforementioned portion is attributable;

C)    die;

D)    become disabled within the meaning of IRC Section 72(m)(7);

E)    encounter financial "hardship" within the meaning of IRC Section 401(k);

## Your CREF Group Supplemental Retirement Unit-Annuity Certificate

or, if earlier, upon the occurrence of any of the events described in IRC Section 401(k)(10).

In the case of hardship, IRC Section 401(k) requires that any earnings credited after December 31, 1988 be unavailable for distribution.

Any request for an early withdrawal due to disability, hardship, or severance from employment must be submitted with evidence of the disability, hardship, or severance from employment on forms satisfactory to CREF and not inconsistent with applicable law.

55. **IRC Section 403(b) plans.**   IRC Section 403(b) limits distributions from your certificate. In general, IRC Section 403(b) prohibits the distribution to you of the portion of your accumulation equal to:

A) amounts attributable to funds transferred to this certificate from a custodial account established under IRC Section 403(b)(7); plus

B) amounts attributable to premiums paid to an IRC Section 403(b)(1) annuity contract as elective deferrals under a salary reduction agreement (within the meaning of IRC Section 403(b)(11)); less

C) the value, if any, of the amounts described in B) determined as of December 31, 1988.

until you:

(1) reach age 59 1/2;

(2) have a severance from employment with respect to the employer under whose plan the aforementioned portion is attributable;

(3) die;

(4) become disabled within the meaning of IRC Section 72(m)(7); or

(5) encounter financial "hardship" within the meaning of IRC Section 403(b).

In the case of hardship, IRC Section 403(b) generally requires that any earnings credited after December 31, 1988 and any contributions paid after December 31, 1988 to a custodial account established under IRC Section 403(b)(7) that are not elective deferrals under a salary reduction agreement, will not be available for distribution.

Any request for an early withdrawal due to disability, hardship, or severance from employment must be submitted with evidence of the disability, hardship, or severance from employment on forms satisfactory to CREF and must not be inconsistent with applicable law.

**Your CREF Group Supplemental Retirement Unit-Annuity Certificate**

## PART J: GENERAL PROVISIONS

56. **Report of accumulation.**  At least once each year, we will provide you with a report for your certificate showing the value of your accumulation (death benefit) as of a date specified in the report.

57. **No assignment, transfer or loans.**  Neither you nor any other person may assign, pledge, or transfer ownership of this certificate or any benefits under its terms.  Any such action will be void and of no effect. This certificate does not provide for loans. You may, however, transfer your accumulation to TIAA, where loans may be available, subject to the terms of your employer plan.

58. **Protection against claims of creditors.**  The benefits and rights accruing to you or any other person under this certificate are exempt from the claims of creditors or legal process to the fullest extent permitted by law.

59. **Vesting.**  Subject to your employer plan, the right to receive and exercise every benefit, option, right and privilege conferred by this certificate may not be immediately vested in you. In that case, your right to receive and exercise such benefits, options, rights and privileges will commence on your vesting date as determined in accordance with your employer plan.

60. **CREF's right to stop offering an account, unit-annuities from an account, or an income change method for unit-annuities from an account.**  CREF can delete or stop providing unit-annuities in any account, including any future accounts, except the Stock Account and the Money Market Account. CREF can also stop providing unit-annuities payable under either the annual or monthly income change method from any current or future CREF account.

     If you have accumulation units in an account that is deleted, you must transfer them to another CREF account. If you do not make a choice, CREF will transfer your accumulation units to the CREF Money Market Account, where you can leave them or subsequently transfer them in accordance with transfer provisions then applicable.

     If you have annuity units payable from an account that is deleted or in which CREF stops providing unit-annuities, you must transfer them to another CREF account that maintains annuity units or to TIAA in accordance with the provisions of Part F.  If you do not make a choice, CREF will transfer your annuity units to the CREF Money Market Account, where you can leave them or subsequently transfer them in accordance with transfer provisions then applicable.

     If you have annuity units payable under an income change method from an account and CREF stops providing that income change method, you must:

     A)     switch those annuity units to the other income change method in the same account;

## Your CREF Group Supplemental Retirement Unit-Annuity Certificate

    B)     transfer them to another CREF account then offering the same income change method; or

    C)     transfer them to TIAA in accordance with the provisions of Part F.

If you do not tell us to transfer or switch your annuity units, we will switch them to the other income change method in the same account.

At any time, CREF can switch any annuity units payable under the annual income change method in any CREF account to the monthly income change method.

All elections and choices made in connection with an income option or method of payment of the death benefit and in effect as of the date of transfer will remain in effect. The number of annuity units in the account to which the unit-annuity is transferred will be determined in accordance with the Rules of the Fund.

61.    **Procedure for elections and changes.** You (or your beneficiaries after your death) have to make any choice or changes available under your certificate in a form acceptable to CREF at our home office in New York, NY, or at another location that we designate. If you (or your beneficiaries after your death) send us a notice changing your beneficiaries or other persons named to receive payments, it will take effect as of the date it was signed even if you (or any other signer) then die before the notice actually reaches CREF. Any other notice will take effect as of the date CREF receives it. If CREF takes any action in good faith before receiving the notice, we won't be subject to liability even if our acts were contrary to what you told us in the notice.

62.    **Right to a tax-free rollover.** If you or your surviving spouse (or your spouse or former spouse as an alternate payee under a "qualified domestic relations order," as defined in the IRC) receive a distribution from your certificate which qualifies as an eligible rollover distribution under IRC Section 402(c)(4), any portion of it may be paid as a direct rollover to an eligible retirement plan. An eligible retirement plan is, to the extent permitted by law, a plan satisfying the requirements of IRC Section 401(a), 403(a), 403(b), 408 and to the extent that the plan sponsor is a state or local government, Section 457(b).

Retirement plans eligible for such rollovers may, in the future, be changed by law. If such changes become effective, your certificate will be governed by the laws and regulations then applicable.

