# EXHIBIT E



Stephen J. Campbell
Managing Consultant
Institutional Relationships

A Registered Representative of
TIAA-CREF Individual & Institutional
Services, LLC

730 Third Avenue
New York, NY 10017

**The fastest and easiest way we know to put more money toward your retirement.**
If you're like most informed investors, you know that investment company fees and expenses are a necessary cost of maintaining an account. To help you reduce your investment costs, TIAA-CREF is bringing our already low fees down even more. And lower fees means that more of your money can go to work for you for more potential and more opportunity in your retirement account.*

**What do you have to do to get these lower fees? Absolutely nothing.**
Because of the long-standing relationship between Yale University and TIAA-CREF, we are now able to bring you reduced fees by introducing a new, lower-cost share class of the mutual funds for your retirement plan. Best of all, there is **no action required by you**. If you are not invested in any of the funds listed in the chart on the next page, you are not affected by this change.

On *October 14, 2011*, your present mutual fund balances will be automatically invested in this new share class of funds. Your balances will remain 100% invested throughout the transition and your future contributions will be automatically allocated to the new share class funds exactly as you have instructed now. Of course, you can change your contribution allocation at any time.

**Everything you like about the retirement plan is staying the same.**
The investment strategies for this new class of funds are exactly the same as those currently available through the plan. Plus, you'll have the same opportunity to get objective, knowledgeable advice, the same online account management, and the same commitment from us to serve you now and throughout your retirement.

**See for yourself.**
The enclosed chart provides a list of the investment choices that will be available under the retirement plan, and shows the changes that will occur.

**Lower fees? Same great service? Why?**
We're dedicated to doing all we can to help you achieve the kind of retirement you want and deserve. In fact, for more than 90 years, TIAA-CREF has been providing financial services for people in the academic, medical, government, research and cultural fields.

*(Over, please)*

**Questions?**
If you have questions about these changes, or any other aspect of your account, please visit **www.tiaa-cref.org/yale**, or call us at **800 842-2252**. Consultants are available Monday to Friday from 8 a.m. to 10 p.m. and Saturday from 9 a.m. to 6 p.m. (ET).

Sincerely,

*[signature: Stephen J. Campbell]*

Stephen J. Campbell
Managing Consultant
Institutional Relationships

* Lower fees do not necessarily translate into higher returns.

**Investment, insurance and annuity products are not FDIC insured, are not bank guaranteed, are not bank deposits, are not insured by any federal government agency, are not a condition to any banking service or activity and may lose value.**

**TIAA-CREF products may be subject to market and other risk factors. See the applicable product literature or visit tiaa-cref.org for details.**

*You should consider the investment objectives, risks, charges and expenses carefully before investing. Please call 877 518-9161 or go to tiaa-cref.org for a current prospectus that contains this and other information. Please read the prospectus carefully before investing.*

TIAA-CREF Individual & Institutional Services, LLC and Teachers Personal Investors Services, Inc., members FINRA, distribute securities products. Annuity contracts and certificates are issued by Teachers Insurance and Annuity Association (TIAA) and College Retirement Equities Fund (CREF), New York, NY.

© 2011 Teachers Insurance and Annuity Association-College Retirement Equities Fund (TIAA-CREF), 730 Third Avenue, New York, NY 10017

| Yale University New Retirement Plan Investment Menu (Effective October 14, 2011) | | | | | |
|---|---|---|---|---|---|
| **Current Investment Choices (Premier Share Class)** | **Ticker Symbol** | **Net Expenses** | **New Investment Choices (Institutional Share Class)** | **Ticker Symbol** | **Net Expenses** |
| TIAA-CREF Growth & Income Fund - Premier | TRPGX | 0.64% | TIAA-CREF Growth & Income Fund - Institutional | TIGRX | 0.48% |
| TIAA-CREF Social Choice Equity Fund - Premier | TRPSX | 0.35% | TIAA-CREF Social Choice Equity Fund - Institutional | TISCX | 0.20% |
| TIAA-CREF International Equity Fund - Premier | TREPX | 0.68% | TIAA-CREF International Equity Fund - Institutional | TIIEX | 0.53% |
| TIAA-CREF Large-Cap Value Fund - Premier | TRCPX | 0.64% | TIAA-CREF Large-Cap Value Fund - Institutional | TRLIX | 0.49% |
| TIAA-CREF Mid-Cap Growth Fund - Premier | TRGPX | 0.67% | TIAA-CREF Mid-Cap Growth Fund - Institutional | TRPWX | 0.52% |
| TIAA-CREF Mid-Cap Value Fund - Premier | TRVPX | 0.64% | TIAA-CREF Mid-Cap Value Fund - Institutional | TIMVX | 0.49% |
| TIAA-CREF Real Estate Securities Fund - Premier | TRRPX | 0.71% | TIAA-CREF Real Estate Securities Fund - Institutional | TIREX | 0.56% |
| TIAA-CREF Small-Cap Equity Fund - Premier | TSRPX | 0.73% | TIAA-CREF Small-Cap Equity Fund - Institutional | TISEX | 0.57% |