# EXHIBIT F

June 2013

**Lower expense ratios for 11 funds in your retirement plan**

On July 15, 2013, the following funds in the Yale University 403(b)(7) Retirement Plan and the 457(b) Deferred Compensation Plan will become available at a lower cost to you:

- Vanguard Inflation-Protected Securities Fund
- Vanguard Total Bond Market Index Fund
- Vanguard 500 Index Fund
- Vanguard Total Stock Market Index Fund
- Vanguard Wellington™ Fund
- Vanguard PRIMECAP Fund
- Vanguard Windsor™ Fund
- Vanguard Windsor II Fund
- Vanguard Capital Opportunity Fund
- Vanguard Total International Stock Index Fund
- Vanguard Emerging Markets Stock Index Fund

The underlying investment portfolio for each fund will remain the same; the only difference will be the share class. The share class determines the expense ratio—the cost of running the fund, expressed as a percentage of the fund's assets, as of the most recent fiscal year.

**You benefit from lower expenses**
Expense ratios are important because, quite simply, cost matters. Reducing a fund's expense ratio can earn you a higher net return because expenses are deducted before you get your return. While you may not notice much difference in the short term, the difference becomes more pronounced the more you save and the longer you keep the money invested.

To demonstrate the advantage of a lower expense ratio, consider the following example. The chart below compares the returns of a $10,000 investment in two hypothetical funds. The funds are identical except for their expense ratios. The example assumes a 6% average annual return.

|  |  | Return on investment after . . . | |
| --- | --- | --- | --- |
| **Investment** | **Expense ratio** | **10 years** | **25 years** |
| **Fund A** | 0.25% | $7,467 | $30,322 |
| **Fund B** | 0.08% | $7,766 | $32, 069 |
| **Difference** | **0.17%** | **$299** | **$1,747** |

Note: This hypothetical example does not represent any particular investment and does not reflect any taxes or penalties that may be due upon distribution. Withdrawals from a tax-deferred plan before age 59½ are subject to a 10% federal penalty tax unless an exception applies.

**No action required**
Balances and future contributions invested in any of the current share classes listed will move to the new share classes automatically at market close on July 12.

**Expense ratio comparison**
This table compares the expense ratios of the current and new share classes as of March 31, 2013.

| Current fund share class | Current expense ratio | New fund share class | New expense ratio | Savings per $1,000 invested |
|---|---|---|---|---|
| Vanguard Inflation-Protected Securities Fund Investor Shares | 0.20% | Vanguard Inflation-Protected Securities Fund Institutional Shares | 0.07% | $1.30 |
| Vanguard Total Bond Market Index Fund Investor Shares | 0.22% | Vanguard Total Bond Market Index Fund Institutional Shares | 0.07% | $1.50 |
| Vanguard 500 Index Fund Investor Shares | 0.17% | Vanguard Institutional Index Fund Institutional Shares* | 0.04% | $1.30 |
| Vanguard Total Stock Market Index Fund Investor Shares | 0.18% | Vanguard Total Stock Market Index Fund Institutional Shares | 0.05% | $1.30 |
| Vanguard Wellington Fund Investor Shares | 0.25% | Vanguard Wellington Fund Admiral™ Shares | 0.17% | $0.80 |
| Vanguard PRIMECAP Fund Investor Shares | 0.45% | Vanguard PRIMECAP Fund Admiral Shares | 0.36% | $0.90 |
| Vanguard Windsor Fund Investor Shares | 0.41% | Vanguard Windsor Fund Admiral Shares | 0.31% | $1.00 |
| Vanguard Windsor II Fund Investor Shares | 0.35% | Vanguard Windsor II Fund Admiral Shares | 0.27% | $0.80 |
| Vanguard Capital Opportunity Fund Investor Shares | 0.48% | Vanguard Capital Opportunity Fund Admiral Shares | 0.41% | $0.70 |
| Vanguard Total International Stock Index Fund Investor Shares | 0.22% | Vanguard Total International Stock Index Fund Institutional Shares | 0.12% | $1.00 |
| Vanguard Emerging Markets Stock Index Fund Investor Shares | 0.33% | Vanguard Emerging Markets Stock Index Fund Institutional Shares | 0.12% | $2.10 |

*The institutional share class of Vanguard 500 Index Fund is called Vanguard Institutional Index Fund Institutional Shares.

**A note about risk**
All investing is subject to risk, including possible loss of principal. While U.S. Treasury or government agency securities provide substantial protection against credit risk, they do not protect investors against price changes due to changing interest rates. Although the market values of government securities are not guaranteed and may fluctuate, these securities are guaranteed as to the timely payment of principal and interest. Bond funds are subject to the risk that an issuer will fail to make payments on time, and that bond prices will decline because of rising interest rates or negative perceptions of an issuer's ability to make payments. Investments in stocks or bonds issued by non-U.S. companies are subject to risks including country/regional risk and currency risk. These risks are especially high in emerging markets.

**Connect with Vanguard®**
Vanguard Participant Services associates are available to assist you at **800-523-1188** Monday through Friday from 8:30 a.m. to 9 p.m., Eastern time.

Vanguard

*For more information about any fund, including investment objectives, risks, charges, and expenses, call Vanguard at 800-523-1188 to obtain a prospectus. The prospectus contains this and other important information about the fund. Read and consider the prospectus information carefully before you invest. You can also download Vanguard fund prospectuses at vanguard.com.*

© 2013 The Vanguard Group, Inc. All rights reserved. Vanguard Marketing Corporation, Distributor of the Vanguard Funds.