# EXHIBIT G

August 2014

**Lower expense ratios for seven funds in your retirement plan**

Great news! On October 1, 2014, the following funds in the Yale University 403(b)(7) Retirement Plan and the 457(b) Deferred Compensation Plan will become available at a lower cost:

- Vanguard Prime Money Market Fund
- Vanguard Health Care Fund
- Vanguard Wellesley® Income Fund
- Vanguard International Growth Fund
- Vanguard REIT Index Fund
- Vanguard Energy Fund
- Vanguard Extended Market Index Fund

**A note about risk**
Funds that concentrate on a relatively narrow market sector face the risk of higher share-price volatility. Investments in stocks or bonds issued by non-U.S. companies are subject to risks including country/regional risk and currency risk.

The underlying investment portfolio for each fund will remain the same; the only difference will be the share class. Different share classes have different expense ratios—the cost of running the fund, expressed as a percentage of the fund's assets, as of the most recent fund prospectus.

**You benefit from lower expenses**
Expense ratios are important because, quite simply, cost matters. Reducing a fund's expense ratio means you get to keep more of what you earn. While you may not notice much difference in the short term, the difference becomes more noticeable the more you save and the longer you keep the money invested, depending upon the returns of your investments.

**No action required**
Balances and contributions invested in any of the current share classes listed will move to the new share classes automatically.

**Expense ratio comparison**
The following table compares the expense ratios of the current and new share classes as of
June 30, 2014.

| Fund name | Current share class | Expense ratio | New share class | Expense ratio | Savings per $1,000 invested |
|---|---|---|---|---|---|
| Vanguard Prime Money Market Fund | Investor | 0.17% | Institutional | 0.10% | $0.70 |
| Vanguard Health Care Fund | Investor | 0.35% | Admiral™ | 0.30% | $0.50 |
| Vanguard Wellesley Income Fund | Investor | 0.25% | Admiral | 0.18% | $0.70 |
| Vanguard International Growth Fund | Investor | 0.48% | Admiral | 0.35% | $1.30 |
| Vanguard REIT Index Fund | Investor | 0.24% | Institutional | 0.08% | $1.60 |
| Vanguard Energy Fund | Investor | 0.38% | Admiral | 0.32% | $0.60 |
| Vanguard Extended Market Index Fund | Investor | 0.24% | Institutional | 0.08% | $1.60 |

**A note about risk**
All investing is subject to risk, including the possible loss of the money you invest.

**Don't forget your annual checkup**
Your financial circumstances and goals can change, and the relative values of your investments are always changing. This can shift your investment mix quite a bit from the ideal investment path for you. Now may be a good time to check your account and rebalance if necessary. Need help finding an asset allocation? Complete Vanguard's Investor Questionnaire at **vanguard.com/assetmix**. You can rebalance:

- **Online.** Log on to your account at **vanguard.com/retirementplans**. Not yet registered for immediate, secure online account access? You will need your plan number, **090271**.
- **On your mobile device.** Go to **vanguard.com/bemobile** to download the Vanguard app so you can access your account on the go.
- **By phone.** Call **800-523-1188** to reach Vanguard's 24-hour interactive VOICE® Network. You'll need your Social Security number and a personal identification number (PIN) to use VOICE. To create a PIN, follow the prompts. Or you can speak with a Vanguard Participant Services associate Monday through Friday from 8:30 a.m. to 9 p.m., Eastern time.

Join the Vanguard community on our social media channels. You'll have access to Vanguard experts and be able to get up-to-the-minute news and views, attend live web events, participate in live chats, and interact with other Vanguard investors.

**Connect with Vanguard®**
Vanguard Participant Services associates are available to assist you at **800-523-1188** Monday through Friday from 8:30 a.m. to 9 p.m., Eastern time.

Sincerely,

Vanguard

*For more information about any fund, including investment objectives, risks, charges, and expenses, call Vanguard at 800-523-1188 to obtain a prospectus. The prospectus contains this and other important information about the fund. Read and consider the prospectus information carefully before you invest. You can also download Vanguard fund prospectuses at vanguard.com.*

*An investment in a money market fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. Although a money market fund seeks to preserve the value of your investment at $1 per share, it is possible to lose money by investing in such a fund.*

© 2014 The Vanguard Group, Inc. All rights reserved. Vanguard Marketing Corporation, Distributor of the Vanguard Funds.