# EXHIBIT H



Yale HUMAN RESOURCES

PO Box 208256
New Haven, CT 06520-8256

July 22, 2016

Dear Colleague,

You have holdings in a Vanguard money market fund in your Yale Retirement Savings Plan. Effective August 1, 2016, Yale's retirement savings plans will be consolidating all Vanguard Money Market Funds into the Vanguard Federal Money Market Fund – Investor (VMFXX).

Recent Securities and Exchange Commission (SEC) rule changes result in the plans no longer offering the Vanguard Prime Money Market and Vanguard Treasury Money Market Funds. All assets held in these two funds will transfer to the Vanguard Federal Money Market Fund – Investor (VMFXX), and the Vanguard Prime and Treasury Money Market Funds will close, effective August 1, 2016.

If you have any questions about your account or your money market funds, call TIAA at **855-250-5424**.

## Consult with a TIAA advisor and invest for the long term

Take this opportunity to review your Retirement Savings Plan portfolio and your investments including your money market funds. A one-on-one consultation with a TIAA advisor can help you with your retirement strategy and goals. To schedule a one-on-one session, call **800-732-8353**, weekdays, 8 a.m. to 8 p.m. (ET), or schedule a meeting online at **TIAA.org/schedulenow**.

Sincerely,

Hugh Penney
Senior Director, Compensation and Benefits



PO Box 208256
New Haven, CT 06520-8256

July 1, 2016

Dear Colleague,

This notice is to inform you about upcoming changes to the investment menus in your Yale University Retirement Account Plan (YURAP), Yale University Matching Retirement Plan, Yale University Tax-Deferred 403(b) Savings Plan and Yale University 457(b) Deferred Compensation Plan, **effective August 1, 2016**.

> **THESE CHANGES WILL BE MADE AUTOMATICALLY AND NO ACTION IS REQUIRED.**
>
> **Please contact TIAA at 855-250-5424, weekdays, 8 a.m. to 10 p.m., or Saturdays, 9 a.m. to 6 p.m. (ET) if you have questions.**

## Vanguard Target Retirement Fund Changes

The retirement plan(s) will replace its lineup of Vanguard Target Retirement Funds with Vanguard Institutional Target Retirement Funds. Vanguard Institutional Target Retirement Funds work the same way as Target Retirement Funds but cost less to own. The current funds on the left side of the chart will be replaced by the lower-cost funds, shown on the right.

Your current assets and any future contributions in the funds on the left will be directed to the new funds on the right, effective August 1, 2016. Please note that you can change your investment options at any time.

| Your existing assets in these current funds … | Ticker | Will transfer to the funds below effective August 1, 2016 | Ticker |
|---|---|---|---|
| Vanguard Target Retirement 2010 Fund | VTENX | Vanguard Institutional Target Retirement 2010 Fund | VIRTX |
| Vanguard Target Retirement 2015 Fund | VTXVX | Vanguard Institutional Target Retirement 2015 Fund | VITVX |
| Vanguard Target Retirement 2020 Fund | VTWNX | Vanguard Institutional Target Retirement 2020 Fund | VITWX |
| Vanguard Target Retirement 2025 Fund | VTTVX | Vanguard Institutional Target Retirement 2025 Fund | VRIVX |
| Vanguard Target Retirement 2030 Fund | VTHRX | Vanguard Institutional Target Retirement 2030 Fund | VTTWX |
| Vanguard Target Retirement 2035 Fund | VTTHX | Vanguard Institutional Target Retirement 2035 Fund | VITFX |
| Vanguard Target Retirement 2040 Fund | VFORX | Vanguard Institutional Target Retirement 2040 Fund | VIRSX |
| Vanguard Target Retirement 2045 Fund | VTIVX | Vanguard institutional Target Retirement 2045 Fund | VITLX |
| Vanguard Target Retirement 2050 Fund | VFIFX | Vanguard Institutional Target Retirement 2050 Fund | VTRLX |
| Vanguard Target Retirement 2055 Fund | VFFVX | Vanguard Institutional Target Retirement 2055 Fund | VIVLX |
| Vanguard Target Retirement 2060 Fund | VTTSX | Vanguard Institutional Target Retirement 2060 Fund | VILVX |
| Vanguard Target Retirement Income Fund | VTINX | Vanguard Institutional Target Retirement Income Fund | VITRX |

## Share Class Change

The Vanguard Developed Markets Index Fund – Admiral Shares will be replaced by the Vanguard Developed Markets Index Fund - Institutional Shares, a lower cost share class shown on the right.

