IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI, NANCY S. LOWERS, JAN M. TASCHNER, and JAMES MANCINI, individually and as representatives of a class of participants and beneficiaries on behalf of the Yale University Retirement Account Plan,<br><br>   *Plaintiffs,*<br><br> v.<br><br>YALE UNIVERSITY, MICHAEL A. PEEL, and THE RETIREMENT PLAN FIDUCIARY COMMITTEE,<br><br>   *Defendants.* | Civil Action No. 3:16-cv-01345-AWT<br><br><br>Hon. Alvin W. Thompson |

**DEFENDANTS' CONSENT MOTION TO SEAL UNREDACTED EXHIBITS**

Pursuant to Fed. R. Civ. P. 5.2(e)(2), Defendants Yale University et al. respectfully move this Court to seal docket entries 61-3 and 61-12. Those exhibits contain the date of an individual's birth in unredacted format. Redacted versions have been substituted as docket entries 62-3 and 62-12, but it is necessary to seal the incorrect exhibits to avoid the disclosure of the birthdates.

Plaintiffs consent to the relief requested herein.

Dated: January 24, 2017

             Respectfully submitted,

             */s/ Brian D. Netter*
             Brian D. Netter (phv08476)
              bnetter@mayerbrown.com
             MAYER BROWN LLP
             1999 K Street NW
             Washington, DC 20006-1101
             Telephone: (202) 263-3000
             Facsimile: (202) 263-3300

## CERTIFICATE OF SERVICE

I hereby certify that, on January 24, 2017, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

By: /s/ *Brian D. Netter*
Brian D. Netter