**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

JOSEPH VELLALI *et al.*,

*Plaintiffs*,

  v.

YALE UNIVERSITY *et al.*,

*Defendants*.

Civil Action No. 3:16-cv-01345-AWT

Hon. Alvin W. Thompson

### DECLARATION OF JEROME J. SCHLICHTER IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

I, Jerome J. Schlichter, declare pursuant to 28 U.S.C. §1746 that the factual statements set forth below are true and correct based upon my own personal knowledge or upon my review of the records and files pertinent to this case maintained by the law firm Schlichter, Bogard & Denton LLP, which represents the Plaintiffs in this case. If called and sworn as a witness, I would competently testify to these facts. I respectfully submit this declaration in support of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss.

1. I am the founding and managing partner of Schlichter, Bogard & Denton LLP. I am licensed to practice in all Courts of the State of Missouri, Illinois, and California, as well as numerous federal courts. I am admitted pro hac vice in this matter.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Hearing Transcript, 2/16/17, *Sacerdote v. NYU*, No. 16-6284, ECF No. 59 at 31:3–23 (S.D.N.Y. Mar. 8, 2017).

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from The Evolution of your Yale University Retirement Program, which is available at http://docplayer.net/12889050-Evolution-the-of-your-yale-university-retirement-program.html.

4.   Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the 2010-15 Form 5500s for the Yale University Retirement Account Plan filed annually with the U.S. Department of Labor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th Day of March, 2017 in St. Louis, Missouri.

/s/ Jerome J. Schlichter