```
G2fnsacc                                                              1
```

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   DR. ALAN SACERDOTE, *et al.*,

4              Plaintiffs,

5         v.                              16 Cv. 6284 (KBF)

6   NEW YORK UNIVERSITY,

7              Defendant.

8   ------------------------------x
                                          New York, N.Y.
9                                         February 16, 2016
                                          11:00 a.m.
10
    Before:
11
                    HON. KATHERINE B. FORREST,
12
                                          District Judge
13
                       TELEPHONIC APPEARANCES
14
    SCHLICHTER BOGARD & DENTON, LLP
15       Attorneys for Plaintiffs
    BY:  JEROME J. SCHLICHTER
16       SEAN SOYARS
         ANDREW D. SCHLICHTER
17


18

    DLA PIPER US, LLP
19       Attorneys for Defendant
    BY:  MARK MUEDEKING
20       IAN TAYLOR
         EVAN D. PARNESS
21

22

23

24

25

                    SOUTHERN DISTRICT REPORTERS, P.C.
                             (212) 805-0300

Exhibit 1

G2fnsacc

1   the fees, OK, that there is no reasonable basis to infer that
2   there were high-cost fees.
3              I mean, as we pointed out, and your Honor may wish to
4   consider this or may not, but both TIAA and Vanguard funds here
5   in question are known as low-cost providers of funds.  I
6   realize that is not in the complaint, but it certainly is
7   something I would ask the Court to take judicial notice of.
8              THE COURT:  I can't.  You would get into too much
9   trouble.  You wouldn't want me to.  I am not taking anything
10  into account that is not fairly taken into account.
11             MR. MEUDEKING:  Very well, your Honor.
12             THE COURT:  I was the one who litigated the *Chambers*
13  *v. Time Warner* case.  That was back in the day.
14             MR. MEUDEKING:  Yes.
15             THE COURT:  That was case where Judge Rakoff had
16  something handed to him by the plaintiffs during oral argument
17  on a motion to dismiss which he said in his decision I am not
18  going to take into consideration, but even if I did, my result
19  would be the same, and the Second Circuit returned the case to
20  him and we started all over again.  Life was eventually fine.
21  It came out OK, but it took a long time.
22             MR. MEUDEKING:  Fair enough.
23             THE COURT:  So I am careful with that.
24             The point -- and as you are talking I'm trying to
25  think, Mr. Muedeking, about different analogies.  I don't know

Exhibit 1