

The
# evolution
of your Yale University Retirement Program

Yale

Exhibit 2

# Frequently asked questions

## Are the new share classes of funds managed any differently than the ones I have now? Do they earn more or less?

There is no difference in the investment strategy between the different share classes of the same fund. The investment expenses of the new share class are lower, thereby giving your portfolio more earning potential.*

## Are the new share classes actually a different fund than what I have now?

No. A mutual fund may offer multiple share classes. Regardless of share class, each shareholder owns a pro rata share of the fund's investment portfolio. Each share class has a unique ticker symbol and is registered with the Securities Exchange Commission (SEC) as a separate share class of the existing mutual fund. So, while the fund ticker will change on or about April 8, 2015, you are still investing in the same fund, just within a different share class.

## Are there any withdrawal restrictions from the Retirement Program?

The withdrawal rules are not changing. Distributions from the 403(b) Plans before age 59½, severance from employment, death or disability may be prohibited, limited and/or subject to substantial tax penalties. Different restrictions may apply to other types of plans. For more information, call 855 250-5424, Monday through Friday, 8 a.m. – 10 p.m., or Saturday, 9 a.m. – 6 p.m. (ET).

## What if I am receiving a recurring payment from Vanguard?

If you are currently receiving required minimum distributions or systematic withdrawals from your account at Vanguard, TIAA-CREF will use information provided by Vanguard to continue these recurring payments. Every attempt will be made to ensure that there will be no interruption in payments, and you will receive a separate communication confirming the transfer of your recurring payment from Vanguard as recordkept by TIAA-CREF.

## What if I am a participant in the 457(b) Plan?

If you are eligible for the Yale University 457(b) Plan, you should be aware that all of the updates to the 403(b) Plans also apply to the 457(b) Deferred Compensation Plan, with the exception of the Roth feature.

## When will the Roth feature be available?

A Roth after-tax contribution feature is being added to the three 403(b) Plans [Yale University Retirement Account Plan (YURAP), the Yale University Tax-Deferred 403(b) Savings Plan, and the Yale University Matching Retirement Plan] later this Summer. More information will be available soon.

*Lower expenses do not necessarily translate into higher returns.

Exhibit 2

# Yale University Retirement Program Transfer Strategy

## Lower-cost share classes

Yale is now able to offer certain Vanguard investments at a lower cost to you through the consolidated investment platform at TIAA-CREF.

The chart below lists the Vanguard funds affected, including the expense ratios. If you are invested in any of these funds, your current balances and future contributions will automatically be directed to the lower-cost share class of the same fund.

The underlying investment portfolio for each fund will remain the same; the only difference will be the share class. Different share classes have different expense ratios – the cost of running the fund, expressed as a percentage of the fund's assets, as of the most recent fund prospectus.

## What this means for you

No action is required on your part. If your investments are affected by these changes, you will receive a confirmation by mail from TIAA-CREF. As always, you can change your investment choices for future contributions and transfer existing balances at any time, except during the Quiet Period.

**The following Vanguard mutual funds will be offered in a lower-cost share class through TIAA-CREF:**

| Vanguard Investment at Time of Asset Transfer | Ticker Symbol | Current Net Expense Ratio* | | Lower-Cost Share Class Vanguard Investment on TIAA-CREF Platform | Ticker Symbol | New Expense Ratio* |
|---|---|---|---|---|---|---|
| Vanguard Balanced Index Fund - Investor | VBINX | 0.24% | ▸ | Vanguard Balanced Index Fund - Institutional | VBAIX | 0.08% |
| Vanguard Developed Markets Index Fund - Investor | VDVIX | 0.20% | ▸ | Vanguard Developed Markets Index Fund - Admiral | VTMGX | 0.09% |
| Vanguard Equity Income Fund - Investor | VEIPX | 0.30% | ▸ | Vanguard Equity Income Fund - Admiral | VEIRX | 0.21% |
| Vanguard European Stock Index Fund - Investor | VEURX | 0.26% | ▸ | Vanguard European Stock Index Fund - Institutional | VESIX | 0.09% |
| Vanguard Explorer Fund - Investor | VEXPX | 0.52% | ▸ | Vanguard Explorer Fund - Admiral | VEXRX | 0.35% |
| Vanguard GNMA Fund - Investor | VFIIX | 0.21% | ▸ | Vanguard GNMA Fund - Admiral | VFIJX | 0.11% |
| Vanguard Growth & Income Fund - Investor | VQNPX | 0.36% | ▸ | Vanguard Growth & Income Fund - Admiral | VGIAX | 0.26% |
| Vanguard Growth Index Fund - Investor | VIGRX | 0.24% | ▸ | Vanguard Growth Index Fund - Institutional | VIGIX | 0.08% |
| Vanguard High-Yield Corporate Fund - Investor | VWEHX | 0.23% | ▸ | Vanguard High-Yield Corporate Fund - Admiral | VWEAX | 0.13% |
| Vanguard Intermediate-Term Bond Index Fund - Investor | VBIIX | 0.20% | ▸ | Vanguard Intermediate-Term Bond Index Fund - Institutional | VBIMX | 0.07% |

Exhibit 2