IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI, NANCY S. LOWERS, JAN M. TASCHNER, AND JAMES MANCINI, individually and as representatives of a class of participants and beneficiaries on behalf of the Yale University Retirement Account Plan,<br><br>       *Plaintiffs*,<br>v.<br><br>YALE UNIVERSITY, MICHAEL A. PEEL, AND THE RETIREMENT PLAN FIDUCIARY COMMITTEE,<br><br>       *Defendants*. | Civil Action No. 3:16-cv-01345-AWT<br><br><br>PLAINTIFFS' MOTION TO EXCLUDE CERTAIN DOCUMENTS AND EXHIBITS RELIED ON IN MOTION TO DISMISS<br><br>H. Alvin W. Thompson |

  Pursuant to Rule 12(d) of the Federal Rules of Civil Procedure, Plaintiffs Joseph Vellali, Nancy S. Lowers, Jan M. Taschner, and James Mancini ("Plaintiffs") hereby move the Court to exclude certain documents[1] attached to the Declaration of Hugh K. Penney, in Support of Defendants' Motion to Dismiss, as well as references to these documents in the Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint ("Defendants' MIS").[2] Plaintiffs additionally move to exclude Defendants' arguments which rely on the truth of the matter asserted in documents that are either incorporated by reference in Plaintiffs' Amended Complaint or that may be judicially noticed for their contents. Finally, Plaintiffs move to exclude

---

[1] Specifically, Plaintiffs request Defendants' Exhibits A, E, F, G, H, and J to be excluded entirely as these documents should not be considered by the Court in deciding on Defendants' motion to dismiss.

[2] Rule 12(d) provides that "[i]f on a motion under Rule 12(b)(6) or 12(c), matters outside the pleadings are presented to and not excluded by the court, the motion must be treated as one for summary judgment under Rule 56[,]" and "[a]ll parties must be given a reasonable opportunity to present all the material that is pertinent to the motion." Fed. R. Civ. P. 12(d).

the extra-pleading internet source materials and other extraneous documents referenced extensively in Defendants' MIS as well as any arguments therein which reference or rely upon such extra-pleading materials that are not properly subject to judicial notice.

This motion is based on the memorandum of law filed concurrently herewith pursuant to Rule 7(a) of the Local Rules of Civil Procedure for the United States District Court of Connecticut.

Dated: March 27, 2017                Respectfully submitted,

By: /s/ Jerome J. Schlichter
Jerome J. Schlichter (phv01476)
SCHLICHTER BOGARD & DENTON, LLP
Michael A. Wolff (phv08418)
Troy A. Doles (phv02336)
Heather Lea, (phv08416)
Kurt C. Struckhoff (phv08417)
Sean E. Soyars (phv08419)
100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
Telephone: (314) 621-6115
Facsimile: (314) 621-5934
jschlichter@uselaws.com
mwolff@uselaws.com
tdoles@uselaws.com
hlea@uselaws.com
kstruckhoff@uselaws.com
ssoyars@uselaws.com

Stuart M. Katz (ct12088)
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
Telephone: (203) 368-0211
Facsimile: (203) 337-5505
skatz@cohenandwolf.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2017, a copy of foregoing was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

By: /s/ Jerome J. Schlichter
Jerome J. Schlichter