IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI et al.,<br><br>    *Plaintiffs,*<br><br>  v.<br><br>YALE UNIVERSITY et al.,<br><br>    *Defendants.* | Civil Action No. 3:16-cv-01345-AWT<br><br><br>Hon. Alvin W. Thompson |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE TIME
TO RESPOND TO PLAINTIFFS' MOTION TO EXCLUDE CERTAIN
DOCUMENTS AND EXHIBITS RELIED ON IN MOTION TO DISMISS**

Defendants Yale University et al. ("Defendants") respectfully move this Court for a 14-day extension of the time to respond to Plaintiffs' Motion to Exclude Certain Documents and Exhibits Relied on in Motion to Dismiss.

In support of this motion, Defendants state as follows:

1. This action was filed on August 9, 2016.  (ECF No. 1.)  Plaintiffs filed the Amended Complaint on December 9, 2016.  (ECF No. 57.)

2. On January 24, 2017, Defendants moved to dismiss the Amended Complaint.  (ECF No. 62.)

3. Thereafter, the parties moved jointly to set the following briefing schedule, which the Court approved (ECF No. 66):

   Plaintiffs' Opposition: March 27, 2017
   Defendants' Reply: May 1, 2017

4. On March 27, 2017, Plaintiffs filed both their opposition to Defendants' motion to dismiss and a separate motion to exclude certain documents relied upon

in the motion to dismiss.

5.    Defendants respectfully request a 14-day extension of the deadline for responding to the motion to exclude, so that the deadline for that response is May 1, 2017—the same date that Defendants' reply memorandum in support of their motion to dismiss is due.

6.    Plaintiffs have authorized Defendants to represent that they do not oppose the relief requested by this motion.

7.    Defendants have not previously requested to extend this deadline. Wherefore, Defendants' motion should be granted.

Dated: March 30, 2017

Nancy G. Ross (ct14373)
James C. Williams (ct23292)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600

Facsimile: (312) 701-7711

Respectfully submitted,

*/s/ Brian D. Netter*
Brian D. Netter (phv08476)
   bnetter@mayerbrown.com
Michelle N. Webster (phv08475)
Travis Crum (phv08550)
Matthew A. Waring (phv08551)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 30, 2017, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice to all counsel of record of the filing.

By:   */s/ Brian D. Netter*
     Brian D. Netter