## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

JOSEPH VELLALI *et al*.,

                              *Plaintiffs*,

 v.

YALE UNIVERSITY *et al*.,

                              *Defendants*.

No. 3:16-cv-01345-AWT

Hon. Alvin W. Thompson

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF REGARDING
## ADDITIONAL AUTHORITIES SUPPORTING DENIAL OF MOTION TO DISMISS

In its motion to dismiss, Yale notes that this is one of twelve ERISA cases brought by employees of universities over excessive fees and imprudent investments in their retirement plans. Doc. 62-1 at 9 [ECF page number]. Courts in two of those cases have now denied, in substantial part, the universities' motions to dismiss. *Henderson v. Emory Univ*., No. 16-2920, Doc. 61 at 1–3, 5–18, 21–22, 25–26 (N.D. Ga. May 10, 2017); *Clark v. Duke Univ*., No. 16-1044, Doc. 48 at 1, 3, 5 (M.D.N.C. May 11, 2017).

Because these decisions address claims and arguments that are similar to those currently pending before this Court, Plaintiffs believe that these cases may be helpful to the Court in resolving Yale's motion to dismiss. In accordance with the Court's Pretrial Preferences, Plaintiffs move that the Court grant leave to file a short supplemental brief regarding these cases. Plaintiffs' proposed supplemental brief and copies of the orders are attached.

May 17, 2017                              Respectfully submitted,

                              /s/ Jerome J. Schlichter
                              Jerome J. Schlichter (phv01476)
                              SCHLICHTER BOGARD & DENTON, LLP
                              Michael A. Wolff (phv08418)
                              Sean E. Soyars (phv08419)
                              100 South Fourth Street, Suite 1200
                              St. Louis, Missouri 63102

Telephone: (314) 621-6115
Facsimile: (314) 621-5934
jschlichter@uselaws.com
mwolff@uselaws.com
ssoyars@uselaws.com

Stuart M. Katz (ct12088)
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
Telephone: (203) 368-0211
Facsimile: (203) 337-5505
skatz@cohenandwolf.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2017, a copy of foregoing was filed electronically using the

Court's CM/ECF system, which will provide notice of the filing to all counsel of record.


By: /s/ Jerome J. Schlichter
Jerome J. Schlichter