# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI, NANCY S. LOWERS, JAN M. TASCHNER, and JAMES MANCINI, individually and as representatives of a class of participants and beneficiaries on behalf of the Yale University Retirement Account Plan,<br><br>*Plaintiffs*,<br><br>v.<br><br>YALE UNIVERSITY, MICHAEL A. PEEL, and THE RETIREMENT PLAN FIDUCIARY COMMITTEE,<br><br>*Defendants*. | Civil Action No. 3:16-cv-01345-AWT<br><br><br><br>Hon. Alvin W. Thompson |

## DEFENDANTS' MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF REGARDING ADDITIONAL AUTHORITIES [DKT. 78]

With the Court's leave, Plaintiffs have filed a "supplemental brief" addressing two recent decisions by district courts outside the Second Circuit. *See* Dkt. 78. Defendants respectfully request that the Court grant Defendants leave to file the attached response.

Dated: May 31, 2017

Nancy G. Ross (ct14373)
James C. Williams (ct23292)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

Respectfully submitted,

*/s/ Brian D. Netter*
Brian D. Netter (phv08476)
 bnetter@mayerbrown.com
Michelle N. Webster (phv08475)
Travis Crum (phv08550)
Matthew A. Waring (phv08551)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 31, 2017, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

    /s/ *Brian D. Netter*
    Brian D. Netter