IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI, NANCY S. LOWERS, JAN M. TASCHNER, and JAMES MANCINI, individually and as representatives of a class of participants and beneficiaries on behalf of the Yale University Retirement Account Plan,<br><br>*Plaintiffs*,<br><br>v.<br><br>YALE UNIVERSITY, MICHAEL A. PEEL, and THE RETIREMENT PLAN FIDUCIARY COMMITTEE,<br><br>*Defendants*. | Civil Action No. 3:16-cv-01345-AWT<br><br><br>Hon. Alvin W. Thompson |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF REGARDING ADDITIONAL AUTHORITY SUPPORTING THE MOTION TO DISMISS [DKT. 62]**

Defendants' motion to dismiss relies in part on *White v. Chevron Corp.*, 2016 WL 4502808 (N.D. Cal. Aug. 29, 2016), which dismissed ERISA claims similar to Plaintiffs' claims in this case. The plaintiffs there amended their complaint, and the court recently dismissed the amended complaint, this time with prejudice. *See White v. Chevron Corp.*, No. 16-cv-0793-PJH (N.D. Cal. May 31, 2017). Defendants submit that the second *White* decision will be helpful to this Court as it considers the motion to dismiss. Accordingly, as required by the Court's Pretrial Preferences, defendants respectfully move for leave to file a supplemental brief addressing the new decision in *White*. The proposed supplemental brief and a copy of the *White* decision are attached.

| Dated: June 30, 2017 | Respectfully submitted, |
|---|---|
| | */s/ Brian D. Netter* |
| Nancy G. Ross (ct14373) | Brian D. Netter (phv08476) |
| James C. Williams (ct23292) |   bnetter@mayerbrown.com |
| MAYER BROWN LLP | Michelle N. Webster (phv08475) |
| 71 South Wacker Drive | Travis Crum (phv08550) |
| Chicago, Illinois 60606-4637 | Matthew A. Waring (phv08551) |
| Telephone: (312) 782-0600 | MAYER BROWN LLP |
| Facsimile: (312) 701-7711 | 1999 K Street NW |
| | Washington, DC 20006-1101 |
| | Telephone: (202) 263-3000 |
| | Facsimile: (202) 263-3300 |

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that, on June 30, 2017, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

                                                         By:  /s/ *Brian D. Netter*
                                                                     Brian D. Netter