# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI, NANCY S. LOWERS, JAN M. TASCHNER, and JAMES MANCINI, individually and as representatives of a class of participants and beneficiaries on behalf of the Yale University Retirement Account Plan,<br><br>*Plaintiffs*,<br><br>v.<br><br>YALE UNIVERSITY, MICHAEL A. PEEL, and THE RETIREMENT PLAN FIDUCIARY COMMITTEE,<br><br>*Defendants*. | Civil Action No. 3:16-cv-01345-AWT<br><br><br><br>Hon. Alvin W. Thompson |

**DEFENDANTS' SUPPLEMENTAL BRIEF REGARDING ADDITIONAL AUTHORITY SUPPORTING THE MOTION TO DISMISS [DKT. 62]**

Defendants submit this supplemental brief to bring to the Court's attention the recent decisions in *Sacerdote v. New York University*, No. 16-cv-6284 (S.D.N.Y. Aug. 25, 2017), attached hereto as Exhibit A, and *Cates v. Trustees of Columbia University in the City of New York*, No. 16-cv-6488 (S.D.N.Y. Aug. 28, 2017), attached hereto as Exhibit B.

*Sacerdote* and *Cates* are copycat cases against other universities and involve ERISA claims that parallel Plaintiffs' claims here. In *Sacerdote*, the district court dismissed all of the plaintiffs' prohibited transaction claims, all of their claims sounding in breach of the duty of loyalty, and their claim for breach of the duty to monitor. The court also dismissed the plaintiffs' duty-of-prudence claims under the following theories: (1) that NYU improperly "locked in" certain TIAA investment options and TIAA's recordkeeping platform; (2) that NYU offered too many investment options; (3) that NYU offered retail-class mutual funds; and (4) that NYU offered funds with unnecessary layers of fees.

The *Sacerdote* court did not dismiss the plaintiffs' challenges to NYU's recordkeeping arrangement and to the availability of the CREF Stock, TIAA Real Estate, and actively managed funds within NYU's plans.

In *Cates* (which is before the same district judge as *Sacerdote*), the court dismissed the same claims against Columbia that it had dismissed against NYU.

Dated: August 30, 2017

Nancy G. Ross (ct14373)
James C. Williams (ct23292)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

Respectfully submitted,

*/s/ Brian D. Netter*
Brian D. Netter (phv08476)
 bnetter@mayerbrown.com
Michelle N. Webster (phv08475)
Travis Crum (phv08550)
Matthew A. Waring (phv08551)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 30, 2017, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

By:   /s/ *Brian D. Netter*
        Brian D. Netter