UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI, ET AL., ) | |
| ) | Case No. 13-CV-01345-AWT |
| Plaintiffs, ) | |
| ) | Judge Alvin W. Thompson |
| v. ) | |
| ) | |
| YALE UNIVERSITY, MICHAEL A. PEEL, ) | |
| AND THE RETIREMENT PLAN FIDUCIARY ) | |
| COMMITTEE, ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR SCHEDULING CONFERENCE

Pursuant to Fed. R. Civ. P. 16(a) and D. Conn. L. Civ. R. 16(a), the parties respectfully move the Court for an in-person scheduling conference to discuss the entry of a Case Management Plan and the status of the case following the Court's March 30, 2018 ruling on Defendants' Motion to Dismiss the Amended Complaint. The parties have submitted a Form 26(f) Report concurrently with this request.

Respectfully submitted,

Dated: May 15, 2018

| | | |
|---|---|---|
| By: | */s/ Heather Lea* | By:    */s/ Brian Netter* |

       Jerome J. Schlichter (phv01476)          Brian D. Netter (phv08476)
       SCHLICHTER BOGARD & DENTON,           bnetter@mayerbrown.com
       LLP                                        Michelle N. Webster (phv08475)
       Michael A. Wolff (phv08418)            Matthew A. Waring (phv08551)
       Troy A. Doles (phv02336)                 MAYER BROWN LLP
       Heather Lea, (phv08416)                   Washington, DC 20006-1101
       Kurt C. Struckhoff (phv08417)           Telephone: (202) 263-3000
       Sean E. Soyars (phv08419)                 Facsimile: (202) 263-3300
       100 South Fourth Street, Suite 1200
       St. Louis, Missouri 63102                  Nancy G. Ross (ct14373)
       Telephone: (314) 621-6115              James C. Williams (ct23292)
       Facsimile: (314) 621-5934               Jed W. Glickstein (phv9543)
       jschlichter@uselaws.com                   MAYER BROWN LLP
       mwolff@uselaws.com                       71 South Wacker Drive
       tdoles@uselaws.com                         Chicago, Illinois 60606-4637
       hlea@uselaws.com                           Telephone: (312) 782-0600
       kstruckhoff@uselaws.com                  Facsimile: (312) 701-7711
       ssoyars@uselaws.com

                                                    *Attorneys for Defendants*

       Stuart M. Katz (ct12088)
       Cohen and Wolf, P.C.
       1115 Broad Street
       Bridgeport, CT 06604
       Telephone: (203) 368-0211
       Facsimile: (203) 337-5505
       skatz@cohenandwolf.com

       *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2018, a copy of foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: */s/ Brian D. Netter*
Brian D. Netter