# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI *et al.*, *Plaintiffs*, v. YALE UNIVERSITY *et al.*, *Defendants*. | No. 3:16-cv-01345-AWT  Hon. Alvin W. Thompson |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs Joseph Vellali, Nancy S. Lowers, Jan M. Taschner, and James Mancini move that the Court certify all claims in this action as a class action under Federal Rule of Civil Procedure 23(b)(1). Plaintiffs move that the class be defined as follows:

> All participants and beneficiaries of the Yale University Retirement Account Plan from August 9, 2010, through the date of judgment, excluding the Defendants.

Plaintiffs also move that the Court appoint each of them as representatives of this class and appoint their attorneys—Schlichter, Bogard & Denton LLP—as class counsel for the class under Federal Rule of Civil Procedure 23(g). The facts and law supporting this Motion are set forth in the Memorandum in Support of Plaintiffs' Motion for Class Certification, filed herewith.

January 15, 2019                                    Respectfully Submitted,

/s/ Jerome J. Schlichter
SCHLICHTER BOGARD & DENTON LLP
Jerome J. Schlichter (phv01476)
Heather Lea, (phv08416)
Sean E. Soyars (phv08419)
Joel D. Rohlf (phv09849)
100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
(314) 621-6115, (314) 621-7151 (fax)
jschlichter@uselaws.com
hlea@uselaws.com
ssoyars@uselaws.com
jrohlf@uselaws.com

Stuart M. Katz (ct12088)
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
Telephone: (203) 368-0211
Facsimile: (203) 337-5505
skatz@cohenandwolf.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2019, a copy of foregoing was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

By: /s/ Jerome J. Schlichter
Jerome J. Schlichter