IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> YALE UNIVERSITY *et al.*, <br><br> *Defendants*. | No. 3:16-cv-01345-AWT <br><br> Hon. Alvin W. Thompson |

**DECLARATION OF SEAN E. SOYARS IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Sean E. Soyars, of lawful age, declare as follows:

1.  I am an attorney in the law firm of Schlichter, Bogard & Denton LLP, which represents the Plaintiffs in this case. I am licensed to practice in the State of Missouri and have been admitted to practice *pro hac vice* in this case. If called as a witness, I could and would competently testify to the facts set forth below as I know them to be true based upon my own personal knowledge.

2.  Attached hereto and marked as Exhibit 1 is a true and correct copy of the Yale University Retirement Account Plan, Amended and Restated effective as of July 1, 2015, which I downloaded on January 15, 2019 from the following Yale University website: https://your.yale.edu/sites/default/files/yurap_plan_document_06_30_2016_signed.pdf.[1]

3.  Attached hereto and marked as Exhibit 2 is a true and correct copy of the 2010 Form 5500 for the Yale University Retirement Account Plan, which was downloaded from the

---

[1] Plaintiffs are filing publicly available versions of the Plan document and Forms 5500 because Defendants marked the copies produced in discovery as CONFIDENTIAL, in violation of the Protective Order. *Cf.* Doc. 11 ¶3 ("'CONFIDENTIAL' information means information, documents, or things *that have not been made public* by the disclosing party ….") (emphasis added).

United States Department of Labor, Employee Benefits Security Administration website at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1.

4. Attached hereto and marked as Exhibit 3 is a true and correct copy of the 2011 Form 5500 for the Yale University Retirement Account Plan, which was downloaded from the United States Department of Labor, Employee Benefits Security Administration website at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1.

5. Attached hereto and marked as Exhibit 4 is a true and correct copy of the 2012 Form 5500 for the Yale University Retirement Account Plan, which was downloaded from the United States Department of Labor, Employee Benefits Security Administration website at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1.

6. Attached hereto and marked as Exhibit 5 is a true and correct copy of the 2013 Form 5500 for the Yale University Retirement Account Plan, which was downloaded from the United States Department of Labor, Employee Benefits Security Administration website at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1.

7. Attached hereto and marked as Exhibit 6 is a true and correct copy of 2014 Form 5500 for the Yale University Retirement Account Plan, which was downloaded from the United States Department of Labor, Employee Benefits Security Administration website at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1.

8. Attached hereto and marked as Exhibit 7 is a true and correct copy of the 2015 Form 5500 for the Yale University Retirement Account Plan, which was downloaded from the United States Department of Labor, Employee Benefits Security Administration website at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1.

9. Attached hereto and marked as Exhibit 8 is a true and correct copy of the 2016 Form 5500 for the Yale University Retirement Account Plan, which was downloaded from the United States Department of Labor, Employee Benefits Security Administration website at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1.

10. Attached hereto and marked as Exhibit 9 is a true and correct copy of the 2017 Form 5500 for the Yale University Retirement Account Plan, which was downloaded from the United States Department of Labor, Employee Benefits Security Administration website at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 15, 2019.                    /s/ Sean E. Soyars
                                                  Sean E. Soyars