# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI, ET AL, <br><br>                    *Plaintiffs*, <br> v. <br><br> YALE UNIVERSITY AND MICHAEL A. PEEL, <br><br>                    *Defendants*. | Civil Action No. <br> 3:16-cv-01345 (AWT) |

## DECLARATION OF NANCY LOWERS

I, Nancy Lowers, declare as follows:

1. I am a named plaintiff in the above-referenced matter and current participant in the Yale University Retirement Account Plan (the "Plan").

2. I am seeking to represent a class of participants in the Plan in this lawsuit. The class is described in detail in Plaintiffs' Motion for Class Certification.

3. I understand my responsibilities to represent all the class members, and I am willing to serve as a class representative of the class, respond to discovery, and participate in the vigorous prosecution of this lawsuit.

4. I review court documents sent by my attorneys and monitor the progress of this action.

5. Along with the other named Plaintiffs, I am seeking to recover the Plan's losses caused by Defendants' unlawful selection and management of the Plan's investment options along with the improper and excessive fees paid to the Plan's service providers. We are seeking to make changes to the Plan to remedy those losses and prevent future losses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___January 11, 2019___

_____Nancy Lowers_____
Nancy Lowers