IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> YALE UNIVERSITY *et al.*, <br><br> *Defendants*. | Civil Action No. 3:16-cv-01345-AWT <br><br><br> Hon. Alvin W. Thompson <br><br> February 1, 2019 |

## JOINT STATUS REPORT ON DISCOVERY

Pursuant to the Court's June 9, 2018 Order (Dkt. 125), the parties provide the following status report:

1. **Status of Discovery**: Document production by the parties is substantially complete. Production of documents by third parties pursuant to subpoenas from Plaintiffs is ongoing. Depositions for the four (4) named plaintiffs are set for the week of February 4. The parties are finalizing dates for depositions of eleven (11) defense witnesses by Plaintiffs.

2. **Potential Discovery Issues**: Plaintiffs have noticed the deposition of Yale President, and former member of the Fiduciary Committee on Investments, Peter Salovey for March 8. Defendants have stated they will not produce Mr. Salovey on that date or any other date until depositions of other defense witnesses are complete. The parties are still considering their respective positions and have not met and conferred on the issue, so it is not yet ripe for adjudication.

3.  **Settlement Conference**: The parties do not believe a settlement conference will be productive until after the close of discovery on August 1, 2019.

February 1, 2019

/s/ Joel D. Rohlf
Joel D. Rohlf (phv09849)
Jerome J. Schlichter (phv01476)
SCHLICHTER, BOGARD & DENTON, LLP
100 South Fourth Street, Ste. 1200
St. Louis, MO 63102
Phone: (314) 621-6115
Fax: (314) 621-5934
jschlichter@uselaws.com
jrohlf@uselaws.com

*Lead Counsel for Plaintiffs*

Stuart M. Katz (ct12088)
Cohen and Wolf, P.C.
Bridgeport, CT 06604
Tel: (203) 368-0211
Facsimile: (203) 337-5505
skatz@cohenandwolf.com

*Local Counsel For Plaintiffs*

Respectfully submitted,

/s/ Brian D. Netter
Brian D. Netter (phv08476)
(signed by Joel D. Rohlf) with permission of Brian D. Netter)
bnetter@mayerbrown.com
Michelle N. Webster (phv08475)
Matthew A. Waring (phv08551)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

Nancy G. Ross (ct14373)
James C. Williams (ct23292)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that, on February 1, 2019, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice to all counsel of record of the filing.

By: <u>/s/ Joel D. Rohlf</u><br>
Joel D. Rohlf