## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI et al., *Plaintiffs*, v. YALE UNIVERSITY AND MICHAEL A. PEEL et al., *Defendants.* | Civil Action No. 3:16-cv-01345 (AWT) February 7, 2019 |

### AFFIDAVIT OF ANDREW D. SCHLICHTER

I, Andrew D. Schlichter, under penalty of perjury, state as follows:

1. I am an attorney with the law firm of Schlichter Bogard & Denton, LLP, with an office located at 100 South Fourth Street, Suite 1200, St. Louis, Missouri 63102. Telephone No.: (314) 621-6115. Fax No.: (314) 621-5934. Email: aschlichter@uselaws.com.

2. I am a member in good standing of the bars of Missouri (No. 58959), New York (No. 4403267), the Southern District of Illinois (No. 58959), the Northern District of Illinois (No. 58959), the Southern District of New York (No. AS8063), the Northern District of New York (No. 520235), the Eastern District of New York (No. AS8522), and the U.S. Supreme Court.

3. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to hearing.

4. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. I have been representing the Plaintiffs with regard to this action and am familiar with the legal and factual issues relevant to this case.

7. I hereby designate Stuart M. Katz, Esq., of Cohen and Wolf, P.C., 1115 Broad Street, Bridgeport, Connecticut 06604, and/or other attorneys of Cohen and Wolf, P.C. who have appeared or who may appear herein, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

_____
Andrew D. Schlichter

Subscribed and sworn to be before me this 7th day of February, 2019.

_____
Notary Public

BARBARA A. RODERICK
Notary Public - Notary Seal
STATE OF MISSOURI
Comm. Number 14425986
St. Louis County
My Commission Expires: Dec. 15, 2022