## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI *et al.*, | |
| *Plaintiffs*, | Civil Action No. 3:16-cv-01345-AWT |
| v. | Hon. Alvin W. Thompson |
| YALE UNIVERSITY *et al.*, | |
| *Defendants*. | |

## DEFENDANTS' EMERGENCY MOTION FOR PROTECTIVE ORDER

Defendants Yale University, Michael A. Peel, and the Fiduciary Committee on Investments (collectively, "Defendants") respectfully move pursuant to Federal Rules of Civil Procedure 26(c) and Local Rule 37 for a protective order regarding Plaintiffs' Notice of Deposition of Yale University President Peter Salovey on March 7, 2019. The deposition should not proceed because (1) Salovey does not possess information that Plaintiffs cannot obtain by less intrusive means, including the currently scheduled depositions of the other members of the Fiduciary Committee on Investments; and (2) Salovey's deposition would only serve to burden and harass Defendants and the witness. Therefore, Defendants respectfully request that the Court enter a protective order quashing Plaintiffs' Notice of Deposition, served on February 26, 2019, which provides:

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that pursuant this notice and the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Peter Salovey, on March 7, 2019, beginning at 9:00 a.m. local time at the offices of Huseby Court Reporting – 900 Chapel Street, Suite 620, New Haven, CT 06510, and continuing from day to day until completed, before an officer duly authorized by law to administer oaths. This deposition shall be recorded stenographically and by video.

WHEREFORE, Defendants respectfully request that the Court grant this Emergency Motion for a Protective Order and quash Plaintiffs' Notice of Deposition of Peter Salovey.

Dated:  February 28, 2019                    Respectfully submitted,

Nancy G. Ross (ct14373)                      */s/ Brian D. Netter*
James C. Williams (ct23292)                  Brian D. Netter (phv08476)
MAYER BROWN LLP                                  bnetter@mayerbrown.com
71 South Wacker Drive                        MAYER BROWN LLP
Chicago, Illinois 60606-4637                 1999 K Street NW
Telephone: (312) 782-0600                    Washington, DC 20006-1101
Facsimile: (312) 701-7711                    Telephone: (202) 263-3000
                                             Facsimile: (202) 263-3300


                        *Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 28, 2019, a copy of foregoing document was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the CM/ECF system.

*/s/ Brian D. Netter*

Brian D. Netter