IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI et al., | |
| Plaintiffs, | Civil Action No. 3:16-cv-01345-AWT |
| v. | |
| YALE UNIVERSITY et al., | Hon. Alvin W. Thompson |
| Defendants. | |

**DECLARATION OF CAROLINE HENDEL IN SUPPORT OF DEFENDANTS'
EMERGENCY MOTION FOR PROTECTIVE ORDER**

I, Caroline Hendel, declare as follows:

1. I am the Senior Associate General Counsel at Yale University. I submit this declaration in support of Defendants' Emergency Motion for Protective Order. I have personal knowledge of all facts stated in this declaration and, if called to testify, I could and would testify competently hereto.

2. Peter Salovey is the current President of Yale University. He has held that position since July 2013.

3. The Yale University Retirement Account Plan (the "Plan") is a retirement plan for faculty and professional staff at Yale University. The documents governing the Plan designate Yale University as the named fiduciary and Plan administrator.

4. In 2012, Yale University's then-Vice President for Human Resources, Michael Peel, exercised authority delegated to him from the University and chartered the Fiduciary Committee on Investments. The Committee exercises a portion of the University's authority to oversee the Plan.

1

5. Michael Peel appointed himself, Shauna King (then-Yale University's Vice President for Finance and Business Operations), and President Salovey (then-Yale University's Provost) to the Committee.

6. During President Salovey's tenure on the Committee, he attended three Committee meetings. Those meetings occurred on February 28, 2012; March 16, 2012; and October 2, 2012.

7. Michael Peel and Shauna King also attended each of the three Committee meetings attended by President Salovey.

8. Michael Peel is scheduled to be deposed on March 12, 2019.

9. Shauna King is scheduled to be deposed on March 19, 2019.

10. Yale University's Senior Director of Compensation & Benefits, Hugh Penney, also attended each of the three Committee meetings attended by President Salovey.

11. Hugh Penney was deposed on February 20, 2019.

12. Yale University's then-Associate Director, Benefits Planning, Julie Kimball, attended the Committee meetings on May 16, 2012, and October 2, 2012.

13. Julie Kimball was deposed on February 15, 2019.

14. I, Caroline Hendel, also attended each of the three Committee meetings attended by President Salovey.

15. I am scheduled to be deposed on March 27, 2019.

16. On March 1, 2013, President Salovey resigned from the Committee and was replaced by Yale's new Provost, Dr. Benjamin Polak.

17.     Benjamin Polak is scheduled to be deposed on March 21, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of February, 2019, in New Haven, Connecticut.

_____
Caroline Hendel