# EXHIBIT B

| | |
|---|---|
| **From:** | Netter, Brian |
| **Sent:** | Friday, January 18, 2019 10:07 AM |
| **To:** | jrohlf@uselaws.com |
| **Cc:** | Ross, Nancy; Nowak, Richard; Webster, Michelle N.; Glickstein, Jed; hlea@uselaws.com; ssoyars@uselaws.com |
| **Subject:** | Vellali v. Yale Univ. - Deposition Scheduling |

Joel,

Here's our proposal for the *Vellali* depositions.  All of these can take place on campus, except for Shauna King and Michael Peel.

February 13: Julie Kimball
February 14: Sylvia Bedard
February 20: Hugh Penney
February 21: Alex Hetherington
February 27: Kate Castello
February 28: Claudine Alexandre
March 7: Ben Polak
March 12: Caroline Hendel
March 13: Michael Peel (awaiting confirmation)
March 19: Shauna King (Dallas, Tex.)
March 28: Stephen Murphy

As you'll see, we have provided dates for everybody on your list except Peter Salovey, whose schedule is extraordinarily difficult.  Our expectation is that, given his short tenure on the committee, the amount of time that has elapsed since that tenure, and the availability of the other committee members from his tenure, you will realize that deposing President Salovey is unnecessary.  Because that discussion can be based on facts once you have taken other depositions, we propose tabling Salovey for the time being.

We will also want to incorporate into this schedule depositions of the named plaintiffs.  Please let us know if they can be deposed the week of February 4.  As in other cases, we expect that they can be scheduled for 2 depositions per day.

Thanks,
Brian

_____
**Brian Netter**
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006
Tel:+1-202-263-3339
Fax:+1-202-263-5236
bnetter@mayerbrown.com