# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> YALE UNIVERSITY *et al.*, <br><br> *Defendants*. | No. 3:16-cv-01345-AWT |

## NOTICE OF VIDEOTAPED DEPOSITION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that pursuant this notice and the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Peter Salovey, on March 8, 2019, beginning at 9:00 a.m. local time at the offices of Huseby Court Reporting – 900 Chapel Street, Suite 620, New Haven, CT 06510, and continuing from day to day until completed, before an officer duly authorized by law to administer oaths. This deposition shall be recorded stenographically and by video.

January 28, 2019               Respectfully submitted,

/s/ Joel D. Rohlf
SCHLICHTER, BOGARD & DENTON, LLP
Joel D. Rohlf (*pro hac vice*)
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
Phone: (314) 621-6115
Fax: (314) 621-5934

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 28, 2019, I served this document on Defendants via electronic mail.

        /s/ Joel D. Rohlf