# EXHIBIT E

| | |
|---|---|
| **From:** | Nowak, Richard |
| **Sent:** | Monday, February 25, 2019 10:01 AM |
| **To:** | 'Alex Braitberg'; Joel Rohlf; Andrew Schlichter |
| **Cc:** | Claire Nester; nross@mayerbrown.com; Netter, Brian; Webster, Michelle N.; Glickstein, Jed |
| **Subject:** | Vellali v. Yale - Upcoming Depositions Schedule [MB-AME.FID1573516] |

Counsel,

In light of the recent changes to the deposition schedule, we are writing to confirm the following upcoming deposition dates and locations.  Please let us know if anything is inaccurate from plaintiffs' perspective.  Please also let us know if you have confirmed deposition dates with TIAA and Vanguard.

| Deponent | Date | Location |
|---|---|---|
| Claudine Alexandre | March 6, 2019 | New Haven, CT |
| Michael Peel | March 12, 2019 | Los Angeles, CA |
| Kate Castello | March 14, 2019 | New Haven, CT |
| Shauna King | March 19, 2019 | Dallas, TX |
| Benjamin Polak | March 21, 2019 | New Haven, CT |
| Caroline Hendel | March 27, 2019 | New Haven, CT |
| Stephen Murphy | March 28, 2019 | New Haven, CT |
| TIAA Representative | TBD | New York, NY |
| Vanguard Representative | TBD | Philadelphia, PA |

Best,

Rick

---

**Richard E. Nowak**
Mayer Brown LLP
Tel: +1-312-701-8809
Fax: +1-312-706-8140
rnowak@mayerbrown.com
71 S. Wacker Dr.
Chicago, IL 60606