# EXHIBIT F

| From: | Alex Braitberg <ABraitberg@uselaws.com> |
|---|---|
| Sent: | Tuesday, February 26, 2019 10:35 AM |
| To: | Nowak, Richard; Joel Rohlf; Andrew Schlichter |
| Cc: | Claire Nester; Ross, Nancy; Netter, Brian; Webster, Michelle N.; Glickstein, Jed |
| Subject: | RE: Vellali v. Yale - Upcoming Depositions Schedule [MB-AME.FID1573516] |
| Attachments: | Deposition Notice - Michael Peel (3.12.2019) (02336218xBFCE7).PDF; Deposition Notice - Kate Castello (3.14.2019) (02336219xBFCE7).PDF; Deposition Notice - Shauna King (3.19.2019) (02336220xBFCE7).PDF; Deposition Notice - Ben Polak (3.21.2019) (02336221xBFCE7).PDF; Deposition Notice - Caroline Hendel (3.27.2019) (02336321xBFCE7).pdf; Deposition Notice - Stephen Murphy (3.28.2019) (02336223xBFCE7).PDF; Deposition Notice (Amended) - Peter Salovey (3.7.2019) (02336333xBFCE7).PDF |

**\*\*EXTERNAL SENDER\*\***

Rick—

Thanks for your email.

Please see below chart. Also see attached notices of deposition for Peel, Castello, King, Polak, Hendel, and Murphy reflecting the below dates and locations, and an amended notice of deposition for Salovey, dated March 7, 2019.  Vanguard has indicated its corporate representative is available on March 21, 2019 in Philadelphia.  We have also sent, via email, subpoenas to counsel for Aon requesting that they accept service for Dan Pawlisch, David Swallow, and Diane Improta; we await their response.  The dates specified on the subpoenas for these individuals are reflected in the below chart.  TIAA has accepted service of a subpoena dated March 26, 2019, but has indicated it intends to provide alternate proposed date(s).

| Deponent | Date | Location |
|---|---|---|
| Claudine Alexandre | March 6, 2019 | New Haven, CT |
| Peter Salovey | March 7, 2019 | New Haven, CT |
| Michael Peel | March 12, 2019 | Los Angeles, CA |
| Kate Castello | March 14, 2019 | New Haven, CT |
| Shauna King | March 19, 2019 | Dallas, TX |
| Dan Pawlisch | March 20, 2019 | Chicago, IL |
| Benjamin Polak | March 21, 2019 | New Haven, CT |
| Vanguard Representative | March 21, 2019 | Philadelphia, PA |
| David Swallow | March 22, 2019 | Jacksonville, FL |
| TIAA Representative | March 26, 2019 | New York, NY |
| Caroline Hendel | March 27, 2019 | New Haven, CT |
| Stephen Murphy | March 28, 2019 | New Haven, CT |
| Diane Improta | March 29, 2019 | New York, NY |

Additionally, we'd like to take this opportunity to raise another discovery issue.  Our searches have revealed no procurement policies in any of the productions to date.  These documents are clearly relevant to the issues in this case, and are responsive to, among other items, Plaintiffs' Requests for Production Nos. 11, 20, 30, and 45.  Please produce any and all procurement or procurement-related policies applicable to the Plan, any such policies used or received by fiduciaries related to their role with the Plan, and correspondence to or from previously-agreed custodians containing

procurement policies applicable to the Plan. We'd ask that you promptly produce this information well in advance of the deposition of Claudine Alexandre.

Best,


Alex Braitberg
*Attorney*
**Schlichter, Bogard & Denton, LLP**
100 South Fourth Street, Ste. 1200
St. Louis, MO 63102
314-621-6115     314-621-5934(fax)
abraitberg@uselaws.com
http://www.uselaws.com

*This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at #314-621-6115 and delete this e-mail message from your computer. Thank you.*

---

**From:** Nowak, Richard [mailto:RNowak@mayerbrown.com]
**Sent:** Monday, February 25, 2019 10:01 AM
**To:** Alex Braitberg <ABraitberg@uselaws.com>; Joel Rohlf <JRohlf@uselaws.com>; Andrew Schlichter <ASchlichter@uselaws.com>
**Cc:** Claire Nester <CNester@uselaws.com>; Ross, Nancy <NRoss@mayerbrown.com>; Netter, Brian <BNetter@mayerbrown.com>; Webster, Michelle N. <MWebster@mayerbrown.com>; Glickstein, Jed <JGlickstein@mayerbrown.com>
**Subject:** Vellali v. Yale - Upcoming Depositions Schedule [MB-AME.FID1573516]

Counsel,

In light of the recent changes to the deposition schedule, we are writing to confirm the following upcoming deposition dates and locations.  Please let us know if anything is inaccurate from plaintiffs' perspective.  Please also let us know if you have confirmed deposition dates with TIAA and Vanguard.

| Deponent | Date | Location |
|---|---|---|
| Claudine Alexandre | March 6, 2019 | New Haven, CT |
| Michael Peel | March 12, 2019 | Los Angeles, CA |
| Kate Castello | March 14, 2019 | New Haven, CT |
| Shauna King | March 19, 2019 | Dallas, TX |
| Benjamin Polak | March 21, 2019 | New Haven, CT |
| Caroline Hendel | March 27, 2019 | New Haven, CT |
| Stephen Murphy | March 28, 2019 | New Haven, CT |
| TIAA Representative | TBD | New York, NY |
| Vanguard Representative | TBD | Philadelphia, PA |

Best,

Rick

---
**Richard E. Nowak**
Mayer Brown LLP
Tel: +1-312-701-8809
Fax: +1-312-706-8140

rnowak@mayerbrown.com
71 S. Wacker Dr.
Chicago, IL 60606

_____

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information is available in our Privacy Notice.