# EXHIBIT G

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

JOSEPH VELLALI *et al.*,

*Plaintiffs*,

v.

No. 3:16-cv-01345-AWT

YALE UNIVERSITY *et al.*,

*Defendants*.

### AMENDED NOTICE OF VIDEOTAPED DEPOSITION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that pursuant this notice and the Federal Rules of Civil Procedure,

Plaintiffs will take the deposition of Peter Salovey, on March 7, 2019, beginning at 9:00 a.m.

local time at the offices of Huseby Court Reporting – 900 Chapel Street, Suite 620, New Haven,

CT 06510, and continuing from day to day until completed, before an officer duly authorized by

law to administer oaths. This deposition shall be recorded stenographically and by video.

February 26, 2019

Respectfully submitted,

/s/ Alexander L. Braitberg
SCHLICHTER, BOGARD & DENTON, LLP
Alexander L. Braitberg (*pro hac vice*)
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
Phone: (314) 621-6115
Fax: (314) 621-5934

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 26, 2019, I served this document on Defendants via electronic mail.

/s/ Alexander L. Braitberg