IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JOSEPH VELLALI *et al*.,

*Plaintiffs*,

v.

YALE UNIVERSITY *et al*.,

*Defendants*.

No. 3:16-cv-01345-AWT

Hon. Alvin W. Thompson

### DECLARATION OF ALEXANDER L. BRAITBERG

I, Alexander L. Braitberg, of lawful age, declare as follows:

1.      I am an attorney at the law firm of Schlichter Bogard and Denton, which represents the Plaintiffs in this case.  I am licensed to practice law in the States of Illinois and Missouri.  I am admitted pro hac vice in this matter.  If called as a witness, I could and would competently testify to the facts set forth herein as I know them to be true based upon my own personal knowledge and my review of the records maintained by the firm in the regular course of representing the Plaintiffs in this case.

2.      Attached as Exhibit 1 is a true and correct copy of a compilation of documents produced by Defendants in this case, consisting of documents with the following beginning Bates-labels:  YALE00148727, YALE00032727, YALE00231943.

3.      Attached as Exhibit 2 is a true and correct copy of a document produced by Defendants in this case, with beginning Bates-label YALE00094706.

4.      Attached as Exhibit 3 is a true and correct copy of excerpts of the transcript of the deposition of Julie Kimball.

5.      Peter Salovey's name appears on more than 1,400 documents produced by Defendants in response to Plaintiffs' document requests, including 107 unique documents.

6.      Attached as Exhibit 4 is a true and correct copy of a document produced by Defendants in this case, with beginning Bates-label YALE00143324.

7.      Attached as Exhibit 5 is a true and correct copy of an email sent by Joel Rohlf on January 10, 2019.

8.      Attached as Exhibit 6 is a true and correct copy of an email received from counsel for Defendants dated January 18, 2019.

9.      Attached as Exhibit 7 is a true and correct copy of an email from Joel Rohlf dated January 22, 2019.

10.     Attached as Exhibit 8 is a true and correct copy of the notice of deposition of Peter Salovey, served via email on counsel for Defendants on January 28, 2019.

11.     Attached as Exhibit 9 is a true and correct copy of an email received from counsel for Defendants dated January 29, 2019.

12.     On February 27, 2019, I participated in a teleconference with Rick Nowak, counsel for Defendants, to meet and confer regarding the deposition of Peter Salovey, at the request of counsel for Defendants.

13.     During the February 27, 2019 teleconference, I stated that the deposition of Salovey, as one of just three fiduciaries on the Committee during a critical period of time, whose action (or inaction) is directly at issue in this case, was necessary, and that only Salovey has the personal knowledge of what he did or did not do. I also represented that Salovey's name appears on over 1,400 documents produced in this case including numerous documents upon which no other deponent's name appears.

14.     During the February 27, 2019 teleconference, Counsel for Defendants made no attempt to explain whether or how producing Salovey for deposition would disrupt Yale's operations or otherwise pose an undue burden.

15.     During the February 27, 2019 teleconference, I told Mr. Nowak that Plaintiffs were open to rescheduling the deposition of Salovey. I also told Mr. Nowak that Plaintiffs' position was that they are entitled to take the deposition of Salovey prior to the close of fact discovery but were not insisting on any particular date or sequence. I explained that Plaintiffs would be willing to withdraw the amended notice, if Defendants would agree to produce Salovey on the originally noticed date of March 8, 2019, or some other date certain.

16.     Attached as Exhibit 10 is a true and correct copy of an email I sent to counsel for Defendants on February 27, 2019.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th Day of March, 2019 in St. Louis, Missouri.


                                                            /s/ Alexander L. Braitberg