Minutes of the Fiduciary Committee on Investments

October 2, 2012

Committee attendees: Peter Salovey, Provost; Michael Peel, Vice President for Human Resources and Administration; Shauna King, Vice President for Finance and Business Operations

Staff attendees: Hugh Penney, Sr. Director of Compensation and Benefits; Julie Kimball, Associate Director, Benefits Planning; Caroline Hendel, Senior Associate General Counsel

Minutes from the May 16, 2012 meeting were approved.

The focus of this meeting was on the ERISA account, also known as the Revenue Credit Account.  Mr. Penney reviewed with the Committee that these moneys are amounts, by virtue of economies of scale, that exceed reasonable fees for the recordkeeping services provided by TIAA-CREF and that are then deposited into an account for the benefit of the 403(b) plans.  He also reviewed the options available for use of these funds:  the funds can be distributed to plan participants, and the funds may be used to cover qualified expenses of the plan, including expenses incurred in operating the plan, expenses incurred in providing educational programs regarding the plans, and expenses incurred in providing enhancements to the plans.  In addition, he described the rules that apply for permitting the funds to be used to cover salaries of employees whose work relates to the plans.

At the May 16, 2012 meeting the Committee had approved engaging an outside consultant for the limited purpose of assisting the Committee in assessing the reasonableness of the recordkeeping fees and of the revenue sharing plans proposed by TIAA-CREF.  Benefits Planning engaged Hewitt Ennisknupp  ("HEK") to review the proposal provided by TIAA-CREF.

Diane Improta, Partner and David Swallow, Associate Partner  presented the HEK review. HEK noted that the current TIAA-CREF methodology grouped the plans into one pricing scheme, rather than proposing a revenue requirement per plan. Moreover, HEK suggested seeking a reduction in the proposed pricing that will provide an additional 25% credit to the plans, returning approximately $2 million, rather than $1.6 million originally offered to the University.

 HEK made 4 recommendations.  First, they recommended that Yale go back to TIAA-CREF to ask that each plan be priced independently, rather than grouped together.  Second, they recommended that we amend our contract with TIAA-CREF confirming that TIAA-CREF will not seek to recapture any potential shortfall in

revenue.  Third, they recommended that we pursue further negotiations with TIAA-CREF to reduce the proposed basis points revenue requirement to provide the additional 25% credit to the plans.  Finally, they recommended that Yale execute a separate 457(b) service agreement.  The Committee approved each of these recommendations.

HEK also suggested that Yale discuss with TIAA-CREF a per participant pricing model based on a fixed dollar methodology, rather than a basis point methodology, eliminating administrative fee increases owing solely to asset growth.  This will be explored.

The Committee asked that the staff research what other universities are doing with their revenue credits.

The results of the negotiations with TIAA-CREF will be shared with the Committee, at which point final decisions regarding use of the revenue funds will be made.

The agenda for this meeting and the materials provided by HEK are attached.

Confidential

Minutes of the Fiduciary Committee on Investments

May 16, 2012

Committee attendees: Peter Salovey, Provost; Michael Peel, Vice President for Human Resources and Administration; Shauna King, Vice President for Finance and Business Operations

Staff attendees: Hugh Penney, Sr. Director of Compensation and Benefits; Julie Kimball, Associate Director, Benefits Planning; Caroline G. Hendel, Associate General Counsel

Minutes from the February 28, 2012 meeting were distributed and approved.

At this meeting, TIAA-CREF and Vanguard presented their annual investment reviews.

Vanguard opened the meeting with its presenters, Joan Schultz, Relationship Manager, and Brian Scott, Senior Investment Analyst. They presented a summary of, statistics which included the University's participant asset allocations, an economic overview, and the Plan's investment performance including returns and fund details. Vanguard also presented its summary fee report as of April 30, 2012 reflecting the asset-based fees charged by each Vanguard fund in which plan assets are invested and the portion of the asset-based fees that Vanguard received as compensation for its recordkeeping services. Ms. Schultz and Mr. Scott addressed questions of the Committee.

TIAA-CREF presented next, represented by Stephen Campbell, Senior Relationship Manger, Dan Fagan, Wealth Management Advisor, and Sheryl Hempel, Managing Director of Asset Management. They presented an overview of TIAA-CREF, which included a summary of technological improvements , its plans for participant fee disclosure and a summary of a comprehensive fee disclosure assist tool which would allow TIAA-CREF to prepare the participant fee disclosure for both TIAA-CREF and Vanguard, the ERISA revenue credit, and the Plan's investment performance. Mr. Campbell, Mr. Fagan, and Ms. Hempel addressed questions of the Committee.

Following the presentations by Vanguard and TIAA-CREF, the Committee discussed (1) the revenue sharing received by the TIAA-CREF for their recordkeeping service and that amounts that exceed a reasonable fee for such services should be deposited into an ERISA account for the benefit of the plans and (2) the ERISA account guidelines. The Committee approved engaging an outside advisor for the limited purpose of assisting the Committee in assessing the reasonableness of the recordkeeping fees and of the revenue sharing plans proposed by TIAA-CREF.

Confidential

Exhibit 1

The agenda for this meeting and the materials provided by both Vanguard and TIAA-CREF are attached.

Confidential
YALE00032728

*[Handwritten note: Handed out at 5/16/12 mtg. mtchg.]*

Minutes of the Fiduciary Committee on Investments

February 28, 2012

Committee attendees: Peter Salovey, Provost; Michael Peel, Vice President for Human Resources and Administration; Shauna King, Vice President for Finance and Business Operations

Staff attendees: Hugh Penney, Sr, Director of Compensation and Benefits; Caroline Hendel, Associate General Counsel

This was the initial meeting of the Fiduciary Committee on Investments ("the Committee). The Committee, in accord with its procedures, appointed Caroline Hendel to serve as Secretary.

The meeting began with a description by Mr. Penney of the role of such committees in the governance of 403(b) plans. The Committee Charter and Committee Rules and Procedures documents were reviewed.

Ms. Hendel spoke to the Committee about the duties imposed by ERISA. The Committee was directed to the memo in the binder prepared by outside counsel. Ms. Hendel reviewed the fiduciary duties imposed by ERISA, the Fiduciary relief under ERISA Section 404c, the Selection and Monitoring of Investment Funds, and the Review of Service Provider Fees.

Mr. Penney reviewed with the Committee the current retirement plans provided by the University, with a focus on the 403(b) plans. The Committee discussed the merits of default funds and automatic enrollment. The Committee also discussed the quality and availability of information that is provided to participants regarding investment options.

Mr. Penney next presented the TIAA-CREF "ERISA account" proposal. The proposal is to return $1.6 million for the calendar year 2011. The Committee understands that it is responsible for determining how these funds will be used to support qualified plan expenses.

The Committee discussed the merits of hiring an independent consultant. The Committee agreed that an RFP should be prepared and left open the decision of the purposes for which a consultant might be engaged.

The Committee agreed that the 457(b) plan should be added to its responsibilities and agreed that a motion to that effect should be presented to the Corporation.

The Committee agreed to a quarterly meeting basis and that, at the next meeting, a review of the 2011 investment and participation results should be presented. The Committee requested materials to be provided prior to that meeting to allow for review.

Exhibit 1

The Committee agreed that on the following next steps: (1) that an RFP be drafted for consideration to use in a process to engage an independent consultant; (2) that the next meeting or meetings should include presentations by TIAA-CREF and Vanguard.

The agenda for the meeting, along with the charter and rules of the Committee are attached.

Confidential

YALE00148728