Exhibit 4

# YALE UNIVERSITY

## RETIREMENT ACCOUNT PLANS
## FIDUCIARY COMMITTEE ON INVESTMENTS

### Establishment Of Committee

On April 25, 2009, the Yale Corporation (the "Corporation") authorized the University's Vice President for Human Resources and Administration to establish an investment committee (the "Retirement Account Plans Fiduciary Committee on Investments" or the "Committee") to carry out investment oversight responsibilities for the Yale University Retirement Account Plan, the Yale University Matching Plan, and the Yale University Tax-Deferred 403(b) Savings Plan (collectively, the "Plans"). The attached charter and rules set forth the discretionary powers and authority necessary for the Committee to carry out its investment oversight responsibilities.

Pursuant to the authority granted to him by the Corporation, the Vice President for Human Resources and Administration hereby (i) approves the establishment of the Committee, (ii) approves the Committee charter and rules as set forth herein, and (iii) appoints the following three (3) members to the Committee (or if no longer serving, his or her successor in the stated position):

1. David F. Swensen, Chief Investment Officer of the University.
2. Shauna R. King, Vice President for Finance and Business Operations of the University.
3. Michael A. Peel, Vice President for Human Resources and Administration of the University.

The Committee shall be staffed by the Office of General Counsel and the Director of Compensation and Benefits.

By: *[signature]*
Michael A. Peel
Vice President for Human Resources and Administration, Yale University

Date: 10-13-11

Confidential                                                                                                                                        YALE00143324

## Charter

Except to the extent reserved by the University, the Committee shall have all discretionary powers and authority necessary to supervise and manage the investment oversight responsibilities of Plan assets which shall include, but are not limited to, the following:

1. To select, change, or remove the investment sponsors as well as their investment funds offered to Plan participants and beneficiaries as well as to periodically monitor the same.

2. To review the annual performance of Plan assets, funding, financial status, and contributions to the Plans.

3. To select or change the default investment fund for the Plans as well as to periodically monitor the same.

4. To establish Plan investment policies and guidelines as appropriate.

5. To appoint, employ, or change an investment consultant or consultants to assist in the investment oversight management of Plan assets, if desired.

6. To review periodic accountings and annual reports of investment consultants and the investment sponsors and auditors of the Plans.

7. To review and approve contracts or other documents that relate to the management of Plan assets on behalf of the University or the Plans if requested by the Vice President for Human Resources and Administration.

8. To exercise such discretionary powers and authority conferred on the Committee by the terms of the Plans or by operation of applicable law.

Any action taken in good faith by the Committee in the exercise of its discretionary powers and authority shall be conclusive and binding upon the Plan participants and their beneficiaries.

*The Vice President for Human Resources and Administration may amend this Charter, from time to time.*

Confidential

YALE00143325

## Committee Rules and Procedures

The Committee shall transact business in accordance with the following rules and procedures:

1. A majority of the members of the Committee must be present to constitute a quorum for the transaction of business. Actions of the Committee may be taken either by majority vote at a meeting or by written consent without a meeting.

2. The Committee, with the assistance of the General Counsel of the University, shall appoint a secretary, who need not be a member of the Committee, to record the minutes of Committee meetings. The Committee may appoint one or more of its members as agent to execute or deliver any instrument on its behalf.

3. The Committee shall (i) discharge its fiduciary duties with respect to the Plans solely in the interests of Plan participants and beneficiaries and for the "exclusive purpose" of providing benefits to Plan participants and beneficiaries and defraying reasonable expenses of administering the Plans, and (ii) act in accordance with Plan documents and other governing instruments.

4. Any member of the Committee who is also a Plan participant or beneficiary hereunder shall not be qualified to act or vote on any matter relating solely to himself or herself, and upon such matter his or her presence at a meeting shall not be counted for the purpose of determining a quorum.

5. When appropriate, the Committee may consult with outside experts, such as investment consultants, accountants, and attorneys and shall be entitled to rely upon any tables, valuations, computations, estimates, certificates and reports furnished by any consultant or any opinions furnished by legal counsel except as otherwise provided by law. The Committee may, but is not required to, rely upon all records of the University with respect to any matter or thing whatsoever, and may likewise treat such records as conclusive with respect to all employees, Plan participants, beneficiaries, and any other persons whomsoever except as otherwise provided by law.

6. No member of the Committee shall receive any compensation for his or her services as a Committee member but shall be entitled to reimbursement for any necessary expenses incurred. Such reimbursement shall be paid by the Plans unless paid by the University. With respect to the expenses paid by the Plans, such expenses shall be allocated among the Plans and Plan participants' accounts in a manner determined by the Committee.

*The Vice President for Human Resources and Administration may amend these Committee Rules and Procedures, from time to time.*

Confidential                                                                                                       YALE00143326