Exhibit 5

| | |
|---|---|
| **From:** | Joel Rohlf |
| **Sent:** | Thursday, January 10, 2019 3:28 PM |
| **To:** | 'nross@mayerbrown.com' (nross@mayerbrown.com); Netter, Brian (BNetter@mayerbrown.com); Webster, Michelle N. (MWebster@mayerbrown.com); jcwilliams@mayerbrown.com; jglickstein@mayerbrown.com; 'mwaring@mayerbrown.com' (mwaring@mayerbrown.com) |
| **Cc:** | Heather Lea; Sean Soyars; Claire Nester |
| **Subject:** | Vellali  v. Yale University, 16-01345 |

Counsel-

Plaintiffs request dates for depositions for the following current of former Yale employees in the above captioned matter.  For the former employees, please let us know if Yale will not agree to produced them by notice, so we can issue subpoenas.

Peter Salovey
Benjamin Polak
Michael Peel
Shauna King
Stephen Murphy
Alex Hetherington
Hugh Penny
Julie Kimball
Caroline Hendel
Sylvia Bedard
Kate Castello
Claudine Alexandre

Additionally, have identified the following issues with the production:

1) **Missing meeting minutes:** No meeting minutes were produced for meeting of the Fiduciary Committee on Investments for November 17, 2017 or February 11, 2015.  Please produce these minutes or confirm that they do not exist.
2) **YALE00144792**: The earlier emails in this email chain were not produced.  Please produce these emails and the related attachments which are responsive documents.

If you would like to meet and confer on these issues, please let me know.

Regards,

Joel


**Joel Rohlf**
SCHLICHTER BOGARD & DENTON
100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
Tel:  314-621-6115

Fax:  314-621-7151
www.uselaws.com

*This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at #314-621-6115 and delete this e-mail message from your computer. Thank you.*