Exhibit 9

**From:** Ross, Nancy [mailto:NRoss@mayerbrown.com]
**Sent:** Tuesday, January 29, 2019 3:19 PM
**To:** Joel Rohlf <JRohlf@uselaws.com>
**Cc:** Netter, Brian <BNetter@mayerbrown.com>; Nowak, Richard <RNowak@mayerbrown.com>; Webster, Michelle N. <MWebster@mayerbrown.com>; Glickstein, Jed <JGlickstein@mayerbrown.com>; Heather Lea <hlea@uselaws.com>; Sean Soyars <ssoyars@uselaws.com>
**Subject:** Re: Vellali v. Yale Univ. - Deposition Scheduling

Joel:

Thank you for your response to our proposed dates for the depositions you requested. A member of our team will be in contact to reschedule the dates that don't work for you, and confirm the location of Mr. Peel's deposition.

With respect to Mr. Salovey, we do not intend to maintain that plaintiffs must serve a subpoena of him, given his position as the President of Yale, a defendant in the lawsuit. So you need not serve the draft subpoena you sent to us on him.

That said, we reiterate our previous explanation regarding Mr. Salovey's limited role in connection with the issues in the case, and the redundant nature of any testimony by him given the depositions you have requested of the two other members of the committee who sat with him. Hence we will not and cannot agree to present him for his deposition as requested in the Notice you have sent. We are happy to explore the matter after all other depositions have been taken, and hear your position, should it remain, as to why his deposition is still needed. However, you should not expect Mr. Salovey to appear on the date noticed, nor any certain date at this time.

Nancy

1

Exhibit 9

_____

**Nancy G. Ross**
Partner
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
Direct 312-701-8788
General 312-782-0600
nross@mayerbrown.com
www.mayerbrown.com
Professional Bio



On Jan 28, 2019, at 1:13 PM, Joel Rohlf <JRohlf@uselaws.com> wrote:

**EXTERNAL SENDER**

Counsel-

Plaintiffs agree to dates proposed below for Defendants' witnesses except Kate Castello and Claudine Alexandre. Plaintiffs are unavailable on those dates and request dates in March for those witnesses. Please let us know if Yale intends to offer rooms for the depositions in New Haven, as it did for Plaintiffs' depositions, so we can issue notices accordingly. We will secure a location in Dallas for Ms. King's deposition in the near future. Please let us know when Defendants know the location for Mr. Peel's deposition.

Also, please find attached a subpoena and notice for the deposition of Peter Salovey. Given Mr. Salovey is a Yale employee, Plaintiffs do not believe a Rule 45 subpoena is necessary, but include it should Defendants assert it is. If Defendants are asserting a Rule 45 subpoena is necessary, please let us know who to direct Mr. Salovey's witness check to.

Regards,

Joel

Joel Rohlf
SCHLICHTER BOGARD & DENTON
100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
Tel: 314-621-6115
Fax: 314-621-7151
www.uselaws.com

*This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at #314-621-6115 and delete this e-mail message from your computer. Thank you.*

2

**From:** Netter, Brian [mailto:BNetter@mayerbrown.com]
**Sent:** Friday, January 18, 2019 10:07 AM
**To:** Joel Rohlf <JRohlf@uselaws.com>
**Cc:** Ross, Nancy <NRoss@mayerbrown.com>; Nowak, Richard <RNowak@mayerbrown.com>; Webster, Michelle N. <MWebster@mayerbrown.com>; Glickstein, Jed <JGlickstein@mayerbrown.com>; Heather Lea <hlea@uselaws.com>; Sean Soyars <ssoyars@uselaws.com>
**Subject:** Vellali v. Yale Univ. - Deposition Scheduling

Joel,

Here's our proposal for the *Vellali* depositions.  All of these can take place on campus, except for Shauna King and Michael Peel.

February 13: Julie Kimball
February 14: Sylvia Bedard
February 20: Hugh Penney
February 21: Alex Hetherington
February 27: Kate Castello
February 28: Claudine Alexandre
March 7: Ben Polak
March 12: Caroline Hendel
March 13: Michael Peel (awaiting confirmation)
March 19: Shauna King (Dallas, Tex.)
March 28: Stephen Murphy

As you'll see, we have provided dates for everybody on your list except Peter Salovey, whose schedule is extraordinarily difficult.  Our expectation is that, given his short tenure on the committee, the amount of time that has elapsed since that tenure, and the availability of the other committee members from his tenure, you will realize that deposing President Salovey is unnecessary.  Because that discussion can be based on facts once you have taken other depositions, we propose tabling Salovey for the time being.

We will also want to incorporate into this schedule depositions of the named plaintiffs.  Please let us know if they can be deposed the week of February 4.  As in other cases, we expect that they can be scheduled for 2 depositions per day.

Thanks,
Brian

_____

**Brian Netter**
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006
Tel:+1-202-263-3339
Fax:+1-202-263-5236
bnetter@mayerbrown.com

_____
This email and any files transmitted with it are intended solely for the use of the individual or entity to

whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information is available in our Privacy Notice.

<Deposition Notice - Peter Salovey (3.8.2019) (02328940xBFCE7).pdf>

<Subpoena - Peter Salovey (3.8.2019) (02328937xBFCE7).pdf>