# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> YALE UNIVERSITY *et al.*, <br><br> *Defendants*. | Civil Action No. 3:16-cv-01345-AWT <br><br> Hon. Alvin W. Thompson <br><br> March 26, 2019 |

## JOINT MOTION TO MODIFY THE SCHEDULE AND EXTEND PRE-TRIAL DEADLINES

Plaintiffs Joseph Vellali, Nancy S. Lowers, Jan M. Taschner, and James Mancini, and Defendants Yale University, Michael A. Peel, and the Fiduciary Committee on Investments (collectively, the "Parties") jointly move for a modification of the schedule and an extension of certain pretrial deadlines. In support of this motion, the Parties state as follows:

1. The Parties have conferred and have agreed to the extensions requested in this Joint Motion.

2. The current fact-discovery deadline is April 1, 2019.

3. Despite the Parties' diligence and best efforts, due to scheduling conflicts it has not been possible to schedule the depositions of certain significant third parties, including the corporate representative deposition of TIAA and current and former employees of AonHewitt Investment Consulting, prior to April 1, 2019. However, all of these third-party depositions can be completed by May 1, 2019.

4. To allow for the completion of these third-party depositions, the Parties respectfully request that the Court briefly extend the fact-discovery deadline to May 1, 2019. The Parties additionally respectfully request that the Court briefly extend the other pre-trial deadlines in order to accommodate the above modification.

5. No extensions have previously been requested or granted with respect to these deadlines.

6. The Parties jointly propose the following modified schedule:

| | |
|---|---|
| **May 1, 2019:** | **Fact discovery deadline (extended from April 1, 2019 for the sole purpose of permitting Plaintiffs to depose certain third party witnesses already noticed or subpoenaed by Plaintiffs or to comply with the Court's ruling on Defendants' pending Motion for Protective Order (ECF No. 161)).** |
| **June 14, 2019:** | **Plaintiffs to designate trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2).** |
| **August 1, 2019:** | **Defendants to designate trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2).** |
| **September 2, 2019:** | **Plaintiffs to designate rebuttal trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2).** |
| **October 1, 2019:** | **Depositions of all experts will be completed and discovery to close.** |
| **November 20, 2019:** | **Dispositive motions to be filed.** |
| **January 17, 2020:** | **Responses to dispositive motions to be filed.** |
| **February 14, 2020:** | **Replies to dispositive motions to be filed.** |

7. No extension is being sought for the purposes of delay, and no Party would suffer prejudice should this Court grant the requested extensions.

WHEREFORE, the Parties respectfully request that the Court enter an order modifying the schedule and extending the pre-trial deadlines as set forth above.

| | |
|---|---|
| March 26, 2019 | Respectfully submitted, |

/s/ Jerome J. Schlichter
Jerome J. Schlichter (phv01476)
Heather Lea, (phv08416)
Andrew D. Schlichter (phv09955)
Sean E. Soyars (phv08419)
Joel D. Rohlf (phv09849)
Alexander L. Braitberg (phv09929)
SCHLICHTER, BOGARD & DENTON, LLP
100 South Fourth Street, Ste. 1200
St. Louis, MO 63102
Phone: (314) 621-6115
Fax: (314) 621-5934
jschlichter@uselaws.com
hlea@uselaws.com
aschlichter@uselaws.com
ssoyars@uselaws.com
jrohlf@uselaws.com
abraitberg@uselaws.com

*Lead Counsel for Plaintiffs*

Stuart M. Katz (ct12088)
Cohen and Wolf, P.C.
Bridgeport, CT 06604
Tel: (203) 368-0211
Facsimile: (203) 337-5505
skatz@cohenandwolf.com

*Local Counsel For Plaintiffs*

/s/ Brian D. Netter
Brian D. Netter (phv08476)
(with permission)
bnetter@mayerbrown.com
Michelle N. Webster (phv08475)
Matthew A. Waring (phv08551)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

Nancy G. Ross (ct14373)
James C. Williams (ct23292)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

*Counsel for Defendants*

3

## CERTIFICATE OF SERVICE

I certify that, on March 26, 2019, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice to all counsel of record of the filing.

By: /s/ Jerome J. Schlichter