IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI *et al.*,<br><br>　　　　　　　　　*Plaintiffs*,<br><br> v.<br><br>YALE UNIVERSITY *et al.*,<br><br>　　　　　　　　　*Defendants*. | No. 3:16-cv-01345-AWT<br><br>Hon. Alvin W. Thompson |

## SUPPLEMENTAL BRIEF IN SUPPORT OF CLASS CERTIFICATION

Yale's class certification opposition urges the Court to disregard two recent decisions granting class certification in similar ERISA cases in which the universities are represented by the same attorneys who represent Yale, arguing that those cases were "wrong[ly]" decided and subject to pending petitions for interlocutory review by the Second Circuit. Doc. 157 at 11–12,[1] 15 & n.2 (discussing *Cunningham v. Cornell Univ.*, No. 16-6525, 2019 WL 275827 (S.D.N.Y. Jan. 22, 2019), *Cates v. Trs. of Columbia Univ.*, 16-6524, Doc. 218 (S.D.N.Y. Nov. 15, 2018)).

In seeking appellate review, the arguments raised by Columbia and Cornell were nearly identical to Yale's arguments here: that the decisions misinterpreted or violated Second Circuit precedent and ignored the distinction between defined benefit plans and defined contribution plans. *Compare* Doc. 157 at 15 ("*Leber* (and *Cates* and *Cunningham*) thus disregarded bedrock Article III principles when it extended the holding of *L.I. Head Start* … "); *with* Petition 20–21, *Trs. of Columbia Univ. v. Cates*, No. 18-3559 (2d Cir. Nov. 29, 2018) ("*Leber* thus disregarded bedrock Article III principles when it extended the holding of *L.I. Head Start* ...").

The Second Circuit has now denied the petitions in both cases. *Cornell Univ. v. Cunningham*, No. 19-324 (2d Cir. June 19, 2019); *Trs. of Columbia Univ. v. Cates*, No. 18-3559

---

[1] "Doc." page citations are to the page number on the ECF header.

(2d Cir. Mar. 13, 2019) (orders attached hereto). The Second Circuit found in both cases that "an immediate appeal is not warranted." *Id*. Thus, Yale's suggestion that the Court of Appeals might soon review *Cates* or *Cunningham* has now been rejected.

July 5, 2019                                    Respectfully submitted,

/s/ Sean E. Soyars
Jerome J. Schlichter (phv01476)
Sean E. Soyars (phv08419)
SCHLICHTER BOGARD & DENTON, LLP
100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
Telephone: (314) 621-6115
Facsimile: (314) 621-5934
jschlichter@uselaws.com
ssoyars@uselaws.com

Stuart M. Katz (ct12088)
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
Telephone: (203) 368-0211
Facsimile: (203) 337-5505
skatz@cohenandwolf.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2019, a copy of foregoing was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

By: /s/ Sean E. Soyars
Sean E. Soyars