IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> YALE UNIVERSITY *et al.*, <br><br> *Defendants*. | Civil Action No. 3:16-cv-01345-AWT <br><br> Hon. Alvin W. Thompson |

**DEFENDANTS' MOTION TO COMPEL PLAINTIFFS' EXPERTS AL OTTO AND DANIEL ALEXANDER TO ANSWER CERTAIN DEPOSITION QUESTIONS**

Pursuant to Federal Rules of Civil Procedure 26, 30, and 37, Defendants Yale University, Michael A. Peel, and the Fiduciary Committee on Investments (collectively, the University"), respectfully move this Court for an order compelling Plaintiffs' expert witnesses, Daniel Alexander and Al Otto, to answer certain questions that they improperly refused to answer during their depositions.

As explained in the University's accompanying memorandum, Plaintiffs' experts refused to answer a number of questions regarding their prior work experience, despite relying on that experience to determine their opinions in this case. But Plaintiffs' experts have not offered a valid reason why they could not answer these questions beyond general, unspecified claims of confidentiality concerns and non-disclosure obligations. These claims are insufficient to justify Alexander and Otto's refusal to answer relevant deposition questions. Accordingly, the University asks that this Court issue an order compelling Alexander and Otto to participate in additional depositions and to answer the University's questions.

1

Defendants further request that this Court extend the expert discovery deadline in this case to permit these additional depositions.

Wherefore, the University respectfully requests that this Court extend the expert discovery deadline and compel Alexander and Otto to answer certain deposition questions.

Dated:  December 20, 2019

Nancy G. Ross (ct14373)
James C. Williams (ct23292)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

Respectfully submitted,

*/s/ Brian D. Netter*
Brian D. Netter (phv08476)
   bnetter@mayerbrown.com
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2019, a copy of foregoing document was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the CM/ECF system.

*/s/ Brian D. Netter*
Brian D. Netter
