# Declaration of Daniel Alexander (FILED UNDER SEAL)