# Declaration of Albert Otto
# (FILED UNDER SEAL)