IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> YALE UNIVERSITY *et al.*, <br><br> *Defendants.* | Civil Action No. 3:16-cv-01345-AWT <br><br> Hon. Alvin W. Thompson |

**DEFENDANTS' MOTION TO SEAL REGARDING DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL ADDITIONAL TESTIMONY FROM DEFENDANTS' EXPERT GLENN POEHLER**

Pursuant to Local Rule 5(e)(4) and the Standing Protective Order entered by the Court in this matter (Dkt. 11), Defendants Yale University, Michael A. Peel, and the Fiduciary Committee on Investments move for leave to file under seal Defendants' Memorandum in Opposition to Plaintiffs' Motion to Compel Additional Testimony From Defendants' Expert Glenn Poehler.

First, Defendants' memorandum refers to and includes material designated by Plaintiffs as confidential, including Plaintiffs' memorandum in support of their motion. Second, Defendants' memorandum refers to and includes expert materials that refer to and include material designated by Plaintiffs as confidential. Because the Parties are subject to the Protective Order, and because Defendants' memorandum refers to material designated as confidential, Defendants are required by the Protective Order to file this motion.

1

Additionally, because these materials are filed in connection with a discovery dispute, the presumption of public access is limited.  *See Brown v. Maxwell*, 929 F.3d 41, 50 (2d Cir. July 3, 2019).

Pursuant to the procedure provided under Local Rule 5(e)(4)(a), Defendants are contemporaneously filing (1) this Motion to Seal; (2) a redacted version of Defendants' Memorandum in Opposition to Plaintiffs' Motion to Compel and supporting documents, as public documents, and (3) an unredacted version of Defendants' Memorandum in Opposition to Plaintiffs' Motion to Compel and accompanying exhibits, as sealed documents.

Dated: February 13, 2020

Nancy G. Ross (ct14373)
James C. Williams (ct23292)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

Respectfully submitted,

*/s/ Brian D. Netter*
Brian D. Netter (phv08476)
   bnetter@mayerbrown.com
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2020, a copy of foregoing document was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the CM/ECF system.

*/s/ Brian D. Netter*
Brian D. Netter
