IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI *et al.*, | |
| *Plaintiffs*, | No. 3:16-cv-01345-AWT |
| v. | |
| YALE UNIVERSITY *et al.*, | Hon. Alvin W. Thompson |
| *Defendants*. | |

## UNOPPOSED MOTION FOR STATUS CONFERENCE

Plaintiffs respectfully request that this Court schedule a telephonic (or video) status conference concerning the current stay of all pretrial deadlines, which has been in place since January 7, 2020. Defendants do not oppose this request. In support, Plaintiffs state as follows:

1. Plaintiffs filed their complaint on August 9, 2016. Doc. 1.

2. Discovery initially closed on December 6, 2019. Doc. 209. Dispositive motions, if any, were scheduled to be filed by January 24, 2020. Doc. 187.

3. On December 20, 2019, Defendants filed a motion to compel additional testimony from two of Plaintiffs' experts. Doc. 219. On the same day, Defendants moved to extend all pretrial deadlines pending a decision on Defendants' motion to compel. Doc. 221.

4. On January 7, 2020, the Court granted Defendants' motion to extend pretrial deadlines until after a decision on Defendants' motion to compel. Doc. 223.

5. Because Defendants' motion to compel remains pending, along with subsequent discovery-related motions filed by Plaintiffs on January 10, 2020 and January 23, 2020 (Docs. 229, 236), all pretrial deadlines remain stayed.

1

6. In order to discuss the current stay of pretrial deadlines, Plaintiffs respectfully request a telephonic (or video) status conference at the Court's convenience.

7. Defendants have indicated that they do not oppose Plaintiffs' request for a status conference.

Dated: August 11, 2020                              Respectfully submitted,

/s/ Andrew D. Schlichter
SCHLICHTER BOGARD & DENTON LLP
Jerome J. Schlichter (phv01476)
Heather Lea, (phv08416)
Andrew D. Schlichter (phv09955)
Sean E. Soyars (phv08419)
Joel D. Rohlf (phv09849)
Alexander L. Braitberg (phv09929)
100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
(314) 621-6115, (314) 621-7151 (fax)
jschlichter@uselaws.com
hlea@uselaws.com
aschlichter@uselaws.com
ssoyars@uselaws.com
jrohlf@uselaws.com
abraitberg@uselaws.com

Ari J. Hoffman (ct22516)
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
Telephone: (203) 368-0211
Facsimile: (203) 337-5505
arihoffman@cohenandwolf.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I certify that on August 11, 2020, a copy of foregoing was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

By: /s/ Andrew D. Schlichter