## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

JOSEPH VELLALI *et al.*,

     *Plaintiffs*,

v.

YALE UNIVERSITY *et al.*,

     *Defendants*.

Civil Action No. 3:16-cv-01345-AWT

Hon. Alvin W. Thompson

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56, Defendants Yale University, Michael Peel, and the Fiduciary Committee on Investments respectfully move for summary judgment on all claims remaining in the Amended Complaint. Defendants believe that oral argument will assist the Court in resolving this motion.

This motion is based upon the accompanying supporting memorandum of law, Defendants' Local Rule 56(a)(1) Statement of Undisputed Material Facts, the Declaration of Brian D. Netter in Support of Defendants' Motion for Summary Judgment and Motions to Exclude Plaintiffs' Expert Witnesses and exhibits thereto, all the pleadings and papers on file in this action, and such argument and evidence as may be presented to the Court at any hearing.

Dated:  December 4, 2020

Nancy G. Ross (ct14373)
James C. Williams (ct23292)
Richard E. Nowak (phv09930)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

Respectfully submitted,

*/s/ Brian D. Netter*
Brian D. Netter (phv08476)
  bnetter@mayerbrown.com
Michelle N. Webster (phv08475)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

*Attorneys for Defendants*

ORAL ARGUMENT REQUESTED

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on December 4, 2020, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

/s/ *Brian D. Netter*
Brian D. Netter