**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JOSEPH VELLALI *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>YALE UNIVERSITY *et al.*,<br><br>*Defendants*. | Civil Action No. 3:16-cv-01345-AWT<br><br>Hon. Alvin W. Thompson |

**DECLARATION OF BRIAN D. NETTER IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND
MOTIONS TO EXCLUDE PLAINTIFFS' EXPERT WITNESSES**

I, Brian D. Netter, am a partner with the law firm Mayer Brown LLP, and represent Defendants Yale University, Michael A. Peel, and the Fiduciary Committee on Investments (collectively, "Yale") in this action. I submit this declaration in support of the following motions:

- Defendants' Motion for Summary Judgment,
- Defendants' Motion to Exclude Plaintiffs' Experts Wendy Dominguez and Gerald Buetow,
- Defendants' Motion to Exclude Plaintiffs' Experts Al Otto and Ty Minnich; and
- Defendants' Motion to Exclude Plaintiffs' Expert Daniel Alexander.

I have personal knowledge of all facts stated in this declaration, and would testify to such facts if called as a witness.

1. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Daniel Alexander served by Plaintiffs on August 19, 2019 in this action.

2. Attached hereto as **Exhibit 2** is a true and correct copy of the Rebuttal Report of Daniel Alexander served by Plaintiffs on November 5, 2019 in this action.

3. Attached hereto as **Exhibit 3** is a true and correct copy of the Expert Report of Dr. Gerald Buetow served by Plaintiffs on August 19, 2019 in this action.

1

4. Attached hereto as **Exhibit 4** is a true and correct copy of the Expert Report of John Chalmers served by Yale on October 7, 2019 in this action.

5. Attached hereto as **Exhibit 5** is a true and correct copy of the Expert Report of Wendy Dominguez served by Plaintiffs on August 19, 2019 in this action.

6. Attached hereto as **Exhibit 6** is a true and correct copy of the Rebuttal Report of Wendy Dominguez served by Plaintiffs on November 5, 2019 in this action.

7. Attached hereto as **Exhibit 7** is a true and correct copy of the Expert Report of Ty Minnich served by Plaintiffs on August 19, 2019 in this action.

8. Attached hereto as **Exhibit 8** is a true and correct copy of the Rebuttal Report of Ty Minnich served by Plaintiffs on November 5, 2019 in this action.

9. Attached hereto as **Exhibit 9** is a true and correct copy of the Expert Report of Al Otto served by Plaintiffs on August 19, 2019 in this action.

10. Attached hereto as **Exhibit 10** is a true and correct copy of the Expert Report of Glenn Poehler served by Yale on October 7, 2019 in this action.

11. Attached hereto as **Exhibit 11** is a true and correct copy of relevant excerpts from the November 20, 2019 deposition of Daniel Alexander in this action.

12. Attached hereto as **Exhibit 12** is a true and correct copy of relevant excerpts from the November 19, 2019 deposition of Dr. Gerald Buetow in this action.

13. Attached hereto as **Exhibit 13** is a true and correct copy of relevant excerpts from the December 3, 2019 deposition of Wendy Dominguez in this action.

14. Attached hereto as **Exhibit 14** is a true and correct copy of relevant excerpts from the December 4, 2019 deposition of Ty Minnich in this action.

15. Attached hereto as **Exhibit 15** is a true and correct copy of relevant excerpts from the November 14, 2019 deposition of Al Otto in this action.

16. Attached hereto as **Exhibit 16** is a true and correct copy of relevant excerpts from the July 24, 2019 deposition of E. Craig Porter in this action.

17. Attached hereto as **Exhibit 17** is a true and correct copy of relevant excerpts from the July 29, 2019 deposition of Stephen Campbell in this action.

18. Attached hereto as **Exhibit 18** is a true and correct copy of relevant excerpts from the March 14, 2019 deposition of Kate Castello in this action.

19. Attached hereto as **Exhibit 19** is a true and correct copy of relevant excerpts from the March 27, 2019 deposition of Caroline Hendel in this action.

20. Attached hereto as **Exhibit 20** is a true and correct copy of relevant excerpts from the March 19, 2019 deposition of Shauna King in this action.

21. Attached hereto as **Exhibit 21** is a true and correct copy of relevant excerpts from the March 28, 2019 deposition of Stephen Murphy in this action.

22. Attached hereto as **Exhibit 22** is a true and correct copy of relevant excerpts from the March 12, 2019 deposition of Michael Peel in this action.

