IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>YALE UNIVERSITY *et al.*,<br><br>*Defendants*. | No. 3:16-cv-01345-AWT<br><br>Hon. Alvin W. Thompson |

### PLAINTIFFS' EMERGENCY MOTION TO STAY BRIEFING ON DEFENDANTS' MOTIONS TO EXCLUDE

Pursuant to Local Rule 7(a)(6), Plaintiffs Joseph Vellali, Nancy S. Lowers, Jan M. Taschner, and James Mancini ("Plaintiffs"), for the reasons stated in the accompanying memorandum of law, move for, on an expedited basis, an order staying briefing on Defendants' Motion to Exclude Plaintiffs' Expert Daniel Alexander (Doc. 272), Defendants' Motion to Exclude Plaintiffs' Experts Wendy Dominguez and Gerald Buetow (Doc. 275) and Defendants' Motion to Exclude Plaintiffs' Experts Al Otto and Ty Minnich (Doc. 278) (collectively, "Motions to Exclude").  Plaintiffs seek to stay briefing on Defendants' Motions to Exclude until after the Court determines whether to strike Plaintiffs' jury trial demand.  Plaintiffs additionally respectfully request that the Court, in the interests of efficiency and judicial economy, order Defendants to file any motion to strike Plaintiffs' jury demand within 21 days of its order.

Plaintiffs have good cause to seek expedited consideration of this motion pursuant to Local Rule 7(a)(6) because Plaintiffs' oppositions to the Motions to Exclude are due on February 2, 2021.  While full briefing of this motion would be possible prior to that date (assuming that if Plaintiffs file a Reply in support of this motion, they do so early), Plaintiffs request an expedited decision to allow adequate time to prepare their oppositions to the Motions to Exclude.

<div style="display:flex">
<div>December 24, 2020</div>
<div>

Respectfully submitted,

/s/  Andrew D. Schlichter
SCHLICHTER BOGARD & DENTON LLP
Jerome J. Schlichter (phv01476)
Heather Lea, (phv08416)
Andrew D. Schlichter (phv09955)
Sean E. Soyars (phv08419)
Joel D. Rohlf (phv09849)
Alexander L. Braitberg (phv09929)
100 South Fourth Street, Ste. 1200
St. Louis, MO 63102
(314) 621-6115, (314) 621-5934 (fax)
jschlichter@uselaws.com
hlea@uselaws.com
aschlichter@uselaws.com
ssoyars@uselaws.com
jrohlf@uselaws.com
abraitberg@uselaws.com

Ari J. Hoffman (ct22516)
Cohen and Wolf, P.C.
Bridgeport, CT 06604
Telephone: (203) 368-0211
Facsimile: (203) 394-9901
arihoffman@cohenandwolf.com

*Attorneys for Plaintiffs*
</div>
</div>

## CERTIFICATE OF SERVICE

I certify that, on December 24, 2020, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice to all counsel of record.

By: /s/  Andrew D. Schlichter