# Alex Braitberg

| | |
|---|---|
| **From:** | Alex Braitberg |
| **Sent:** | Monday, December 21, 2020 4:07 PM |
| **To:** | Nowak, Richard |
| **Cc:** | Andrew Schlichter; Joel Rohlf; sbdfile; Netter, Brian; Ross, Nancy; Glickstein, Jed; Siebert, Antonia C.; Webster, Michelle N. |
| **Subject:** | RE: Vellali v. Yale - Confidentiality Designations [MB-AME.FID1573516] |

Rick—

Thanks for your prompt response. As the standing protective order makes clear, a good faith attempt to meet and confer is necessary as a first step, before serving a written challenge to a confidentiality designation. For your convenience, and so that defendants may promptly begin evaluating plaintiffs' objections, the plaintiffs will, at this time, challenge the following confidentiality designations made by defendants: (1) documents used as deposition exhibits in this case, as listed in each of the deposition transcripts, and (2) documents cited by the parties' experts in their reports, as listed in each of those reports.

Also, counsel for plaintiffs will be calling chambers tomorrow morning at 11:00 a.m. EST regarding the status of the pending motion for extension. Please let us know if you would like to join this call.

Best,

Alex

**Alexander L. Braitberg**

**Schlichter Bogard & Denton LLP**
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
T: 314-621-6115
F: 314-621-5934



*This message is confidential, intended only for the named recipient(s), and may contain information that is privileged, attorney work product, or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this message. Thank you.*

---

**From:** Nowak, Richard <RNowak@mayerbrown.com>
**Sent:** Monday, December 21, 2020 1:28 PM
**To:** Alex Braitberg <abraitberg@uselaws.com>
**Cc:** Andrew Schlichter <aschlichter@uselaws.com>; Joel Rohlf <jrohlf@uselaws.com>; sbdfile <sbdfile@uselaws.com>; Netter, Brian <BNetter@mayerbrown.com>; Ross, Nancy <NRoss@mayerbrown.com>; Glickstein, Jed <JGlickstein@mayerbrown.com>; Siebert, Antonia C. <ASiebert@mayerbrown.com>; Webster, Michelle N. <MWebster@mayerbrown.com>
**Subject:** RE: Vellali v. Yale - Confidentiality Designations [MB-AME.FID1573516]

Alex,

Thank you for your email.  We are happy to schedule a mutually convenient meet and confer once we understand what plaintiffs are seeking to meet and confer about.  Please identify the specific designations that plaintiffs are intending to challenge.  The provision of that information is necessary for the parties to engage in the good faith meet and confer required by paragraph 12 of the Standing Protective Order.

Best,

Rick

---

**Richard E. Nowak**
*Partner*
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
T +1 312 701 8809 | M +1 217 721 7697
mayerbrown.com

Please consider the environment before printing this e-mail.
If you need to print it, consider printing it double-sided.

---

**From:** Alex Braitberg <abraitberg@uselaws.com>
**Sent:** Monday, December 21, 2020 10:20 AM
**To:** Netter, Brian <BNetter@mayerbrown.com>; Ross, Nancy <NRoss@mayerbrown.com>; Nowak, Richard <RNowak@mayerbrown.com>; Glickstein, Jed <JGlickstein@mayerbrown.com>; Siebert, Antonia C. <ASiebert@mayerbrown.com>; Webster, Michelle N. <MWebster@mayerbrown.com>
**Cc:** Andrew Schlichter <aschlichter@uselaws.com>; Joel Rohlf <jrohlf@uselaws.com>; sbdfile <sbdfile@uselaws.com>
**Subject:** Vellali v. Yale - Confidentiality Designations

**\*\*EXTERNAL SENDER\*\***

Counsel—

Per the standing protective order in *Vellali v. Yale*, Doc. 11, ¶12, please let us know your availability to meet and confer this week regarding Defendants' confidentiality designations.

Thanks.

**Alexander L. Braitberg**

**Schlichter Bogard & Denton LLP**
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
T: 314-621-6115
F: 314-621-5934



*This message is confidential, intended only for the named recipient(s), and may contain information that is privileged, attorney work product, or exempt from disclosure under applicable law.  If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this message. Thank you.*

Exhibit 3

_____
This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information is available in our Privacy Notice.