# Alex Braitberg

| | |
|---|---|
| **From:** | Alex Braitberg |
| **Sent:** | Monday, December 28, 2020 3:55 PM |
| **To:** | Nowak, Richard; Netter, Brian; Ross, Nancy; Glickstein, Jed; Siebert, Antonia C.; Webster, Michelle N. |
| **Cc:** | Andrew Schlichter; Joel Rohlf; sbdfile |
| **Subject:** | Vellali v. Yale - Confidentiality Withdrawal Request |
| **Attachments:** | Yale Confidential Docs Withdrawal Request.xlsx |

Counsel—

Further to our meet and confer last week, pursuant to the standing protective order in this case, ECF No. 11, ¶12, Plaintiffs request that Defendants withdraw their confidentiality designations with respect to each of the documents produced by Defendants listed in the attachment, as well as the below-listed documents.

Transcripts of depositions:
- Sylvia Bedard: 231:8–233:1;
- Benjamin Polak: 67:23–68:3;
- Michael Peel: entire deposition transcript, except for 7:19–20 and 34:14–15;
- John Chalmers: entire deposition transcript; and
- Glenn Poehler: both transcripts.

Expert reports:
- Conrad Ciccotello;
- Glenn Poehler; and
- John Chalmers.

This request is without prejudice to future requests to withdraw confidentiality.

Thanks.

## Alexander L. Braitberg

**Schlichter Bogard & Denton LLP**
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
T: 314-621-6115
F: 314-621-5934



*This message is confidential, intended only for the named recipient(s), and may contain information that is privileged, attorney work product, or exempt from disclosure under applicable law.  If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this message. Thank you.*