| | |
|---|---|
| **From:** | Glickstein, Jed <JGlickstein@mayerbrown.com> |
| **Sent:** | Thursday, February 11, 2021 12:43 PM |
| **To:** | Joel Rohlf; Andrew Schlichter; Alex Braitberg; sbdfile; Sean Soyars |
| **Cc:** | Ross, Nancy; Nowak, Richard; Webster, Michelle N.; Netter, Brian |
| **Subject:** | RE: Velliali v. Yale, No. 16-1345 (D. Conn.) |

Thanks, Joel. We will note your opposition in the motion.

**Jed W. Glickstein**

*Counsel*
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
T +1 312 701-8704
C +1 312 307-0982
jglickstein@mayerbrown.com

mayerbrown.com

**From:** Joel Rohlf <jrohlf@uselaws.com>
**Sent:** Thursday, February 11, 2021 12:42 PM
**To:** Glickstein, Jed <JGlickstein@mayerbrown.com>; Andrew Schlichter <aschlichter@uselaws.com>; Alex Braitberg <abraitberg@uselaws.com>; sbdfile <sbdfile@uselaws.com>; Sean Soyars <ssoyars@uselaws.com>
**Cc:** Ross, Nancy <NRoss@mayerbrown.com>; Nowak, Richard <RNowak@mayerbrown.com>; Webster, Michelle N. <MWebster@mayerbrown.com>; Netter, Brian <BNetter@mayerbrown.com>
**Subject:** RE: Velliali v. Yale, No. 16-1345 (D. Conn.)

**\*\*EXTERNAL SENDER\*\***

Jed-

Plaintiffs oppose Defendants' request. First, your email is incorrect. Plaintiffs did not receive or request additional pages for their memorandum in opposition. Plaintiffs only requested additional pages for their Local Rule 56(a)(2) Statement of Facts. The local rules do not allow for a reply to a Rule 56(a)(2) statement. Second, 10 pages is excessive – reply briefs are limited to 10 pages under the local rules.

Regards,

Joel

**Joel Rohlf**

**Schlichter Bogard & Denton LLP**
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
T: 314-884-7703
F: 314-621-7151

Exhibit 1

# Schlichter Bogard & Denton

*This message is confidential, intended only for the named recipient(s), and may contain information that is privileged, attorney work product, or exempt from disclosure under applicable law.  If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this message. Thank you.*

**From:** Glickstein, Jed <JGlickstein@mayerbrown.com>
**Sent:** Wednesday, February 10, 2021 9:38 AM
**To:** Joel Rohlf <jrohlf@uselaws.com>; Andrew Schlichter <aschlichter@uselaws.com>; Alex Braitberg <abraitberg@uselaws.com>; sbdfile <sbdfile@uselaws.com>; Sean Soyars <ssoyars@uselaws.com>
**Cc:** Ross, Nancy <NRoss@mayerbrown.com>; Nowak, Richard <RNowak@mayerbrown.com>; Webster, Michelle N. <MWebster@mayerbrown.com>; Netter, Brian <BNetter@mayerbrown.com>
**Subject:** Velliali v. Yale, No. 16-1345 (D. Conn.)

Counsel,

Good morning – Defendants intend to ask the court for leave to file an additional 10 pages for their summary judgment reply brief, consistent with the 10 additional pages the Court granted Plaintiffs for their response (Dkt. 298). Please let me know by close of business tomorrow, Thurs, Feb 11, if Plaintiffs oppose that request.

_____

**Jed W. Glickstein**

*Counsel*
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
T +1 312 701-8704
C +1 312 307-0982
jglickstein@mayerbrown.com
mayerbrown.com

_____

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information is available in our Privacy Notice.

Exhibit 1