IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>YALE UNIVERSITY *et al.*,<br><br>    *Defendants*. | Civil Action No. 3:16-cv-01345-AWT<br><br>Hon. Alvin W. Thompson |

**SUPPLEMENTAL DECLARATION OF BRIAN D. NETTER IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND
MOTIONS TO EXCLUDE PLAINTIFFS' EXPERT WITNESSES**

I, Brian D. Netter, am a partner with the law firm Mayer Brown LLP, and represent Defendants Yale University, Michael A. Peel, and the Fiduciary Committee on Investments (collectively, "Yale") in this action. I submit this declaration in support of the following motions:

- Defendants' Motion for Summary Judgment,
- Defendants' Motion to Exclude Plaintiffs' Experts Wendy Dominguez and Gerald Buetow,
- Defendants' Motion to Exclude Plaintiffs' Experts Al Otto and Ty Minnich; and
- Defendants' Motion to Exclude Plaintiffs' Expert Daniel Alexander.

I have personal knowledge of all facts stated in this declaration, and would testify to such facts if called as a witness.

    1.    Attached hereto as **Exhibit 121** is a true and correct copy of relevant excerpts from the February 20, 2019 deposition of Hugh Penney in this action.

    2.    Attached hereto as **Exhibit 122** is a true and correct copy of testimony presented by Hugh Penney to the Employee Benefits Security Administration's ERISA Advisory Council on August 19, 2015. This testimony is available at https://www.dol.gov/agencies/ebsa/about-

1

ebsa/about-us/erisa-advisory-council/2015-written-statements-by-invited-witnesses-and-issue-statements.

3. Attached hereto as **Exhibit 123** is a true and correct copy of Yale's Rule 26(a)(1) Disclosures, dated July 13, 2018.

4. Attached hereto as **Exhibit 124** is a true and correct copy of Plaintiffs' Second Supplemental Rule 26(a)(1) Disclosures, dated April 21, 2019.

5. Attached hereto as **Exhibit 125** is a true and correct copy of the Expert Report of Ty Minnich in *Cunningham v. Cornell University*, No. 1:16-cv-06525 (S.D.N.Y.), dated August 24, 2018. The report is filed on the public docket in the *Cunningham* case at Dkt. 355-8.

6. Attached hereto as **Exhibit 126** is a true and correct copy of the Opposition to the Cornell Defendants' Motion to Exclude Ty Minnich and Al Otto, dated March 11, 2019. The opposition is filed on the public docket in the *Cunningham* case at Dkt. 298.

7. Attached hereto as **Exhibit 127** is a true and correct copy of the Opposition to the Cornell Defendants' Motion to Exclude Wendy Dominguez and Gerald Buetow, dated March 11, 2019. The opposition is filed on the public docket in the *Cunningham* case at Dkt. 300.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of March, 2021, in Washington, DC.

                                                            */s/ Brian D. Netter*
                                                            Brian D. Netter

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2021, a copy of foregoing document was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the CM/ECF system.

/s/ *Brian D. Netter*
Brian D. Netter