# Exhibit 124

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

JOSEPH VELLALI et al.,

                            *Plaintiffs,*

  v.

YALE UNIVERSITY AND MICHAEL A.
PEEL et al.,

                            *Defendants.*

Civil Action No.:
3:16-cv-01345 (AWT)

## PLAINTIFFS' SECOND SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES

Plaintiffs Joseph Vellali, Nancy S. Lowers, Jan M. Taschner, and James Mancini ("Plaintiffs") provide the following supplemental disclosures under Federal Rule of Civil Procedure 26(a)(1):

3.     A computation of each category of damages claimed by the disclosing party, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:

### SECOND SUPPLEMENTAL RESPONSE

Plaintiffs hereby incorporate their Rule 26(a)(1) Disclosures dated July 13, 2018 and April 1, 2019 herein. The following is provided in addition to said disclosures.

Plaintiffs incorporate the Confidential Expert Reports of Al Otto, Daniel Alexander, Ty Minnich, Wendy Dominguez, and Dr. Gerald Buetow issued on August 19, 2019 providing computations of damages claimed by Plaintiffs.

August 21, 2019                          /s/ Alexander L. Braitberg
                                         SCHLICHTER BOGARD & DENTON LLP
                                         Jerome J. Schlichter (phv01476)
                                         Heather Lea, (phv08416)
                                         Andrew D. Schlichter (phv09955)
                                         Sean E. Soyars (phv08419)
                                         Joel D. Rohlf (phv09849)
                                         Alexander L. Braitberg (phv09929)
                                         100 South Fourth Street, Suite 1200
                                         St. Louis, Missouri 63102
                                         (314) 621-6115, (314) 621-7151 (fax)
                                         jschlichter@uselaws.com
                                         hlea@uselaws.com
                                         aschlichter@uselaws.com
                                         ssoyars@uselaws.com
                                         jrohlf@uselaws.com
                                         abraitberg@uselaws.com

                                         Stuart M. Katz (ct12088)
                                         Cohen and Wolf, P.C.
                                         1115 Broad Street
                                         Bridgeport, CT 06604
                                         Telephone: (203) 368-0211
                                         Facsimile: (203) 337-5505
                                         skatz@cohenandwolf.com

                                         *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

On August 21, 2019, I caused a copy of this document to be served on Defendants' counsel via email.

                                         /s/ Alexander L. Braitberg
                                         Alexander L. Braitberg