IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI *et al.*, | |
| *Plaintiffs*, | No. 3:16-cv-01345-AWT |
| v. | |
| YALE UNIVERSITY *et al.*, | Hon. Alvin W. Thompson |
| *Defendants*. | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A RESPONSE TO DEFENDANTS' SUPPLEMENTAL BRIEF REGARDING ADDITIONAL AUTHORITY SUPPORTING THEIR MOTION FOR SUMMARY JUDGEMENT**

Plaintiffs seek leave to respond to Defendants' supplement brief claiming *Hughes v. Northwestern University*, 595 U.S. ___, No. 19-1401 (Jan. 24, 2022), supports summary judgment. Doc. 394-1. As set forth in Plaintiffs' proposed response, *Hughes*, which vacated an order of dismissal in a similar case and rejected the investor choice reasoning Defendants rely upon, supports *denial* of Defendants' motion for summary judgment. Additionally, a response is needed to correct misstatements of the record in Defendants' supplemental brief. For these reasons, Plaintiffs seek leave to file the attached response to Defendants' supplemental brief.

1

Dated: February 4, 2022         Respectfully Submitted,

/s/     Joel D. Rohlf
SCHLICHTER BOGARD & DENTON LLP
Jerome J. Schlichter (phv01476)
Heather Lea, (phv08416)
Andrew D. Schlichter (phv09955)
Sean E. Soyars (phv08419)
Joel D. Rohlf (phv09849)
Alexander L. Braitberg (phv09929)
100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
(314) 621-6115, (314) 621-7151 (fax)
jschlichter@uselaws.com
hlea@uselaws.com
aschlichter@uselaws.com
ssoyars@uselaws.com
jrohlf@uselaws.com
abraitberg@uselaws.com

Ari J. Hoffman (ct22516)
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
Telephone: (203) 368-0211
Facsimile: (203) 337-5505
arihoffman@cohenandwolf.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I certify that on February 4, 2022, a copy of foregoing was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

                                                   By: /s/ Joel D. Rohlf