# EXHIBIT A

```
                  UNITED STATES DISTRICT COURT

               FOR THE DISTRICT OF CONNECTICUT
- - - - - - - - - - - - - - - - -
JOSEPH VELLALI ET AL            NO.:  3:16-cv-01345-AWT


                   Plaintiffs


         v.

YALE UNIVERSITY ET AL
                                  Hartford, Connecticut
                   Defendants     MAY 25, 2023
- - - - - - - - - - - - - - - - -




                   FINAL PRETRIAL CONFERENCE



B E F O R E:

    THE HONORABLE ALVIN W. THOMPSON, SENIOR U.S.D.J.
```

                                      Alicia A. Cayode Kyles, RMR
                                      Official Court Reporter

```
A P P E A R A N C E S:

FOR THE PLAINTIFFS:

          SCHLICHTER BOGARD & DENTON
          100 South Fourth Street, Suite 1200
          St. Louis, MO 63102
          BY:  NATHAN D. STUMP, ESQUIRE
               JOEL D. ROHLF, ESQUIRE
               ALEXANDER L. BRAITBERG, ESQUIRE
               SEAN M. MILFORD, ESQUIRE




FOR THE DEFENDANTS:

          MAYER BROWN LLP
          1999 K Street NW
          Washington, DC  20006
          BY:  REGINALD R. GOEKE, ESQUIRE
               E. BRANTLEY WEBB, ESQUIRE



          MAYER BROWN LLP
          71 South Wacker Drive
          Chicago, IL  60696
          BY:  NANCY G. ROSS, ESQUIRE
               JED W. GLICKSTEIN, ESQUIRE



          MAYER BROWN LLP
          333 S. Grand Ave. 47th Floor
          Los Angeles, CA  90071
          BY:  JOHN NADOLENCO, ESQUIRE



          WIGGIN AND DANA
          20 Church Street, 16th Floor
          Hartford, CT  06103
          BY:  ROBYN E. GALLAGHER, ESQUIRE
```

1  scheduling issues --
2       THE COURT: Yes.
3       MR. STUMP: -- with witnesses and all that. So
4  we are trying to accommodate everybody. So we would just
5  ask for a little grace from everybody else that if it
6  looks like Witness A is suddenly, you know, falling on a
7  day where they said they're not available, we might have
8  to switch the order around, take somebody out of turn.
9       THE COURT: Yeah, I think just as soon as you
10 know that, let opposing counsel know. And I do have
11 situations where, you know, it's in the interest of
12 justice to take a witness out of order, even if it means
13 interrupting a testimony of a witness. So, and I explain
14 to the jurors what's going on.
15      So I don't have a problem with that, just so
16 long as nobody -- the other side is not taken by surprise.
17      MR. STUMP: Yes, sir. And so the Court's not
18 taken by surprise, one of those witnesses that we're
19 trying to accommodate is one of our own expert witnesses.
20 It's Wendy Dominguez. We intend to call her first, Your
21 Honor, which is a little unusual and Ty Minnich, another
22 expert second.
23      So just a preview for the Court, those would be
24 our first two witness, would be two expert witnesses that
25 we're hoping will help lay a little foundation for the

1    jury for all of the evidence that would come after.
2             THE COURT:  Okay.  So you'll be getting them
3    that list and we can talk about that on Tuesday at the end
4    of the day Tuesday if there are any questions.
5             MR. STUMP:  Yes, Your Honor.
6             THE COURT:  Yes, Ms. Ross?
7             MS. ROSS:  Yes.  I just wanted to make one -- to
8    elaborate on what my colleague said about witnesses
9    getting out of order.
10            We do have a witness who really can only give us
11   two days alternatively.  I've let Mr. Stump know that but
12   that would be Mr. Salovey who is the President of Yale
13   University.  As the Court can understand, I expect he's
14   got a terrible schedule.  So we've given two days and
15   those are the days he would have to go.
16            THE COURT:  Sure.  That'll be fine.
17            MR. STUMP:  And, Your Honor, I just want to
18   preview for the Court the two days that President Salovey
19   are available are June 15th and 16th.  When we looked at
20   our trial plan, that's getting pretty close to maybe the
21   end of Plaintiffs' case, so that's where I'd say we need a
22   little grace one way or the other if, you know, if we're
23   looking around and, you know, we don't have any other
24   witnesses to call, we may need to try to get Mr. Salovey
25   here earlier than the 15th or figure out a way to take a

1        C E R T I F I C A T E

2

3

4

5        I, Alicia A. Cayode Kyles, RMR, Official Court

6   Reporter for the United States District Court for the

7   District of Connecticut, do hereby certify that the

8   foregoing pages are a true and accurate transcription of

9   my shorthand notes taken in the aforementioned matter to

10  the best of my skill and ability.

11

12

13

14

15

16

17

18

19

20

21  /s/_____

22  ALICIA A. CAYODE KYLES, RMR
    Official Court Reporter
23  United States District Court
    450 Main Street, Room 320
24  Hartford, Connecticut 06103
    (860) 509-8743
25