HONORABLE **Alvin W. Thompson**
DEPUTY CLERK **L. S. Ferguson**   RPTR/ECRO/TAPE **A. C. Kyles**

TOTAL TIME: **4** hours **57** minutes

DATE **May 30, 2023**   START TIME **9:04 am**   END TIME **3:45 pm**
LUNCH RECESS FROM **12:14 pm** TO **1:02 pm**
RECESS FROM **2:24 pm** TO **3:20 pm**  (if more than 1/2 hour)

==========================================
**Joseph Vellali et al**

vs.

**Yale University  et al**
==========================================

CIVIL NO.: **3:16-cv-01345-AWT**

**Stump, Rohlf, Braitberg, Milford**
Plaintiffs Counsel

**Ross, Glickstein, Goeke, Webb**
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

- [ ]  ........ ☐ Call of the Calendar held  ☐ Call of the Calendar over to _____
- [x]  ........ ☑ Jury Selection held  ☐ Jury Selection continued until _____
- [ ]  .....#___ Motion _____  ☐ granted ☐ denied ☐ advisement
- [ ]  .....#___ Motion _____  ☐ granted ☐ denied ☐ advisement
- [ ]  .....#___ Motion _____  ☐ granted ☐ denied ☐ advisement
- [ ]  .....#___ Motion _____  ☐ granted ☐ denied ☐ advisement
- [x]  ........ Hearing after Jury Selection with counsel only regarding preliminary charge,  ☐ filed ☐ docketed
- [ ]  ........ limiting instructions, and exhibits. ☐ filed ☐ docketed
- [ ]  ........ _____  ☐ filed ☐ docketed
- [ ]  ........ _____  ☐ filed ☐ docketed
- [x]  ........ **56** # jurors present
- [x]  ........ Voir Dire oath administered by Clerk  ☐ previously administered by Clerk
- [ ]  ........ Voir Dire by Court
- [x]  ..**6**.. Peremptory challenges exercised
- [x]  ........ Jury of **10** drawn (See attached) ☐ and sworn  ☐ Jury Trial commences
- [x]  ........ Remaining jurors excused
- [ ]  ........ Discovery deadline set for _____
- [ ]  ........ Disposition Motions due _____
- [ ]  ........ Joint trial memorandum due _____
- [ ]  ........ Trial continued until _____ at _____
- [x]  ........ COPY TO: JURY CLERK with juror lists