Civil-Trial (3/7/2011)

HONORABLE: Alvin W. Thompson
DEPUTY CLERK: L. S. Ferguson
RPTR/ECRO/TAPE: A.C. Kyles / T. Fidanza

TOTAL TIME: 6 hours 07 minutes
DATE: 6/9/2023   START TIME: 9:26 am   END TIME: 4:37 pm
LUNCH RECESS   FROM: 12:26 pm   TO: 1:30 pm
RECESS (if more than ½ hr)   FROM:   TO:

CIVIL NO. 3:16-cv-01345-AWT

Joseph Vellali et al

vs

Yale University et al

Plaintiff's Counsel: Stump, Rohlf, Braitberg, Milford

Defendant's Counsel: Ross, Glickstein, Goeke, Webb, Nadolenco

## CIVIL JURY/COURT TRIAL

- [✓] Jury of 10 reported. [ ] Jury sworn
- [ ] Juror # ___ excused.
- [✓] Jury Trial held [✓] Jury Trial continued until 6/12/2023 at 9:30 am
- [ ] [ ] Court Trial begun [ ] Court Trial held [ ] Court Trial continued until ___
- [ ] Court Trial concluded [ ] DECISION RESERVED
- [ ] ....# ___ Motion ___  [ ] granted [ ] denied [ ] advisement
- [ ] ....# ___ Motion ___  [ ] granted [ ] denied [ ] advisement
- [ ] ....# ___ Motion ___  [ ] granted [ ] denied [ ] advisement
- [ ] ....# ___ Motion ___  [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion ___  [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion ___  [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion ___  [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion ___  [ ] granted [ ] denied [ ] advisement
- [ ] ___  [ ] filed [ ] docketed
- [ ] ___  [ ] filed [ ] docketed
- [ ] ___  [ ] filed [ ] docketed
- [ ] ___  [ ] filed [ ] docketed
- [ ] ___  [ ] filed [ ] docketed
- [ ] Plaintiff(s) rests [ ] Defendant(s) rests
- [ ] Briefs(s) due [ ] Pltf ___ [ ] Deft ___ [ ] Reply ___
- [ ] [ ] Summations held [ ] Court's Charge to the Jury
- [ ] All full exhibits, [ ] Verdict form, [ ] Interrogatories to the jury handed to jury
- [ ] Jury commences deliberations at ___
- [ ] Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- [ ] SEE page 2 for verdict
- [✓] COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐......... Court declares MISTRIAL

☐......... Verdict Form filed

☐......... VERDICT: _____

_____

_____

_____

_____


☐......... Court accepts verdict and orders verdict verified and recorded

☐......... Jury Polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____