HONORABLE: Alvin W. Thompson

DEPUTY CLERK: L. S. Ferguson   RPTR/ECRO/TAPE: A.C. Kyles / T. Fidanza

TOTAL TIME: 6 hours 40 minutes

DATE: 6/20//2023   START TIME: 9:27 am   END TIME: 4:45 pm

LUNCH RECESS   FROM: 12:43 pm   TO: 1:21 pm

RECESS (if more than ½ hr)   FROM:   TO:

CIVIL NO. 3:16-cv-01345-AWT

Joseph Vellali et al

vs

Yale University et al

Plaintiff's Counsel: Stump, Rohlf, Braitberg, Milford

Defendant's Counsel: Ross, Glickstein, Goeke, Webb, Nadolenco

## CIVIL JURY/COURT TRIAL

- [✓] Jury of 10 reported. [ ] Jury sworn
- [ ] Juror # _____ excused.
- [✓] Jury Trial held [✓] Jury Trial continued until 6/21/2023 at 9:30 am
- [ ] Court Trial begun [ ] Court Trial held [ ] Court Trial continued until _____
- [ ] Court Trial concluded [ ] DECISION RESERVED
- [✓] #557 Motion to Preclude Buetow Damages Opinions  [✓] granted [ ] denied [ ] advisement
- [ ] # ___ Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] # ___ Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] # ___ Motion _____  [ ] granted [ ] denied [ ] advisement
- [✓] Oral Motion for Rule 50 (Judgment as a Matter of Law)  [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] _____  [ ] filed [ ] docketed
- [ ] _____  [ ] filed [ ] docketed
- [ ] _____  [ ] filed [ ] docketed
- [ ] _____  [ ] filed [ ] docketed
- [ ] _____  [ ] filed [ ] docketed
- [✓] Plaintiff(s) rests [ ] Defendant(s) rests
- [ ] Briefs(s) due [ ] Pltf _____ [ ] Deft _____ [ ] Reply _____
- [ ] Summations held [ ] Court's Charge to the Jury
- [ ] All full exhibits, [ ] Verdict form, [ ] Interrogatories to the jury handed to jury
- [ ] Jury commences deliberations at _____
- [ ] Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- [ ] SEE page 2 for verdict
- [✓] COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐ ......... Court declares MISTRIAL

☐ ......... Verdict Form filed

☐ ......... VERDICT: _____

_____

_____

_____

_____

☐ ......... Court accepts verdict and orders verdict verified and recorded

☐ ......... Jury Polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____