Civil-Trial (3/7/2011)

HONORABLE: Alvin W. Thompson

DEPUTY CLERK: L. S. Ferguson  RPTR/ECRO/TAPE: Alicia Cayode Kyles

TOTAL TIME: _____ hours  11 minutes

DATE: 6/28/2023   START TIME: 2:44 pm   END TIME: 2:55 pm

LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:16-cv-01345-AWT

Joseph Vellali et al

vs

Yale University et al

Plaintiff's Counsel: Stump, Rohlf, Braitberg, Milford

Defendant's Counsel: Ross, Glickstein, Goeke, Webb, Nadolenco

## CIVIL JURY/COURT TRIAL

- [✓] Jury of  10  reported. [ ] Jury sworn
- [ ] Juror # _____ excused.
- [✓] Jury Trial held  [ ] Jury Trial continued until _____ at _____
- [ ] Court Trial begun  [ ] Court Trial held  [ ] Court Trial continued until _____
- [ ] Court Trial concluded  [ ] DECISION RESERVED
- [ ] ....# _____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ....# _____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ....# _____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ....# _____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] Plaintiff(s) rests [ ] Defendant(s) rests
- [ ] Briefs(s) due [ ] Pltf _____ [ ] Deft _____ [ ] Reply _____
- [ ] Summations held [ ] Court's Charge to the Jury
- [✓] All full exhibits, [✓] Verdict form, [✓] Interrogatories to the jury handed to jury
- [✓] Jury commences deliberations at 9:14 am
- [ ] Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- [ ] SEE page 2 for verdict
- [✓] COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐ ......... Court declares MISTRIAL

☑ ......... Verdict Form filed

☑ ......... VERDICT: in favor of Defendants

☑ ......... Court accepts verdict and orders verdict verified and recorded

☐ ......... Jury Polled

## MISCELLANEOUS PROCEEDINGS