UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COURT
EXHIBIT
4
6-27-2023

```
-------------------------------- x
JOSEPH VELLALI, NANCY S. LOWERS, :
JAN M. TASCHNER, and JAMES         :
MANCINI, individually and as       :
representatives of a class of      :
participants and beneficiaries     :
on behalf of the Yale University   :
Retirement Account Plan,           :
                                   :
          Plaintiffs,              :
                                   :
v.                                 :  Civil No. 3:16-cv-1345(AWT)
                                   :
YALE UNIVERSITY, MICHAEL A.        :
PEEL, and THE RETIREMENT PLAN      :
FIDUCIARY COMMITTEE,               :
                                   :
          Defendants.              :
-------------------------------- X
```

## VERDICT FORM WITH SPECIAL INTERROGATORIES

WE THE JURY UNANIMOUSLY FIND AS FOLLOWS:

I.   **First Claim (Recordkeeping and Administrative Fees)**

A. Have the plaintiffs proven by a preponderance of the
   evidence that the defendants breached their duty of
   prudence by allowing unreasonable recordkeeping and
   administrative fees to be charged to participants in the
   Plan?

   ✓      Yes   (Proceed to Part B.)

   ____   No    (Proceed to Part III.)

-1-

B. Have the plaintiffs proven by a preponderance of the evidence that the defendants' breach of fiduciary duty resulted in a loss to the Plan?

____✓____ Yes  (Fill in the blank and proceed to Part C.)

_____ No   (Proceed to Part II.)


If you answer Yes, the loss proved by the plaintiffs is:

$_____

C. The defendants have established by a preponderance of the evidence that the amount of damages for this claim is:

$_____

**Proceed to Part II.**


II. **Special Interrogatories**

A. Have the defendants proven by a preponderance of the evidence that a fiduciary following a prudent process could have made the same decisions as to recordkeeping and administrative fees as the defendants?

__✓__ Yes          ____ No


B. If the plaintiffs have proven that the defendants failed to follow a prudent process, have the defendants proven by a preponderance of the evidence that no loss to the Plan resulted from that failure?

___✓___ Not Applicable      _____ Yes       _____ No

**Proceed to Part III.**

## III.   Second Claim (Investment Options)

A. Have the plaintiffs proven by a preponderance of the
evidence that the defendants breached their duty of
prudence by failing to appropriately monitor the
investment options available to participants in the Plan?

    ____       Yes   (Proceed to Part B.)

    ✓       No    (Proceed to Part V.)

B. Have the plaintiffs proven by a preponderance of the
evidence that the defendants' breach of fiduciary duty
resulted in a loss to the Plan?

    ____ Yes (Fill in the blanks and proceed to Part C.)

    ____ No  (Do not fill in the blanks; proceed to Part IV.)

If you answer Yes, the loss proved by the plaintiffs is:

|                    | **Loss proved**   |
|--------------------|-------------------|
| Variable annuities | $_____  |
| Sector funds       | $_____  |
| Balanced funds     | $_____  |
| Other mutual funds | $_____  |

C. Have the defendants established by a preponderance of the
evidence that some or all of the plaintiffs' loss was not
caused by the defendants' conduct?

    ____ Yes (Fill in blanks and proceed to Part IV.)

    ____ No  (Do not fill in blanks; proceed to Part IV.)

If you answer Yes, the amounts of damages for this claim are:

|  | Damages |
|---|---|
| Variable annuities | $_____ |
| Sector funds | $_____ |
| Balanced funds | $_____ |
| Other mutual funds | $_____ |

## IV.  Special Interrogatories

A. Have the defendants proven by a preponderance of the evidence that a fiduciary following a prudent process could have made the same decisions as to investment options as the defendants?

| | | |
|---|---|---|
| Variable annuities | _____ Yes | _____ No |
| Sector funds | _____ Yes | _____ No |
| Balanced funds | _____ Yes | _____ No |
| Oher mutual funds | _____ Yes | _____ No |

B. If the plaintiffs have proven that the defendants failed to follow a prudent process, have the defendants proven by a preponderance of the evidence that no loss to the Plan resulted from that failure?

| | | | |
|---|---|---|---|
| Variable annuities | _____ N/A | _____ No | _____ Yes |
| Sector funds | _____ N/A | _____ No | _____ Yes |
| Balanced funds | _____ N/A | _____ No | _____ Yes |
| Oher mutual funds | _____ N/A | _____ No | _____ Yes |

Proceed to Part V.

## V. Third Claim (Share Classes)

A. Have the plaintiffs proven by a preponderance of the evidence that the defendants breached their duty of prudence by failing to select appropriate share classes for investment options in the Plan?

   \_\_\_\_        Yes  (Proceed to Part B.)

   ✓        No   (Proceed to Part VII.)

B. Have the plaintiffs proven by a preponderance of the evidence that the defendants' breach of fiduciary duty resulted in a loss to the Plan?

   \_\_\_\_        Yes  (Fill in the blank and proceed to Part C.)

   \_\_\_\_        No   (Proceed to Part VI.)

If you answer Yes, the loss proved by the plaintiffs is:

$_____

C. The defendants have established by a preponderance of the evidence that the amount of damages for this claim is:

$_____

Proceed to Part VI.

## VI. Special Interrogatories

A. Have the defendants proven by a preponderance of the evidence that a fiduciary following a prudent process could have made the same decisions as to share classes as the defendants?

   \_\_\_\_ Yes          \_\_\_\_ No

B. If the plaintiffs have proven that the defendants failed to follow a prudent process, have the defendants proven by a preponderance of the evidence that no loss to the Plan resulted from that failure?

_____ Not Applicable      _____ Yes      _____ No

**Proceed to Part VII.**

## VII. Fourth Claim (Requiring the CREF Stock Account)

A. Have the plaintiffs proven by a preponderance of the evidence that the defendants imprudently agreed to TIAA's requirement that a plan offering the TIAA Traditional annuity must also offer the CREF Stock Account?

\_\_\_      Yes   (Proceed to Part B.)

✓      No    (Proceed to Part IX.)

B. Have the plaintiffs proven by a preponderance of the evidence that the defendants' breach of fiduciary duty resulted in a loss to the Plan?

\_\_\_      Yes   (Fill in the blank and proceed to Part C.)

\_\_\_      No    (Proceed to Part VIII.)

If you answer Yes, the loss proved by the plaintiffs is:

$_____

C. The defendants have established by a preponderance of the evidence that the amount of damages for this claim is:

$_____

**Proceed to Part VIII.**

**VIII. Special Interrogatories**

    A. Have the defendants proven by a preponderance of the evidence that a fiduciary following a prudent process could have made the same decisions as to TIAA's requirement for the TIAA Traditional annuity as the defendants?

    \_\_\_ Yes    \_\_\_ No

    B. If the plaintiffs have proven that the defendants failed to follow a prudent process, have the defendants proven by a preponderance of the evidence that no loss to the Plan resulted from that failure?

    _____ Not Applicable    _____ Yes    _____ No

**Proceed to Part IX.**

**IX.** You have now completed your deliberations. Please sign and date this form.

Dated at Hartford, Connecticut, this _28_ day of June 2023.



/s/

FOREPERSON