IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> YALE UNIVERSITY *et al.*, <br><br> *Defendants.* | No. 3:16-cv-01345-AWT <br><br> Hon. Alvin W. Thompson |

## NOTICE OF FIRM NAME CHANGE

Please take notice that the lead law firm representing Plaintiffs in this matter, Schlichter Bogard & Denton, LLP, has officially changed its name to Schlichter Bogard LLP. The firm and its attorneys' addresses, telephone numbers, email addresses, and fax numbers have not been affected by this change.

July 7, 2023

Respectfully submitted,

/s/   Nathan D. Stump
Schlichter Bogard LLP
Nathan D. Stump (phv206992)
Joel D. Rohlf (phv09849)
Alexander L. Braitberg (phv09929)
Sean M. Milford (phv207278)

Ari J. Hoffman (ct22516)
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
Telephone: (203) 368-0211
Facsimile: (203) 337-5505
arihoffman@cohenandwolf.com

100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
(314) 621-6115, (314) 621-7151 (fax)
nstump@uselaws.com
jrohlf@uselaws.com
abraitberg@uselaws.com
smilford@uselaws.com

*Attorneys for Plaintiffs*