UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI *et al.*, | |
| *Plaintiffs,* | No. 3:16-cv-01345-AWT |
| v. | |
| YALE UNIVERSITY *et al.*, | Hon. Alvin W. Thompson |
| *Defendants.* | |

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on July 13, 2023 (ECF No. 622).

July 25, 2023

Ari J. Hoffman (ct22516)
COHEN AND WOLF, P.C.
1115 Broad Street
Bridgeport, CT 06604
Telephone: (203) 368-0211
Facsimile: (203) 337-5505
arihoffman@cohenandwolf.com

*/s/    Nathan D. Stump*
SCHLICHTER BOGARD LLP
Nathan D. Stump (phv206992)
Joel D. Rohlf (phv09849)
Alexander L. Braitberg (phv09929)
100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
(314) 621-6115
(314) 621-5934 (fax)
nstump@uselaws.com
jrohlf@uselaws.com
abraitberg@uselaws.com

*Attorneys for Plaintiffs*