IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH VELLALI *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> YALE UNIVERSITY *et al.*, <br><br> *Defendants*. | Civil Action No. 3:16-cv-01345-AWT <br><br> Hon. Alvin W. Thompson |

## NOTICE OF CONDITIONAL CROSS-APPEAL

Notice is hereby given that Defendants Yale University, the Retirement Plan Fiduciary Committee, and Michael A. Peel conditionally cross-appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered on July 13, 2023 (ECF No. 622). The Court of Appeals need not reach the conditional cross-appeal if it affirms the judgment. But Defendants specifically preserve the right to appeal all orders and rulings that merged into the judgment, including in particular the order denying Defendants' motion to strike the jury demand entered on March 17, 2023 (ECF No. 439).

Dated: August 14, 2023                                  Respectfully submitted,

                                                        */s/ Nancy G. Ross*
Robyn E. Gallagher (ct29596)                            Nancy G. Ross (ct14373)
WIGGIN AND DANA LLP                                     Jed W. Glickstein (phv09543)
20 Church Street                                        MAYER BROWN LLP
Hartford, Connecticut 06103                             71 South Wacker Drive
Telephone: (860) 297-3700                               Chicago, Illinois 60606-4637
Facsimile: (860) 525-9380                               Telephone: (312) 782-0600
                                                        Facsimile: (312) 701-7711

                                                        Reginald R. Goeke (ct19258)
                                                        E. Brantley Webb (phv20511)
                                                        Michelle N. Webster (phv08475)
                                                        MAYER BROWN LLP
                                                        1999 K Street NW
                                                        Washington, DC 20006-1101
                                                        Telephone: (202) 263-3000
                                                        Facsimile: (202) 263-3300

                                                        John Nadolenco (phv08483)
                                                        MAYER BROWN LLP
                                                        333 S. Grand Ave 47th Floor
                                                        Los Angeles, CA 90071
                                                        Telephone: (213) 229-9500

                        *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 14, 2023, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

/s/ *Nancy G. Ross*
Nancy G. Ross