63.    **Payment to an estate, trustee, etc.** CREF reserves the right to pay in one sum the commuted value of any benefits due an estate, corporation, partnership, trustee or other entity that isn't a natural person. CREF won't be responsible for the acts or neglects of any executor, trustee, guardian, or other third party receiving payments under the certificate.

If you designate a trustee of a trust as beneficiary, CREF is not obliged to inquire into the terms of the underlying trust or any will.

If death benefits become payable to the designated trustee of a testamentary trust, but:

**Your CREF Group Supplemental Retirement Unit-Annuity Certificate**

> A)     no qualified trustee makes claim for the benefits within nine months after your death; or
>
> B)     evidence satisfactory to CREF is presented at any time within such nine-month period that no trustee can qualify to receive the benefits due,

payment will be made to the successor beneficiaries, if any are designated and survive you; otherwise payment will be made to the executors or administrators of your estate.

If benefits become payable to an *inter-vivos* trustee (the person appointed to execute a trust created during an individual's lifetime), but the trust is not in effect or there is no qualified trustee, payment will be made to the successor beneficiaries, if any are designated and survive you; otherwise payment will be made to the executors or administrators of your estate.

Payment to any trustee, successor beneficiary, executor, or administrator, as provided for above, shall fully satisfy CREF's payment obligations under this certificate to the extent of such payment.

64.     **Service of process upon CREF.** We will accept service of process in any action or suit against us on this certificate in any court of competent jurisdiction in the United States or Puerto Rico provided such process is properly made. We will also accept such process sent to us by registered mail if the plaintiff is a resident of the jurisdiction in which the action or suit is brought. This section does not waive any of our rights, including the right to remove such action or suit to another court.

65.     **Benefits based on incorrect data.** If the amount of benefits is determined by data as to a person's age or any other factor that is incorrect, benefits will be recalculated on the basis of the correct data. If any overpayments or underpayments have been made by CREF, adjustments will be made in accordance with the Rules of the Fund.

66.     **Proof of survival.** CREF reserves the right to require satisfactory proof that anyone named to receive benefits under the terms of your certificate is alive on the date any benefit payment is due. If this proof is not received after it has been requested in writing, CREF will have the right to make reduced payments or to withhold payments entirely until such proof is received. If under a two-life unit-annuity CREF has overpaid benefits because of a death of which we were not notified, subsequent payments will be reduced or withheld until the amount of the overpayment, plus compound interest at the effective rate of 6% per year, has been recovered.

67.     **Compliance with laws and regulations.** CREF will administer your certificate to comply with the restrictions of all laws and regulations pertaining to the terms and conditions of your certificate. You cannot elect any benefit or exercise any right under your certificate if the election of that benefit or exercise of that right is prohibited under an applicable state or federal law or regulation.

**Your CREF Group Supplemental Retirement Unit-Annuity Certificate**

The choice of income option, annuity starting date, beneficiary or second participant, method of payment of the death benefit, and the availability of internal transfers and lump-sum benefits as set forth in this certificate are subject to the applicable restrictions, distribution requirements, and incidental benefit requirements of ERISA and the IRC, and any rulings and regulations issued under ERISA and the IRC.

68. **Correspondence and requests for benefits.** No notice, application, form, or request for benefits will be deemed to be received by us unless it is received at our home office in New York, NY, or at another location that we designate. All benefits are payable at our home office in New York, NY, or at another location that we designate. If you have any questions about the contract, your certificate, or inquiries about our service, or if you need help to resolve a problem, you can contact us at the address or phone number below.

CREF
730 Third Avenue
New York, NY 10017-3206
Telephone: 800 842-2733

**Your CREF Group Supplemental Retirement Unit-Annuity Certificate**

**Group Flexible Premium
Deferred Variable Unit-Annuity**

# COLLEGE RETIREMENT EQUITIES FUND
# RULES OF THE FUND

### Effective as of May 1, 2016

Note to participants: CREF's rules of the fund (also referred to as the rules for determining benefits) include general descriptions as well as the necessarily technical matters and formulas used in the calculation of your CREF benefits. The Board of Trustees of CREF has established these rules and procedures, and may amend and add to them from time to time, to carry out the provisions of the contracts and certificates and to govern all matters affecting the interest of anyone participating in CREF to the extent such matters are not specifically provided for in the contracts and certificates. These rules and any changes to them are effective only when approved by the Superintendent of Financial Services of the State of New York (the "Department") as not being unfair, unjust, inequitable or prejudicial to the interest of anyone participating in CREF. These rules have been worked out with great care to assure equitable treatment among participants. This printing of the rules contains amendments as adopted by the Board of Trustees and approved by the Superintendent of Financial Services of the State of New York.

The rules of the fund concern only the methods of calculating the amounts of benefits. The various benefit options are described in your CREF contract or certificate.


## PART I.  GENERAL DESCRIPTION OF THE CREF ANNUITY

A life annuity is a financial instrument that enables you to maximize the amount of periodic income you can get from your retirement savings, while insuring that you will never outlive those savings. Without annuities, you can only be certain that you won't outlive your retirement savings if you live only on the income earned by your savings, keeping your investments intact. If you take regular withdrawals that exceed your investment income, you risk exhausting your retirement savings while you are still alive and in need of retirement income.

The annuity mechanism enables you to maximize your payment amounts by distributing both investment income and a portion of the investment with each periodic payment. An annuity company can do this by pooling the retirement savings for all annuitants into one large fund from which annuity payments are made. The annuity payments are calculated so that each recipient gets the largest amount that the company can pay without exceeding the fund. This is possible through the use of mortality tables developed from the experience of many years. The company doesn't know **which** individuals will live through each year, but it does know about how **many** will live. It can therefore provide a lifetime income to each annuitant that will be greater than the investment income alone.

CREF provides variable annuities to its participants through eight different investment accounts. CREF  has three expense classes, which apply to each of the eight accounts. An expense class within CREF is referred to as a CREF Expense Class ("Expense Class") , and an Expense Class within a particular account is referred to as a CREF Account Class ("Account Class"). We refer to these classes as Account Class 1, Account Class 2, and Account Class 3 in this document. Premiums contributed to CREF buy accumulation units, which are similar to

## CREF's Rules of the Fund

shares in a mutual fund. The value of each Account Class's accumulation unit changes over time reflecting the investment experience (dividend and interest income, plus capital gains and losses) and expenses of the Account Class. Capital gains and losses include all changes in market values, whether realized from the sale of assets or unrealized.