Your current assets and any future contributions in the fund on the left will be directed to the new fund on the right, effective August 1, 2016. While the investment strategy of the fund will not change, the expense ratio and overall expense of the fund will be reduced. Please note that you can change your investment options at any time.

| Your existing assets in the current fund and share class… | Ticker | Will transfer to the new share class effective August 1, 2016 | Ticker |
|---|---|---|---|
| Vanguard Developed Markets Index Fund – Admiral | VTMGX | Vanguard Developed Markets Index Fund – Institutional | VTMNX |

## Vanguard Money Market Fund Changes

The Securities and Exchange Commission (SEC) has made rule changes that require the money market fund lineup to change. As a result, we will no longer offer the Vanguard Prime Money Market and Vanguard Treasury Money Market Funds. Your current assets and any future contributions in the funds on the left will be directed to the new fund on the right, effective August 1, 2016. Please note that you can change your investment options at any time.

| Your existing assets in these current Money Market funds… | Ticker | Will transfer to this Money Market fund effective August 1, 2016 | Ticker |
|---|---|---|---|
| Vanguard Prime Money Market Fund – Admiral[1] | VMRXX | Vanguard Federal Money Market Fund- Investor[2] | VMFXX |
| Vanguard Treasury Money Market Fund – Investor[1] | VUSXX | | |

[1] The Vanguard Prime Money Market Fund- Admiral and the Vanguard Treasury Money Market Fund- Investor will be closed after the transfers are complete.

[2] The Vanguard Federal Money Market Fund- Investor which is currently closed to new investment will reopen effective August 1, 2016.

## CREF Money Market Update

Also in response to the rule changes, the CREF Money Market Account will be converted to a government type money market account by October 14, 2016. Additionally, since 2009 the CREF Money Market Account has been voluntarily waiving some administrative expenses on assets in the Account to help avoid negative yields in a persistently low interest rate environment. The voluntary expense waiver will end by April 2017, or sooner, if interest rates rise sufficiently to produce a net positive yield.

These changes will have no effect on your current account balance, and your investment allocations will remain the same. However, ending the expense waiver may cause the CREF Money Market Account to experience future negative yields if interest rates don't rise sufficiently.

## New TIAA-CREF Lifecycle Fund

The TIAA-CREF Lifecycle 2060 Fund – Institutional will be added to the Yale University Retirement Savings Plans and available for investment effective August 1, 2016.

| New Lifecycle fund | Ticker |
|---|---|
| TIAA-CREF Lifecycle 2060 Fund – Institutional | TLXNX |

## Learn more about these updates and how they may impact your account.

Online:
To learn more about the funds, go to **TIAA.org/yale**. Under *Investment Choices*, click *Learn about your choices*, select your Plan name, and click *Compare Investment Performance*. To update your retirement portfolio online, log in to the secure website at **TIAA.org/yale**, where you can change the direction of future contributions, transfer existing assets and review your beneficiary election(s). New users will need to register.

Phone:
If you prefer, you can update your retirement portfolio by calling TIAA at **855-250-5424**, weekdays, 8 a.m. to 10 p.m., or Saturdays, 9 a.m. to 6 p.m. (ET).

In person:
To schedule an individual one-on-one session, call **800-732-8353**, weekdays, 8 a.m. to 8 p.m. (ET), or schedule a meeting online at **TIAA.org/schedulenow**.

If you have any questions about this notice or your Yale Retirement Savings Plans, call TIAA at **855-250-5424**.

Sincerely,

Hugh Penney
Senior Director, Compensation and Benefits

**Important Note:** If you have a foreign mailing address on file, there may be restrictions on investing in the new options. If you have a legitimate U.S. mailing address in Puerto Rico, or an Army Post Office (APO), Diplomatic Post Office (DPO), or Fleet Post Office (FPO) box, the restrictions may not apply to you. Please call TIAA for more information at **800-842-2252**, weekdays, 8 a.m. to 10 p.m. or Saturdays, 9 a.m. to 6 p.m. or Saturdays, 8 a.m. to 5 p.m. (ET)