23. Attached hereto as **Exhibit 23** is a true and correct copy of relevant excerpts from the February 20, 2019 deposition of Hugh Penney in this action.

24. Attached hereto as **Exhibit 24** is a true and correct copy of relevant excerpts from the March 21, 2019 deposition of Ben Polak in this action.

25. Attached hereto as **Exhibit 25** is a true and correct copy of relevant excerpts from the March 21, 2019 deposition of Margaret Rux in this action.

26. Attached hereto as **Exhibit 26** is a true and correct copy of relevant excerpts from the April 23, 2019 deposition of William Ryan in this action.

27. Attached hereto as **Exhibit 27** is a true and correct copy of relevant excerpts from the July 24, 2019 deposition of Elizabeth Sutherland in this action.

28. Attached hereto as **Exhibit 28** is a true and correct copy of relevant excerpts from the April 9, 2019 deposition of David Swallow in this action.

29. Attached hereto as **Exhibit 29** is a true and correct copy of a 2012 TIAA presentation titled "Making the most of your retirement plan" bates numbered YALE00000008 and produced by Yale in this action.

30. Attached hereto as **Exhibit 30** is a true and correct copy of a July 30, 2014 email from J. Schultz of Vanguard to H. Penney and others at Yale bates numbered YALE00004663 and produced by Yale in this action.

31. Attached hereto as **Exhibit 31** is a true and correct copy of a 2013 TIAA presentation titled "Understanding TIAA-CREF Contracts" bates numbered YALE00011016 and produced by Yale in this action.

32. Attached hereto as **Exhibit 32** is a true and correct copy of an August 21, 2014 letter from M. Peel to Vanguard bates numbered YALE00011053 and produced by Yale in this action.

33. Attached hereto as **Exhibit 33** is a true and correct copy of July 23, 2015 email from S. Campbell of TIAA to H. Penney and others at Yale bates numbered YALE00013529 and produced by Yale in this action.

34. Attached hereto as **Exhibit 34** is a true and correct copy of a September 3, 2014 TIAA white paper titled "Correlation of commercial real estate (as measured by the NCREIF

Property Index) to US equities (as measured by the Russell 3000 Index)" bates numbered YALE00013531 and produced by Yale in this action.

35. Attached hereto as **Exhibit 35** is a true and correct copy of Amendment No. 4 to the Record Keeping Services Agreement between TIAA and Yale bates numbered YALE00013595 and produced by Yale in this action.

36. Attached hereto as **Exhibit 36** is a true and correct copy of a brochure from TIAA titled "TIAA Traditional Annuity: Adding safety and stability to retirement portfolios" bates numbered YALE00014369 and produced by Yale in this action.

37. Attached hereto as **Exhibit 37** is a true and correct copy of the July 2010 Recordkeeping Fee Agreement between Yale and The Vanguard Group, Inc. bates numbered YALE00020185 and produced by Yale in this action.

38. Attached hereto as **Exhibit 38** is a true and correct copy of a April 10, 2013 email from S. Federico of Yale to J. Schultz of Vanguard bates numbered YALE00022495 and produced by Yale in this action.

39. Attached hereto as **Exhibit 39** is a true and correct copy of the May 16, 2012 Vanguard update presentation bates numbered YALE00033171 and produced by Yale in this action.

40. Attached hereto as **Exhibit 40** is a true and correct copy of a July 31, 2015 email from B. Polak to H. Penney and Committee members bates numbered YALE00036230 and produced by Yale in this action.

41. Attached hereto as **Exhibit 41** is a true and correct copy of July 30, 2012 signed memorandum establishing the Retirement Account Plans Fiduciary Committee on Investments and related Charter bates numbered YALE00040872 and produced by Yale in this action.

42. Attached hereto as **Exhibit 42** is a true and correct copy of the May 13, 2006 Recordkeeping Services Agreement between TIAA and Yale bates numbered YALE00041509 and produced by Yale in this action.

43. Attached hereto as **Exhibit 43** is a true and correct copy of a September 20, 2012 email from M. Wakino of WilmerHale to C. Hendel and J. Kimball of Yale bates numbered YALE00057798 and produced by Yale in this action.

44. Attached hereto as **Exhibit 44** is a true and correct copy of a February 9, 2015 memorandum from M. Peel to the Yale faculty and staff bates numbered YALE00066231 and produced by Yale in this action.