Unlike TIAA, where the guaranteed life income from an annuity is a specified number of dollars per payment period, in CREF the life income is a specified number of annuity units per payment period. When participants are ready to begin receiving annuity income, their accumulation units are converted into annuity units of equal total value. Lifetime income under a CREF variable annuity is paid as the current value of a specified number of annuity units. Payments are determined under one of two income change methods. Under the annual income change method, the amount of each payment is determined once each year, so that the payments remain level for one year intervals. Under the monthly income change method, the amount of each payment is determined every month, so that the amount may change every month.

Separate annuity units are maintained for each income change method within each Account Class that offers unit-annuities. The initial determination of the number of annuity units each annuitant will receive is based on assumptions about investment return, expenses and mortality. The value of an annuity unit changes over time to reflect differences in the actual experience of the Account Class from each of the assumptions.

For example, if actual mortality experience matches that which was expected, and actual investment experience less expenses exceeds the assumed 4% effective annual rate of investment return, the value of an annuity unit will generally increase, while if actual investment experience less expenses falls short of the assumed 4% effective annual rate of investment return, the value of an annuity unit will generally decrease.

Each account has a different investment objective, so the unit values and the changes in unit values for the Account Classes in one account will not necessarily be similar to the unit values or changes in unit values for the Account Classes of another account. Within each Account Class, the values of the accumulation units and annuity units (if any) will usually be different from each other.

Some Account Classes offer unit-annuities. Separate funds are maintained in each Account Class that offers unit-annuities. The accounts, the funds, and the different kinds of units are described in the next sections.

## PART II. INVESTMENT ACCOUNTS

CREF has established the following investment accounts:

- the **CREF Stock Account** -- a broadly diversified portfolio consisting primarily of common stocks;
- the **CREF Global Equities Account** -- a broadly diversified portfolio consisting primarily of foreign and domestic common stocks;

**CREF's Rules of the Fund**

- the **CREF Equity Index Account** -- a portfolio consisting primarily of domestic common stocks selected to track the overall U.S. stock market;

- the **CREF Growth Account** -- a portfolio consisting primarily of common stocks that we believe present the opportunity for exceptional growth;

- the **CREF Social Choice Account** -- a portfolio consisting primarily of common stocks, investment grade fixed-income securities and short-term debt securities;

- the **CREF Money Market Account** -- a portfolio consisting primarily of short-term debt securities and money market instruments;

- the **CREF Bond Market Account** -- a portfolio consisting primarily of investment grade fixed-income securities;

- the **CREF Inflation-Linked Bond Account** -- a portfolio consisting primarily of inflation-indexed bonds issued by the U.S. Government and its agencies, corporate entities, and foreign governments.

Some CREF contracts and certificates may limit the accounts available for use under the contract/certificate. A retirement plan may limit pre-retirement participation in any account for premiums remitted under that plan. However, under the following CREF contracts and certificates, a retirement plan may not limit participation in the CREF Stock Account and the CREF Money Market Account: Retirement Unit-Annuity, Supplemental Retirement Unit-Annuity, Group Retirement Unit-Annuity, Group Supplemental Retirement Unit-Annuity, and Keogh Group Retirement Unit-Annuity. CREF may restrict certain classes of contracts and/or certificates from participating in the Inflation-Linked Bond Account.

CREF may delete or may stop providing unit-annuities from any account except the CREF Stock Account and the CREF Money Market Account. CREF may also stop providing unit-annuities under either income change method from any account.

CREF has three Expenses Classes. The Expense Class(es) associated with a contract or certificate is shown on the contract, certificate, or on an Endorsement thereto.

Effective April 24, 2015, any then-existing CREF accumulation units and annuity units within any CREF account were designated as participating in an Expense Class. Expense calculations made for any period on and after April 24, 2015 do not impact accumulation unit values or annuity unit values in effect prior to April 24, 2015.

The Expense Class or Classes under which any CREF contract or certificate participates within CREF is determined in accordance with eligibility criteria established by CREF as follows.

**CREF's Rules of the Fund**

### Determination of Expense Class Eligibility

Accumulations: Institutions

Employer sponsored arrangements, as determined by CREF ("Institutions"), are in the following Expense Classes:

**Expense Class 1**: Institutions with CREF assets under management below $20 million.

**Expense Class 2**: Institutions with CREF assets under management of $20 million or more, but less than $400 million.

**Expense Class 3**: Institutions with CREF assets under management of $400 million or more.

Accumulations: Other

For all other accumulations, the Expense Class for each product is determined based on the following. Such products include IRAs. Keoghs, After-Tax Retirement Annuities, deposit contracts issued in settlement of death proceeds, and any other contracts not being used as employer-sponsored plan accumulation funding vehicles (each a "Product"):

(1) CREF  will determine the administrative expenses and the distribution expenses, associated with total CREF assets, separately for each Product;

(2) For each Product, CREF will determine the ratio of administrative expenses to total CREF assets under management and the ratio of distribution expenses to total CREF assets under management;

(3) For each Expense Class shown above, CREF will determine the ratio of administrative expenses to CREF assets under management in the Expense Class and the ratio of distribution expenses to CREF assets under management in the Expense Class;

(4) The Expense Class for each Product is the Expense Class whose combined administrative and distribution expense ratios associated with total CREF assets in such Expense Class is closest to such Product's combined administrative and distribution expense ratios. This will generally result in a Product being assigned to the less expensive of the two Expense Classes between which its combined administrative and distribution expense ratios fall, unless such assignment would under the circumstances result in an undue financial  impact on the Expense Class as a whole. Investment performance alone will not result in the reassignment of a Product to a more expensive Expense Class.