45. Attached hereto as **Exhibit 45** is a true and correct copy of a April 19, 2013 email from H. Penney at Yale to J. Schultz at Vanguard bates numbered YALE00078052 and produced by Yale in this action.

46. Attached hereto as **Exhibit 46** is a true and correct copy of a July 2014 Hewitt ennisknupp presentation titled "Defined Contribution Plans and Deferred Compensation Plan Recordkeeper Structure Analysis" bates numbered YALE00087197 and produced by Yale in this action.

47. Attached hereto as **Exhibit 47** is a true and correct copy of the 2012 Yale University Retirement Account Plan Department of Labor Form 5500 bates numbered YALE00090491 and produced by Yale in this action.

48. Attached hereto as **Exhibit 48** is a true and correct copy of the July 1, 2015 Yale University Account Plan Document bates numbered YALE00096713 and produced by Yale in this action.

49. Attached hereto as **Exhibit 49** is a true and correct copy of the 2014 Yale University Retirement Account Plan Department of Labor Form 5500 bates numbered YALE00110145 and produced by Yale in this action.

50. Attached hereto as **Exhibit 50** is a true and correct copy of the 2013 Yale University Retirement Account Plan Department of Labor Form 5500 bates numbered YALE00110794 and produced by Yale in this action.

51. Attached hereto as **Exhibit 51** is a true and correct copy of the July 31, 2014 the Request for Proposal for Yale University Benefits Planning bates numbered YALE00119889 and produced by Yale in this action.

52. Attached hereto as **Exhibit 52** is a true and correct copy of the July 1, 2009 Yale University Account Plan Document bates numbered YALE00139236 and produced by Yale in this action.

53. Attached hereto as **Exhibit 53** is a true and correct copy of a June 10, 2013 memo from H. Penney to M. Peel regarding Retirement Positions bates numbered YALE00143093 and produced by Yale in this action.

54. Attached hereto as **Exhibit 54** is a true and correct copy of a March 7, 2012 email from M. Wakino of WilmerHale to H. Penney bates numbered YALE00143364 and produced by Yale in this action.

55. Attached hereto as **Exhibit 55** is a true and correct copy of a May 2013 TIAA presentation titled "Sole Recordkeeping Update" bates numbered YALE00145429 and produced by Yale in this action.

56. Attached hereto as **Exhibit 56** is a true and correct copy of a July 3, 2014 email from H. Penney to M. Peel bates numbered YALE00156557 and produced by Yale in this action.

57. Attached hereto as **Exhibit 57** is a true and correct copy of the June 10, 2016 Amendment No. 7 to the Record Keeping Services Agreement between TIAA and Yale bates numbered YALE00157329 and produced by Yale in this action.

58. Attached hereto as **Exhibit 58** is a true and correct copy of the 2011 Yale University Retirement Account Plan Department of Labor Form 5500 bates numbered YALE00209652 and produced by Yale in this action.

59. Attached hereto as **Exhibit 59** is a true and correct copy of the 2010 Yale University Retirement Account Plan Department of Labor Form 5500 bates numbered YALE00221422 and produced by Yale in this action.

60. Attached hereto as **Exhibit 60** is a true and correct copy of a January 29, 2011 email from M. Wakino of WilmerHale to H. Penney and J. Kimball bates numbered YALE00221758 and produced by Yale in this action.

61. Attached hereto as **Exhibit 61** is a true and correct copy of a November 6, 2012 email from M. Wakino to J. Kimball bates numbered YALE00222947 and produced by Yale in this action.

62. Attached hereto as **Exhibit 62** is a true and correct copy of the 2009 Yale University Retirement Account Plan Department of Labor Form 5500 bates numbered YALE00242102 and produced by Yale in this action.

63. Attached hereto as **Exhibit 63** is a true and correct copy of the 2016 Yale University Retirement Account Plan Department of Labor Form 5500 bates numbered YALE00243002 and produced by Yale in this action.

64. Attached hereto as **Exhibit 64** is a true and correct copy of the 2015 Yale University Retirement Account Plan Department of Labor Form 5500 bates numbered YALE00243029 and produced by Yale in this action.

65. Attached hereto as **Exhibit 65** is a true and correct copy of the 2017 Yale University Retirement Account Plan Department of Labor Form 5500 bates numbered YALE00243073 and produced by Yale in this action.

66. Attached hereto as **Exhibit 66** is a true and correct copy of the April 16, 2010 TIAA-CREF Asset Management Investment Review bates numbered YALE00243424 and produced by Yale in this action.