For purposes of this determination, each Product shall be considered separately or, subject to the Department's approval, combined with one or more other Products. The total amount of administrative expenses and the total amount of distribution expenses shall also be separately determined in accordance with the corporate methodology for allocating CREF expenses. Any

**CREF's Rules of the Fund**

change to such methodology will preserve the principles of classification and fairness established by the eligibility criteria described above. Administrative and distribution expenses are proportionately allocated among the Expense Classes and Products based on actual utilization of services and costs, by Institutions and Products and in accordance with the CREF administrative and distribution services agreements.

<u>Annuity Units</u>

The Expense Class(es) for Annuity Units shall be determined similarly to the determination of Expense Classes for "Accumulations: Other", described above.

*******************

There may be exceptions to these classifications provided there is a sound actuarial basis for such exceptions and there is no unfair discrimination under applicable law. Such exceptions may include an Institution's decision to reject their reclassification from a more expensive Expense Class to a less expensive Expense Class subsequent to its initial Expense Class designation. Such rejection shall not be permitted in connection with an Institution's initial Expense Class determination.

CREF may adopt reasonable guidelines, interpretations, and procedures applicable to Part II that are not inconsistent with these rules and which preserve the principles of classification and fairness established by the eligibility criteria described above. Such guidelines, interpretations, and procedures include, for example, the frequency of class eligibility review and the definition of an "Institution" for the purposes of assignment of such Institution to an Expense Class.

CREF may add, delete, or modify one or more Expense Classes or may stop providing unit-annuities from one or more Expense Classes. Expense Class eligibility criteria may be changed by CREF. Any such additions to, deletions of, or modifications to the Expense Classes, and any such changes to the criteria, will be subject to approval of the Department. Changes to the Expense Class eligibility criteria may result in transfers of existing accumulations and/or annuity units to a different Expense Class.

Expense Class qualification will be reviewed at least annually by CREF. As a result, the applicable Expense Class for accumulations and/or annuity units may change.

**Investment Management, Administration, Distribution, and other Expenses; Charges**

Each Valuation Day, CREF deducts charges from the net assets of each Account for the expenses of investment management, administration, distribution, and other expenses and services. TIAA or subsidiaries of TIAA provide or arrange for the provision of these services for CREF "at cost" to TIAA and its affiliates.

**CREF's Rules of the Fund**

1. <u>Investment Management Expenses</u>. These expenses generally include investment management, portfolio accounting and custodial services. This charge does not vary by Expense Class.

2. <u>Administrative Expenses</u>. These expenses cover the costs of administration and operations of CREF and the contracts. Administrative expenses include certain costs associated with the provision by TIAA entities of recordkeeping and other services for products utilizing CREF Accounts. A portion of these expenses is allocated to CREF in accordance with applicable allocation procedures.

3. <u>Distribution Expenses</u>. These expenses generally include the costs of solicitation, distribution, providing information, and rendering assistance and other services to contract owners and employers.

The preceding expenses also include the costs of audit, legal and certain other services provided by third parties.

Data supporting the above expenses are obtained from CREF's accounting and financial reporting systems, and are reviewed by the appropriate administrative departments. CREF expenses are regularly reviewed during the year, and are updated and approved by Management and the CREF Board of Trustees at least annually.

The total amount of investment management expenses is separately determined. The ratio of such amount to total assets under management is then allocated among the Expense Classes equally (i.e., same percentage charge), rather than on the basis of actual utilization of services and costs associated with a particular Expense Class, and in accordance with the investment management agreement.

The total amount of administrative expenses and the total amount of distribution expenses are also separately determined in accordance with CREF's corporate methodology for allocating expenses. Administrative and distribution expenses are proportionately allocated among the Expense Classes and Products based on actual utilization of services and costs, by Institutions and Products and in accordance with the CREF administrative and distribution services agreements.

**Mortality and Expense Charge**

Each Valuation Day, CREF also deducts a mortality and expense risk charge to guarantee that contract owners transferring funds to TIAA for the immediate purchase of lifetime payout annuities will not be charged more than the rate stipulated in the contract. This charge does not vary by Expense Class (i.e., same percentage charge).

CREF's Rules of the Fund

## PART III. FUNDS

Each Account Class currently maintains an accumulation fund. In addition, each Account Class may offer unit-annuities under either or both income change methods and include one or two annuity funds. Unit-annuities are not currently offered under all classes in any account. For each Account Class, the accumulation fund equals the portion of the Account Class's total net assets allocated to participants in the accumulation period. The annuity fund for each income change method in each Account Class that offers unit-annuities equals the portion of the Account Class's total net assets allocated to participants receiving annuity benefits payable under that income change method. There is no segregation of individual assets within an Account Class; however, a liability is maintained for each fund. An Account Class's total net assets are A) the value of the Account Class's total assets less B) the value of the Account Class's total liabilities excluding that Account Class's accumulation fund and annuity funds, if any. If, at any time, there are no remaining participants or beneficiaries receiving annuity benefits from an annuity fund in an Account Class the net assets of that fund will be transferred to that Account Class's accumulation fund.

A "period" is the time from the end of one valuation day to the end of the next valuation day. A "valuation day" is any day that the New York Stock Exchange is open for trading. Valuation days end as of the close of all United States national exchanges where securities or other investments of CREF are principally traded.

The value of each Account Class's accumulation fund and each Account Class's annuity funds, if any, at the end of a valuation day equals the corresponding value at the end of the previous valuation day, increased by amounts added to each fund during the current period and reduced by amounts withdrawn from each fund during the current period. These changes include the increase by the allocated portion of the current period's net investment income and capital gains and the decrease by the allocated portion of the current period's capital losses. This allocated portion is determined in accordance with the respective proportions of the Account Class's accumulation fund and annuity funds as of the end of the previous valuation day as adjusted for additions to and withdrawals from each fund as of the beginning of the current period.