67. Attached hereto as **Exhibit 67** is a true and correct copy of Schedule 2016-001 to the Professional Services Agreement between Yale and Hewitt Associates dated May 20, 2016 bates numbered Aon-Yale-000464 and produced by Aon in this action.

68. Attached hereto as **Exhibit 68** is a true and correct copy of a June 14, 2014 email from Aon Hewitt to Vanguard bates numbered Aon-Yale-014297 and produced by in this action.

69. Attached hereto as **Exhibit 69** is a true and correct copy of a October 27, 2012 email from D. Swallow of Aon to H. Penney of Yale bates numbered Aon-Yale-014694 and produced by Aon in this action.

70. Attached hereto as **Exhibit 70** is a true and correct copy of a October 18, 2012 email from D. Swallow of Aon to H. Penney of Yale bates numbered Aon-Yale-014774 and produced by Aon in this action.

71. Attached hereto as **Exhibit 71** is a true and correct copy of a June 13, 2014 email from A. Yakely of Aon to S. Campbell of TIAA bates numbered Aon-Yale-019904 and produced by Aon in this action.

72. Attached hereto as **Exhibit 72** is a true and correct copy of a October 1, 2018 email from S. Sinclair of Aon to H. Penney and K. Castello of Yale bates numbered Aon-Yale-049435 and produced by Aon in this action.

73. Attached hereto as **Exhibit 73** is a true and correct copy of the October 4, 2018 Amended and Restated Recordkeeping Services Agreement between TIAA and Yale bates number TIAA_YALE_00014595 and produced by TIAA in this action.

74. Attached hereto as **Exhibit 74** is a true and correct copy of a June 2017 TIAA presentation titled "Getting to know TIAA's individual financial solutions and its financial professionals" bates numbered TIAA_YALE_00041056 and produced by TIAA in this action.

75. Attached hereto as **Exhibit 75** is a true and correct copy of a June 28 2010 email from S. Campbell of TIAA to M. Privee of Yale bates numbered TIAA_YALE_00059404 and produced by TIAA in this action.

76. Attached hereto as **Exhibit 76** is a true and correct copy of a September 9, 2010 email from S. Hempel of TIAA to D. Takahashi, C. Abildgaard, H. Penney, and M. Privee of Yale bates numbered TIAA_YALE_00059633 and produced by TIAA in this action.

77. Attached hereto as **Exhibit 77** is a true and correct copy of an August 31, 2010 email from H. Penney of Yale to S. Campbell of TIAA bates numbered TIAA_YALE_00059747 and produced by TIAA in this action.

78. Attached hereto as **Exhibit 78** is a true and correct copy of a September 30, 2013 CREF Stock Account performance slide deck bates numbered TIAA_YALE_00060388 and produced by TIAA in this action.

79. Attached hereto as **Exhibit 79** is a true and correct copy of a March 10, 2011 calendar request from S. Campbell of TIAA to H. Penney of Yale bates numbered TIAA_YALE_00060576 and produced by TIAA in this action.

80. Attached hereto as **Exhibit 80** is a true and correct copy of a September 6, 2011 email from S. Campbell of TIAA to H. Penney of Yale bates numbered TIAA_YALE_00062052 and produced by TIAA in this action.

81. Attached hereto as **Exhibit 81** are true and correct copies of a April 5, 2012 email from S. Campbell of TIAA to H. Penney of Yale and attached Amendment No. 4 to the Record Keeping Agreement between Yale and TIAA. The documents are bates numbered TIAA_YALE_00066437 and TIAA_YALE_00066442 and were produced by TIAA in this action.

82. Attached hereto as **Exhibit 82** is a true and correct copy of a May 1, 2017 email from S. Sinclair of Aon to S. Campbell and R. Murray of TIAA bates numbered TIAA_YALE_00076813 and produced by TIAA in this action.

83. Attached hereto as **Exhibit 83** is a true and correct copy of a Yale Product Ownership spreadsheet bates numbered TIAA_YALE_00093625 and produced by TIAA in response to discovery requests in this action and introduced as Exhibit 243 at the deposition of E. Craig Porter.

84. Attached hereto as **Exhibit 84** is a true and correct copy of a 2014 Vanguard All-in fee disclosure bates numbered Vanguard_000044 and produced by Vanguard in this action.

85. Attached hereto as **Exhibit 85** is a true and correct copy of relevant excerpts from Donald B. Trone, et al., *The Management of Investment Decisions* (1996) .