The periodic total yield rate for an Account Class is based on the amount of dividends, interest and other income accrued and allocated to that Account Class during the current period, a deduction of expense charges, and both realized and unrealized capital gains and losses allocated to that Account Class during the current period. The precise formula for the rate is C minus 1, where C is A divided by B, and A and B are as follows:

A. The Account Class's accumulation unit value as of the end of the valuation day at the end of the period.

B. The Account Class's accumulation unit value as of the end of the prior valuation day.

**CREF's  Rules of the Fund**

## EXPENSES

The investment advisory expense charges, the operating expense charges, and the mortality and expense risk charges are established by the Board of Trustees of CREF, and may be changed from time to time, but any changes in these charges become effective only when approved by the Superintendent of Financial Services of the State of New York. Each participant receives a schedule of the current charges.

*Note:* The current charges were established as of May 1, 2016. These charges are assessed each calendar day at a rate equal to the following percentages divided by 365, or by 366 during leap years.

- **Administrative Expense Charge:**

    -- For Expense Class 1 (also called "R1") within each account, 0.395% of the Account Class's net assets.
    -- For Expense Class 2 (also called "R2") within each account, 0.245% of the Account Class's net assets.
    -- For Expense Class 3 (also called "R3") within each account, 0.165% of the Account Class's net assets.

- **Distribution Expense Charge:**

    -- For Expense Class 1 within each account, 0.165% of the Account Class's net assets.
    -- For Expense Class 2 within each account, 0.090% of the Account Class's net assets.
    -- For Expense Class 3 within each account, 0.060% of the Account Class's net assets.

- **Mortality and Expense Risk Charge** - 0.005% of each Account Class's net assets.

- **Investment Advisory Expense Charge** -

    For each Account Class:
    0.150% of the CREF Stock Account's net assets in the Account Class;

    0.140% of the CREF Global Equities Account's net assets in the Account Class;

    0.025% of the CREF Equity Index Account's net assets in the Account Class;

0.080% of the CREF Growth Account's net assets in the Account Class;

0.085% of the CREF Social Choice Account's net assets in the Account Class;

0.040% of the CREF Money Market Account's net assets in the Account Class;

0.115% of the CREF Bond Market Account's net assets in the Account Class;

0.045% of the CREF Inflation-Linked Bond Account's net assets in the Account Class.

Without limiting the powers of the Board of Trustees, it is the established policy to maintain an approximate balance between the cumulative total of expense charges and the cumulative total of CREF's expenses as determined by cost analyses. Accordingly, at the end of each calendar quarter, or as soon as practicable thereafter, any difference between the expense charges and CREF's actual expenses is repaid by equal daily installments through the end of the next calendar quarter, provided that material differences may be repaid in the current calendar quarter, in accordance with generally accepted accounting principles. It is also the policy that changes in the stated expense charge rates are made as infrequently as practicable, consistent with the policy of maintaining the approximate balance referred to above.

Each participant's share in the accumulation funds is expressed in terms of accumulation units, and each participant's share in each of the annuity funds is expressed in terms of annuity units payable at stated intervals under a specified income change method.

## PART IV.  ACCUMULATION UNITS

All payments by participants and their employers to CREF accumulating annuities buy accumulation units in one or more of the Account Classes. The dollar value of each such unit varies from valuation day to valuation day in accordance with the change in the value of the accumulation fund for that Account Class relative to the change in the number of accumulation units outstanding in that Account Class.

The dates at which all amounts credited to a participant commence or cease to participate in the accumulation fund, in the absence of specific provisions in the participant's contract or certificate, are determined by CREF in accordance with established rules.

For accumulation units purchased by premiums remitted under a retirement plan, the plan may limit: withdrawals, availability of the unit-annuity for a fixed period, participation in accounts, to the extent described above, and transfers to a funding vehicle not offered by CREF or TIAA.

## VALUE OF ONE ACCUMULATION UNIT

The value of each Account Class's accumulation unit as of the end of each valuation day will be determined by dividing A) the value of the Account Class's accumulation fund as of the end of the valuation day by B) the total number of accumulation units held by all participants in that Account Class as of the end of the valuation day. The value of the Account Class's accumulation fund and the total number of accumulation units does not include the impact of funds or units added or subtracted as a result of transactions effective as of that valuation day.

## TOTAL NUMBER OF ACCUMULATION UNITS CREDITED TO A PARTICIPANT AT THE END OF ANY PERIOD

At the end of any valuation day, the total number of accumulation units credited to a participant may be determined by taking the number of accumulation units to the participant's credit at the end of the previous period and adding the number of units purchased by premiums or transfers during the period and subtracting the number of units transferred, withdrawn or converted into annuity units during the period. The number of accumulation units so added or subtracted will be based on the accumulation unit value determined at the end of the period.

## PART V.  ANNUITY UNITS

At the time annuity payments are to begin for a participant (or for the beneficiary in the event the participant has died), the value of the accumulation units held by the participant in each Account Class is converted into a promise to pay, periodically, the then current value of a number of annuity units in an Account Class that offers unit-annuities. Unit-annuities are not currently offered under all Account Classes. Accordingly, upon conversion, accumulations in Account Classes not offering unit-annuities must be converted to annuity units in an Account Class that offers unit-annuities. The number of annuity units established on conversion is, in general, obtained by dividing the value of the participant's accumulation units at that time by the actuarial present value of an annuity of the value of one annuity unit at that time. Such present values are calculated based on the annuity unit value for the Account Class from which the unit-annuity is to be paid.

The dates at which participants commence or cease to participate in the annuity funds, in the absence of specific provisions in the participant's contract or certificate, are determined by CREF in accordance with established rules.

The rules stated in the following paragraphs refer only to annuities paid on a monthly basis. For annuities paid on a frequency other than monthly, appropriate actuarial adjustments are made.

CREF's Rules of the Fund

## HOW UNIT-ANNUITY PAYMENTS ARE DETERMINED

The amount of each annuity payment is determined by multiplying the number of annuity units payable by the value of one annuity unit as of the payment valuation date for the income change method selected.

► Under the **annual income change method**, the amount of each payment is revalued once each year. The payment valuation date for the annual income change method is the last valuation day in March, with the subsequent payment changes effective on May 1. For participants beginning annuity income, the initial value of the annuity unit is the interim annuity unit value for the annual income change method as of the end of the day on which the accumulation units are converted into annuity units.