86. Attached hereto as **Exhibit 86** is a true and correct copy of a September 10, 2019 article by Daniel Alexander and Allen Steinberg, titled "Monitoring 401(k) Cross-Selling May Be

Next Frontier For Advisers," and introduced as Exhibit 304 at the deposition of Daniel Alexander in this action.

87. Attached hereto as **Exhibit 87** is a true and correct copy of an Innovest Portfolio Review for the University of Colorado for the third quarter of 2015, introduced as Exhibit 331 at the deposition of Wendy Dominguez in this action.

88. Attached hereto as **Exhibit 88** is a true and correct copy of an Innovest presentation from Spring 2018 entitled "Investment Menu Design and Considerations for Adding TIAA Proprietary Funds," introduced as Exhibit 334 at the deposition of Wendy Dominguez in this action.

89. Attached hereto as **Exhibit 89** is a true and correct copy of a document prepared by Innovest entitled "University of Colorado Portfolio Review (3Q 2018)," which was received from the University of Colorado pursuant to an open records request made under the Colorado Sunshine Law.

90. Attached hereto as **Exhibit 90** is a true and correct copy of a Benefit Funding Services Group presentation for Pepperdine University for the third quarter of 2015 which is publicly available on the TransAmerica webpage for Pepperdine's Retirement Plans (https://www.transamerica.com/portal/pepperdine) and at https://www.transamerica.com/media/investment-review-9-30-15_tcm145-121646.pdf.

91. Attached hereto as **Exhibit 91** is a true and correct copy of the September 27, 2013 meeting minutes for the Pepperdine University Retirement Plan Committee, which are publicly available on the TransAmerica webpage for Pepperdine Retirement Plans (https://www.transamerica.com/portal/pepperdine) and at https://www.transamerica.com/media/retirement-committee-minutes-2015_tcm145-121728.zip.

92. Attached hereto as **Exhibit 92** is a true and correct copy of the TIAA Real Estate Account Prospectus (2010), which was filed with the SEC and is publicly available through the SEC EDGAR service at https://bit.ly/3lxyXd4.

93. Attached hereto as **Exhibit 93** is a true and correct copy of Form 5500 for the California Institute of Technology TIAA-CREF DC Retirement Plan (2013), which was filed with the U.S. Department of Labor and is available through the Department's website at https://bit.ly/36x3x2p.

94. Attached hereto as **Exhibit 94** is a true and correct copy of the Vanguard Windsor II Fund Prospectus (Feb. 2010), which was filed with the SEC and is publicly available through the SEC EDGAR service at https://bit.ly/3muD5f7.

95. Attached hereto as **Exhibit 95** is a true and correct copy of the TIAA 2011 Form ADV Part 2A, which was cited in Daniel Alexander's report and is publicly available at https://www.lexissecuritiesmosaic.com/resourcecenter/ADV2B/Tiaa_Cref.pdf.

96. Attached hereto as **Exhibit 96** is a true and correct copy of a document from the TIAA website entitled Frequently Asked Questions About TIAA Traditional, which is publicly available at https://www.tiaa.org/public/pdf/TT_FAQ.pdf.

97. Attached hereto as **Exhibit 97** is a true and correct copy of Robert Slayer, *The 2019 Excellence & Innovation Awards: Hugh Penney and Kate Castello, Yale University*, Pensions & Investments (November 11, 2019).

98. Attached hereto as **Exhibit 98** is a true and correct copy of Robert Steyer, *The 2016 Eddy Awards*, Pensions & Investments (March 21, 2016).

99. Attached hereto as **Exhibit 99** is a true and correct copy of excerpts from the trial transcript of *Sacerdote v. New York University*, No. 16-Civ.-6284 (S.D.N.Y.), for April 18, 2018 (ECF No. 330), and April 19, 2018 (ECF No. 332) .

100. Attached hereto as **Exhibit 100** is a true and correct copy of a November 14, 2014 presentation by Hewitt entitled "Total Plan Cost Benchmarking" for the Nevada System of Higher Education which was introduced as Exhibit 280 at the deposition of Al Otto and cited in n.83 of the expert report of Ty Minnich.

101. Attached hereto as **Exhibit 101** is a true and correct copy of the CREF Stock Account Prospectus (2011), which was filed with the SEC and is publicly available through the SEC EDGAR service at https://bit.ly/2JrVHhC.