► Under the **monthly income change method**, the amount of each payment is revalued every month. The payment valuation date for the monthly income change method is the twentieth day of a month (or if the twentieth is not a valuation day, the prior valuation day) for payments due on the first day of the following month. For participants beginning annuity income, the initial value of the annuity unit is the interim annuity unit value for the monthly income change method as of the end of the day on which the accumulation units are converted into annuity units.

The value of an annuity unit is defined in terms of a basic annuity unit that is established as of the last valuation day in March of each year, for each income change method offered in each Account Class providing unit-annuities. The value of the interim annuity unit for each income change method offered in each such Account Class is set equal to the value of the basic annuity unit on the last valuation day in March, and is redetermined as of each subsequent valuation day.

● **Beginning Income:** The following example illustrates how the number of annuity units is calculated for a participant who elects a single life annuity from the CREF Stock Account, payable monthly under the annual income change method.

**Example:** Suppose that at retirement Professor Smith, a participant, owns 1,000 accumulation units in the CREF Stock Account under Account Class 1, each worth $110. The value of Professor Smith's accumulation units equals 1,000 multiplied by $110, or $110,000. Assume that Expense Class "x" is the only Expense Class in any account from which unit-annuities are currently being paid. Next assume that the actuarial present value of a single life annuity of $1 a month at Professor Smith's retirement age is $160, and that the current value of one interim annuity unit payable under the annual income change method in the Stock Account under Account Class x is $170. At Professor Smith's age, the actuarial present value of a single life annuity of the current value of one Stock Account annuity unit per month payable under the annual income change method under Account Class x is thus $160 multiplied by $170, or $27,200. To obtain the number of annuity units for Professor Smith, we divide the $110,000 by the $27,200 and find that Professor Smith will receive the value of 4.044 Stock Account annuity units per month for life payable under the annual income change method under Account Class x (unless those annuity units are subsequently transferred or

CREF's Rules of the Fund

switched). Accordingly, Professor Smith will receive monthly income payments of 4.044 multiplied by $170, or $687.48 per month until the payments are revalued on the next payment valuation date for the annual income change method.

● **Transferring:** Some CREF contracts and certificates allow annuitants to transfer annuity units from an account to any other account then offering unit-annuities under the same income change method and Expense Class. The resulting number of annuity units payable from an Account Class to which annuity units are transferred will be obtained by multiplying the number of annuity units transferred out of the originating Account Class by the interim annuity unit value for that income change method in the originating Account Class, and dividing the result by the interim annuity unit value for the same income change method and Expense Class in the account to which the units are being transferred. Participation in the experience of the accounts changes as of the transfer's effective date. The amount of each unit-annuity payment will change when the payments are revalued on the next payment valuation date that is on or after the transfer's effective date.

► For example, if annuity units payable under the annual income change method are transferred on September 1, the unit-annuity payments will be revalued on the next payment valuation date for the annual income change method (the last valuation day in March) ,and the new payment amount will begin with payments beginning on the following May 1.

► If annuity units payable under the monthly income change method are transferred on the fifteenth day of a month, the unit-annuity payment will be revalued on the twentieth day of that month (or the prior valuation day if the twentieth is not a valuation day, which is the payment valuation date for the monthly income change method), and the change in payment will occur for the unit-annuity payment due on the first day of the next month.

The following example illustrates a transfer of annuity units payable under the annual income change method from the CREF Stock Account to the CREF Bond Market Account.

**Example:** As above, suppose that Professor Smith owns 4.044 annuity units in the CREF Stock Account Class x payable monthly under the annual income change method as a single life annuity, and that the current value of a Stock Account Class x annuity unit for the annual income change method for payments through April 1, 20xx is $170. Suppose that on January 11, 20xx Professor Smith transfers all of those annuity units to the CREF Bond Market Account Class x. Next assume that on January 11, 20xx the value of the Stock Account Class x interim annuity unit for the annual income change method is $173, and the value of the Bond Market Account Class x interim annuity unit for the annual income change method is $44. To obtain the number of annuity units purchased in the Bond Market Account Class x for Professor Smith, we multiply the 4.044 Stock Account Class x annuity units by $173 , and divide by $44 to get 15.900 Bond Market Account Class x annuity units payable under the annual income change method.

From February 1, 20xx through April 1, 20xx, Professor Smith will continue to receive a monthly payment of $687.48 (equal to his original 4.044 Stock Account Class x annuity units multiplied by $170). Beginning May 1, 20xx, Professor Smith will

**CREF's Rules of the Fund**

receive monthly income payments of 15.900 Bond Market Account Class x annuity units multiplied by the recalculated basic annuity unit value, as of the last valuation day in March of 20xx, for the Bond Market Account Class x under the annual income change method. The revaluation, on the last valuation day in March of 20xx, of the monthly annuity payment for Professor Smith will include the effect of participation in the Stock Account Class x from the day following the last valuation day in March of the prior year through January 11, 20xx, and participation in the Bond Market Account Class x from January 12 through the last valuation day in March of 20xx.

If accumulation units are purchased by premiums received on behalf of a participant within 70 days after a participant begins annuity payments, they may be converted into annuity units under the same annuity income option. Accumulation units will be converted into annuity units using the same methods and values used for other accumulation units being converted into annuity units on that date. Payments from the additional annuity units purchased under either income change method will begin with the next payment due after the payment valuation date for the monthly income change method which is on or after the conversion date.

## VALUE OF ONE ANNUITY UNIT

- **Interim Annuity Unit Values:** Separate annuity units are maintained for each of the income change methods within each Account Class providing unit-annuities . The value of an annuity unit is defined in terms of a basic annuity unit that is established as of the last valuation day in March of each year, for each income change method offered in each Account Class providing unit-annuities. The value of the interim annuity unit for each income change method offered in an Account Class is set equal to the value of the basic annuity unit on the last valuation day in March. The interim annuity unit value for an income change method under an Account Class as of any other valuation day is equal to the most recently determined basic annuity unit value for that income change method under that Account Class multiplied by A and divided by B, then modified by C and D, as follows:

A.  The value of $1 accumulated at the Account Class's periodic total yield rates from the end of the last valuation day of the preceding March, through the current valuation day.