102. Attached hereto as **Exhibit 102** is a true and correct copy of the Vanguard Capital Opportunity Fund Prospectus (Jan. 2010), which was filed with the SEC and is publicly available through the SEC EDGAR service at https://bit.ly/33DG51A.

103. Attached hereto as **Exhibit 103** is a true and correct copy of the Vanguard PRIMECAP Fund Prospectus (Jan. 2010), which was filed with the SEC and is publicly available through the SEC EDGAR service at https://bit.ly/3mxmLKF.

104. Attached hereto as **Exhibit 104** is a true and correct copy of Form 5500 for the Yale University Retirement Account Plan for 2018, which was filed with the U.S. Department of Labor and is available through the Department's website at https://bit.ly/36x3x2p.

105. Attached hereto as **Exhibit 105** is a true and correct copy of Form 5500 for the Yale University Retirement Account Plan for 2019, which was filed with the U.S. Department of Labor and is available through the Department's website at https://bit.ly/36x3x2p.

106. Attached hereto as **Exhibit 106** is a true and correct copy of an article from PLAN SPONSOR naming the North Carolina Supplemental Retirement Board as a 2018 Plan Sponsor of the Year, which is available at https://bit.ly/33DKiCq.

107. Attached hereto as **Exhibit 107** is a true and correct copy of the Declaration of Douglas Chittenden, *Sacerdote v. New York University*, No. 16-cv-6524, ECF No. 272-24 .

108. Attached hereto as **Exhibit 108** is a true and correct copy of the Declaration of Jennifer Reilly in support of the Expert Report of Conrad Ciccotello served by Yale on October 7, 2019 in this action.

109. Attached hereto as **Exhibit 109** is a true and correct copy of the Declaration of Glenn Friedman in support of the Expert Report of Conrad Ciccotello served by Yale on October 7, 2019 in this action.

110. Attached hereto as **Exhibit 110** is a true and correct copy of the December 3, 2020 Declaration of Hugh Penney in support of Defendant's Motion for Summary Judgment.

111. Attached hereto as **Exhibit 111** is a true and correct copy of the December 1, 2020 Declaration of E. Craig Porter in support of Defendant's Motion for Summary Judgment.

112. Attached hereto as **Exhibit 112** is a true and correct copy of the December 4, 2020 Declaration of Jason Creel in support of Defendant's Motion for Summary Judgment.

113. Attached hereto as **Exhibit 113** is a true and correct copy of a compilation of the minutes of the meetings of the Yale University Fiduciary Committee on Investments with varied bates stamps and produced by Yale in this action.

114. Attached hereto as **Exhibit 114** is a true and correct copy of the December 31, 2009 Quarterly Analysis of the TIAA Real Estate Account which was filed with the SEC and is publicly available through the SEC EDGAR service at https://www.sec.gov/Archives/edgar/data/

946155/000093041310001296/c60587. This document was marked as Exhibit 330 to the deposition of Wendy Dominguez.

115. Attached hereto as **Exhibit 115** is a true and correct copy of Metropolitan State University of Denver Tax Deferred Annuity Plan Investment Performance Report that is publicly available at https://www.tiaa.org/public/tcm/msud/investment-performance?planId=103607.

116. Attached hereto as **Exhibit 116** is a true and correct copy of excerpts of the January 22, 2019 deposition of Wendy Dominguez, *Cates et. al. v. The Trustees of Columbia University in the City of New York*, 1:16-cv-06524-GBD-SDA (S.D.N.Y), ECF No. 261-4.

117. Attached hereto as **Exhibit 117** is a true and correct copy of a July 16, 2012 email from D. Swallow of Aon to S. Campbell of TIAA bates numbered TIAA_YALE_00069210 and produced by TIAA in this action.

118. Attached hereto as **Exhibit 118** is a true and correct copy of the May 21, 2014 Schedule to Professional Services Agreement between Yale and Hewitt Associates bates numbered YALE00187204 and produced by Yale in this action.

119. Attached hereto as **Exhibit 119** is a true and correct copy of the July 10, 2019 Amendment No. 1 to the Amended and Restated Record Keeping Services Agreement between TIAA and Yale bates numbered YALE00244166 and produced by Yale in this action.

120. Attached hereto as **Exhibit 120** is a true and correct copy of the May 1, 2010 Prospectus for the College Retirement Equities Fund publicly available from TIAA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of December, 2020, in Washington, DC.

*/s/ Brian D. Netter*
Brian D. Netter