B.  The value of $1 accumulated with interest at the effective rate of 4% from the end of the last valuation day of the preceding March, through the current valuation day.

C.  An adjustment to reflect that annuity income amounts are redetermined only on the payment valuation date for that income change method. The purpose of the adjustment is to equitably apportion the annuity fund's assets between annuitants who participated in the annuity fund for the entire period between two payment valuation dates for that income change method, and those who enter or leave the fund during that period.

D.     An adjustment to reflect year-to-date mortality experience, determined as of the respective last valuation days of each June, September, and December.

● **Basic Annuity Unit Values:** The value of one basic annuity unit payable under each income change method in each Account Class providing unit-annuities was initially set to $10.00 and has been subsequently revalued as described below.

The value of an Account Class's basic annuity unit for each income change method is revalued on the last valuation day of each March by dividing the annuity fund for the income change method in that Account Class less the present value of all annuity benefits that are payable under that income change method on April 1 under annuity contracts and certificates in force on the last valuation day in March, by the discounted actuarial present value of the total number of that Account Class's annuity units that are payable on May 1 and thereafter over the future lifetimes (and for fixed periods) of all participants receiving annuity payments under that income change method as of the last valuation day in March, in accordance with specified assumptions as to mortality and net investment income.

Example: Assume the last valuation day in March of 20xx is March 30th. A hypothetical basic annuity unit value recalculation as of March 30th, 20XX can be summarized as follows:

A.     Annuity fund at March 30th, 20XX:  $10,000,000

B.     Present value of benefit payments to be made on April 1, 20XX
under annuity certificates in force on March 30th, 20XX:  $ 800,000

C.     Discounted Actuarial present value as of March 30, 20XX of total number
of annuity units payable on May 1 and thereafter over future lifetimes
(and for fixed periods) of all annuitants in force as of March 30, 20XX: 125,000

New basic annuity unit value = (A - B) ÷ C = $73.60

The precise actuarial formula for the value of the basic annuity unit for each income change method in an Account Class, as recalculated as of the last valuation day in any March, is A divided by B, as follows:

A.     The Account Class's annuity fund for the income change method as of such last valuation day in March, reduced by the present value of the  benefits payable under that income change method on April 1 to annuitants in force on such last valuation day in March.

B.     The present value of the sum, for all annuitants in the Account Class as of such last valuation day in March, of the product of (i) multiplied by (ii) where:

(i)   is the number of annuity units payable under that income change method each month, and

(ii) is the actuarial present value on March 31 of an annuity of $1 per month, with payments beginning on May 1 and continuing while such annuity units are payable.

The present values as described above will be calculated on the basis of interest at the effective annual rate of 4%. The actuarial present values described above will be calculated on the basis of interest at the effective annual rate of 4% and mortality according to the CREF Progressive Annuitant Mortality Table, a merged gender table initially derived from CREF mortality experience through 2011 and updated annually thereafter as necessary to incorporate CREF's most recently available mortality experience. This basis was phased in over three annual valuation cycles, on the last valuation days in March 2013, 2014 and 2015.

## DETERMINATION OF THE NUMBER OF ANNUITY UNITS FOR A PARTICIPANT

The number of annuity units payable to an annuitant under an income change method from an Account Class will be modified by the number of units purchased by converting accumulation units into annuity units and by transfers or switches. The number of annuity units so added or subtracted will be based on the formulas described below. If a participant requests a transfer and a switch on the same effective date, the transfer will be processed first. The right of a participant, second participant, or beneficiary to transfer among CREF accounts, to transfer between a CREF contract or certificate and a comparable TIAA contract, or to switch between income change methods is determined by the terms of the CREF contract/certificate and the TIAA contract.

● **Beginning Income:** When accumulation units are converted into annuity units, the number of annuity units is determined by actuarial methods which take into account the value of the accumulation units being converted, the income option chosen, the mortality table used for participants in the annuity funds, and interest at the effective rate of 4% per year.

The precise actuarial formula for the number of annuity units obtained as a result of converting accumulation units to annuity units payable from an Account Class under an income change method, is A divided by B, as follows:

A. The value of the accumulation units being converted into annuity units as of the conversion date.

B. The product of (i) multiplied by (ii) as follows:

(i) The actuarial present value of an annuity due of $1 per month payable for as long as such annuity units are payable, calculated on the basis of interest at the effective annual rate of 4% and mortality according to the CREF Progressive Annuitant Mortality Table, a merged gender table initially derived from CREF mortality experience through 2011 and updated annually thereafter as necessary to incorporate CREF's most recently available

mortality experience. This basis was phased in over three annual valuation cycles, on the last valuation days in March 2013, 2014 and 2015.

   (ii)   The Account Class's interim annuity unit value for the income change method as of the conversion date.

- **Transferring between CREF Accounts:**

     When a participant or beneficiary receiving annuity benefits transfers annuity units from one CREF account to another CREF account, the Expense Class will remain the same. The number of annuity units in the CREF account transferred to will be determined by multiplying A by B and dividing by C, as follows:

A.    The number of annuity units to be transferred from the Account Class.

B.    The interim annuity unit value, determined on the transfer date, for the income change method in the Account Class from which the annuity units are being transferred.

C.    The interim annuity unit value, determined on the transfer date, for the same income change method in the Account Class to which the annuity units are being transferred.

- **Transferring from a TIAA Separate Account to a CREF Account:** When a participant or beneficiary receiving annuity benefits transfers annuity units from a TIAA Separate Account to a companion CREF contract or certificate, the number of annuity units in the CREF account transferred to is equal to A plus B, all divided by C, as described below.

A.    ▸ if the annuity units being transferred are payable under the annual income change method, i) minus ii) as follows:

    i)    the actuarial present value of the monthly payments scheduled to be paid from the new annuity units through the April 1 following the transfer date, determined on the participant's then-current attained age and the actuarial basis then in use for transfers out of the TIAA Separate Account from which the transfer is being made.

    ii)    the actuarial present value of the payments described in i), determined on the participant's then-current attained age and the actuarial basis then in use for participants beginning income in CREF.

    ▸ if the annuity units being transferred are payable under the monthly income change method, zero.

CREF's Rules of the Fund

B.    the product of i), ii), and iii), as follows:

    i)    the number of annuity units being transferred from the TIAA Separate Account from which the transfer is being made.

    ii)   the interim annuity unit value, determined on the transfer date, for the income change method in the TIAA Separate Account from which the annuity units are being transferred.

    iii)  the actuarial present value of an annuity of $1.00 per period, payable as follows, determined on the participant's then-current attained age and the actuarial basis then in use for transfers out of the TIAA Separate Account from which the transfer is being made.

      ► if the annuity units are payable under the annual income change method, the annuity is payable for as long as such annuity units are payable, beginning with the first payment scheduled after the April 1 following the transfer date.

      ► if the annuity units are payable under the monthly income change method, the annuity is payable for as long as such annuity units are payable, beginning with the first payment scheduled from the new units.

C.    the interim annuity unit value, determined on the transfer date, for the same income change method in the Account Class to which the units are being transferred, multiplied by the present value of an annuity of $1.00 per period, payable as described in B.iii) above, determined on the actuarial basis then in use for participants beginning income in CREF.

● **Transferring from a TIAA Traditional Annuity to a CREF Account:** When a participant or beneficiary receiving annuity benefits transfers from the TIAA Traditional Annuity to a companion CREF contract or certificate, the number of annuity units in the Account Class transferred to is equal to the account value transferred from TIAA (as determined under the terms of the TIAA contract) divided by the product of A and B, as described below.

A.    the interim annuity unit value, determined on the transfer date, for the income change method in the Account Class to which the units are being transferred.

B.    the present value of an annuity of $1.00 per month, payable for as long as such annuity units are payable, beginning with the first payment scheduled from the new units, determined on the basis of interest at the effective annual rate of 4% and the mortality basis then in use for participants beginning income in CREF.

● **Switching:** When a participant receiving annuity benefits under one income change method switches annuity units to the other income change method within the same Account Class as of the last valuation day in any March, the number of annuity units payable under the

other income change method will be determined by multiplying A by B and dividing by C, as follows:

A.    The number of annuity units to be switched.

B.    The basic annuity unit value, determined as of the effective date of the switch, for the income change method in the Account Class from which the annuity units are being switched.

C.    The basic annuity unit value, determined as of the effective date of the switch, for the other income change method in the same Account Class.

## PRESENT VALUES OF UNIT-ANNUITIES

● **Commuted Values:** Under some CREF contracts and certificates, the present value of a unit-annuity may be calculated to provide a one-sum payment in lieu of any annuity payments remaining due to a beneficiary during a guaranteed period, or to an annuitant or beneficiary during the remainder of a fixed-period unit-annuity. The formula for the present value of a unit-annuity at the end of any valuation day is the actuarial present value, calculated on the basis of interest at the effective annual rate of 4%, of the unit-annuity payments due for the remainder of the guaranteed or fixed period.

► If the annuity units being commuted are payable under the annual income change method, the dollar amount is that scheduled to be paid through the following April 1, and, thereafter, the dollar amount is equal to the number of annuity units payable each month multiplied by the interim annuity unit value for the annual income change method as of the calculation date.

► If the annuity units being commuted are payable under the monthly income change method, the dollar amount is that scheduled to be paid for any payment that has already been valued on a prior payment valuation date for the monthly income change method, and, thereafter, the dollar amount is equal to the number of annuity units payable each month multiplied by the interim annuity unit value for the monthly income change method as of the calculation date.

● **Transfers to TIAA:** Some CREF contracts and certificates allow annuitants to transfer annuity units from a CREF account to a companion TIAA contract. The value used to determine benefits in TIAA will be the actuarial present value, calculated on the actuarial basis then in use for participants beginning income in CREF, of an annuity. The annuity will begin with the payment due after the next payment valuation date for the monthly income change method that is on or after the effective date of the transfer, and the annuity is payable for as long as the annuity units being transferred are payable.

► If the annuity units being transferred are payable under the annual income change method, the dollar amount used in the calculation is that scheduled to be paid through the

following April 1, and thereafter is equal to the number of annuity units payable each month multiplied by the interim annuity unit value for the annual income change method as of the effective date of the transfer.

▶ If the annuity units being transferred are payable under the monthly income change method, the dollar amount used in the calculation is equal to the number of annuity units payable each month multiplied by the interim annuity unit value for the monthly income change method as of the effective date of the transfer.

## REDETERMINATION OF NUMBER OF ANNUITY UNITS BECAUSE OF AN INCORRECT STATEMENT OF AGE

If a participant's date of birth, as stated in a CREF certificate under which unit-annuity payments are being made, is incorrect, the number of annuity units payable each month, beginning when the correction is made and continuing throughout the subsequent duration of the annuity, is appropriately redetermined by actuarial formula.

The redetermined number of annuity units is equal to the number of annuity units currently payable under each income change method from each Account Class multiplied by a factor equal to A minus B, all divided by C, as defined below. All present values are calculated as of the original commencement date of the unit-annuity, on the income option chosen and on the actuarial basis then in use.

A. The actuarial present value of an annuity due of $1 per month payable for as long as such annuity units are payable, based on the incorrect age that was used in the initial calculation.

B. The actuarial present value of an annuity due of $1 per month payable for as long as such annuity units are payable, but not beyond the correction date, based on the correct age as of the initial calculation date.

C. The actuarial present value of an annuity due of $1 per month payable after the correction date, for as long as such annuity units are payable, based on the correct age as of the initial calculation date.

*Roger W. Ferguson, Jr.*
*President and*
*Chief Executive Officer*